# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number 17- **17 CR0 0022**  Defendant Number 1

U.S.A. v. JONATHAN TODD SCHWARTZ   Year of Birth 1969

☐ Indictment   ☑ Information   Investigative agency (FBI, DEA, etc.) FBI; IRS-CI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
- ☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
- ☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  12/11/2013; 10/3/2013

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY
- ☑ Los Angeles  ☐ Ventura
- ☐ Orange  ☐ Santa Barbara
- ☐ Riverside  ☐ San Luis Obispo
- ☐ San Bernardino  ☐ Other

Citation of Offense  18 USC 1343; 26 USC 7206(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- ☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- ☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes

IF YES   Case Number   N/A

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: N/A

Case Number   N/A

Charging   N/A

The complaint:  ☐ is still pending

☐ was dismissed on:  N/A

**PREVIOUS COUNSEL**

Was defendant previously represented?  ☐ No  ☐ Yes

IF YES, provide Name:  N/A

Phone Number:  N/A

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?  ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?  ☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?  ☐ Yes  ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: N/A

Case Number  N/A

The superseded case:

☐ is still pending before Judge/Magistrate Judge

N/A

☐ was previously dismissed on  N/A

Are there 8 or more defendants in the superseding case?  ☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?  ☐ Yes*  ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☑ NO
IF YES, list language and/or dialect:
N/A

**OTHER**

☑ Male        ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s)   None known

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud              ☑ tax offenses
☐ environmental issues          ☑ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:  N/A
   in the amount of $ N/A
c. PSA supervision?    ☐ Yes    ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:
a. Place of incarceration:    ☐ State    ☐ Federal
b. Name of Institution:  N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. ☐ Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:    ☐ Yes    ☐ No
   IF YES:    ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES:    ☐ State    ☐ Federal    AND
   Name of Court:  N/A

Date transferred to federal custody:  N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    20 ___    21 ___    40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date    01/18/2017

Signature of Assistant U.S. Attorney
Ranee A. Katzenstein
Print Name