FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 17 - 22 |
| v. | |
| JONATHAN SCHWARTZ | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint

NATHAN HOCHMAN _____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

2/1/17
Date

_____
Defendant's Signature

LOS ANGELES, CA
City and State

## APPEARANCE OF COUNSEL

I, NATHAN HOCHMAN _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

2/1/17
Date

_____
Attorney's Signature

139137
California State Bar Number

1601 CLOVERFIELD BLVD #2050N
Street Address

SANTA MONICA, CA 90404
City, State, Zip Code

310-255-9025        310-907-2025
Telephone Number        Fax Number

NATHAN.HOCHMAN @ MORGANLEWIS.COM
E-mail Address