**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JONATHAN TODD SCHWARTZ,<br>DEFENDANT | CASE NUMBER<br>CR No. 17 CR 0 0022<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, JONATHAN TODD SCHWARTZ, the above-named defendant, who is accused of wire fraud and subscription to a false federal income tax return, in violation of Title 18, United States Code, Section 1343, and Title 26, United States Code, Section 7206(1), respectively, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 02/01/2017, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: 1/17/17

JONATHAN TODD SCHWARTZ
*Defendant*

NATHAN J. HOCHMAN
*Counsel for Defendant*

Before Patrick J. Walsh
*Judicial Officer*