

FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    PLAINTIFF<br><br>v.<br><br>JONATHAN TODD SCHWARTZ,<br><br>                    DEFENDANT | CASE NUMBER<br><br>CR No. 17- 22-DMG<br><br><br>**WAIVER OF INDICTMENT** |

I, JONATHAN TODD SCHWARTZ, the above-named defendant, who is accused of wire fraud and subscription to a false federal income tax return, in violation of Title 18, United States Code, Section 1343, and Title 26, United States Code, Section 7206(1), respectively, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___2/2/17___, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: ___1/17/17___

_____
JONATHAN TODD SCHWARTZ
*Defendant*

_____
NATHAN J. HOCHMAN
*Counsel for Defendant*

Before ___Dolly M. Gee___
              *Judicial Officer*