UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:17-CR-00022        Recorder: CS 02/01/2017        Date: 02/01/2017

Present: The Honorable Patrick J. Walsh, U.S. Magistrate Judge

Court Clerk: Isabel Martinez        Assistant U.S. Attorney: Ranee A. Katzenstein

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| JONATHAN TODD SCHWARTZ BOND-PRESENT | NATHAN HOCHMAN RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
    Guilty Plea and Setting of all other proceedings 2/08/2017 at 2:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    The government is directed to prepare and submit a criminal history report within 2 days after PIA. If there is a plea agreement in the case, a courtesy copy of the plea agreement shall be delivered to the box located outside room 218P, Spring St., Attention: Kane G. Tien clerk for Judge Gee, within two days of the PIA hearing.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: IM by TRB