```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
 4  Assistant United States Attorney
    Chief Assistant for Trials, Integrity & Professionalism
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2432
 7       Facsimile: (213) 894-6269
         E-mail:    ranee.katzenstein@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

              UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-22-DMG |
|---|---|
| Plaintiff, | STIPULATION RE: PROTECTIVE ORDER |
| v. | [PROPOSED ORDER LODGED CONCURRENTLY HEREWITH] |
| JONATHAN TODD SCHWARTZ, | NO HEARING REQUIRED |
| Defendant. | |

    1.    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ranee A. Katzenstein, and defendant JONATHAN TODD SCHWARTZ ("defendant"), individually and by and through his counsel of record, Nathan J. Hochman, Esq., of Morgan, Lewis & Bockius LLP, hereby stipulate that:

    a.    The evidence in this matter includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, and bank account numbers (collectively "personal information").

      b.   This personal information is found throughout the 804 pages of discovery that has been produced and is to be produced in this case. Among other records, this discovery includes bank and tax records.

    2.   The parties stipulate, and request the Court to order, that only defense counsel, defense counsel's agents, and defendant may review the unredacted personal information contained in the discovery in preparation for trial and sentencing, and that defense counsel, defense counsel's agents and defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter (including sentencing) and for no other purpose.

    3.   The parties further stipulate, and request the Court to order, that only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information, and that defendant may make copies for his own use only, which are not to be released to any third party, of any discovery containing unredacted personal information that has been provided to him by defense counsel or defense counsel's agents.

    4.   The parties further stipulate, and request the Court to make its Order applicable to unredacted personal information contained in all of the discovery to be produced in this case, including any discovery produced after entry of its Order.

    5.   At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof produced in discovery in the instant criminal matter containing the personal information that defense counsel possesses and/or has made and distributed to her agents and/or defendant, and

```
 1  any and all copies of documents and portions thereof produced in
 2  discovery in the instant criminal matter containing the personal
 3  information that defendant possesses, for the purpose of preparing or
 4  presenting a defense in this matter, except a copy set as necessary
 5  to maintain in defense counsel's case file.
 6       IT IS SO STIPULATED.
```

Respectfully submitted,

EILEEN M. DECKER
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

Dated:            /s/
         RANEE A. KATZENSTEIN
         Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MORGAN, LEWIS & BOCKIUS, LLP

Dated: 2/17/17

NATHAN J. HOCHMAN, Esq.

Attorney for defendant
JONATHAN TODD SCHWARTZ

Dated: 2-13-17

JONATHAN TODD SCHWARTZ
Defendant