```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief Assistant for Trials, Integrity & Professionalism
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:    ranee.katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-22-DMG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE DISCOVERY |
| v. | |
| JONATHAN TODD SCHWARTZ, | |
| Defendant. | |

Pursuant to the parties' Stipulation Re: Protective Order, the Court FINDS and ORDERS as follows:

1. The evidence in this matter includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, and bank account numbers (collectively "personal information").

2. This personal information is found throughout the discovery that has been produced and is to be produced in this case. Among other records, this discovery includes bank and tax records.

3. Only defense counsel, defense counsel's agents, and defendant may review the unredacted personal information contained in

the discovery in preparation for trial and sentencing.  Defense counsel, defense counsel's agents and defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter (including sentencing) and for no other purpose.

    4.   Only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information; defendant may make copies for his own use only, which are not to be released to any third party, of any discovery containing unredacted personal information that has been provided to him by defense counsel or defense counsel's agents.

    5.   At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof produced in discovery in the instant criminal matter containing the personal information that defense counsel possesses and/or has made and distributed to her agents and/or defendant, and any and all copies of documents and portions thereof produced in discovery in the instant criminal matter containing the personal information that defendant possesses, for the purpose of preparing or presenting a defense in this matter, except a copy set as necessary to maintain in defense counsel's case file.

///

     6.   This Order shall apply to unredacted personal information contained in all of the discovery produced in this case, including any discovery produced after entry of its Order.

     IT IS SO ORDERED.

Dated: _____

HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE