# United States Pretrial Services

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

**FILED**
CLERK, U.S. DISTRICT COURT
FEB -1 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ MAP ___ DEPUTY

Defendant's name: Jonathan Todd Schwartz

Name on passport, if different: N/A

Country of origin: U.S.

Date passport issued: 10-9-09

Expiration date of passport: 10-8-19

Ordered by court in the Central District of California or _____ (district)

Docket Number: 2:17CR22

Surrendered by and date (print and sign):

Atty N. Hochman  a/s/  2-1-17

Received by and date (print and sign):

A. Granbart  a/s/  2-1-17

[redacted]

Returned to and date (print and sign):


Returned by and date (print and sign):


Purpose returned:

Address (if mailed):

CAC PSA 41 2/10/14

[ ] HQ & Supervision Unit  |  [ ] Investigation Unit  |  [ ] Santa Ana Branch  |  [ ] Riverside Branch

U.S. Courthouse
312 North Spring Street, Room 754
Los Angeles, CA 90012-4708
213-894-4726 / FAX 213-894-0231

Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570

George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489