**DECLARATION OF RANEE A. KATZENSTEIN**

DECLARATION OF RANEE A. KATZENSTEIN

I, Ranee A. Katzenstein, hereby declare and state as follows: I am an Assistant United States Attorney ("AUSA") for the Central District of California.  In that capacity, I have been assigned the responsibility of representing the United States in United States v. Jonathan Todd Schwartz, case number CR 17-22-DMG.  I make this declaration in support of the government's Combined (1) Concurrence in the Findings of the Presentence Report; and (2) Position re Sentencing.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

1.   Attached hereto as Exhibit A is a true and correct copy of Exhibit C to the plea agreement in this case, setting forth the Statement of Facts in Support of the Plea Agreement and initialed and signed by defendant Jonathan Todd Schwartz ("defendant").

2.   Attached hereto as Exhibit B are true and correct copies of records from City National Bank and GSO Business Management, LLC ("GSO") reflecting requests for cash from the accounts of certain victims in this case and cash receipts purportedly signed by one of the clients.

3.   Attached hereto as Exhibit C is a true and correct copy of an e-mail sent by defendant to assistants at GSO requesting that they "remove cash line item" from the August budget prepared for a client.

4.   Attached hereto as Exhibit D is a GSO Loss Summary prepared by Christopher S. Reeder, Robins Kaplan LLP. GSO's loss from the offense has been determined as follows:  In connection with the offense to which defendant pled guilty, GSO paid out a total of $8,232,268  [$1,463,268 (costs, as set forth on Exhibit D) +

$6,769,000 (payments to Client Nos. 1-4 and 6 to reimburse their losses)]. This sum has been reduced by $6,050,000 (the amount GSO received from its insurers) leaving a total loss of $2,182,268.

5. Attached hereto are Exhibit E are true and correct copies of Banc of California records received from Jacqueline N. Vu, Buchalter PC, who is counsel for Banc of California. Ms. Vu has informed me that defendant made false representations regarding his income, his employment, his good standing with GSO, his large clientel base, and his ability to repay any money loaned to him, in order to obtain $250,000 from the bank by way of a loan.

6. In an interview with law enforcement, Client No. 2 stated that defendant stated that Client No. 2 was spending too much on jewelry and spread rumors that she was spending too much. Defendant also told her that she had barely broken even from certain income-generating activities because of her spending on jewelry, such as at the Channel store in Paris, and expenses associated with her family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 19, 2017.

_____
RANEE A. KATZENSTEIN