1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## EXHIBIT C

### STATEMENT OF FACTS

#### IN SUPPORT OF PLEA AGREEMENT

Defendant JONATHAN TODD SCHWARTZ ("defendant") represents
and admits that the following facts are true:

**Background**

At all times relevant to the Information:

Defendant was a resident of Agoura Hills, within the
Central District of California.  Defendant was a member of GSO
Business Management, LLC ("GSO"), a business management firm
based in Sherman Oaks, California.  GSO provided financial
guidance, including managing bank accounts, providing accounts
payable services on clients' behalf, and preparing short term
and long term budgets.

**The Scheme to Defraud**

Beginning by at least March 2009 and continuing until at
least May 2016, defendant executed a scheme to defraud clients
of GSO by taking for his own use monies belonging to the clients
without the knowledge or authorization of the clients;
falsifying records of the clients' accounts to conceal the
unauthorized takings; forging the signature of one client on GSO
receipts, thereby creating the false appearance that cash
withdrawn from the client's account had been delivered to the
client; and, when confronted, lying about what he had done with
the missing cash.



Read and Agreed to

30

Specifically, between March 2009 and April 2010, defendant withdrew cash belonging to Client No. 1 without the knowledge, consent, or authorization of Client No. 1.  Defendant withdrew the cash, totaling $1,009,000, in 28 unauthorized transactions at City National Bank.  Client No. 1 was rebuilding his home during this period and defendant falsely coded a number of the unauthorized cash withdrawals as home renovations on the accounting records GSO maintained for Client No. 1.

Between at least May 2010 and January 2014, defendant withdrew cash belonging to Client No. 2 without the knowledge, consent, or authorization of Client No. 2.  Defendant withdrew the cash, totaling approximately $4.8 million, in 114 unauthorized transactions.  Defendant falsely coded the unauthorized cash withdrawals as "sundry/personal expenses" on the accounting records GSO maintained for Client No. 2.  When confronted about the missing funds, defendant falsely stated that the money was an "investment" in illegal marijuana "grow" businesses and that he and other GSO employees, none of whom defendant could identify, had delivered the cash to people, also unidentified, associated with the marijuana businesses. Although defendant claimed that Client No. 2 had signed "meeting packets" acknowledging the cash transactions, no such signed meeting packets in fact exist.

Between September and December 2014, and again in February 2016, defendant withdrew cash belonging to Client No. 3 without the knowledge, consent, or authorization of Client No. 3. Defendant withdrew the cash, totaling $737,500, in 10

2

Read and Agreed to

31

unauthorized transactions.  Defendant forged Client No. 3's
signature on at least two cash receipts pertaining to
transactions on November 25, 2014 (for $150,000) and December
16, 2014 (for $100,000).

Between October and November 2014, defendant withdrew cash
belonging to Client No. 4 without the knowledge, consent, or
authorization of Client No. 4.  Defendant withdrew the cash,
totaling $122,500, in 4 unauthorized transactions.

In 2015, defendant obtained $500,000 from Client No. 5,
based on defendant's representation and promise that he would
invest Client No. 5's money on Client No. 5's behalf and would
provide the interest from the investment to Client No. 5.
Defendant did not invest Client No. 5's money as promised.  In
2016, defendant returned $75,000 to Client No. 5 as "interest";
misappropriated the remaining $425,000 of Client No. 5's money;
and, without Client No. 5's knowledge or consent, used it to pay
defendant's own expenses.

In March 2016, defendant obtained $100,000 belonging to
Client No. 6 in an unauthorized transaction.  When confronted,
defendant promised to "take care of" the claim, but did not.

**Use of the Wires**

In furtherance of the fraudulent scheme, on or about
December 11, 2013, defendant caused a communication to be sent
via interstate wires, namely an e-mail from defendant's GSO e-
mail account in California sent to City National Bank, in
California, via a Network Solutions, LLC, server located in
Jacksonville, Florida, approving an attached "Request For

3

Read and Agreed to
32

Cash/Cashier's Check/Foreign Currency" for $97,500 in cash to be
withdrawn from the account of Client No. 2, which was submitted
by defendant and stated that defendant would pick up the cash at
the Beverly Hills Branch of the bank.

### Subscription to a False Tax Return

On or about October 15, 2013, defendant signed and
submitted to the Internal Revenue Service a United States
Individual Income Tax Return, Form 1040, for tax year 2012 on
which he reported, on line 22, that he had total income of
$626,228.  At the time that defendant signed the return and
submitted it to the IRS he knew that he had additional income
for tax year 2012 of approximately $1,621,500 and knew that he
had a legal duty to disclose this additional income to the IRS.


\*\*\*


I have read this STATEMENT OF FACTS IN SUPPORT OF PLEA
AGREEMENT in its entirety.  I have had enough time to review and
consider this Statement of Facts, and I have carefully and
thoroughly discussed every part of it with my attorney.  I agree
that this statement of facts is sufficient to support pleas of
guilty to the charges described in the plea agreement and to
establish the Sentencing Guidelines factors set forth in
paragraph 18 of the plea agreement.


JONATHAN TODD SCHWARTZ                    Date   11.7.16
Defendant


4

Read and Agreed to

33

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# Request for Cash/Cashier's Check/Foreign Currency



**CITY NATIONAL BANK**
The way up.®

Attn: Entertainment Teller Area
Telephone: (310) 888-6190
Fax to: (310) 888-6156

Account Name: ~~███████████~~
Requested by: JONATHAN SCHWARTZ
Date of Request: 10/23/2014
Phone number: (818) 990-0550

## Method of Payment
☒ Debit our account    Account number: ~~███████~~
☐ Will send a check* (drawn on City National Bank) account number: _____
* Note that if CNB does not receive payment in the courier bag by 4:00 p.m., your account will be debited automatically.

## Method of Delivery
☐ We will pick up    ☒ Needed by: 10/24/14 THURSDAY 10AM
☒ Messenger to us at the account address
☐ Messenger to the following:    Name: JONATHAN SCHWARTZ
Address: 15260 VENTURA BLVD. SUITE 2100
City, Zip Code: SHERMAN OAKS, CA 91403

Special Instructions: DELIVER 10/24/2014 BY 10AM

## Cash Request
Total of cash request (Minimum for cash request is $500): $ 150000.00
Cash Denominations: $1's: ____  $5's: ____  $10's: ____
$20's: ____  $50's: ____  $100's: 1,500.00  Coin: ____

## Foreign Currency Request
U.S. $ Equivalent $ ____  OR  Amount in Foreign Currency: ____
☐ Australia  ☐ Canada  ☐ Euro  ☐ Japan  ☐ Mexico
☐ United Kingdom  ☐ Other: ____

## Cashier's Check Request
Pay to the order of: ____
Dollar amount: $ ____    Reference: ____

**Authorized by:**  Name JONATHAN SCHWARTZ    Signature _____
Name _____    Signature _____

| Document | Client | Vendor | Invoice | Date | Due | Balance | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| 0001336856 | 3571 | CASH | 1013 | 10/23/2014 | 10/23/2014 | $0.00 | $150,000.00 | Paid |

| | |
|---|---|
| Client Name: | ▓▓▓▓▓▓▓ |
| Payee: | CASH |
| Payee Address: | |
| Vendor Account #: | |
| Description: | CASH CALL 10/24/14 |
| Payment Method: | Preauthorized Debit |
| Selected Bank: | Bank 1 (CNB CKG ACCT: ▓▓▓▓▓▓▓) |

Last Payment (In Imaging): Check Number: W579*1   Check Date: 2/11/2016   Check Amount: $25,000.00

13 Month Total: $300,000.00   Average Payment Amount: $100,000.00   Current Amount: $150,000.00   Variance: $50,000.00

**GL Coding**

| GL Code | Description | Amount |
|---|---|---|
| 0019-0001 | INVESTMENT-OTHER | $150,000.00 |
| | **Grand Total** | **$150,000.00** |

| | |
|---|---|
| Review Status | Auto-Reviewed |
| Approval Status | Approved $150,000.00 |
| Cash Requirements Approval Status | Allocated (Bank 1) |

**Payments**

| Check Number | Check Date | Check Status | Check Amount | Amount Applied |
|---|---|---|---|---|
| W446*1 | 10/24/2014 | Cleared (10/31/2014) | $150,000.00 | $150,000.00 |
| | | | **Payment Total:** | **$150,000.00** |

**Document Notes:**                                                              Add Note

Show most recent note last   Sort by User

10/23/2014 11:56:27 AM amy (Make Note Internal)

From: Jonathan Schwartz
Sent: Thursday, October 23, 2014 11:52 AM
To: Amy Edgerton; Durr, Vilay
Subject: RE: ▓▓▓▓▓▓▓▓ Cash Delivery

approved

Jonathan Schwartz, CPA
Partner
GSO Business Management, LLC | 15260 Ventura Blvd. Suite 2100 |Sherman Oaks, CA 91403
Phone 818.817.7423 | Cell 818.462.5678 | Fax 818.817.7478 | jschwartz@gsogroup.com
? PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

From: Amy Edgerton
Sent: Thursday, October 23, 2014 11:51 AM
To: Durr, Vilay
Cc: Jonathan Schwartz
Subject: ▓▓▓▓▓▓▓▓▓ Cash Delivery
Importance: High

Hi Vilay,
Please see attached cash request. We need this delivered to Jonathan Schwartz by 10:00AM tomorrow.
Jonathan please approve.
Thank you

Amy Edgerton

GSO Business Management, LLC
15260 Ventura Blvd., Suite 2100
Sherman Oaks, CA 91403

(818) 817-7459 Telephone
(818) 990-5707 Fax

aedgerton@gsogroup.com
www.gsogroup.com

Create Relationship

⊟ Related Documents:

| Document ID | Category | Client | Comment |
|---|---|---|---|
| 0001340018 | GSO Bank Notices | 3571 (▓▓▓▓▓▓▓▓▓) | CNB (▓▓▓▓) - Cash Call confirm 10/23/14 |

Manage Relationships

⊞ Document Tools:

Scanned/Uploaded : 10/23/2014 11:55 AM
Entered by user florence (10/23/2014 1:00:05 PM)

**REQUEST FOR CASH/CASHIER'S CHECK/**
**FOREIGN CURRENCY**
**Entertainment New York**



CITY NATIONAL BANK
The way up.

Attn: Teller Services
Telephone: (917) 322-5212
Fax to: (917) 322-5228

Account Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     Date of Request: 11-25-14
Requested by: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓      Phone number: (818) 990-0550

**Method of Payment**
☒ Debit our account                    Account number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
☐ Will send a check* (drawn on City National Bank) account number:
* Note that if CNB does not receive payment in the courier bag by 4:00 p.m., your account will be debited automatically.

**Method of Delivery**
☐ We will pick up                  ☒ Needed by: 12:00 pm (PST)  Weds 11/26/14
☒ Messenger to the following:        Name: Jonathan Schwartz - 650
                                   Address: 15260 Ventura Blvd. #2100
                          City, Zip Code: Sherman Oaks, CA 91403

Special Instructions:

**Cash Request**
Total of cash request*   $ 150,000
Cash Denominations:    $1's: _____    $5's: _____    $10's _____
        $20's: _____    $50's: _____    $100's: ☒    Coin: _____
*Cash requests under $1000 are subject to courier fees charged directly to above account

**Foreign Currency Request (NEXT DAY DELIVERY/REQUEST MUST BE RECEIVED BY 2:30 p.m.)**
U.S. $ Equivalent    $ _____    OR    Amount in Foreign Currency: _____
        ☐ Australia    ☐ Canada    ☐ Euro    ☐ Japan    ☐ Mexico
        ☐ United Kingdom    ☐ Other: _____

**Foreign Draft Request**
Pay to the order of:
Foreign Currency Type:
Foreign Currency Amount: _____    Reference:

**Cashier's Check Request**
Pay to the order of:
Dollar amount:    $ _____    Reference:

Authorized by:   Name _____    Signature _____
                 Name _____    Signature _____
Entertainment New York    1140 Avenue of the Americas    New York, New York    10036    (917) 322-5212

ID.18346E-NY (Rev 08/2013)                                    (665-01)

37



CASH RECEIPT

DATE: _11-25-14_

CLIENT NAME: _____

CLIENT NO: _4160_

DESCRIPTION: _____

AMOUNT: _50,000—_

I ACKNOWLEDGE RECEIPT OF $ _50,000—_

SIGNATURE                PRINT NAME

DATE

38

**REQUEST FOR CASH/CASHIER'S CHECK/
FOREIGN CURRENCY
Entertainment New York**



**CITY NATIONAL BANK**
The way up.

Attn: Teller Services
Telephone: (917) 322-5212
Fax to: (917) 322-5228

Account Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Date of Request: *12-15-14*
Requested by: *Jonathan Schwartz*    Phone number: *(88) 990-0550*

| **Method of Payment** |
| --- |
| ☒ Debit our account    Account number: ▓▓▓▓▓▓▓▓ |
| ☐ Will send a check* (drawn on City National Bank) account number: |
| * Note that if CNB does not receive payment in the courier bag by 4:00 p.m., your account will be debited automatically. |
| **Method of Delivery** |
| ☐ We will pick up    ☒ Needed by: *Tuesday, Dec 16ᵗʰ @ 5:00 pm* |
| ☒ Messenger to the following:    Name: *Jonathan Schwartz — GSO* |
| Address: *15260 Ventura Blvd. #2100* |
| City, Zip Code: *Sherman Oaks, CA 91403* |
| Special Instructions: |

| **Cash Request** | | | |
| --- | --- | --- | --- |
| Total of cash request* $ *100,000* | | | |
| Cash Denominations: | $1's: | $5's: | $10's |
| $20's: | $50's: | $100's: ✗ | Coin: |
| *Cash requests under $1000 are subject to courier fees charged directly to above account | | | |

| **Foreign Currency Request (NEXT DAY DELIVERY/REQUEST MUST BE RECEIVED BY 2:30 p.m.)** | | |
| --- | --- | --- |
| U.S. $ Equivalent    $ | OR    Amount in Foreign Currency: | |
| ☐ Australia    ☐ Canada    ☐ Euro | ☐ Japan    ☐ Mexico | |
| ☐ United Kingdom    ☐ Other: | | |

| **Foreign Draft Request** |
| --- |
| Pay to the order of: |
| Foreign Currency Type: |
| Foreign Currency Amount:    Reference: |

| **Cashier's Check Request** |
| --- |
| Pay to the order of: |
| Dollar amount:    $    Reference: |

| Authorized by: | Name | Signature ▓▓▓▓▓▓▓▓ |
| --- | --- | --- |
| | Name | Signature |

Entertainment New York    1140 Avenue of the Americas    New York, New York    10036    (917) 322-5212

ID 18346E-NY (Rev 08/2013)    (665-01)

CASH RECEIPT

DATE: _12-16-14_

CLIENT NAME: _____

CLIENT NO: _4189_

DESCRIPTION: _____

AMOUNT: $ _100,000—_

I ACKNOWLEDGE RECEIPT OF $ _100,000—_

SIGNATURE _____   PRINT NAME

DATE _____

40

# Request for Cash/Cashier's Check/Foreign Currency



**CITY NATIONAL BANK**
The way up.•

Attn: Entertainment Teller Area
Telephone: (310) 888-6190
Fax to: (310) 888-6156

Account Name: ███████████████████        Date of Request: 12/29/2014
Requested by: Jonathan Schwartz              Phone number: (818) 990-0550

## Method of Payment
☒ Debit our account                                       Account number: ███████████
☐ Will send a check* (drawn on City National Bank) account number: _____
* Note that if CNB does not receive payment in the courier bag by **4:00 p.m.**, your account will be **debited automatically.**

## Method of Delivery
☐ We will pick up                    ☒ Needed by: 12/30/14  12 PM
☒ Messenger to us at the account address
☐ Messenger to the following:        Name: _____
                                     Address: _____
                         City, Zip Code: _____
Special Instructions:  Attn: Jonathan Schwartz

## Cash Request
Total of cash request (**Minimum for cash request is $500**):  $ 40,000.00

| Cash Denominations: | $1's: | $5's: | $10's: |
|---|---|---|---|
| $20's: | $50's: | $100's: 400.00 | Coin: |

## Foreign Currency Request
U.S. $ Equivalent    $ _____   **OR**   Amount in Foreign Currency: _____
☐ Australia    ☐ Canada    ☐ Euro    ☐ Japan    ☐ Mexico
☐ United Kingdom    ☐ Other: _____

## Cashier's Check Request
Pay to the order of: _____
Dollar amount:    $ _____    Reference: _____

**Authorized by:**    Name  JONATHAN SCHWARTZ    Signature _____

                      Name _____    Signature _____

Viewing Document 0001389716

| Document | Client | Vendor | Invoice | Date | Due | Balance | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| 0001389716 | 3571 | CASH | 1049 | 12/29/2014 | 12/29/2014 | $0.00 | $40,000.00 | Paid |

| | |
|---|---|
| Client Name: | ▓▓▓▓▓▓▓▓ |
| Payee: | CASH |
| Payee Address: | |
| Vendor Account #: | |
| Description: | CASH CALL |
| Payment Method: | Preauthorized Debit |
| Selected Bank: | Bank 1 (CNB CKG ACCT: ▓▓▓▓▓) |

Last Payment (In Imaging): Check Number: W579*1   Check Date: 2/11/2016   Check Amount: $25,000.00

13 Month Total: $340,000.00   Average Payment Amount: $85,000.00   Current Amount: $40,000.00   Variance: ($45,000.00)

⊟ GL Coding

| GL Code | Description | Amount |
|---|---|---|
| 7066-0001 | CASH DRAWINGS | $40,000.00 |
| | Grand Total | $40,000.00 |

| Review Status | Auto-Reviewed |
|---|---|
| ⊞ Approval Status | Approved $40,000.00 |
| ⊞ Cash Requirements Approval Status | Allocated (Bank 1) |

⊟ Payments

| Check Number | Check Date | Check Status | Check Amount | Amount Applied |
|---|---|---|---|---|
| W467*1 | 12/29/2014 | Cleared (12/31/2014) | $40,000.00 | $40,000.00 |
| | | | Payment Total: | $40,000.00 |

⊟ Document Notes:                                                                                 Add Note

Show most recent note last   Sort by User

12/29/2014 12:44:19 PM amy (Make Note Internal)

From: Amy Edgerton
Sent: Monday, December 29, 2014 12:40 PM
To: 'Durr, Vilay'
Cc: Jonathan Schwartz
Subject: ▓▓▓▓▓ - Cash Request

Hi Vilay,
Please have the attached delivered to the office tomorrow
If Jonathan is not available they can deliver to my attention
Jonathan Please confirm
Thanks


Amy Edgerton


GSO Business Management, LLC
15260 Ventura Blvd., Suite 2100
Sherman Oaks, CA 91403

(818) 817-7459 Telephone
(818) 990-5707 Fax

aedgerton@gsogroup.com
www.gsogroup.com

⊟ Related Documents:                                                                          Create Relationship

| Document ID | Category | Client | Comment |
|---|---|---|---|

Viewing Document 0001389716                                          Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 0001394745 | GSO A/P Backup | 357■■■■■■■■■ | CASH CALL -- CNB confirm 12/30/14 | |
| 0001394746 | GSO Cash Disbursements | 3571■■■■■■■■■ | | |

**Manage Relationships**

☐ Document Replacements:

| Date | User | Comments |
|---|---|---|
| 1/6/2015 3:31:53 PM | florence | |

⊞ Document Tools:

Scanned/Uploaded : 1/6/2015 3:28 PM
Entered by user florence (12/29/2014 12:07:41 PM)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24           **EXHIBIT C**
25
26
27
28

## Mariela Jaime

| | |
|---|---|
| **From:** | Jonathan Schwartz |
| **Sent:** | Thursday, September 29, 2011 1:04 PM |
| **To:** | Dana Miller; Mariela Jaime |
| **Subject:** | RE: ▓▓▓▓▓▓▓▓ |

And please remove cash line item

*Jonathan Schwartz, CPA*
Partner
GSO Business Management, LLC | 15260 Ventura Blvd. Suite 2100 | Sherman Oaks, CA 91403
Phone 818.817.7423 | Cell 818.462.5678 | Fax 818.817.7478 | jschwartz@gsogroup.com

🖨 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

**From:** Dana Miller
**Sent:** Thursday, September 29, 2011 12:54 PM
**To:** Mariela Jaime; Jonathan Schwartz
**Subject:** RE: ▓▓▓▓▓▓▓▓

1. I thought we moved/consolidated doulas to one line item under children's' expenses?
2. Please make sure for ▓▓▓▓▓▓ that there are no expenses included for the benefit show she did (meaning nothing from the 4000s should be included). Only expenses from the 7000s.

**From:** Mariela Jaime
**Sent:** Thursday, September 29, 2011 12:50 PM
**To:** Jonathan Schwartz
**Cc:** Dana Miller
**Subject:** ▓▓▓▓▓▓▓▓

Hi Jonathan,

As you requested, here is ▓▓▓▓August Budget for your meeting.

Thanks!

Mariela Jaime



**GSO Business Management, LLC**
15260 Ventura Blvd, Suite 2100
Sherman Oaks, CA 91403

818.817.7470 Telephone
818.990.5707 Fax

mjaime@gsogroup.com
www.gsogroup.com

1

44

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

**GSO LOSS SUMMARY**

| | | |
|---|---|---|
| CLIENT 1 | $ | 5,000,000 |
| CLIENT 2 | $ | 998,000 |
| CLIENT 3 | $ | 737,500 |
| CLIENT 4 | $ | 122,500 |
| CLIENT 5 | $ | 100,000 |
| CLIENT 6 | $ | 187,500 |
| | | |
| TOTAL | $ | 7,145,500 |
| LESS INSURANCE PROCEEDS | $ | (6,000,000) |
| THEFT REIMBURSMENT POLICY | $ | (50,000) |
| | | |
| LEGAL | $ | 628,268 |
| DUPLICATE INSURANCE | $ | 165,000 |
| SCHWARTZ DRAW DOWN LOC | $ | 400,000 |
| AUDIT FEE | $ | 50,000 |
| AUDIT FEE | $ | 20,000 |
| AUDIT FEE | $ | 50,000 |
| SEVERANCE PACKAGE | $ | 100,000 |
| MISCELLANEOUS EXPENSES | $ | 50,000 |
| | | |
| TOTAL COSTS | $ | 1,463,268 |
| | | |
| TOTAL LOSS | $ 2,558,768.34 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

## DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal $250,000.00 | Loan Date 08-21-2015 | Maturity 02-05-2016 | Loan No 30171 | Call / Coll | Account | Officer 154 | Initials |
|---|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:**  Jonathan Schwartz
c/o GSO 15260 Ventura Blvd., Suite 2100
Sherman Oaks, CA  91403

**Lender:**  Banc of California, National Association
Private Banking
10100 Santa Monica Boulevard, Suite 2500
Los Angeles, CA  90067

**LOAN TYPE.**  This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to an individual for $250,000.00 due on February 5, 2016.

**PRIMARY PURPOSE OF LOAN.**  The primary purpose of this loan is for:

☒ Personal, Family, or Household Purposes or Personal Investment.

☐ Business (Including Real Estate Investment).

**SPECIFIC PURPOSE.**  The specific purpose of this loan is:  New revolving line of credit to cover personal expenses.

**DISBURSEMENT INSTRUCTIONS.**  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied.  Please disburse the loan proceeds of $250,000.00 as follows:

| | |
|---|---|
| **Other Disbursements:** | $249,650.00 |
| $24,000.00  Credit to DDA Account #▓▓▓▓▓ i/n/o FAB 5 Consulting Inc. | |
| $34,000.00  Credit to DDA Account #▓▓▓▓▓ i/n/o Heartview Global Foundation | |
| $191,650.00  Credit  to  DDA  Account  #▓▓▓▓▓  i/n/o Schwartz, Jonathan & Meridith Lana. | |
| **Other Charges Financed:** | $350.00 |
| $350.00  Loan Documentation Fee | |
| **Note Principal:** | $250,000.00 |

**COUNTERPART.**  This agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute but one and the same agreement.

**FACSIMILE OR ELECTRONIC MAIL DOCUMENTS INDEMNIFICATION.**  In accepting delivery of this document by method of fax transmission or electronic mail, and by affixing your signature upon all or any portion of this document, you hereby consent and agree to the following:  The undersigned hereby waives any right, claim, or the defense that the incompleteness of any documentation received by fax transmission or electronic mail (the "Faxed or Email Document"), in comparison to the originally transmitted document from which the fax or email was generated or issued (the "Original Document"), resulted in damages by way of such incomplete document; or would have caused the undersigned not to sign this document had the undersigned been aware of additional verbiage, terms or conditions that are contained in the Original Document from which the fax or email was issued (the "Purported Missing Terms").  By affixing your signature upon all or any portion of the Faxed or Emailed Document, the undersigned further agrees to be bound by the Purported Missing Terms as if they had appeared in the Faxed or Emailed Document.  Should the undersigned have any reason to believe that Purported Missing Terms exist between the Original Document and the Faxed or Emailed Document, the undersigned shall immediately notify Lender of any such Purported Missing Terms.

**FINANCIAL CONDITION.**  BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER.  THIS AUTHORIZATION IS DATED AUGUST 21, 2015.

**BORROWER:**

X _____
    Jonathan Schwartz

| File | Balances | Activity | Codes | Relationships | Payment | Statement | | History | Escrow |
| Interest/Fees |

Close    Print    Refresh    Payoff Calculator

## Note 30171 - JONATHAN SCHWARTZ

### Account Classification

### Warnings

### Priority Miscellaneous

Mailing Label

JONATHAN SCHWARTZ

C/O GSO

15260 VENTURA BLVD STE 2100

SHERMAN OAKS CA 91403-5360

### Loan To Date

| # Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| Aug 24, 2015 | Original Rate | Interest Rate: | 4.250000 | | |
| Aug 24, 2015 | Rate Change | Interest Rate: | 4.250000 | | |
| Aug 24, 2015 | LOAN ACTIVATING ADVANCE | $350.00 | $350.00 | | $350.00 |
| Aug 24, 2015 | LOAN ADVANCE TO DDA# | $24,000.00 | $24,000.00 | | $24,350.00 |
| Aug 24, 2015 | LOAN ADVANCE TO DDA# | $34,000.00 | $34,000.00 | | $58,350.00 |
| Aug 24, 2015 | LOAN ADVANCE TO DDA# | $191,650.00 | $191,650.00 | | $250,000.00 |
| Oct 08, 2015 | PMT FROM DDA | $523.97 | | $523.97 | $250,000.00 |
| Nov 16, 2015 | Automatic Late Charge | $48.03 | | | $250,000.00 |
| Nov 17, 2015 | INTEREST PAYMENT - FORWARDS SCHEDULE | $960.61 | | $960.61 | $250,000.00 |
| Nov 19, 2015 | PAYMENT FROM PERSONAL CHECKING ACCOUNT | $960.61 | | $960.61 | $250,000.00 |
| Dec 17, 2015 | Rate Change | Interest Rate: | 4.500000 | | |
| Jan 15, 2016 | Automatic Late Charge | $37.84 | | | $250,000.00 |
| Jan 26, 2016 | PAYMENT FROM PERSONAL CHECKING ACCOUNT | $756.85 | | $756.85 | $250,000.00 |

47

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $250,000.00 | 04-25-2016 | 07-05-2016 | 30186 | | | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** Jonathan Schwartz
c/o GSO 15262 Ventura Blvd., Suite 2100
Sherman Oaks, CA 91403

**Lender:** Banc of California, National Association
Private Banking
10100 Santa Monica Boulevard, Suite 2500
Los Angeles, CA 90067

---

**LOAN TYPE.** This is a Variable Rate Nondisclosable Loan to an Individual for $250,000.00 due on July 5, 2016.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☒ **Personal, Family, or Household Purposes or Personal Investment.**

☐ **Business (Including Real Estate Investment).**

**SPECIFIC PURPOSE.** The specific purpose of this loan is: Term out existing RLOC originally used for personal expenses.

**DISBURSEMENT INSTRUCTIONS.** I understand that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $250,000.00 as follows:

| | |
|---|---|
| **Other Disbursements:** | $250,000.00 |
| $250,000.00 Payoff /Close principal balance on Loan #30171 | |
| **Note Principal:** | $250,000.00 |

**CHARGES PAID IN CASH.** I have paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| **Prepaid Finance Charges Paid in Cash:** | $0.00 |
| **Other Charges Paid in Cash:** | $8,664.34 |
| $1,664.34 Accrued Interest estimated to April 29, 2016 @$30.82 per diem thereafter | |
| $7,000.00 Principal payment due 05/05/2016 | |
| **Total Charges Paid in Cash:** | $8,664.34 |

**COUNTERPART.** This agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute but one and the same agreement.

**FACSIMILE OR ELECTRONIC MAIL DOCUMENTS INDEMNIFICATION.** In accepting delivery of this document by method of fax transmission or electronic mail, and by affixing your signature upon all or any portion of this document, you hereby consent and agree to the following: The undersigned hereby waives any right, claim, or the defense that the incompleteness of any documentation received by fax transmission or electronic mail (the "Faxed or Email Document"), in comparison to the originally transmitted document from which the fax or email was generated or issued (the "Original Document"), resulted in damages by way of such incomplete document; or would have caused the undersigned not to sign this document had the undersigned been aware of additional verbiage, terms or conditions that are contained in the Original Document from which the fax or email was issued (the "Purported Missing Terms"). By affixing your signature upon all or any portion of the Faxed or Emailed Document, the undersigned further agrees to be bound by the Purported Missing Terms as if they had appeared in the Faxed or Emailed Document. Should the undersigned have any reason to believe that Purported Missing Terms exist between the Original Document and the Faxed or Emailed Document, the undersigned shall immediately notify Lender of any such Purported Missing Terms.

**FINANCIAL CONDITION. BY SIGNING THIS AUTHORIZATION, I REPRESENT AND WARRANT TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN MY FINANCIAL CONDITION AS DISCLOSED IN MY MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED APRIL 25, 2016.**

**BORROWER:**

X ______________________
Jonathan Schwartz