# CERTIFICATE OF SERVICE

I, **THERESA J. ARMIJO**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of **GOVERNMENT'S COMBINED (1) CONCURRNECE IN THE FINDINGS OF THE PRESENTENCE REPORT; AND (2) POSITION RE SENTENCING; DECLARATION OF RAK; EXHIBITS; LTR.**

☒ **Placed in a closed envelope for collection and inter-office delivery, addressed as follows:**

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

USPO ALEXIS BERG
U.S. Probation Office
312 N. Spring St., 6th Floor
Los Angeles, CA 90012

☐ **By messenger, as follows:**

☐ By Federal Express, as follows:

This Certificate is executed on **April 19, 2017**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
THERESA J. ARMIJO
Legal Assistant