SANDRA R. BROWN Acting United States Attorney
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Tele: 213-894-2432; Fax: 213-894-0141
Email: Ranee.Katzenstein@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-0022-DMG |
| v. | |
| JONATHAN TODD SCHWARTZ | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Govt's Ex Parte Appl. for Order Sealing Documents; Decl. of Ranee A. Katzenstein [Under Seal];
2. [Proposed] Order Sealing Document [Under Seal]; and
3. Additional Victim Letters (2nd Submission) [Under Seal]

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 24, 2017
Date

/s/ RANEE A. KATZENSTEIN, AUSA
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING