# EXHIBIT A

## Jonathan Todd Schwartz

April 19, 2017

Dear Judge Gee,

This is the most difficult and important letter I have ever written. I want you to know that I take full responsibility for my actions. I make no excuses for my incredibly stupid and destructive misconduct: I violated the trust of my clients and partners that I had worked years to build; I lied repeatedly to people who mattered most to me and counted on me; I broke the law by stealing from my clients and not paying my taxes; I basically threw away my life, my marriage, my reputation in the business and charitable communities, any respect people may have had for me, and really anything that meant anything for me. I alone am responsible for the devastation I have caused to everyone involved and I cannot begin to apologize enough to them and tell them how truly sorry I am for my actions. The enormous shame and complete disappointment I have in myself will be something I have to live with the rest of my life.

In trying to understand what happened and how I threw away everything that meant anything to me, I have had to for the first time really look into myself and confront my demons. I offer this background and self-analysis not as an excuse for my actions -- there is no excuse -- but to help explain how I ended up throwing away what seemed on the surface to be a great life with a great family, business partners, clients, and charitable involvement in the community.

I have little memory today of my childhood and the memories I have are mostly bad. My parents divorced when I was 4 years old. This was devastating for me and my younger brother, Brian. My father abandoned us for a life of gambling, drug dealing, and drug use. As I got older, I tried to have some sort of relationship with him. However, we were never able to establish a loving father-son relationship. I attribute our inability to connect to my lack of respect for him. My friends had fathers who were role models, but my father was no

mentor, and I resented him. He lacked integrity and was certainly not a man who could provide guidance and wisdom. My father just passed away on February 22nd. Despite his flaws, his passing deeply saddened me because I never really reconciled with him. I take comfort that a few days before he died, I was able to tell him that I forgave him and loved him. I pray daily for his soul, and hope he's at peace.

My mother, perhaps due to the stress caused by my father, physically and emotionally abused me throughout my childhood. She would scream at me, hit me, and make me feel that everything I did was wrong.

Despite this abuse, I am now able to forgive my mom as well. She battles for her life each day against stage 4-lung cancer and brain cancer. We started to speak to each other again two years ago when she was diagnosed with cancer and now speak daily. After all these years, we have been able to put the past aside. I truly appreciate her unconditional support during this difficult period in my life.

Despite growing up with a criminal for a father who was missing most of the time and an abusive mother, I was a pretty good student because I took comfort in my studies and being in school. I began to focus on becoming an accountant. My 12th grade accounting teacher told me that I had a solid grasp of the subject and encouraged me to pursue a career in business.

I went to CW Post Long Island University for my freshman year, worked hard, and made all honors. I then went to State University of New York, Albany, which had one of the best accounting programs in the state. While things went well academically my sophomore year, by my junior year I started using marijuana regularly and began gambling. My fraternity brother and I became the sports bookies for other members of the fraternity. I also started making my own sports bets that increased in size and frequency the more I got into it. Sports gambling started to take over my life, and my grades started to deteriorate. I quickly got $10,000 in debt and then left SUNY Albany to go to San Francisco State University to get away from the gambling. I knew that I had a problem with gambling, and dreaded any thought that I may turn into my dad, but thought that by leaving

SUNY Albany I could start fresh and deal with it. At San Francisco State, I got back into my studies, got my grades back up, and stopped gambling.

After graduating San Francisco State in 1992, I was offered a full-time job working for a sole practitioner in the financial district of San Francisco. I was working there part-time during the final year and a half at San Francisco State. I accepted the position though I wanted to work for my cousin in LA. He was a successful business manager in the music business. My cousin declined to offer me a job, as I was not ready for the grind and intricacies of the business management field.

I accepted work in the financial district to hone my analytical skills. In hindsight, my cousin's refusal to hire me helped me advance professionally. Many business managers never take the time to work on the basic skills required to properly advise their clients. Approximately four years later, my cousin called to offer me a position as a staff accountant for him in LA.

In 1993, I married my high school sweetheart, Meridith, who was five months pregnant at the time with our first son, ███████ Two years later in December 1995, we had our second son, Austin. In July 2003, we had our third son, Blake. My sons are my life. Part of the incredible disappointment I feel in myself is completely letting them down as a father, a role model, and a mentor. The thought that I have acted to them as my father acted to me sickens me. My only hope is that they can learn from my mistakes as I was not able to learn from my father's and that one day I can earn their trust and respect back again.

In April 1995, my family and I packed our bags and moved to LA. We lived in a very small apartment, and I was determined to make the most of this opportunity and give my family a better life. I was the first one to arrive in the office and the last one to leave. I never wanted the word nepotism associated with me, and truly believed in paying my dues.

At the end of 1999, Chase Manhattan Bank acquired my cousin's firm. He asked me if I wanted to join him and work in family wealth

management.   I declined, and with my cousin's encouragement, I joined GSO as a Business Manager in February 2000.   A few years later, I became the youngest partner of the firm.  Aside from the births of my sons, becoming a partner at GSO was one of the greatest days of my life because it signified to me that I had accomplished a goal that seemed almost impossible growing up.

I grew my business to be one of the strongest in the industry, and was even named one of Hollywood Reporter's top business managers.  I worked long nights and weekends, determined to give my family a life that I never had. I made an excellent living, had the respect of my clients, partners, colleagues, and community, had a great family, had all the trappings of material success, and I should have been proud.

On the surface, it looked like I had the perfect life.  Inside, I did not.  I was insecure believing that I was not good enough or worthy of anyone's respect.  I came to work dreading that something was going to go wrong and everything could be taken away from me.  I was constantly stressed that if I didn't meet my clients' requests, they would leave me.  Rather than own up to these demons or share them with my family, partners or friends, I lied to them, telling them what I thought they wanted to hear.  To cope with my insecurities, stress, and lies, I often turned to drugs (mostly marijuana), which in turn clouded my thinking and judgment.

With the increased drug use came my return back to sports gambling. .  At first, I thought I could control it with a few sports bets on football for a couple hundred dollars each.  After a while, my gambling started to rapidly increase where I was wagering thousands of dollars on multiple games each week.   My weekend bets soon totaled over $50,000.   I was speaking to my bookie many times a week and sometimes many times a day dealing with the prior week's bets and placing new bets.  I had to give him cash to pay off what I owed or else he would cut me off and I could not bet any more games.  The more I bet, the worse I felt.  I felt like a degenerate as I was living a double life.  My family did not know that I was gambling almost on a daily basis neither did my friends, clients or partners.  My client roster was filled with celebrities, but I was calling my bookie all the time and struggling with my finances.

As the gambling and drug use increased, I needed more and more money.  I "borrowed" a little from clients, with the hopes that I would pay them back if I won that night's bet.  I use the word "borrowed" in quotes because I never asked the clients for their permission but this is how I justified stealing money from them -- it was only "borrowing" from them until I put it back.  That snowballed and as I kept losing, I kept stealing. I kept telling myself that I just needed one lucky break, and I'll pay them back. That lucky break never came and one theft became dozens of thefts became over 100 thefts.  To cover up my actions to keep my gambling addiction going, I had to lie to my clients, partners, employees, everyone.  I should have reached out to them for help.  I knew they would have helped me, but I feared them being disappointed and justifiably angry at me.  I was ashamed, scared, utterly disgusted with myself, and pathetic and rather than come clean with them, I panicked, thought I could somehow survive until the next bet which became bigger and bigger hoping to have it all paid off at some point.  An utter fantasy fueled by my addiction.

I hid my addiction from my family.  At home, I was a caring father. For my three beautiful boys, I tried to do the best job I could to raise them correctly, instill correct values, and set them on the path to be great men.  I coached their sports teams, took family vacations, and tried to be the father I never had.  My children and wife were proud that I was a leader in my field, respected by my peers, and relied upon by my clients.  I could not find the courage at the time to tell them that I was a thief, a drug user, and not deserving of their pride or respect.

The person I wanted to be was always in conflict with the person that I detested.  In late 2010, I discovered I had nearly 100% blockage in my coronary artery that required an immediate surgery. After my heart procedure, I decided to form a strategic partnership with Cedars-Sinai to help pay for people that could not afford the coronary CT Scan Angiogram, which is the test that saved my life.  This non-invasive test is not covered by insurance, but an invasive angiogram is covered despite costing 10 times more.  I formed the non-profit HeartView Global Foundation (HVGF).    Since the formation of HeartView Global, we raised over $250,000 in net proceeds.  The proceeds are used to pay for people to take this non-invasive test and

the other half for research on early detection of coronary disease. Besides raising my boys and becoming a partner at GSO, this was my proudest accomplishment.

My shame and disappointed in myself for all the hurt I have caused my family, clients, business partners, employees, peers and friends confronts me every day and will be something I will deal with the rest of my life. I had a fiduciary responsibility to serve my clients, and I violated that trust. I had a parental responsibility to be a father my three boys could be proud of and admire. I failed to live up to those responsibilities. I let everybody down -- my wife has left me, my partners and clients have fired me, my sons won't even speak with me, my CPA license and assets are gone, my career is over, and my name and reputation, which used to be something I could take pride in, now equate to thief and convicted felon. My mother is battling lung and brain cancer, and I want to be there for her, but know that I may not.

For my actions, I will spend the rest of my life asking for forgiveness. I have destroyed the relationships that matter most to me, and I have only myself to blame.

With my whole life crashing around me back in May 2016, I knew I had two choices: keep lying and hiding from my problems and addiction like I had for years or "man up" and deal with them no matter how hard that might be. For the first time in my life, I chose the second option.

To deal with my gambling addiction, I knew I could not do it on my own and had to seek professional help. May 9, 2016 is the first day of my sobriety from gambling and substance abuse, and in June 2016 I was admitted to Beit T'Shuvah's Intensive Outpatient Program for problem gamblers. I embraced this program and spent the next 3 months confronting the stark reality of my addiction and immersed myself in learning the tools of rehabilitation. Those tools include acknowledging a higher power than myself and committing to live each day "one day at a time" to maintain a life of abstinence. Abstinence requires hard work and dedication, but I'm more committed to that goal than I've ever been. I want others, and especially my children, to one day think of me again as a person who

lives with integrity.  I want to prove to them no matter how long it takes that I'm a changed person, and I can live an honest and sober life. Despite facing the biggest challenges of my life, I always try my best to live each day in sobriety and to follow G-d's will.

In addition to rehabilitation, I attend 3-4 Gamblers Anonymous or Alcoholics Anonymous meetings per week, and call my sponsor once a day.  I incorporate the twelve steps of recovery into my program of sobriety, and now sponsor another addict.  This is a life program, and the tools that I learn from working the steps will help me as I work towards my recovery.

As part of my recovery, I also spend time volunteering each week in the community.  I help my local temple on an as-needed basis.  I help The Aleph Organization by making calls to people that have an incarcerated family member. I encourage them to join our bi-weekly support group call.  This program has been a huge success.  I deliver food to mentally ill patients and visit the elderly to give them support and comfort.

Sobriety has afforded me the experience of mental clarity for the first time in my life. I am motivated to live a meaningful life that I will measure by successfully earning my children's respect back, making amends to the many people I hurt, and being of service to others.  I want to be a role model for those that not only suffer from childhood trauma, but addiction as well.   I very much hope that something positive can come of my self-inflicted ordeal -- if I am able to help people not commit the mistakes I made and encourage them to seek help early by showing them the consequences of my decisions when such help was not sought, then there will be some greater and more positive purpose behind what I am going through.

As part of not running away from my problems, my other steps involved having my attorney contact the U.S. Attorney's Office at the beginning of their investigation before they ever reached out to us to tell them that I wanted to plead guilty to the crimes I committed, sign a plea agreement, and cooperate if possible.  I was told by my attorney that I could wait the months it would take for the government to complete its investigation and then, if charged, fight the case and go to trial, delaying out the process and forcing the government to

prove its case.   Instead, I chose to fully and completely accept responsibility for my actions, cooperate and not fight the government, and do this as soon as possible.   I had spent years living in denial and that time was over.

In addition, to make sure as many as possible, particularly in the entertainment industry where I used to work, learn about my mistakes and do not repeat them, on April 11, 2017, I wrote an open letter to the community in which I admitted the crimes I committed, explained how I had thrown everything in my life away, and implored people who may have similar problems with gambling or drugs not to make the same mistakes I made but seek help before it was too late.   That letter was initially published by The Hollywood Reporter but it was picked up by Yahoo, Billboard, Spin, Daily Mail, Los Angeles Times, and other media outlets.   I have been told by The Hollywood Reporter that the letter was viewed over 20,000 times after it was published.

I thank Your Honor very much for the time and effort you have put into my case.   I know that I am asking a lot of Your Honor to consider a sentence much lower than the sentencing guideline range but if you will give me one chance -- one chance -- there will not be a moment in any day going forward when I will not work as hard as I possibly can to make you proud of giving me that one chance.   It is my solemn promise to this Court that I will never again commit a crime and will live a life as a contributing, productive, honest citizen, father and community member.


Respectfully,

Jonathan Schwartz

EXHIBIT A, PAGE 59

# EXHIBIT B

# Jonathan Schwartz

## Verizon Phone Numbers

## Totals

██████ 8810 = 1052

██████ 3600 = 155

██████ 1634 = 198

██████ 7400 = 1

██████ 1482 = 95

██████ 9351 = 2

██████ 6107 = 24

██████ 1764 = 26

**UNAVAILABLE = 938**

# August 2009

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 2 | 3 | 4 | 5 | 6 | 7 |
| 9 | 10 | 11 | 12 | 13<br>4 – UNAVAILABLE | 14<br>1 – ████-8810<br>3 – UNAVAILABLE |
| 16<br>4 – UNAVAILABLE | 17<br>1 – UNAVAILABLE<br>1 – ████-8810<br>1 – ████-1482 | 18<br>1 – UNAVAILABLE<br>1 – ████-1482 | 19<br>1 – UNAVAILABLE<br>1 – ████-1482<br>1 – ████-8810 | 20<br>5 – UNAVAILABLE<br>3 – ████-8810<br>1 – ████-1482 | 21<br>1 – ████-1482<br>3 – ████-8810<br>2 – ████-3600<br>2 – UNAVAILABLE |
| 23<br>1 – UNAVAILABLE | 24<br>1 – ████-8810<br>1 – UNAVAILABLE<br>1 – ████-1482 | 25<br>1 – UNAVAILABLE | 26<br>1 – ████-1482<br>1 – ████-8810 | 27<br>1 – UNAVAILABLE<br>1 – ████-8810 | 28<br>1 – ████-1482<br>1 – UNAVAILABLE |
| 30<br>2 – UNAVAILABLE | 31<br>1 – ████-1482<br>1 – UNAVAILABLE |  |  |  |  |

# September 2009

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | **1**<br>5 – UNAVAILABLE<br>2 – ████8810 | **2**<br>1 – ████1482 | **3**<br>2 – ████8810<br>2 – ████1482<br>1 – UNAVAILABLE | **4**<br>2 – UNAVAILABLE<br>1 – ████1482 |
| **6** | **7**<br>2 – UNAVAILABLE | **8**<br>2 – UNAVAILABLE<br>1 – ████1482 | **9**<br>1 – UNAVAILABLE<br>1 – ████1482 | **10**<br>1 – UNAVAILABLE<br>1 – ████1482 | **11**<br>2 – UNAVAILABLE<br>1 – ████1482 |
| **13** | **14**<br>1 – ████1482 | **15**<br>1 – UNAVAILABLE | **16**<br>2 – UNAVAILABLE<br>1 – ████1482 | **17**<br>3 – ████1482<br>2 – ████8810<br>4 – UNAVAILABLE | **18**<br>2 – UNAVAILABLE<br>3 – ████8810 |
| **20** | **21**<br>1 – UNAVAILABLE<br>2 – ████8810 | **22**<br>1 – ████1482 | **23**<br>1 – ████1482<br>1 – UNAVAILABLE | **24**<br>3 – UNAVAILABLE | **25**<br>1 – ████1482<br>1 – UNAVAILABLE |
| **27** | **28**<br>3 – UNAVAILABLE | **29**<br>3 – UNAVAILABLE<br>2 – ████1482 | **30**<br>1 – ████1482 | | |
| | | | | | |

# October 2009

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|        |        |         |           | **1**<br>3 – UNAVAILABLE<br>1 – ███ 1482 | **2** |
| **4**<br>1 – ███ 8810<br>1 – UNAVAILABLE | **5**<br>2 – UNAVAILABLE<br>1 – ███ 1482 | **6**<br>3 – UNAVAILABLE | **7**<br>2 – UNAVAILABLE<br>2 – ███ 1482 | **8**<br>2 – ███ 8810<br>1 – ███ 1482<br>2 – UNAVAILABLE | **9**<br>3 – UNAVAILABLE<br>2 – ███ 8810 |
| **11** | **12**<br>2 – UNAVAILABLE<br>1 – ███ 1482 | **13**<br>1 – ███ 1482<br>3 – UNAVAILABLE | **14**<br>2 – ███ 1482<br>4 – UNAVAILABLE<br>1 – ███ 8810 | **15**<br>2 – ███ 1482<br>2 – UNAVAILABLE | **16**<br>1 – ███ 8810<br>1 – UNAVAILABLE |
| **18** | **19** | **20** | **21** | **22** | **23** |
| **25** | **26**<br>1 – ███ 1482 | **27**<br>1 – ███ 8810<br>1 – ███ 1482<br>1 – UNAVAILABLE | **28**<br>1 – UNAVAILABLE | **29**<br>5 – UNAVAILABLE | **30**<br>1 – UNAVAILABLE |
|        |        |         |           |          |        |

# November 2009

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| **1**<br>1 – UNAVAILABLE | **2**<br>2 – UNAVAILABLE | **3**<br>1 – ████1482<br>1 – UNAVAILABLE | **4**<br>1 – ████1482<br>1 – ████8810 | **5**<br>1 – ████1482<br>3 – ████8810<br>4 – UNAVAILABLE | **6**<br>1 – ████1482 |
| **8**<br>1 – ████8810<br>2 – UNAVAILABLE | **9**<br>2 – UNAVAILABLE | **10**<br>1 – ████8810<br>1 – ████1482<br>1 – UNAVAILABLE | **11**<br>1 – ████1482 | **12**<br>2 – UNAVAILABLE | **13** |
| **15**<br>1 – UNAVAILABLE | **16**<br>1 – UNAVAILABLE<br>1 – ████1482 | **17**<br>1 – ████1482 | **18**<br>1 – UNAVAILABLE | **19**<br>4 – ████8810<br>2 – UNAVAILABLE | **20**<br>1 – ████8810<br>1 – UNAVAILABLE<br>1 – ████1482 |
| **22** | **23**<br>1 – ████1482 | **24**<br>2 – ████8810<br>1 – ████1482<br>1 – UNAVAILABLE | **25** | **26** | **27** |
| **29**<br>1 – ████8810<br>2 – UNAVAILABLE | **30**<br>2 – ████1482 | | | | |
| | | | | | |

# December 2009

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | **1**<br>1 – ███1482<br>1 – ███8810 | **2**<br>1 – ███8810<br>1 – ███1482<br>2 – UNAVAILABLE | **3**<br>2 – ███1482<br>1 – UNAVAILABLE | **4** |
| **6** | **7**<br>1 – ███1482<br>2 – UNAVAILABLE | **8**<br>1 – ███1482<br>1 – UNAVAILABLE | **9**<br>1 – UNAVAILABLE<br>2 – ███1482<br>2 – ███8810 | **10**<br>3 – ███1482<br>1 – ███8810<br>1 – UNAVAILABLE | **11**<br>1 – UNAVAILABLE<br>2 – ███1482 |
| **13**<br>1 – ███8810 | **14**<br>2 – UNAVAILABLE | **15**<br>1 – ███1482<br>1 – UNAVAILABLE | **16**<br>1 – ███1482<br>2 – UNAVAILABLE | **17**<br>2 – ███1482<br>1 – UNAVAILABLE | **18**<br>1 – ███1482<br>3 – UNAVAILABLE |
| **20**<br>1 – ███8810<br>1 – UNAVAILABLE | **21**<br>1 – UNAVAILABLE<br>1 – ███1482 | **22**<br>1 – ███8810<br>3 – ███1482<br>3 – UNAVAILABLE | **23**<br>1 – ███1482<br>1 – ███8810<br>2 – UNAVAILABLE | **24**<br>1 – UNAVAILABLE<br>1 – ███8810<br>1 – ███1482 | **25** |
| **27**<br>1 – ███8810<br>1 – UNAVAILABLE | **28**<br>2 – UNAVAILABLE | **29** | **30** | **31**<br>1 – UNAVAILABLE | |
| | | | | | |

# January 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | **1**<br>5-███8810<br>3-Unavailable |
| **3**<br>1-1-███8810<br>1-Unavailable | **4**<br>3-Unavailable<br>1-███1482 | **5**<br>2-Unavailable<br>1-███1482<br>1-███8810 | **6**<br>2-███1482<br>2-Unavailable | **7**<br>1-███8810<br>1-███1482<br>4-Unavailable | **8**<br>1-███8810<br>1-███1482<br>1-Unavailable |
| **10**<br>3-Unavailable<br>1-███8810 | **11**<br>1-Unavailable<br>1-███1482<br>1-███8810 | **12**<br>2-Unavailable<br>1-███1482 | **13**<br>3-Unavailable<br>3-███1482<br>1-███8810 | **14**<br>3-███1482<br>1-███8810<br>4-Unavailable | **15**<br>4-Unavailable<br>1-███1482<br>1-███3600<br>1-███8810 |
| **17**<br>4-Unavailable<br>1-███8810 | **18**<br>4-Unavailable<br>2-███8810<br>2-███1482 | **19**<br>2-Unavailable<br>1-1-███8810 | **20**<br>5-Unavailable<br>1-███1482<br>2-███8810 | **21**<br>1-Unavailable<br>1-███1482 | **22**<br>2-███8810<br>1-Unavailable |
| **24**<br>5-Unavailable<br>1-1-███8810 | **25**<br>2-███1482<br>1-Unavailable<br>1-███8810 | **26**<br>1-███1482<br>1-Unavailable | **27**<br>1-███1482<br>4-Unavailable | **28**<br>1-Unavailable<br>2-███1482 | **29**<br>2-Unavailable |
| **31**<br>2-Unavailable | | | | | |

DB2/ 30671733.1

# February 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | **1**<br>5-Unavailable<br>1-████8810 | **2**<br>2-Unavailable<br>1-████1482 | **3**<br>3-Unavailable<br>2-████1482 | **4**<br>1-████8810<br>4-Unavailable | **5**<br>3-Unavailable |
| **7**<br>1-████8810<br>1-Unavailable | **8**<br>1-Unavailable | **9**<br>1-1-████1482 | **10**<br>1-████1482<br>1-Unavaiable | **11**<br>3-Unavailable<br>1-████1482 | **12**<br>3-Unavailable<br>3-████8810 |
| **14**<br>2-Unavailable | **15**<br>1-████1482 | **16**<br>1-Unavailable<br>1-████1482 | **17**<br>3-Unavailable<br>1-████1482<br>1-████8810 | **18**<br>2-Unavailable<br>1-████1482 | **19**<br>1-████1482<br>1-Unavailable |
| **21**<br>1-Unavailable | **22**<br>2-Unavailable<br>1-████1482<br>1-████9351 | **23**<br>1-████1482<br>1-Unavailable | **24**<br>1-████8810<br>2-Unavailable | **25**<br>4-Unavailable<br>2-████1482 | **26**<br>2-████1482<br>1-Unavailable |
| **28**<br>7-Unavailable<br>1-████8810 | | | | | |
| | | | | | |

DB2/ 30671733.1

# March 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | 1<br>1-Unavailable<br>1-████8810<br>1-1-████1482 | 2<br>1-Unavailable | 3<br>1-████8810<br>2-████1482<br>1-Unavailable | 4<br>2-Unavailable<br>1-████1482 | 5<br>1-████1482 |
| 7<br>1-Unavailable | 8<br>2-████8810<br>1-████1482 | 9<br>1-████1482<br>1-Unavailable | 10<br>1-Unavailable<br>2-████1482<br>2-████8810 | 11<br>5-Unavailable<br>1-████1482<br>1-████8810 | 12<br>1-Unavailable<br>1-████8810<br>1-████1482 |
| 14<br>2-Unavailable | 15<br>1-Unavailable<br>1-████1634 | 16<br>1-Unavailable<br>1-████1634 | 17<br>4-Unavailable | 18<br>1-Unavailable | 19<br>1-Unavailable |
| 21<br>1-Unavailable | 22<br>2-████8810<br>2-████1634 | 23<br>1-Unavailable | 24<br>3-Unavailable<br>1-████1634 | 25<br>2-Unavailable | 26<br>1-████8810<br>1-████1634 |
| 28<br>1-Unavailable | 29<br>1-████8810<br>1-Unavailable | 30<br>1-Unavailable<br>1-████1634 | 31<br>1-████1634<br>1-Unavailable | | |
| | | | | | |

# April 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  |  |  |  | 1<br>2-Unavailable | 2<br>1-Unavailable |
| 4<br>4-Unavailable | 5<br>2-Unavailable | 6<br>3-Unavailable<br>1-████8810 | 7<br>2-Unavailable<br>1-████8810 | 8<br>1-████1634 | 9<br>2-Unavailable<br>1-████8810 |
| 11<br>1-Unavailable | 12<br>2-Unavailable<br>1-1████1634 | 13<br>1-Unavailable<br>1-████1634 | 14<br>1-████1634 | 15<br>1-Unavailable | 16<br>1-Unavailable<br>1-1████1634 |
| 18<br>1-Unavailable | 19<br>7-Unavailable | 20<br>1-████1634 | 21<br>1-Unavailable<br>1-████8810 | 22<br>3-Unavailable | 23<br>1-Unavailable<br>1-████1634<br>1-████8810 |
| 25<br>1-Unavailable | 26<br>2-Unavailable<br>2-████8810<br>2-████1634 | 27<br>1-Unavailable<br>1-████1634 | 28<br>2-Unavailable<br>1-████1634 | 29<br>2-Unavailable<br>2-████1634 | 30<br>2-Unavailable |
|  |  |  |  |  |  |

DB2/ 30671733.1

# May 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | |
| **2**<br>2-Unavailable<br>3-███████8810 | **3**<br>3-Unavailable | **4**<br>2-Unavailable<br>2-██████8810<br>2-██████1634 | **5**<br>3-Unavailable<br>1-██████8810<br>1-██████1634 | **6**<br>3-Unavailable<br>1-██████1634 | **7**<br>2-██████8810<br>1-██████1634<br>2-Unavailable |
| **9**<br>1-Unavailable | **10**<br>3-Unavailable | **11**<br>1-Unavailable<br>1██████1634 | **12**<br>1-Unavailable | **13**<br>4-Unavailable<br>1-██████1634<br>2-██████8810 | **14**<br>2-Unavailable<br>1-██████1634 |
| **16**<br>1-Unavailable | **17**<br>3-Unavailable<br>2-██████1634 | **18**<br>5-Unavailable<br>1-██████1634 | **19**<br>1-██████8810<br>1-██████1634 | **20**<br>2-██████8810<br>3-Unavailable<br>2-██████1634 | **21**<br>1-██████8810<br>1-██████1634 |
| **23** | **24** | **25** | **26**<br>1-██████8810 | **27** | **28** |
| **30**<br>2-██████8810<br>1-Unavailable | **31**<br>2-Unavailable<br>1-██████8810 | | | | |

# June 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | **1**<br>2-Unavailable | **2**<br>3-Unavailable | **3**<br>3-Unavailable<br>1-████1634<br>1-████8810 | **4**<br>2-████1634<br>1-Unavailable |
| **6**<br>1-Unavailable | **7**<br>4-Unavailable | **8**<br>4-Unavailable<br>1-████1634 | **9**<br>1-Unavailable | **10**<br>3-Unavailable<br>2-████8810 | **11**<br>2-Unavailable<br>1-████8810<br>1-████1634 |
| **13**<br>4-Unavailable<br>3-█-████8810 | **14**<br>2-Unavailable<br>3-████8810 | **15**<br>7-Unavailable | **16**<br>6-Unavailable<br>1-████8810 | **17**<br>2-Unavailable | **18**<br>2-Unavailable |
| **20**<br>2-Unavailable | **21**<br>7-Unavailable<br>1-████6107 | **22**<br>4-Unavailable<br>1-████6107 | **23**<br>3-Unavailable | **24**<br>3-Unavailable | **25**<br>6-Unavailable |
| **27**<br>3-Unavailable<br>2-████8810 | **28**<br>1-Unavailable<br>1-████6107 | **29**<br>1-Unavailable<br>2-████6107<br>2-████8810 | **30**<br>1-████6107 | | |
| | | | | | |

DB2/ 30671733.1

# July 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|  |  |  |  | 1<br>3-Unavailable | 2<br>1-Unavailable<br>1-█████6107 |
| 4<br>2-Unavailable | 5<br>1-Unavailable<br>1-████6107 | 6<br>7-Unavailable | 7<br>4-Unavailable<br>1-████6107 | 8 | 9<br>3-Unavailable |
| 11<br>1-Unavailable | 12<br>3-Unavailable<br>1-████8810 | 13<br>1-████6107<br>2-Unavailable | 14<br>1-Unavailable | 15<br>1-Unavailable | 16<br>3-Unavailable |
| 18<br>1-Unavailable | 19<br>3-Unavailable | 20<br>1-████8810<br>1-████6107 | 21<br>1-Unavailable<br>1-████6107 | 22<br>1-Unavailable | 23<br>2-Unavailable<br>1-████6107 |
| 25<br>1-Unavailable | 26<br>2-Unavailable | 27<br>3-Unavailable | 28<br>2-Unavailable<br>1-████8810 | 29<br>3-Unavailable<br>1-████6107<br>1-████8810 | 30<br>7-Unavailable<br>1-████6107 |
|  |  |  |  |  |  |

DB2/ 30671733.1

# August 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **1**<br>1-Unavailable<br>1-█████8810 | **2**<br>2-Unavailable<br>1-█████6107 | **3**<br>2-Unavailable<br>1-█████6107<br>1-█████8810 | **4** | **5**<br>6-Unavailable | **6**<br>1-Unavailable<br>1-█████6107 |
| **8**<br>3-Unavailable<br>1-█████8810 | **9**<br>2-Unavailable<br>1-█████8810 | **10**<br>4-Unavailable | **11**<br>1-Unavailable<br>1-█████6107 | **12**<br>3-Unavailable<br>1-█████8810 | **13**<br>4-Unavailable<br>1-█████6107<br>1-█████8810 |
| **15**<br>1-Unavailable | **16**<br>1-Unavailable<br>1-█████8810 | **17**<br>2-Unavailable<br>1-█████6107 | **18**<br>1-█████6107<br>1-Unavailable | **19**<br>2-Unavailable | **20**<br>1-Unavailable<br>1-█████6107 |
| **22**<br>1-Unavailable | **23**<br>1-█████6107<br>3-Unavailable | **24**<br>2-Unavailable | **25**<br>1-█████8810<br>1-█████6107<br>2-Unavailable | **26**<br>2-Unavailable<br>5-█████8810 | **27**<br>2-█████8810<br>2-Unavailable |
| **29**<br>1-Unavailable | **30**<br>4-Unavailable<br>1-█████3600 | **31**<br>1-Unavailable | | | |
| | | | | | |

DB2/ 30671733.1

# September 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | 1<br>4-Unavailable | 2<br>2-Unavailable | 3<br>2-████3600<br>1-████8810 |
| 5<br>1-Unavailable | 6<br>11-████8810<br>3-Unavailable | 7<br>2-Unavailable | 8<br>4-Unavailable<br>1-████3600 | 9<br>1-Unavailable | 10<br>4-Unavailable<br>1-████8810<br>1-████3600 |
| 12<br>3-Unavailable<br>1-████8810 | 13<br>1-Unavailable<br>1-████8810<br>1-████3600 | 14<br>1-Unavailable<br>1-████8810<br>1-████3600 | 15<br>1-████3600<br>1-Unavailable | 16<br>1-Unavailable<br>1-████8810 | 17<br>1-Unavailable<br>4-████8810<br>10-████3600 |
| 19<br>2-Unavailable<br>1-████8810 | 20<br>2-████3600<br>2-Unavailable | 21<br>2-████3600 | 22<br>2-Unavailable<br>1-████3600 | 23<br>4-Unavailable<br>1-████3600 | 24<br>1-Unavailable |
| 26<br>4-Unavailable<br>1-████8810 | 27<br>2-Unavailable<br>3-████3600 | 28<br>2-Unavailable<br>1-████3600 | 29<br>3-Unavailable<br>1-████3600 | 30<br>1-████3600<br>1-Unavailable | |
| | | | | | |

DB2/ 30671733.1

# October 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|  |  |  |  |  | 1 |
| 3<br>2-Unavailable | 4<br>3-Unavailable<br>1-████3600 | 5<br>1-Unavailable<br>2-████3600 | 6<br>3-Unavailable | 7<br>2-Unavailable<br>1-████3600 | 8<br>1-Unavailable<br>1-████3600 |
| 10<br>2-Unavailable | 11<br>1-████3600 | 12<br>1-████3600 | 13<br>2-Unavailable<br>2-████3600 | 14 | 15<br>1-████3600 |
| 17<br>2-████8810<br>2-Unavailable | 18<br>4-Unavailable<br>3-████3600 | 19<br>1-Unavailable<br>1-████3600 | 20<br>1-Unavailable<br>1-████3600 | 21 | 22<br>1-████8810<br>1-████3600 |
| 24<br>3-Unavailable<br>2-████8810 | 25<br>1-████3600 | 26 | 27<br>2-Unavailable<br>1-████8810<br>1-████3600 | 28<br>3-Unavailable | 29<br>1-Unavailable |
| 31<br>2-████8810<br>3-Unavailable |  |  |  |  |  |

DB2/ 30671733.1

# November 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | **1**<br>2-Unavailable<br>1-████3600 | **2**<br>1-Unavailable | **3**<br>1-Unavailable<br>1-████3600 | **4**<br>1-Unavailable | **5**<br>5-Unavailable<br>1-████3600 |
| **7**<br>2-Unavailable<br>1-████8810 | **8**<br>1-Unavailable<br>1-████3600 | **9**<br>1-Unavailable | **10**<br>2-1-████3600 | **11**<br>1-Unavailable | **12**<br>1-Unavailable<br>1-████3600 |
| **14**<br>3-████8810<br>6-Unavailable | **15**<br>4-Unavailable | **16**<br>1-Unavailable<br>1-████8810<br>1-████3600 | **17**<br>3-████3600<br>2-████8810 | **18**<br>2-████8810<br>1-Unavailable<br>1-████3600 | **19**<br>1-████1764 |
| **21** | **22**<br>1-Unavailable<br>1-████3600 | **23**<br>1-████3600 | **24**<br>1-████8810<br>1-████3600<br>1-Unavailable | **25** | **26** |
| **28**<br>2-████8810<br>3-Unavailable | **29**<br>5-Unavailable<br>1-████3600 | **30**<br>1-Unavailable<br>1-████3600 | | | |
| | | | | | |

# December 2010

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | **1**<br>2-████3600 | **2**<br>5-Unavailable<br>2-████8810 | **3**<br>1-████3600<br>1-Unavailable |
| **5**<br>4-Unavailable<br>2-1-████8810 | **6**<br>2-Unavailable<br>1-████3600 | **7**<br>1-Unavailable | **8** | **9**<br>3-Unavailable<br>2-████3600 | **10**<br>1-████3600<br>1-Unavailable |
| **12**<br>5-Unavailable<br>2-1-████8810 | **13**<br>3-Unavailable | **14**<br>1-Unavailable | **15**<br>1-████3600<br>1-Unavailable | **16**<br>4-Unavailable | **17**<br>2-Unavailable |
| **19**<br>1-Unavailable | **20**<br>2-Unavailable<br>1-████3600 | **21**<br>2-Unavailable<br>1-████3600 | **22**<br>2-1-████3600<br>3-Unavailable | **23**<br>7-Unavailable | **24** |
| **26**<br>1-Unavailable | **27**<br>2-Unavailable<br>1-████8810 | **28**<br>2-Unavailable<br>1-████3600 | **29**<br>2-Unavailable<br>2-████3600 | **30**<br>2-Unavailable<br>1-████3600 | **31**<br>4-Unavailable<br>2-████8810 |
| | | | | | |

# January 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 2<br>2-Unavailable | 3<br>2-Unavailable | 4<br>1-Unavailable | 5<br>2-Unavailable | 6 | 7<br>1-████8810 |
| 9<br>1-Unavailable | 10<br>2-Unavailable<br>1-████3600 | 11<br>2-Unavailable<br>1-████3600 | 12<br>1-████8810 | 13 | 14 |
| 16 | 17 | 18 | 19 | 20 | 21 |
| 23 | 24 | 25 | 26 | 27 | 28 |
| 30 | 31 |  |  |  |  |

DB2/ 30671741.1

# February 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | 1<br>3-Unavailable | 2<br>1-Unavailable<br>2-███3600 | 3<br>3-Unavailable | 4<br>1-Unavailable<br>1-███3600 |
| 6<br>1-Unavailable<br>1-███8810 | 7 | 8<br>1-Unavailable | 9<br>1-Unavailable<br>1-███3600 | 10<br>1-Unavailable<br>1-███3600 | 11<br>1-███3600 |
| 13<br>1-Unavailable | 14<br>2-Unavailable | 15<br>1-███3600 | 16<br>1-███3600 | 17<br>2-Unavailable<br>1-███3600<br>1-███8810 | 18<br>8-███8810<br>2-Unavailable<br>1-███3600 |
| 20<br>3-Unavailable | 21<br>2-███3600<br>1-███8810<br>1-Unavailable | 22 | 23<br>2-Unavailable<br>1-███8810<br>2-███3600 | 24<br>1-Unavailable<br>1-███3600 | 25<br>1-Unavailable<br>1-███8810 |
| 27<br>2-Unavailable<br>1-███8810 | 28 | | | | |
| | | | | | |

# March 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | **1**<br>1-████3600 | **2**<br>2-Unavailable | **3**<br>2-Unavailable<br>1-████3600 | **4**<br>1-Unavailable |
| **6**<br>1-Unavailable | **7**<br>1-████3600 | **8**<br>1-Unavailable | **9**<br>2-Unavailable<br>1-████3600 | **10**<br>3-Unavailable | **11**<br>2-████8810<br>1-████3600 |
| **13**<br>2-Unavailable | **14**<br>1-Unavailable | **15**<br>1-Unavailable | **16**<br>3-████3600 | **17**<br>2-Unavailable<br>1-████3600 | **18**<br>2-Unavailable<br>2-████8810 |
| **20**<br>2-Unavailable | **21**<br>1-Unavailable | **22**<br>3-████8810<br>4-████3600 | **23**<br>3-Unavailable<br>2-████8810<br>1-████3600 | **24**<br>1-████3600 | **25**<br>2-Unavailable<br>1-████8810 |
| **27**<br>2-Unavailable | **28**<br>1-████8810 | **29**<br>1-████3600<br>2-Unavailable | **30**<br>2-Unavailable | **31**<br>3-Unavailable | |
| | | | | | |

# April 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | **1** |
| **3**<br>1-Unavailable | **4**<br>5-Unavailable | **5**<br>2-Unavailable<br>1-████8810<br>2-████3600 | **6**<br>1-Unavailable<br>1-████8810<br>2-████3600 | **7**<br>1-████8810 | **8**<br>2-Unavailable |
| **10**<br>2-Unavailable | **11**<br>1-Unavailable | **12**<br>1-████8810 | **13**<br>2-Unavailable<br>2-████3600 | **14**<br>1-Unavailable<br>1-████3600 | **15**<br>1-████3600<br>3-Unavailable |
| **17**<br>1-Unavailable<br>2-████8810 | **18**<br>2-Unavailable | **19**<br>3-Unavailable<br>1-████8810<br>1-████3600 | **20**<br>1-Unavailable | **21**<br>1-Unavailable | **22**<br>1-████8810<br>2-Unavailable |
| **24**<br>1-████8810 | **25**<br>1-████8810 | **26**<br>1-████8810 | **27**<br>1-████8810 | **28** | **29** |
| | | | | | |

DB2/ 30671741.1

# May 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| 1 | 2<br><br>1-Unavailable | 3<br><br>1-Unavailable | 4<br><br>2-Unavailable | 5<br><br>2-Unavailable<br>2-████3600<br>1-████8810 | 6<br><br>3-Unavailable |
| 8<br><br>1-Unavailable | 9<br><br>2-Unavailable | 10<br><br>2-Unavailable | 11<br><br>5-Unavailable<br>1-████8810<br>1-████3600 | 12<br><br>1-Unavailable<br>1-████3600 | 13<br><br>1-Unavailable<br>1-████3600 |
| 15<br><br>2-Unavailable | 16<br><br>1-Unavailable<br>1-████3600 | 17<br><br>1-Unavailable | 18<br><br>3-Unavailable<br>2-████3600 | 19<br><br>2-Unavailable | 20<br><br>5-Unavailable |
| 22<br><br>5-Unavailable<br>1-████8810 | 23<br><br>1-████3600 | 24<br><br>1-Unavailable | 25<br><br>4-Unavailable<br>1-████3600 | 26<br><br>2-Unavailable | 27<br><br>6-Unavailable |
| 29<br><br>2-Unavailable | 30<br><br>1-Unavailable | 31<br><br>1-Unavailable<br>1-████-3600 | | | |
| | | | | | |

# June 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | **1**<br>1-Unavailable | **2**<br>2-Unavailable | **3**<br>2-Unavailable |
| **5**<br>1-Unavailable | **6**<br>2-Unavailable<br>1-████8810<br>1-████3600 | **7**<br>2-Unavailable<br>1-████3600 | **8** | **9**<br>1-Unavailable<br>1-████3600 | **10**<br>1-Unavailable<br>1-████8810 |
| **12**<br>3-Unavailable<br>1-████8810 | **13**<br>4-Unavailable<br>1-████3600 | **14**<br>1-Unavailable<br>1-████3600 | **15**<br>1-Unavailable | **16**<br>2-Unavailable | **17**<br>1-████3600 |
| **19** | **20**<br>1-Unavailable<br>1-████3600 | **21**<br>2-Unavailable<br>1-████3600 | **22**<br>2-Unavailable | **23**<br>2-Unavailable<br>1-████8810 | **24**<br>1-████8810<br>1-Unavailable |
| **26**<br>1-Unavailable | **27**<br>2-Unavailable | **28**<br>2-Unavailable<br>2-████8810 | **29**<br>3-Unavailable<br>2-████8810 | **30**<br>6-Unavailable<br>2-████8810 | |
| | | | | | |

DB2/ 30671741.1

# July 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | **1**<br>3-Unavailable<br>1-████-8810 |
| **3** | **4** | **5** | **6**<br>1-████8810 | **7** | **8** |
| **10**<br>1-Unavailable | **11** | **12** | **13**<br>1-Unavailable<br>1-████8810 | **14**<br>2-Unavailable | **15**<br>1-Unavailable<br>1-████-8810 |
| **17**<br>2-Unavailable | **18**<br>1-Unavailable<br>1-████8810 | **19**<br>1-Unavailable<br>1-████3600 | **20**<br>3-████8810<br>1-Unavailable | **21**<br>1-Unavailable | **22**<br>1-Unavailable<br>1-████-3600 |
| **24**<br>1-Unavailable | **25**<br>1-Unavailable<br>1-████3600 | **26**<br>3-Unavailable<br>1-████3600 | **27**<br>3-Unavailable | **28**<br>3-Unavailable | **29**<br>1-████-8810<br>1-████-3600<br>2-Unavailable |
| **31**<br>2-Unavailable | | | | | |

DB2/ 30671741.1

# August 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | 1<br><br>4-Unavailable | 2<br><br>3-Unavailable<br>1-██████3600 | 3<br><br>3-Unavailable<br>1-██████8810<br>1-██████3600 | 4<br><br>2-Unavailable | 5<br><br>2-Unavailable<br>1-██████3600 |
| 7<br><br>2-Unavailable | 8<br><br>1-Unavailable<br>1-██████3600 | 9 | 10<br><br>1-Unavailable<br>1-██████8810 | 11<br><br>4-Unavailable | 12<br><br>1-Unavailable<br>1-██████3600 |
| 14<br><br>8-Unavailable | 15<br><br>1-Unavailable | 16<br><br>1-Unavailable<br>1-887-3600 | 17<br><br>1-Unavailable<br>2-██████8810 | 18<br><br>4-Unavailable<br>1-██████8810<br>1-██████3600 | 19<br><br>1-██████3600 |
| 21<br><br>1-Unavailable<br>1-██████8810 | 22<br><br>1-Unavailable<br>1-██████8810<br>2-██████3600 | 23<br><br>1-██████8810<br>1-887-3600 | 24<br><br>1-Unavailable<br>3-██████8810<br>3-██████3600 | 25<br><br>4-Unavailable | 26<br><br>1-██████3600 |
| 28<br><br>1-Unavailable | 29<br><br>1-Unavailable<br>2-██████8810<br>2-██████3600 | 30<br><br>1-Unavailable<br>1-██████3600 | 31<br><br>1-Unavailable<br>1-██████3600 | | |
| | | | | | |

DB2/ 30671741.1

# September 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | **1**<br>2-Unavailable | **2**<br>1-████8810 |
| **4**<br>1-Unavailable<br>4-████8810 | **5**<br>2-Unavailable | **6**<br>2-Unavailable | **7**<br>4-Unavailable<br>1-████3600 | **8**<br>1-Unavailable<br>2-████3600 | **9** |
| **11** | **12**<br>1-Unavailable<br>1-████8810 | **13**<br>1-Unavailable | **14**<br>1-Unavailable<br>1-████8810<br>1-████3600 | **15**<br>1-Unavailable<br>1-████3600 | **16** |
| **18**<br>1-████8810 | **19**<br>1-Unavailable<br>1-████8810 | **20**<br>1-████8810<br>2-Unavailable | **21**<br>3-Unavailable | **22**<br>2-Unavailable<br>2-████8810<br>1-████8810 | **23**<br>1-████8810<br>1-████3600 |
| **25**<br>1-Unavailable | **26**<br>1-████3600 | **27** | **28** | **29**<br>4-████3600 | **30**<br>2-Unavailable<br>1-████8810<br>1-████3600 |
| | | | | | |

DB2/ 30671741.1

# October 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | |
| **2**<br>3-Unavailable<br>1-████8810 | **3**<br>2-████3600 | **4**<br>2-Unavailable<br>1-████8810<br>1-████3600 | **5**<br>3-████8810 | **6**<br>3-████3600 | **7**<br>1-Unavailable |
| **9**<br>1-Unavailable<br>1-████8810 | **10**<br>1-Unavailable | **11**<br>2-Unavailable | **12**<br>3-Unavailable | **13** | **14**<br>1-Unavailable<br>1-████3600 |
| **16**<br>3-Unavailable<br>10-████8810<br>2-████3600 | **17**<br>3-Unavailable<br>3-████8810<br>2-████3600 | **18**<br>2-████3600 | **19**<br>2-Unavailable | **20**<br>3-Unavailable<br>2-████3600 | **21** |
| **23**<br>2-Unavailable<br>2-████8810 | **24**<br>2-Unavailable<br>1-████3600 | **25**<br>1-████8810<br>2-████3600 | **26**<br>1-Unavailable<br>2-████8810 | **27**<br>3-Unavailable<br>1-████8810<br>1-████3600 | **28**<br>1-████3600<br>2-Unavailable |
| **30**<br>4-Unavailable<br>3-████8810 | **31**<br>3-Unavailable<br>2-████8810<br>2-████3600 | | | | |

# November 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | **1**<br>2-Unavailable | **2**<br>2-Unavailable<br>1-████8810<br>1-████3600 | **3**<br>1-Unavailable<br>1-███3600 | **4**<br>6-████8810<br>1-████3600<br>1-Unavailable |
| **6**<br>3-Unavailable<br>6-████8810 | **7**<br>3-Unavailable<br>2-████8810<br>3-████3600 | **8**<br>1-Unavailable<br>1-████3600 | **9**<br>2-Unavailable<br>2-████8810 | **10**<br>2-Unavailable<br>2-████8810 | **11**<br>5-Unavailable<br>4-████8810 |
| **13** | **14** | **15** | **16** | **17** | **18** |
| **20**<br>6-████8810<br>4-Unavailable | **21**<br>1-████8810<br>4-Unavailable<br>1-████1634<br>1-████3600 | **22**<br>1-Unavailable<br>1-████3600 | **23**<br>1-████1634 | **24**<br>1-Unavailable | **25**<br>2-Unavailable<br>1-████1634 |
| **27**<br>4-Unavailable<br>1-████8810 | **28**<br>1-Unavailable | **29**<br>1-████3600 | **30**<br>1-████8810<br>1-████3600 | | |
| | | | | | |

DB2/ 30671741.1

# December 2011

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | 1<br>1-Unavailable | 2<br>1-Unavailable |
| 4<br>1-Unavailable<br>1-████8810 | 5<br>1-Unavailable | 6<br>1-████3600<br>1-████1634 | 7 | 8<br>4-Unavailable<br>1-████8810 | 9<br>1-Unavailable<br>1-████1634 |
| 11 | 12<br>1-████3600 | 13 | 14<br>1-████3600 | 15<br>2-Unavailable | 16<br>2-Unavailable<br>1-████8810 |
| 18<br>1-Unavailable | 19<br>3-Unavailable | 20<br>2-Unavailable | 21<br>3-Unavailable | 22<br>3-Unavailable | 23<br>1-Unavailable<br>1-████3600 |
| 25<br>3-Unavailable<br>6-████8810 | 26<br>2-Unavailable | 27<br>1-Unavailable<br>1-████8810<br>2-████1634 | 28<br>1-Unavailable | 29<br>1-Unavailable | 30 |
| | | | | | |

DB2/ 30671741.1

# January 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **1**<br>1-Unavailable | **2**<br>1-Unavailable<br>1-████8810 | **3**<br>2-Unavailable<br>2-1-████8810<br>2-1-████1634 | **4**<br>1-████3600 | **5**<br>1-████1634<br>2-1-████3600 | **6** |
| **8** | **9**<br>1-Unavailable<br>1-1-████8810 | **10**<br>1-████8810<br>1-████3600 | **11** | **12**<br>1-Unavailable | **13**<br>1-████3600 |
| **15**<br>1-Unavailable | **16**<br>2-Unavailable<br>1-████8810 | **17**<br>1-Unavailable | **18**<br>2-Unavailable<br>2-████8810<br>1-████3600 | **19**<br>1-Unavailable | **20**<br>1-Unavailable<br>2-████3600 |
| **22** | **23**<br>2-████3600 | **24**<br>1-Unavailable<br>1-████8810<br>1-████3600 | **25**<br>1-████3600 | **26**<br>1-Unavailable<br>3-████8810<br>1-████3600 | **27**<br>2-Unavailable<br>3-████1634 |
| **29**<br>1-Unavailable | **30**<br>3-Unavailable | **31**<br>3-████8810<br>1-████3600<br>1-████1634 | | | |
| | | | | | |

DB2/ 30671810.1

# February 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | **1** | **2**<br>1-████8810<br>1-████3600 | **3**<br>1-████8810<br>1-████1634<br>1-Unavailable |
| **5** | **6**<br>3-Unavailable | **7**<br>2-Unavailable<br>1-████3600 | **8**<br>2-Unavailable<br>2-1-████8810<br>1-████3600 | **9**<br>1-Unavailable<br>1-████3600 | **10**<br>1-████1634 |
| **12**<br>2-Unavailable | **13**<br>2-Unavailable<br>1-████8810 | **14** | **15**<br>3-Unavailable<br>1-████3600 | **16**<br>3-Unavailable | **17**<br>2-Unavailable<br>1-████1634 |
| **19**<br>1-Unavailable | **20**<br>1-Unavailable | **21**<br>2-Unavailable<br>2-████3600 | **22**<br>1-Unavailable | **23**<br>4-Unavailable<br>1-████8810<br>1-████3600 | **24**<br>1-████1634 |
| **26**<br>1-Unavailable | **27**<br>1-Unavailable | **28**<br>1-████1634 | **29**<br>1-████3600 | | |
| | | | | | |

DB2/ 30671810.1

# March 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | **1** | **2** <br> 1-Unavailable |
| **4** <br> 1-Unavailable | **5** <br> 2-Unavailable | **6** <br> 3-Unavailable | **7** <br> 1-Unavailable <br> 3-█████3600 | **8** <br> 1-███3600 | **9** <br> 2-Unavailable |
| **11** | **12** | **13** <br> 1-Unavailable <br> 2-█████1634 | **14** <br> 1-████3600 | **15** <br> 1-Unavailable | **16** <br> 1-Unavailable <br> 1-█████8810 <br> 1-████3600 |
| **18** <br> 1-Unavailable | **19** <br> 2-Unavailable | **20** <br> 2-Unavailable <br> 1-█████8810 <br> 1-818-887-3600 | **21** <br> 1-████3600 <br> 2-█████8810 | **22** <br> 1-Unavailable | **23** <br> 1-█████1634 |
| **25** <br> 2-Unavailable | **26** <br> 1-████1634 | **27** <br> 1-Unavailable <br> 1-█████1634 <br> 1-████3600 | **28** <br> 3-Unavailable | **29** <br> 1-████1634 | **30** <br> 2-Unavailable |
| | | | | | |

DB2/ 30671810.1

# April 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 1 | 2<br><br>1-Unavailable | 3<br><br>1-Unavailable<br>1-████8810 | 4<br><br>1-Unavailable<br>1-████3600 | 5<br><br>2-Unavailable | 6 |
| 8<br><br>1-Unavailable | 9<br><br>2-Unavailable | 10<br><br>1-Unavailable | 11<br><br>1-Unavailable | 12<br><br>2-Unavailable<br>1-████8810 | 13<br><br>1-Unavailable |
| 15<br><br>1-Unavailable | 16<br><br>7-Unavailable | 17<br><br>1-████1634 | 18<br><br>2-Unavailable<br>2-████8810<br>1-████3600 | 19<br><br>2-Unavailable | 20<br><br>2-Unavailable<br>1-████3600<br>1-████1634 |
| 22<br><br>1-Unavailable | 23<br><br>1-████3600 | 24<br><br>1-████3600<br>1-████1634<br>2-████8810<br>1-Unavailable | 25<br><br>1-████8810 | 26<br><br>1-Unavailable | 27<br><br>1-Unavailable<br>1-████8810 |
| 29<br><br>2-Unavailable | 30<br><br>2-Unavailable<br>3-████3600 | | | | |
| | | | | | |

DB2/ 30671810.1

# May 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | **1**<br>1-████3600<br>2-████8810 | **2**<br>1-Unavailable<br>1-████1634<br>1-████3600 | **3**<br>3-Unavailable<br>2-████8810<br>2-████1634<br>1-████3600 | **4**<br>2-Unavailable<br>1-████8810<br>1-████3600 |
| **6**<br>1-Unavailable | **7**<br>1-Unavailable<br>3-████3600 | **8**<br>1-Unavailable<br>4-████8810<br>1-████1634 | **9**<br>4-████8810<br>1-████3600<br>2-████1634 | **10**<br>1-████3600 | **11**<br>1-Unavailable |
| **13**<br>3-Unavailable<br>2-████8810 | **14**<br>1-████3600 | **15**<br>1-████1634 | **16**<br>1-████3600 | **17** | **18**<br>1-Unavailable<br>1-████8810<br>1-████1634 |
| **20**<br>1-Unavailable | **21**<br>3-Unavailable | **22**<br>1-Unavailable<br>1-████1634<br>2-████8810 | **23**<br>1-Unavailable | **24**<br>2-████1634<br>2-Unavailable<br>3-████8810 | **25**<br>2-Unavailable<br>1-████1634 |
| **27**<br>3-Unavailable<br>1-████8810 | **28**<br>1-Unavailable<br>1-████8810 | **29**<br>1-Unavailable<br>1-████1634 | **30**<br>2-Unavailable<br>1-████8810<br>1-████3600 | **31**<br>1-████3600 | |

DB2/ 30671810.1

# June 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | 1 |
| 3<br>1-Unavailable | 4<br>3-Unavailable | 5<br>2-Unavailable<br>1-█████8810 | 6<br>2-Unavailable<br>1-█████1634 | 7<br>1-█████3600 | 8 |
| 10  .<br>12-█████8810 | 11 | 12 | 13 | 14 | 15<br>1-Unavailable |
| 17<br>1-Unavailable | 18<br>1-Unavailable | 19<br>2-█████1634 | 20<br>2-Unavailable<br>2-█████8810 | 21<br>2-Unavailable | 22 |
| 24<br>1-Unavailable | 25<br>1-█████8810 | 26<br>1-Unavailable<br>1-█████1634 | 27<br>1-Unavailable<br>1-█████3600 | 28<br>1-Unavailable<br>1-█████3600 | 29<br>3-Unavailable<br>1-█████1634 |
| | | | | | |

DB2/ 30671810.1

# July 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 1<br>1-Unavailable | 2<br>6-Unavailable | 3 | 4 | 5 | 6 |
| 8<br>2-Unavailable | 9<br>1-███3600 | 10 | 11<br>3-Unavailable<br>1-███1634<br>6-███-8810 | 12 | 13<br>1-Unavailable |
| 15<br>4-Unavailable<br>1-███8810 | 16<br>1-Unavailable<br>1-███1634<br>1-███3600 | 17<br>1-███1634 | 18<br>2-Unavailable<br>4-███1634<br>1-███3600 | 19<br>3-Unavailable<br>1-███8810 | 20<br>4-Unavailable |
| 22<br>2-Unavailable | 23<br>3-Unavailable<br>1-███3600 | 24<br>1-Unavailable<br>1-███3600 | 25<br>4-Unavailable<br>1-███3600 | 26<br>2-Unavailable<br>2-███8810 | 27<br>3-Unavailable<br>1-███1634 |
| 29<br>1-███8810 | 30 | 31<br>2-███8810 | | | |
| | | | | | |

DB2/ 30671810.1

# August 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|        |        |         | **1**<br>2-████8810 | **2**<br>1-████8810 | **3**<br>2-████8810<br>1-████3600 |
| **5**<br>1-████8810 | **6**<br>1-████8810 | **7**<br>2-████3600<br>1-████8810 | **8**<br>2-████3600<br>1-████3600 | **9**<br>3-Unavailable | **10**<br>1-████3600 |
| **12**<br>1-████8810 | **13**<br>1-████8810 | **14**<br>1-████1634<br>1-████3600 | **15**<br>1-████8810<br>1-████3600 | **16**<br>3-████8810 | **17**<br>1-Unavailable<br>1-████8810<br>1-████1634 |
| **19**<br>1-████8810 | **20**<br>1-████8810 | **21**<br>2-████8810<br>1-████3600<br>2-████1634 | **22** | **23**<br>3-████8810<br>2-Unavailable | **24**<br>1-████8810 |
| **26**<br>1-████8810 | **27**<br>1-████8810<br>1-████3600 | **28** | **29**<br>1-Unavailable<br>2-████8810<br>1-████3600 | **30**<br>1-Unavailable<br>1-████1634 | **31**<br>1-████8810<br>1-████3600 |
|        |        |         |           |          |        |

DB2/ 30671810.1

# September 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | |
| 2<br>1-███8810 | 3<br>1-███8810 | 4<br>3-███3600<br>1-███1634<br>1-███8810 | 5<br>2-███8810 | 6<br>1-Unavailable<br>4-███8810<br>3-███1634<br>2-███3600 | 7<br>1-Unavailable<br>2-███1634<br>2-███3600<br>1-███8810 |
| 9<br>3-███8810 | 10<br>4-███8810<br>1-███3600 | 11<br>3-███8810<br>3-███3600 | 12<br>2-███8810<br>1-Unavailable | 13<br>4-███8810<br>1-███3600 | 14<br>1-Unavailable<br>2-███1634<br>1-███8810 |
| 16<br>3-███8810 | 17<br>5-███8810<br>1-███1634 | 18 | 19<br>1-███8810 | 20<br>3-███8810 | 21<br>2-███8810 |
| 23<br>2-███8810 | 24<br>3-███8810 | 25<br>1-███8810<br>1-███3600 | 26 | 27<br>1-Unavailable<br>1-███8810<br>2-███3600 | 28 |
| 30<br>1-Unavailable<br>2-███8810 | | | | | |

DB2/ 30671810.1

# October 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|  | 1<br>1-████8810<br>1-████3600 | 2<br>2-████3600<br>1-████1634 | 3<br>1-Unavailable<br>1-████8810<br>████3600 | 4<br>4-Unavailable<br>1-████8810 | 5<br>2-████8810 |
| 7<br>2-████8810 | 8<br>2-████1634 | 9 | 10 | 11<br>1-████8810 | 12<br>2-████8810 |
| 14<br>2-████8810 | 15<br>1-████8810 | 16<br>1-████8810<br>1-████3600<br>2-████1634 | 17<br>2-████8810<br>1-████1634 | 18<br>1-████8810<br>1-████3600 | 19<br>4-████8810<br>1-████3600 |
| 21 | 22<br>2-████3600 | 23<br>2-████1634 | 24<br>2-████8810<br>1-████3600 | 25 | 26<br>4-████8810<br>1-████3600 |
| 28 | 29<br>1-████3600 | 30<br>1-████1634 | 31<br>1-████8810<br>1-████3600 |  |  |
|  |  |  |  |  |  |

DB2/ 30671810.1

# November 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | 1<br>4-██████8810 | 2 |
| 4<br>3-Unavailable<br>1-██████8810 | 5<br>2-██████8810 | 6<br>4-██████8810<br>1-██████1634 | 7<br>4-██████8810<br>2-Unavailable<br>1-██████3600 | 8<br>2-Unavailable<br>1-██████8810<br>1-██████3600 | 9<br>1-Unavailable<br>1-██████3600 |
| 11<br>5-██████8810 | 12 | 13<br>1-██████8810 | 14<br>1-Unavailable<br>2-██████8810 | 15<br>1-Unavailable<br>1-██████3600 | 16 |
| 18<br>2-██████8810 | 19 | 20<br>1-██████8810 | 21 | 22 | 23<br>1-██████8810<br>1-Unavailable |
| 25<br>7-██████8810 | 26<br>1-██████8810<br>1-██████3600<br>1-██████1634 | 27<br>2-██████8810<br>1-██████1634 | 28<br>1-Unavailable<br>1-██████8810 | 29 | 30<br>1-██████3600 |
| | | | | | |

DB2/ 30671810.1

# December 2012

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **2**<br>2-Unavailable<br>1-████8810 | **3**<br>1-████8810<br>1-████3600 | **4**<br>1-████8810 | **5**<br>1-████8810 | **6**<br>1-████8810<br>1-████3600 | **7** |
| **9**<br>2-████8810 | **10**<br>1-████8810<br>1-████3600 | **11** | **12**<br>1-████8810 | **13**<br>1-████3600 | **14**<br>1-████3600 |
| **16** | **17**<br>3-████8810 | **18**<br>2-████8810 | **19**<br>2-████8810 | **20**<br>5-████8810<br>1-Unavailable<br>1-████3600 | **21**<br>1-████8810 |
| **23** | **24**<br>4-Unavailable<br>1-████8810 | **25** | **26**<br>1-████8810 | **27**<br>2-████8810 | **28**<br>1-Unavailable<br>1-████8810 |
| **30** | **31**<br>1-████8810 |  |  |  |  |

DB2/ 30671810.1

# January 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | 1 | 2<br>1-███8810 | 3<br>2-███8810<br>1-███3600 | 4<br>1-███8810 |
| 6<br>3-███8810 | 7<br>1-Unavailable | 8<br>1-███8810 | 9 | 10<br>1-███8810 | 11<br>1-Unavailable |
| 13 | 14 | 15<br>1-Unavailable | 16<br>1-███3600<br>1-Unavailable | 17<br>2-███8810<br>1-Unavailable | 18<br>1-███1634<br>1-███8810 |
| 20 | 21<br>1-███1634<br>1-███8810<br>2-███3600 | 22<br>1-███1634 | 23<br>1-███1634<br>1-███3600<br>3-███8810 | 24 | 25<br>3-███8810 |
| 27<br>1-███8810 | 28<br>4-███8810 | 29<br>1-███1634<br>1-███3600<br>4-███8810 | 30<br>1-███3600<br>3-███8810 | 31<br>1-Unavailable | |
| | | | | | |

DB2/ 30671815.1

# February 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | **1**<br>1-████1634<br>1-Unavailable |
| **3**<br>2-Unavailable<br>3-████8810 | **4**<br>3-████8810 | **5**<br>1-████8810<br>1-Unavailable | **6**<br>3-████1634<br>4-████8810 | **7**<br>1-████1634<br>3-████8810 | **8**<br>1-████1634<br>3-████8810 |
| **10**<br>1-████8810<br>1-Unavailable | **11**<br>1-████1634<br>1-████8810 | **12**<br>2-████1634<br>4-████8810 | **13**<br>1-████1634<br>1-████8810<br>1-Unavailable | **14**<br>1-████8810<br>1-Unavailable | **15**<br>1-Unavailable<br>2-████1634<br>2-████8810 |
| **17**<br>2-████8810 | **18**<br>4-████8810 | **19**<br>1-████8810 | **20**<br>1-████1634<br>2-████8810 | **21**<br>1-Unavailable | **22**<br>████8810 |
| **24**<br>2-████8810 | **25**<br>2-████8810<br>3-████1634 | **26**<br>1-Unavailable<br>3-████8810 | **27**<br>2-████8810<br>3-████1634 | **28**<br>1-████1634<br>2-████8810 | |
| | | | | | |

DB2/ 30671815.1

# March 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | **1**<br>7-████8810<br>1-████1634<br>1-Unavailable |
| **3**<br>1-████8810 | **4**<br>2-████1634 | **5**<br>1-████1634 | **6**<br>1-████8810<br>1-████1634<br>1-Unavailable | **7**<br>4-████8810<br>2-████1634 | **8**<br>2-████8810<br>2-████1634 |
| **10**<br>1-████8810 | **11**<br>1-████8810<br>2-████1634<br>1-Unavailable | **12**<br>3-████8810 | **13**<br>1-████8810<br>1-████1634<br>1-Unavailable | **14**<br>2-████8810 | **15**<br>3-████8810<br>2-████1634 |
| **17**<br>6-████8810<br>1-Unavailable | **18**<br>1-████1634<br>1-Unavailable | **19**<br>4-████8810<br>2-████1634<br>1-Unavailable | **20**<br>3-████8810<br>3-████1634 | **21**<br>4-████8810<br>1-████1634 | **22**<br>1-████8810<br>1-Unavailable |
| **24** | **25**<br>5-████8810<br>1-████1634 | **26**<br>5-████8810<br>1-████1634 | **27**<br>1-████1634 | **28**<br>2-████8810<br>1-Unavailable | **29**<br>2-████8810<br>2-████1634 |
| **31**<br>1-████8810 | | | | | |

DB2/ 30671815.1

# April 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | **1**<br>1-███8810<br>2-███1634 | **2**<br>2-███1634<br>1-Unavailable | **3**<br>1-███8810<br>2-███1634 | **4**<br>3-███8810<br>2-███1634 | **5**<br>1-███8810<br>1-███1634 |
| **7**<br>1-███8810 | **8**<br>1-███8810<br>1-Unavailable | **9**<br>4-███8810<br>1-Unavailable | **10**<br>3-███8810<br>1-███1634 | **11**<br>1-███8810 | **12**<br>3-███8810<br>1-███1634 |
| **14**<br>1-███8810 | **15**<br>2-███8810<br>1-███1634 | **16**<br>4-███8810 | **17**<br>2-███8810<br>1-███1634 | **18**<br>3-███8810 | **19**<br>1-███8810<br>2-███1634 |
| **21**<br>3-███8810 | **22**<br>7-███8810<br>1-███1634 | **23**<br>2-███8810<br>1-███1634 | **24** | **25**<br>5-███8810<br>1-███1634 | **26**<br>1-███8810<br>3-███1634 |
| **28**<br>1-███8810 | **29**<br>1-███8810 | **30**<br>1-███8810<br>1-███1634<br>1-Unavailable | | | |
| | | | | | |

# May 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|  |  |  | 1<br>5-████8810<br>2-████1634 | 2<br>2-████8810 | 3<br>1-████8810<br>1-Unavailable |
| 5<br>1-████8810 | 6<br>1-████8810<br>1-████1634 | 7<br>1-████1634 | 8<br>1-████8810 | 9<br>1-████8810 | 10<br>1-████1634 |
| 12<br>2-████8810 | 13<br>1-████8810<br>1-████1634 | 14<br>1-████8810<br>2-████1634<br>3-Unavailable | 15<br>1-████8810 | 16<br>1-████8810 | 17<br>2-████1634 |
| 19<br>1-████8810 | 20<br>1-████8810<br>1-Unavailable | 21<br>1-████8810 | 22<br>5-████8810 | 23<br>3-████8810 | 24<br>1-████1634 |
| 26<br>1-████8810 | 27<br>2-████8810 | 28<br>5-████8810<br>1-████1634 | 29<br>1-████8810 | 30<br>1-████8810 | 31<br>2-████8810 |
|  |  |  |  |  |  |

DB2/ 30671815.1

# June 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | |
| **2**<br>1-████8810 | **3**<br>3-████8810<br>1-████1634 | **4**<br>1-████8810<br>1-████1634 | **5**<br>4-████8810<br>1-████1634 | **6**<br>1-████8810 | **7**<br>2-████8810 |
| **9**<br>2-████8810 | **10**<br>2-████8810 | **11**<br>1-████8810<br>1-████1634 | **12**<br>1-████8810 | **13**<br>1-████8810 | **14**<br>1-████1634<br>4-Unavailable |
| **16**<br>2-████8810<br>1-Unavailable | **17**<br>7-████8810<br>6-Unavailable | **18**<br>1-████8810<br>2-Unavailable | **19**<br>2-████8810<br>1-Unavailable | **20**<br>8-Unavailable | **21**<br>7-Unavailable |
| **23**<br>1-████8810 | **24**<br>2-████8810 | **25**<br>1-████8810<br>1-████1634 | **26** | **27**<br>2-████8810<br>1-████7400 | **28**<br>1-████8810<br>1-Unavailable |
| **30**<br>1-████8810 | | | | | |

DB2/ 30671815.1

# July 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | 1<br>2-████8810 | 2<br>2-████8810<br>1-Unavailable | 3<br>2-████8810 | 4<br>3-████8810 | 5<br>2-████8810 |
| 7<br>1-████8810 | 8<br>1-████1634 | 9<br>1-████8810 | 10<br>1-████8810 | 11 | 12<br>9-████8810 |
| 14<br>4-████8810 | 15 | 16 | 17<br>1-████8810 | 18<br>1-████8810 | 19<br>1-████8810 |
| 21<br>2-████8810 | 22<br>3-████8810<br>1-████1634 | 23<br>2-████8810<br>1-████1634 | 24<br>1-████8810 | 25 | 26<br>4-████8810<br>1-████1634<br>1-Unavailable |
| 28<br>1-████8810 | 29<br>1-████8810 | 30<br>1-████8810<br>1-████1634 | 31<br>6-████8810<br>1-████1634 | | |
| | | | | | |

DB2/ 30671815.1

# August 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | **1**<br>1-████8810 | **2** |
| **4**<br>2-████8810 | **5**<br>3-████8810<br>1-████1634 | **6**<br>6-████8810 | **7**<br>1-████8810 | **8**<br>3-████8810 | **9**<br>1-████8810 |
| **11**<br>1-████8810 | **12**<br>1-████8810<br>2-████1634 | **13**<br>1-████1634 | **14**<br>2-████8810 | **15**<br>2-Unavailable | **16**<br>1-████8810 |
| **18**<br>1-████8810 | **19**<br>2-████8810<br>1-████1634 | **20**<br>2-████8810 | **21**<br>1-████8810 | **22**<br>1-████8810 | **23**<br>1-████8810<br>1-████1634 |
| **25**<br>1-████8810 | **26**<br>2-████8810<br>2-████1634 | **27**<br>2-████8810 | **28**<br>3-████8810 | **29**<br>3-████8810 | **30**<br>4-████8810 |
| | | | | | |

DB2/ 30671815.1

# September 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 1<br>1-████8810 | 2<br>2-████8810 | 3<br>7-████8810 | 4<br>1-████8810 | 5<br>1-████8810<br>2-████1634 | 6<br>1-████8810 |
| 8<br>1-████8810 | 9<br>4-████8810<br>1-████1634 | 10<br>1-████8810 | 11 | 12<br>4-████8810 | 13<br>4-████8810<br>4-████1634 |
| 15 | 16<br>4-████8810 | 17<br>1-████8810 | 18<br>1-Unavailable | 19<br>2-████8810<br>1-████1634<br>2-Unavailable | 20<br>1-████8810 |
| 22 | 23<br>1-████8810<br>3-████1634 | 24 | 25<br>1-████8810 | 26<br>1-████8810<br>2-████1634<br>1-Unavailable | 27<br>1-████8810 |
| 29 | 30<br>3-████8810 | | | | |
| | | | | | |

# October 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | **1**<br>5-■■■8810 | **2**<br>3-■■■8810<br>2-■■■1634 | **3**<br>1-Unavailable | **4**<br>2-■■■8810 |
| **6**<br>7-■■■8810<br>1-Unavailable | **7**<br>2-■■■8810<br>3-■■■1634 | **8**<br>3-■■■8810<br>1-Unavailable | **9**<br>6-■■■8810 | **10**<br>1-■■■8810<br>1-■■■1634 | **11**<br>5-■■■8810<br>4-■■■1634 |
| **13**<br>6-■■■8810 | **14**<br>1-■■■8810 | **15**<br>2-■■■8810 | **16**<br>4-■■■8810 | **17**<br>2-■■■8810<br>1-■■■1634 | **18**<br>1-■■■8810 |
| **20**<br>3-■■■8810 | **21**<br>2-■■■8810 | **22**<br>1-■■■8810 | **23**<br>3-■■■8810<br>1-■■■1634 | **24**<br>3-■■■8810<br>1-■■■1634 | **25**<br>1-■■■8810 |
| **27**<br>3-■■■8810 | **28**<br>2-■■■8810 | **29**<br>1-■■■8810<br>1-■■■1634 | **30**<br>2-■■■8810 | **31** | |
| | | | | | |

# November 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | **1**<br>4-████8810 |
| **3** | **4**<br>2-████8810 | **5**<br>1-████8810 | **6**<br>7-████8810 | **7**<br>2-████8810<br>1-████1634 | **8**<br>3-████8810 |
| **10**<br>4-████8810 | **11**<br>2-████8810 | **12** | **13**<br>1-████8810 | **14**<br>7-████8810 | **15**<br>1-████8810 |
| **17**<br>1-████8810 | **18**<br>1-████8810<br>1-██-1634 | **19**<br>1-████8810<br>1-Unavailable | **20**<br>1-████8810 | **21**<br>3-████8810 | **22**<br>3-████8810 |
| **24** | **25**<br>1-████8810<br>1-████1634 | **26**<br>3-████8810<br>1-████1634 | **27**<br>2-████8810<br>1-Unavailable | **28**<br>3-████8810 | **29**<br>3-████8810 |
| | | | | | |

DB2/ 30671815.1

# December 2013

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **1**<br>1-███8810 | **2**<br>2-███8810 | **3**<br>2-███8810<br>2-Unavailable | **4**<br>1-███8810 | **5**<br>1-███8810<br>1-███1634 | **6**<br>3-███8810 |
| **8**<br>2-███8810 | **9**<br>2-███8810 | **10** | **11**<br>4-███8810 | **12** | **13**<br>4-███8810<br>1-Unavailable |
| **15** | **16** | **17** | **18**<br>1-███8810 | **19**<br>9-███8810<br>1-███1634 | **20** |
| **22** | **23**<br>2-███8810<br>1-Unavailable | **24**<br>7-███8810<br>1-███1634<br>1-Unavailable | **25** | **26**<br>1-███8810<br>2-███1634 | **27**<br>1-███8810<br>1-███1634 |
| **29** | **30**<br>3-███8810<br>1-███1634 | **31** | | | |
| | | | | | |

# January 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | 1 | 2<br>1 - ███ 8810 | 3 |
| 5<br>2 - ███ 8810 | 6<br>1 - ███ 8810<br>1 - ███ 1634 | 7<br>2 - ███ 8810 | 8<br>1 - ███ 8810<br>1 - UNAVAILABLE | 9<br>2 - ███ 8810<br>1 - ███ 1634 | 10<br>1 - ███ 8810 |
| 12<br>1 - ███ 8810 | 13<br>1 - ███ 8810 | 14<br>1 - ███ 8810 | 15<br>1 - ███ 8810 | 16<br>2 - ███ 8810<br>1 - UNAVAILABLE | 17<br>1 - ███ 1634 |
| 19<br>1 - ███ 8810<br>1 - UNAVAILABLE | 20<br>3 - ███ 8810 | 21<br>1 - UNAVAILABLE | 22<br>2 - ███ 8810 | 23<br>5 - ███ 8810 | 24<br>4 - ███ 8810<br>1 - UNAVAILABLE |
| 26<br>1 - ███ 8810 | 27<br>1 - ███ 8810 | 28 | 29 | 30<br>1 - ███ 8810 | 31 |
| | | | | | |

DB2/ 30671818.1

# February 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
|        |        |         |           |          |        |
| 2<br>3 - ██████8810 | 3<br>1 - ██████8810 | 4 | 5 | 6<br>4 - ██████8810 | 7<br>1 - ██████8810 |
| 9 | 10<br>1 - ██████8810 | 11<br>1 - ██████8810 | 12<br>2 - ██████8810 | 13 | 14<br>2 - ██████8810 |
| 16<br>2 - ██████8810<br>1 - UNAVAILABLE | 17<br>1 - ██████8810 | 18<br>1 - UNAVAILABLE | 19<br>2 - ██████8810 | 20<br>2 - ██████8810 | 21<br>2 - ██████8810 |
| 23<br>1 - ██████8810 | 24 | 25<br>2 - ██████8810<br>2 - ██████1634 | 26<br>5 - ██████8810 | 27<br>1 - ██████8810 | 28<br>1 - ██████8810 |
|        |        |         |           |          |        |

DB2/ 30671818.1

# March 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | |
| 2<br>1 - ███8810 | 3<br>3 - ███8810 | 4<br>3 - ███8810 | 5<br>4 - ███8810<br>1 - ███1634 | 6<br>2 - ███8810 | 7<br>2 - ███8810<br>1 - ███1634 |
| 9<br>2 - ███8810 | 10<br>2 - ███8810<br>1 - ███1634 | 11<br>1 - ███8810 | 12<br>2 - ███8810 | 13<br>1 - UNAVAILABLE | 14<br>4 - ███8810 |
| 16<br>2 - ███8810 | 17<br>4 - ███8810 | 18<br>1 - ███1634 | 19<br>3 - ███8810 | 20<br>3 - ███8810<br>2 - UNAVAILABLE | 21<br>2 - ███8810 |
| 23<br>1 - ███8810 | 24<br>1 - ███1634 | 25<br>7 - ███8810<br>1 - ███1634 | 26<br>1 - ███8810 | 27<br>1 - ███8810 | 28<br>3 - ███8810 |
| 30<br>1 - ███8810 | 31 | | | | |

DB2/ 30671818.1

# April 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | **1**<br>1 - ███8810<br>2 - UNAVAILABLE | **2**<br>3 - ███8810<br>1 - UNAVAILABLE | **3**<br>2 - ███8810<br>1 - ███1634 | **4**<br>2 - ███8810 |
| **6**<br>2 - ███8810 | **7**<br>2 - ███8810 | **8**<br>4 - ███8810 | **9**<br>1 - ███8810 | **10**<br>1 - ███8810 | **11**<br>1 - ███8810 |
| **13**<br>2 - ███8810 | **14**<br>1 - ███8810<br>1 - ███1634 | **15**<br>1 - ███8810<br>3 - UNAVAILABLE | **16**<br>5 - ███8810 | **17**<br>1 - UNAVAILABLE | **18**<br>1 - ███8810 |
| **20**<br>1 - ███8810 | **21** | **22**<br>2 - ███8810 | **23** | **24**<br>1 - ███8810 | **25**<br>4 - ███8810<br>5 - UNAVAILABLE |
| **27**<br>2 - ███8810 | **28**<br>1 - ███8810 | **29**<br>2 - ███8810 | **30** | | |
| | | | | | |

DB2/ 30671818.1

# May 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | 1 | 2<br>2 - ██████ 8810 |
| 4<br>2 - ██████ 8810 | 5<br>1 - ██████ 8810 | 6<br>2 - ██████ 8810 | 7<br>7 - ██████ 8810<br>1 - UNAVAILABLE | 8<br>2 - ██████ 8810<br>1 - UNAVAILABLE | 9<br>2 - ██████ 8810 |
| 11<br>1 - ██████ 8810 | 12<br>2 - ██████ 8810<br>1 - ██████ 7468 | 13<br>3 - ██████ 8810<br>2 - ██████ 1634 | 14<br>10 - ██████ 8810 | 15<br>2 - ██████ 8810 | 16<br>1 - ██████ 8810 |
| 18<br>2 - ██████ 8810 | 19<br>1 - ██████ 8810 | 20<br>2 - ██████ 8810<br>1 - ██████ 1634 | 21<br>2 - ██████ 8810<br>1 - UNAVAILABLE | 22 | 23<br>3 - ██████ 8810 |
| 25<br>7 - ██████ 8810 | 26<br>2 - ██████ 8810 | 27<br>2 - ██████ 8810 | 28<br>2 - ██████ 8810 | 29<br>3 - ██████ 8810<br>1 - ██████ 1634 | 30<br>2 - ██████ 8810 |
| . | | | | | |

DB2/ 30671818.1

# June 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 1<br>3 - ████8810 | 2<br>2 - ████8810 | 3<br>3 - ████8810 | 4<br>1 - ████8810<br>1 - UNAVAILABLE | 5<br>2 - ████8810 | 6<br>1 - ████8810 |
| 8<br>3 - ████8810 | 9<br>2 - ████8810 | 10<br>2 - ████8810 | 11<br>2 - ████8810 | 12<br>1 - ████8810 | 13<br>2 - ████8810 |
| 15 | 16<br>1 - ████8810 | 17<br>5 - ████8810 | 18<br>2 - ████8810 | 19<br>1 - ████8810 | 20<br>2 - ████8810 |
| 22<br>2 - ████8810 | 23<br>1 - ████8810 | 24<br>2 - ████8810 | 25<br>9 - ████8810 | 26<br>2 - ████8810 | 27<br>2 - ████8810 |
| 29<br>2 - ████8810 | 30<br>4 - ████8810 | | | | |
| | | | | | |

DB2/ 30671818.1

## July 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | 1<br>3 - ██████8810 | 2<br>2 - ████8810 | 3<br>3 - ████8810 | 4<br>1 - ████8810 |
| 6<br>1 - ██8810 | 7<br>1 - ████8810 | 8<br>1 - ███8810 | 9<br>3 - ████8810 | 10<br>2 - ████8810 | 11<br>3 - ████8810 |
| 13<br>2 - ████8810 | 14<br>1 - ████8810<br>1 - UNAVAILABLE | 15<br>2 - ████8810 | 16 | 17<br>1 - ███8810 | 18<br>4 - ████8810 |
| 20<br>1 - ████8810 | 21 | 22<br>2 - ███8810 | 23 | 24<br>2 - ████8810 | 25<br>1 - █████8810<br>4 - █████1634 |
| 27<br>2 - ████8810 | 28<br>1 - ████6107 | 29<br>1 - ███8810 | 30<br>1 - ███8810 | 31<br>6 - ████8810 | |
| | | | | | |

# August 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | | **1**<br>3 - ███ 8810 |
| **3**<br>4 - ███ 8810 | **4**<br>1 - ███ 8810 | **5**<br>2 - ███ 8810 | **6** | **7**<br>1 - ███ 8810 | **8**<br>2 - ███ 8810 |
| **10**<br>1 - ███ 8810 | **11**<br>2 - ███ 8810 | **12**<br>3 - ███ 6107 | **13** | **14**<br>3 - ███ 8810 | **15**<br>3 - ███ 8810 |
| **17**<br>4 - ███ 8810 | **18**<br>1 - ███ 8810<br>1 - UNAVAILABLE | **19**<br>1 - ███ 8810 | **20**<br>1 - ███ 8810 | **21**<br>2 - ███ 8810 | **22**<br>2 - ███ 8810 |
| **24**<br>1 - ███ 8810 | **25**<br>2 - ███ 8810 | **26**<br>1 - ███ 8810 | **27**<br>5 - ███ 8810 | **28**<br>2 - ███ 8810 | **29**<br>2 - ███ 8810 |
| **31**<br>2 - ███ 8810 | | | | | |

DB2/ 30671818.1

# September 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | 1<br>2 - █████8810 | 2<br>1 - █████8810 | 3<br>4 - █████8810 | 4<br>1 - █████8810 | 5<br>11 - █████8810 |
| 7<br>1 - █████8810 | 8<br>3 - █████8810 | 9<br>3 - █████8810 | 10<br>2 - █████6107<br>1 - UNAVAILABLE | 11<br>2 - █████8810<br>1 - UNAVAILABLE | 12<br>3 - █████8810 |
| 14<br>3 - █████8810 | 15<br>2 - █████8810 | 16<br>5 - █████8810<br>1 - █████1634 | 17<br>2 - █████8810 | 18<br>4 - █████8810 | 19<br>2 - █████8810 |
| 21<br>2 - █████8810<br>3 - UNAVAILABLE | 22<br>2 - █████8810 | 23<br>6 - █████8810 | 24<br>3 - █████8810 | 25<br>1 - █████8810 | 26<br>2 - █████8810 |
| 28 | 29<br>1 - █████6107 | 30 | | | |
| | | | | | |

DB2/ 30671818.1

# October 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | **1**<br>4 - ███8810 | **2** | **3**<br>4 - ███8810<br>2 - UNAVAILABLE |
| **5**<br>4 - ███8810 | **6**<br>3 - ███8810 | **7**<br>2 - ███8810<br>1 - UNAVAILABLE | **8**<br>3 - ███8810 | **9**<br>4 - ███8810<br>1 - UNAVAILABLE | **10**<br>1 - ███8810 |
| **12**<br>1 - ███8810 | **13**<br>3 - ███8810 | **14**<br>1 - ███8810 | **15**<br>4 - ███8810 | **16**<br>2 - ███8810 | **17**<br>4 - ███8810 |
| **19**<br>1 - ███8810 | **20**<br>2 - ███8810 | **21**<br>2 - ███1634 | **22**<br>2 - ███8810 | **23**<br>6 - ███8810 | **24**<br>2 - ███8810 |
| **26**<br>5 - ███8810 | **27**<br>5 - ███8810 | **28**<br>3 - ███8810 | **29**<br>5 - ███8810<br>1 - UNAVAILABLE | **30**<br>3 - ███8810<br>2 - ███1634 | **31**<br>8 - ███8810 |
| | | | | | |

DB2/ 30671818.1

# November 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|--------|---------|-----------|----------|--------|
| | | | | | |
| 2<br>3 - ███ 8810 | 3<br>2 - ███ 8810 | 4<br>1 - ███ 8810<br>3 - ███ 1634 | 5<br>4 - ███ 8810 | 6<br>5 - ███ 8810 | 7<br>2 - ███ 8810 |
| 9<br>6 - ███ 8810 | 10<br>13 - ███ 8810 | 11<br>4 - ███ 8810<br>1 - ███ 1634 | 12<br>5 - ███ 8810<br>2 - UNAVAILABLE | 13<br>1 - UNAVAILABLE<br>2 - ███ 1634 | 14<br>2 - ███ 8810 |
| 16<br>6 - ███ 8810 | 17<br>11 - ███ 8810 | 18<br>4 - ███ 8810 | 19<br>3 - ███ 8810<br>1 - UNAVAILABLE | 20<br>1 - ███ 8810 | 21<br>4 - ███ 8810 |
| 23<br>8 - ███ 8810<br>1 - UNAVAILABLE | 24<br>3 - ███ 8810 | 25<br>1 - UNAVAILABLE<br>1 - ███ 1634<br>1 - ███ 8810 | 26<br>9 - ███ 8810 | 27<br>6 - ███ 8810 | 28<br>3 - ███ 8810 |
| 30<br>2 - ███ 8810 | | | | | |

DB2/ 30671818.1

# December 2014

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | 1 | 2<br>1 - ▮▮▮1634 | 3 | 4 | 5 |
| 7<br>2 - ▮▮▮8810 | 8<br>1 - ▮▮▮8810 | 9<br>1 - ▮▮▮8810 | 10 | 11<br>2 - ▮▮▮8810 | 12 |
| 14<br>2 - ▮▮▮8810 | 15<br>2 - ▮▮▮8810 | 16<br>2 - ▮▮▮8810 | 17<br>3 - ▮▮▮8810 | 18<br>5 - ▮▮▮8810<br>1 - UNAVAILABLE | 19 |
| 21<br>2 - ▮▮▮8810 | 22<br>3 - ▮▮▮8810<br>1 - UNAVAILABLE | 23<br>1 - ▮▮▮8810 | 24<br>1 - ▮▮▮8810<br>1 - UNAVAILABLE | 25 | 26<br>1 - ▮▮▮8810 |
| 28<br>1 - ▮▮▮8810 | 29<br>7 - ▮▮▮8810 | 30<br>5 - ▮▮▮8810 | 31<br>1 - ▮▮▮8810 | | |
| | | | | | |

DB2/ 30671818.1

# January 2015

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| | | | | 1<br>2 – ████ 8810 | 2<br>4 – ████ 8810 |
| 4<br>2 – ████ 8810 | 5 | 6<br>1 – ████ 8810<br>1 – ████ 1634 | 7<br>7 – ████ 8810 | 8<br>1 – ████ 8810 | 9<br>1 – ████ 8810 |
| 11<br>6 – ████ 8810 | 12<br>6 – ████ 8810 | 13<br>1 – ████ 8810<br>1 – ████ 1634 | 14<br>4 – ████ 8810 | 15<br>1 – ████ 8810 | 16<br>1 – ████ 8810 |
| 18<br>4 – ████ 8810 | 19<br>5 – ████ 8810 | 20<br>1 – ████ 8810<br>2 – ████ 1634 | 21<br>2 – ████ 8810 | 22<br>2 – ████ 8810 | 23<br>1 – ████ 8810 |
| 25<br>2 – ████ 8810 | 26<br>1 – ████ 8810 | 27 | 28<br>3 – ████ 8810<br>1 – ████ 1634<br>2 – UNAVAILABLE | 29<br>3 – ████ 8810 | 30<br>3 – ████ 8810 |
| | | | | | |

# February 2015

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **1**<br>2 – ████8810 | **2**<br>3 – ████8810 | **3**<br>2 – ████8810 | **4**<br>3 – ████8810 | **5**<br>3 – ████1634<br>1 – ████8810 | **6** |
| **8**<br>2 – ████8810 | **9**<br>2 – ████8810 | **10**<br>2 – ████8810 | **11**<br>4 – ████8810 | **12**<br>1 – ████8810 | **13**<br>4 – ████8810 |
| **15**<br>2 – ████8810 | **16**<br>4 – ████8810 | **17**<br>2 – ████8810 | **18**<br>2 – ████8810 | **19**<br>2 – ████8810 | **20**<br>2 – ████8810<br>3 – UNAVAILABLE |
| **22**<br>1 – ████8810 | **23**<br>3 – ████8810 | **24**<br>5 – ████8810 | **25**<br>6 – ████8810 | **26**<br>1 – ████8810 | **27**<br>3 – UNAVAILABLE<br>2 – ████8810 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

# March 2015

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 1<br>1 – █████8810 | 2<br>5 – █████8810 | 3<br>3 – █████8810 | 4<br>4 – █████8810 | 5<br>2 – █████8810 | 6<br>2 – █████8810 |
| 8 | 9 | 10 | 11 | 12 | 13 |
| 15 | 16 | 17<br>1 – █████8810 | 18 | 19 | 20<br>1 – UNAVAILABLE |
| 22 | 23 | 24 | 25 | 26<br>1 – UNAVAILABLE | 27<br>5 – UNAVAILABLE |
| 29 | 30 | 31 | | | |
| | | | | | |

DB2/ 30671822.1

# April 2015

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 |
| 5 | 6 | 7 | 8 | 9 | 10 |
| 12 | 13<br>1 – UNAVAILABLE | 14 | 15 | 16 | 17 |
| 19 | 20 | 21 | 22 | 23<br>2 – UNAVAILABLE | 24 |
| 26 | 27 | 28 | 29 | 30 |  |
|  |  |  |  |  |  |

DB2/ 30671822.1

# EXHIBIT C

Source URL: http://www.hollywoodreporter.com/thr-esq/hollywood-business-manager-i-stole-alanis-morissette-clients-im-sorry-guest-column-992658

# Hollywood Business Manager: I Stole From Alanis Morissette and Other Clients and I'm Sorry (Guest Column)

6:00 AM PDT 4/11/2017 by Jonathan Schwartz

.
.
.

**Jonathan Schwartz, who pleaded guilty Jan. 18 to embezzling from clients including Alanis Morissette, pens an essay of contrition and caution for THR.**

[1]

EXHIBIT C, PAGE 132

Hollywood Business Manager: I Stole From Alanis Morissette and Other Clients and I'm ...    Page 2 of 3



EXHIBIT C, PAGE 133



Courtesy of Jonathan Schwartz

*Former Power Business Manager [2] Jonathan Schwartz is due to be sentenced May 3, after pleading guilty to criminal charges in connection with stealing millions from clients — including Alanis Morissette. Both the singer and his former employer have sued Schwartz [3], although he settled with the star. Here, in his own words, he shares part of his story and promises to make amends to those he has wronged.*

-----

To My Community:

I am writing this open letter to you so that you can learn from my mistakes and never find yourself in the situation I am now in. I am a convicted felon who has fully accepted responsibility and pleaded guilty to federal charges related to my embezzling over $7 million from my clients and business partners over a six-year period and not paying tax on it.

I used to have it all — a great family, a job that I loved and high-profile clients that I represented, partners whom I respected and respected me, and a reputation in the community for hard work, excellent service, and commitment to charities that helped the less fortunate. I had never run afoul of the law before. Now I have lost it all and face going to prison for years. How did I end up throwing it all away?

The answer, in part, is that since college I was a gambling addict. I should have been more careful when I first started gambling socially because my father was a gambling addict who abandoned the family when I was young. Over the years, my gambling addiction grew, particularly as I became more successful. With that success came very high levels of stress to constantly meet my clients' demands and constantly compete with others in the industry to be the best. I often turned to drugs to deal with the stress but mostly sought refuge in the world of sports gambling. The spiral I was in was toxic. Winning did not make me feel better but losing was intolerable. If I lost, then I had to make it back and when I lost again, the hole I had dug got deeper and deeper. I felt weak and powerless, terrified by my internal demons that I was turning into my father.

I lived a double life since no one other than my bookie knew I had this "dark" side. At first, I "borrowed" a little from clients, with the hopes that I would pay them back if I won that night's bet. That snowballed, and as I kept losing, I kept stealing. I kept telling myself that I just needed one lucky break, and I'll pay them back. That lucky break never came — thankfully. I say thankfully because when I was finally caught, a bright spotlight shined on my deplorable conduct. I could not hide any longer and hit rock bottom. By seeing how pathetic I had become, I finally got the courage to ask for help.

As a result of incredible friends and my sponsor, I am now 336 days sober after committing myself wholeheartedly to the Beit T'shuvah intensive outpatient program and the Gambler's Anonymous program and meetings.

To say I am incredibly ashamed and disappointed in myself is an understatement. I have hurt everyone I cared about, my family, clients, business partners, employees, peers and friends. I had a fiduciary responsibility to serve my clients, and I violated that trust. I let everybody down, and for that I will spend the rest of my life asking for forgiveness and making amends to everyone I have hurt. The road to recovery goes one day at a time, but I now have a much better and clearer understanding of what really matters and have devoted my life to getting there.

Part of my amends include making sure that others who might be in my former situation, in super stressful jobs where the demands feel overwhelming, do not turn to drugs or gambling to deal with the stress or violate their responsibilities to others hoping no one will notice, but seek help from those around them or treatment before it is too late. Please use me as an example of what can go disastrously wrong when you start down the wrong path. Please, please follow a different path.

Most sincerely,
Jonathan Schwartz

Links:
[1] http://pinterest.com/pin/create/button/?url=www.hollywoodreporter.com/thr-esq/hollywood-business-manager-i-stole-alanis-morissette-clients-im-sorry-guest-column-992658&media=http://www.hollywoodreporter.com/sites/default/files/imagecache/blog_post_349_width/2017/04/img_8391_-_p_2017.jpg&description=Hollywood Business Manager: I Stole From Alanis Morissette and Other Clients and I&#039;m Sorry (Guest Column)
[2] http://www.hollywoodreporter.com/lists/hollywoods-25-powerful-business-managers-879526/item/jonathan-schwartz-hollywoods-25-powerful-879520
[3] http://www.hollywoodreporter.com/thr-esq/alanis-morissette-claims-business-manager-895175

EXHIBIT C, PAGE 134

# EXHIBIT D

## Report on the Gambling Disorder of Jonathan Schwartz

**Table of Contents**      **Page**

**I. Qualifications and Experience**      **2**

**II. Current Consultation**      **6**

**III. What is Gambling and How Many People Gamble?**      **6**

**IV. What are Gambling Problems and How Many People Have Gambling Problems?**      **6**

**V. Biospsychosocial Formulations: A Biological Component 9**

**VI. Individual Factors**      **11**

**VII. Psychiatric Co-Occurrences**      **13**

**VIII. Clinical Evaluation**      **16**

**References**      **22**

EXHIBIT D, PAGE 136

# DECLARATION OF DR. MARC POTENZA

## I. Qualifications and Experience

1. I graduated summa cum laude from Yale College in 1987 with B.S./M.S. degrees in Molecular Biophysics and Biochemistry with distinction in the major and additional awards for academic achievement.  I then entered the Medical Scientist Training Program at the Yale School of Medicine.  In the program, I received my Ph.D. in Cell Biology in 1993 and M.D. in 1994, with honors including election to Alpha Omega Alpha, recognition as a Farr Scholar, and awards for best thesis.  I entered the Yale Residency Program in Psychiatry and received multiple awards from multiple organizations (Yale, National Institute of Mental Health, American College of Psychiatrists, and Society of Biological Psychiatry) for outstanding clinical and research work during my residency.  I was chief resident of the Clinical Neuroscience Research Unit and President of the Yale Psychiatry Residents Association.  Following residency, I completed training in the Addiction Psychiatry fellowship program at Yale during which time I received additional awards of recognition including an outstanding research award from the American Psychiatric Association.

2. I am a Professor of Psychiatry at the Yale University School of Medicine.  I hold secondary appointments in the Department of Neuroscience and within the Yale Child Study Center.  I am also a Senior Scientist with the National Center on Addictions and Substance Abuse (previously named CASAColumbia).  I have over 20 years of experience studying addictive disorders relating to substance use and gambling.  I am the Founding Director of the Problem Gambling Clinic, the Women and Addictions Core of Women's Health Research at Yale, the Yale Research Program on Impulsivity and Impulse Control Disorders, and the Yale Center of Excellence in Gambling Research at the Yale School of Medicine.  In addition, I serve as the Chair of the Pharmacy and Therapeutics Committee for the Connecticut Mental Health Center, Chair of Medical Student Theses in Psychiatry for the Yale School of Medicine, and Director of the Division of Substance Abuse Research Lecture Course at the Yale School of Medicine.

EXHIBIT D, PAGE 137

3.     I have been certified by the American Board of Psychiatry and Neurology in Psychiatry since 2000.  Additionally, I was certified by the American Board of Psychiatry and Neurology in Addiction Psychiatry in 2002.  I have been an active member of the American College of Neuropsychopharmacology, American Psychiatric Association (Member and Fellow), American Academy for Advancement in Science, Society of Biological Psychiatry, and the Society for Neuroscience, among others.  I am a founding member of the International Society for Research on Impulsivity and Impulse Control Disorders, was the President of the society for two years, and am currently one of four at-large members/advisors.  I am on the Advisory Board to the National Council on Problem Gambling.  During my tenure on faculty at Yale, I have received numerous awards for my work including Fellowship Awards from the World Society for the Federations of Biological Psychiatry, American College of Neuropsychopharmacology, College on Problems of Drug Dependence, Connecticut Council on Problem Gambling, National Council on Problem Gambling, and National Center for Responsible Gaming (including being the first person to receive both the early career and established investigator awards from this last organization).  I was recently awarded a lifetime achievement award for gambling research by the National Council on Problem Gambling.  I have also served on committees for the College on Problems of Drug Dependence (Credentials) and National Council on Problem Gambling (Research, Older Adult Gambling Task Force).

4.     I am currently the principal investigator on a project called the Gambling Center of Research Excellence II (CORE-II).  This project, which is supported by the National Center for Responsible Gaming, focuses on multi-disciplinary studies of recreational and problem gambling.  My prior gambling-related research has been supported by the National Center for Responsible Gaming, the National Institute of Drug Abuse (NIDA), the Connecticut Council on Problem Gambling, and the American Psychiatric Association.  I have received grant support from numerous federal and non-federal sources.  I am currently the principal investigator or co-principal investigator on one K12 grant and one R01 grant from NIH/NIDA.  I am also principal investigator on a grant from the National Center of Responsible Gaming that supports our Center of Excellence in Gambling Research, and Yale was one of two sites in the world to first receive these grants.  I am also key personnel on other NIH R01 grants.  My grant support

is for research into pathological gambling, substance-use disorders, and people who might be at high-risk for developing these disorders.

5.    Over the past fifteen years, I have seen hundreds of individuals with pathological gambling and other impulse-control disorders in my capacities as Director of the Problem Gambling Clinic at Yale and as a psychiatric consultant to (and now medical director for) Problem Gambling Services of Connecticut at the New Haven site (the Bettor Choice Program at the Connection in New Haven). Problem Gambling Services of Connecticut is a component of the Department of Mental Health and Addiction Services of the State of Connecticut.  I have also seen hundreds of individuals with drug-use problems in my research and non-research clinical capacities in such programs as the Connecticut Mental Health Center, the Substance Abuse Center, and the Substance Abuse Treatment Unit.

6.    I have been a consultant to multiple federal agencies in the United States, including the Substance Abuse and Mental Health Services Administration, multiple National Institutes (Drug Abuse, Mental Health, and others), and the National Registry of Effective Programs, on matters relating to gambling and substance dependence.  I have served on scientific review groups to perform grant reviews on gambling and substance use disorders for multiple agencies in the United States (National Institutes of Health, Veteran's Administration, and Substance Abuse and Mental Health Services Administration).  I have on multiple occasions performed grant reviews for international agencies including ones in Canada, New Zealand, the Netherlands, France, and Israel.  I have served on two Research Agenda Planning Workgroups for DSM-5 convened by the American Psychiatric Association and World Health Organization. Specifically, I have participated in those groups focusing on substance-use disorders and obsessive-compulsive-spectrum disorders.  In each case, I evaluated the relationship between impulse-control disorders and either substance-use disorders or obsessive-compulsive disorder in preparation for DSM-5.  I have also participated in a Royal Society Discussion Meeting on the "Neurobiology of Addiction" to address the topic of whether gambling might be considered as an addiction and in expert workgroup meetings organized by or involving the World Health Organization on Internet use and addiction.

7.     Throughout my academic career, I have given numerous lectures and courses on pathological gambling or gambling disorder.  I currently serve on the editorial boards of 14 academic journals related to psychiatry, addiction, and gambling, including *The Journal of Gambling Studies*, *The American Journal on Addictions*, *The Journal of Adolescent Health*, *The Journal of Addiction Medicine*, *The Journal of Behavioral Addictions*, and *Frontiers in Impulsivity*, *Compulsivity and Behavioral Dyscontrol.*  I am editor-in-chief of *Current Addiction Reports*.  I have also served as a participant in various symposia, working groups and advisory councils on problem gambling.  In addition, I have authored or co-authored over 400 articles, case reports, and book chapters concerning gambling and pathological gambling behaviors and other topics.  These have been published within leading scientific (*Nature*), medical (*New England Journal of Medicine*, *JAMA*), psychiatric (*Archives of General Psychiatry*, *American Journal of Psychiatry*, *JAMA Psychiatry*), neurological (*Archives of Neurology*), and neurobiological (*Journal of Neuroscience, Biological Psychiatry* and *Neuropsychopharmacology*) journals.  My Google Scholar h-index is greater than 70 and my i10 index is greater than 250.  I have also co-edited several books including "Pathological Gambling: A Clinical Guide to Treatment," published by the American Psychiatric Press, Inc., (now translated into Korean and Italian) and "The Oxford Handbook of Impulse Control Disorders," published by the Oxford University Press.  I am routinely interviewed by the media in the US (*e.g.*, National Public Radio) and internationally (*e.g.*, BBC) for work in the areas of gambling, impulse-control and substance-use disorders.

8.     Based on my expertise in pathological gambling and drug dependence and my experience in research, academic, and clinical settings, I previously have been asked to perform consultant and expert work by law firms and by the federal public defender's office.  In this process, I have provided expert reports in the United States and Canada, been deposed in the United States (in Connecticut), and provided expert testimony in the United States (in Minnesota, New York and Florida) and Canada (in Quebec City).  I have also conducted independent medical examinations in some of these instances as well as in instances that did not lead to court, as well as having prepared expert reports that have not led to trial, to the best of my knowledge.  In the process of preparing my previous expert reports, I have reviewed the

scientific literature and the medical and financial records of plaintiffs and performed independent medical examinations of multiple plaintiffs in an effort to provide opinions on the causality of pathological gambling and other impulse-control disorders and addictions. In these reports, I have expressed my opinions to a reasonable degree of medical certainty.

## II. Current Consultation

9.    I was requested by the attorney Nathan Hochman to provide my expert opinion regarding gambling disorders and how they may relate to Jonathan Schwartz. In this process, I was also asked to consider the current status of what we know about pathological gambling (now termed gambling disorder). I express my opinions to a reasonable degree of medical certainty. Given that research in this area is ongoing and many areas are not well understood at the present time, I reserve the right to supplement my report. I have given testimony at sentencing within the last year in New York federal district court and presented to judges in Florida within the last year.

## III. What is Gambling and How Many People Gamble?

10.    Gambling has been defined as placing something of value at risk (usually money) in the hopes of gaining something of greater value (Potenza, Kosten et al. 2001). Many forms of gambling exist, and popular forms in current societies include lotteries, card gambling, sports gambling and electronic gambling machines (EGMs, including slot machines), among others.

11.    In the United States, multiple studies have found that the majority of adults gamble. For example, the Gambling Impact and Behavior Study, a population-based study conducted in the United States in the mid-to-late 1990s, estimated that 63% of adults reported past-year gambling and 86% of adults reported lifetime gambling (Gerstein, Hoffmann et al. 1999). A more recent population-based study also conducted in the United States, the National Comorbidity Survey Replication, estimated lifetime gambling among 78.4% of respondents (Kessler, Hwang et al. 2008). Thus, gambling is a normative adult behavior in the United States, as it is in most places around the world where it is legal.

## IV. What are Gambling Problems and How Many People Have Gambling Problems?

12.    Although most adults gamble, few develop gambling problems.  In order to consider who has a gambling problem, how a gambling problem is defined warrants consideration.  Historically, many terms have been applied to excessive forms of gambling, and these have included "disordered gambling," "gambling disorder," "compulsive gambling," "addictive gambling," "ludomania," "problem gambling," and "pathological gambling," among others.  This report primarily uses the terms "pathological gambling" given that most studies have been conducted focused on this construct, although the term gambling disorder is currently used in the current and 5th edition of the Diagnostic and Statistical Manual (DSM-5) of the American Psychiatric Association (Association 2013); thus, in the examination of Jonathan Schwartz, the term "gambling disorder" is used. An internationally recognized problem with gambling is thus defined by pathological gambling (or now gambling disorder), as defined by the DSM.

13.    The varying definitions as to what constitutes excessive gambling have complicated research, prevention, and treatment efforts in this area (National Research Council 1999).  This problem is not unique to gambling, and the psychiatric community has developed and utilized a classification system in order to help standardize assessment and treatment efforts.  The DSM of the American Psychiatric Association is one such widely used classification system (Association 2013).  The DSM represents a repository of clinical diagnoses with explicit diagnostic criteria to assist psychiatrists and others in diagnosing individuals with specific mental health disorders (*e.g.*, schizophrenia, major depression, etc.). A category for excessive gambling, termed pathological gambling, was first introduced into the DSM in its third edition in 1980 (American Psychiatric Association Committee on Nomenclature and Statistics 1980). The term "compulsive gambling" was avoided because there was some apparent concern that "compulsive gambling" might link the disorder to obsessive-compulsive disorder, and the expert consensus group wished to avoid such possible confusion.

14.    Since the introduction of criteria for pathological gambling in DSM-III in 1980, the threshold for determining a "case" of pathological gambling has been debated and evolved

EXHIBIT D, PAGE 142

through several formulations.  For example, in DSM-III, three of seven inclusionary criteria were needed to define a case of pathological gambling; in DSM-III-R, four of nine inclusionary criteria were needed, and in DSM-IV, five of ten inclusionary criteria were needed (Association 1987). In 1987, the exclusionary criterion of antisocial personality disorder was eliminated from the original formulation in the 1980 version.  In 1994, an additional exclusionary criterion – that the gambling behavior was not better accounted for by a manic episode – was added (Association 1994).

15.    The diagnostic criteria in DSM-IV and DSM-IV-TR (Association 2000) included 10 inclusionary criteria and 1 exclusionary criterion – the gambling behavior is not better accounted for by a manic episode.  The central element is "persistent and recurrent maladaptive gambling behavior" as evidenced by 5 or more of the 10 inclusionary criteria.  The inclusionary criteria from DSM-IV-TR are as follows:

1) is preoccupied with gambling (e.g., preoccupied with reliving past gambling experiences, handicapping, or planning the next venture, or thinking of ways to get money with which to gamble)

2) needs to gamble with increasing amounts of money in order to achieve the desired excitement

3) has repeated unsuccessful attempts to control, cut back, or stop gambling

4) is restless or irritable when attempting to  cut down or stop gambling

5) gambles as a way of escaping from problems or of relieving a dysphoric mood (e.g., feelings of helplessness, guilt, anxiety, depression)

6) after losing money, often returns another day to get even ("chasing" one's losses)

7) lies to family members, therapist, or others to conceal the extent of involvement with gambling

8) has committed illegal acts such as forgery, fraud, theft or embezzlement to finance gambling

9) has jeopardized or lost a significant relationship, job, or educational or career opportunity because of gambling

10) relies on others to provide money to relieve a desperate financial situation caused by gambling (Association 2000)

16.    The current edition of the DSM (DSM-5 (Association 2013)) involved a renaming of pathological gambling (the gambling-related diagnostic entity in DSM-III and DSM-IV) to "gambling disorder." Additionally, the disorder was reclassified in the category of "Substance-related and Addictive Disorders," with the change based on similarities between substance-use and gambling disorders (Association 2013). Additional changes were made including the elimination of the "illegal acts" criterion, the changing of the diagnostic thresholding from five of ten inclusionary criteria to four of nine, and the specification of a timeframe for the occurrence of the criteria (within a twelve-month period) (Association 2013). These changes were based on the findings of systematic reviews of the literature conducted in expert research work groups (Petry 2006, Potenza 2006, Potenza, Koran et al. 2009), empirical data (Petry, Blanco et al. 2013) and the work of expert committees involved in the DSM-5 process (Petry, Blanco et al. 2014).

17.    The International Classification of Disorders is another compendium that focuses on classifying and defining conditions (Organization 1993). Its scope is more broad than the DSM as it includes the spectrum of medical conditions. The ICD-10 defines criteria for pathological gambling; the features include: "1) repeated (two or more) episodes of gambling over a period of at least one year; 2) these episodes do not have a profitable outcome for the person, but are continued despite personal distress and interference with personal functioning in daily living; 3) the person describes an intense urge to gamble which is difficult to control, and reports that he or she is unable to stop gambling by an effort of will; and, 4) the person is preoccupied with thoughts or mental images of the act of gambling or the circumstances surrounding the act" (Organization 1993). As most of the research investigating problem and pathological gambling (particularly recent research) employs DSM-based measures, the DSM criteria will be a focus in this document.

18.    Psychiatric diagnoses per diagnostic criteria such as defined in the DSM-IV and DSM-5 are considered the "gold standard" for defining cases of a specific disorder and are critical to understanding the prevalence of the disorder.

### V. Biospsychosocial Formulations: A Biological Component

*19.*        Much research has been performed recently in the area of pathological gambling (Institute for Research on Pathological Gambling and Related Disorders 2006, Potenza 2006). As in other areas of psychiatry, there has been a substantial increase in neurobiological research in gambling studies, although the number of neurobiological studies investigating pathological gambling has historically been relatively small (Eber and Shaffer 2000). Thus, much remains to be learned regarding the mechanisms underlying pathological gambling. Nonetheless, the existing biological studies provide a level of understanding that will advance our prevention and treatment strategies (Bullock and Potenza 2012, Leeman and Potenza 2012, Balodis and Potenza in press, Fauth-Buehler, Mann et al. in press). For example, specific pharmacotherapies can be developed based upon a knowledge of the biological substrates of pathological gambling, and such a strategy has been employed in a recent study of the mu-opioid antagonist nalmefene (Grant, Potenza et al. 2006). This investigation represents one of the largest treatment trials published to date in pathological gambling, and was described not only as a well-performed and well-controlled study, but one that demonstrates a rational approach to treatment development (Tamminga and Nestler 2006). Moreover, as mounting evidence supports biological mechanisms as underlying psychological processes and being influenced by social or environmental factors, biological information represents an important cornerstone for understanding psychiatric disorders like pathological gambling. Given the research over the past decade, our understanding of the biology underlying pathological gambling has grown significantly.

20.        Multiple neurotransmitter systems have been suggested to contribute to pathological gambling (Potenza 2008, Bullock and Potenza 2012, Leeman and Potenza 2012, Yip and Potenza 2014). Among the most widely implicated neurotransmitters are serotonin, dopamine, norepinephrine, and opioids. It has been hypothesized that these systems are particularly important for particular aspects of pathological gambling: serotonin underlying impaired impulse control, dopamine differential reward and reinforcement, norepinephrine

arousal and excitement, and opioids pleasure and urges (Potenza 2008).  This explanation is likely overly simplistic. For example, noradrenergic systems have been implicated in cognitive processes, particularly in attention and regulating impulsivity (Arnsten 2001, Arnsten and Li 2005).  It is possible that these different neurotransmitters contribute to multiple behaviors and aspects thereof, consistent with the complexities of each of these systems. Additionally, more recent data support a role for the involvement of glutamate, an abundant excitatory neurotransmitter, in pathological gambling (Grant, Kim et al. 2007, Grant, Odlaug et al. 2010, Leeman and Potenza 2012, Yip and Potenza 2014).  Together, these data suggest that there exist complex biological determinants of pathological gambling that are as of yet incompletely understood.  Like other psychiatric disorders, pathological gambling is likely heterogeneous with different constellations of specific biological, social and environmental factors contributing to the disorder in individual cases.

## VI. Individual Factors

*Gender*

21.      Certain characteristics are found in association with pathological gambling and other disorders characterized by poor impulse control (Grant and Potenza 2004).  Pathological gambling shows an approximately 2:1 male to female ratio (Potenza, Kosten et al. 2001).  Other disorders characterized by poor impulse control (e.g., intermittent explosive disorder, compulsive sexual behaviors) also show a male predominance, whereas others (compulsive buying or shopping) appear more frequently found in women, and others appear about as common in men as in women (Grant and Potenza 2011).  The precise mechanisms underlying the relationship between gender and the propensities to develop pathological gambling and other disorders characterized by poor impulse control remain incompletely understood and are an area of active investigation.

*Age*

22.        Individuals who are adolescents and young adults have been found to have higher rates of pathological gambling as compared with older adults. Although some samples of older adults have been found to have lower estimates of pathological gambling than adolescents and younger adults, a substantial number of older adults experience gambling problems.  Individuals may present with onset of problem and pathological gambling at older adult ages without identifiable causes (Desai 2004).  One study of older adults suggests that certain life factors – being without a partner, having a disability, earning a low income, and not working –relate importantly to motivations to engage regularly in EGM gambling, particularly with respect to meeting social, recreational and mental health needs (Southwell, Boreham et al. 2008).   In clinical practice, I have treated many individuals who reported onset of pathological gambling as older adults without a history of problem or pathological gambling as younger adults.  Some older adults cite factors (retirement, having "free time", a specific gambling win, boredom, life stressors) as contributing to their excessive engagement in gambling.  Some report beginning to gamble in the setting of marital discord, separation, divorce or being widowed.  Some report that gambling takes them away from other troubles in life and that they do not think about their problems when gambling.  Some with chronic illnesses report that they do not feel discomfort while gambling.  Many of these factors are not specific to older adults. The consideration of such factors was discussed when I participated on the Older Adult Problem Task Force (convened by the National Council on Problem Gambling) during its existence from 2000-2002. It is my clinical impression that these factors may contribute significantly to the development of problem or pathological gambling in adults and need to be evaluated on a case-by-case basis.

*Stressful Life Experiences*

23.        Stress has been associated with mental health conditions including pathological gambling.  A study found that among 149 pathological gamblers, measures of childhood maltreatment were significantly and positively associated with earlier age at gambling onset and severity of gambling problems (Petry, Steinberg et al. 2005).  In another study of 1675 male twins, child abuse, child neglect, witnessing someone badly hurt or killed, and physical attack were each associated with pathological gambling (Scherrer, Xian et al. 2007).  Individuals with

pathological gambling score high on multiple measures of stress, and psychosocial stress as assessed by the Daily Stress Inventory has been associated with gambling urges in pathological gambling (Elman, Tschibelu et al. 2010). Specific patterns of brain responses in individuals with and without pathological gambling may be linked to stress and functioning of adrenergic systems (Elman, Beccera et al. 2012). Other specific types of stress (e.g., that related to marital strain or poor physical health) may also relate importantly to pathological gambling. The relationship between stress, gambling and health measures may be particularly important to consider given the associations between problem/pathological gambling and poor physical health.

## VII. Psychiatric Co-Occurrences

24.     It has been argued that pathological gambling, like other psychiatric disorders, is heterogeneous in nature and that this complicates the generation of an over-arching theory to explain the disorder (Blaszczynski and Nower 2002). Consistent with this notion and the idea of important individual differences is the observation that pathological gambling frequently co-occurs with other disorders (Crockford and el-Guebaly 1998, Petry, Stinson et al. 2005). Frequent co-occurrence of psychiatric disorders has been observed in both clinical and community-based samples. For example, in a large, recent community-based population study, high rates of a wide range of DSM-IV Axis-I disorders (e.g. alcohol dependence, nicotine dependence, drug abuse, and drug dependence were observed in association with pathological gambling more so than in those without (Petry, Stinson et al. 2005). The broad range of psychopathology in association with pathological gambling is consistent with findings from other epidemiological, community-based studies (e.g., the St. Louis site of the Epidemiologic Catchment Area (ECA) study (Cunningham-Williams, Cottler et al. 1998)).

25.     Specific personality or temperament features that cut across a broad range of psychiatric disorders (for example, impulsivity (Moeller, Barratt et al. 2001, Potenza 2007)) may represent a common element linking pathological gambling to other psychiatric disorders (Brewer and Potenza 2008). As such, the notion of impaired self-control, as is seen in

pathological gambling and other psychiatric disorders, is a relevant construct to consider in the co-occurrence between pathological gambling and other psychiatric disorders (Potenza 2007, Potenza and de Wit 2010). Specifically, impulsivity or impaired self-control may represent endophenotypes (Gottesman 2003) relevant to pathological gambling and other psychiatric disorders that often co-occur with pathological gambling (Fineberg, Potenza et al. 2010, Fineberg, Chamberlain et al. 2014). Individuals with high levels of impulsivity (for example, those with family histories of alcoholism or gambling problems, among others) may be particularly likely to display poor self-control over such behaviors as gambling. Impulsivity and other constructs (e.g., compulsivity) also appear relevant to the treatment of pathological gambling (Blanco, Potenza et al. 2009, Fineberg, Potenza et al. 2010, Grant, Odlaug et al. 2010, Leeman and Potenza 2012, Fineberg, Chamberlain et al. 2014).

26.    The findings of elevated levels of impulsivity in individuals with pathological gambling are consistent with my research findings and that of other groups as well as with my clinical experiences in having treated hundreds of people with gambling problems, some of which is found in published work (Grant 2003, Grant and Potenza 2004, Grant and Potenza 2006, Grant and Potenza 2006, Grant, Potenza et al. 2006), whereas much is not published (from non-research clinical practice). Given the importance of self-control and individual decision-making in pathological gambling (e.g., making the decision to gamble or not to gamble), interventions that target self-control over desires to gamble or making decisions to engage in non-gambling behaviors (going to Gamblers Anonymous (GA) meetings or contacting a GA sponsor when a desire to gamble arises) are often used in clinical practice. GA, the most widely used and available intervention for people with pathological gambling, teaches individuals through a step-wise process to take individual responsibility for their actions and the consequences thereof. That is, like with other 12-step programs, blame is not placed on an external object or person, but rather responsibility for one's own actions is achieved through alternate decision-making (choosing not to gamble), making amends to others for harmful behaviors one performed related to excessive gambling, and helping others with similar life experiences (gambling problems). This pattern of taking individual responsibility for one's behaviors seems particularly helpful and empowering for individuals who are seeking to exhibit

more self-control over areas of life.  Although more research is needed to evaluate the specific mechanisms by which treatments for pathological gambling work (Walker 2006), behavioral approaches that incorporate techniques like those mentioned above have received empirical support in controlled studies (Petry 2003, Petry 2005, Petry 2005, Petry, Alessi et al. 2006).

## VIII. Clinical Evaluation

27.     In the following paragraphs, I will present findings from my evaluation of Jonathan Schwartz. I interviewed him on December 2, 2016.   The clinical interview lasted approximately 3 hours and employed interviewing techniques that I typically use during the performance of clinical assessments in my clinical practice.  He was asked to complete several self-report instruments including the South Oaks Gambling Screen, Barratt Impulsivity Scale and the Toronto Alexithymia Scale.  The first is a widely used gambling screen that assesses lifetime gambling-related attitudes and behaviors.  The second is a widely used measure that assesses attentional, motor and non-planning aspects of impulsivity. The third is a widely used scale to assess difficulties in identifying and describing emotions. The following report is based upon the clinical interview, the testing that was performed, and additional information I reviewed including an analysis of Mr. Schwartz' very large volume of phone calls with his bookie, Dave Corsello, and letters received on Mr. Schwartz's behalf in connection with his upcoming sentencing.

28.     During my clinical interview of Mr. Schwartz, he reported the following:

A.     He was a 46 year-old (now 47 year old) married Caucasian male who is separated and going through a divorce.  He was then living in Playa Vista, California, about 40 minutes from his wife.  He practiced Judaism and partook in morning prayers.

B.     He had three sons (███(23), Austin (21) and Blake (13)) with his wife Meredith whom he described as his high-school sweetheart.

C.     He was formerly a successful business manager for high-profile entertainers and athletes through his company (GSO) where he worked for over 10 years.

15

D.    From 2009 to 2015, he embezzled over $7 million from his clients and used the vast majority of the money to pay for his sports gambling losses to his bookie.

E.    In May 2016, he was terminated from his employment, sued by GSO and one of his clients for embezzlement, and soon thereafter through his attorney negotiated a plea agreement to plead guilty to federal wire fraud and tax charges related to his embezzlement.

29.    With respect to the history of Mr. Schwartz' gambling disorder, he reported the following during my clinical interview:

A.    His history of gambling went back to college.  In college, Mr. Schwartz began getting into financial difficulties by gambling with peers and through a bookie (e.g., he gambled to the point that he and a friend  were $10,000 in debt to a bookie).

B.    His gambling diminished for a time when he transferred from a State University of New York school to San Francisco State University. However, his gambling resumed after college when he started working and met a friend who became his bookie in the 2000s.

C.    His gambling started to increase with bets increasing from $300 to $1000 per bet, being made at all times of the day and funded beyond his compensation from work initially by asking family members for money (without telling them the truth as to how the money was going to be used).  His gambling started to interfere with his work and home life as he had to lie to everyone close to him about his gambling and the extent of his gambling.  As a result, he was leading a double life, trying continuously and without success to win back money he had lost and in the process digging himself a bigger hole with each failed bet.  He felt worthless, horrible, and like a degenerate unable to stop his gambling.  At first, he stole a little cash from his clients hoping not to get caught to pay for his gambling losses.  As his gambling losses mounted, he stole more and more cash from his clients without their knowledge or authorization to try to win the money back unsuccessfully.  He lied to his partners, his clients, and everyone around him to try to hide his gambling activities.  Rather than being able to stop and admit his wrongdoing, Mr. Schwartz continued for years increasing his bets, his losses, his lies and his thefts.  His double life ended in 2016 when one of his clients switched business managers and his thefts were discovered.

D.     Mr. Schwartz entered intensive outpatient treatment (IOP) for his gambling and substance addictions in 2016, and had been sober as of the time of the interview for over six months.  He attended IOP treatment in Venice, California for five and a half months and was attending AA and GA with the help of a sponsor.

E.     With respect to substance use, he used marijuana for decades, often on a daily basis to reduce anxiety, starting with smoking marijuana in high school and continuing into his adulthood.  At certain points, he experienced marijuana-related paranoia and negative motivation.  He used tobacco intermittently over his life.  In addition, in 2015, he admitted using cocaine on a regular basis, having previously used cocaine in a more infrequent basis, as part of his coping mechanism to deal with the stress caused by his gambling and work.

F.     He denied periods of being down or depressed for periods of 2 weeks or more on more days than nights and denied suicidal ideation.  He did not have significant anxiety or panic, but seemed to have difficulty identifying emotional states. He denied auditory hallucinations/visual hallucinations/homicidal ideation.

G.     He had periods of increased energy and being able to think quickly, including while multi-tasking for his work.  He denied periods of frank mania. He did not acknowledge uncharacteristic episodes of mood fluctuation, decreased need for sleep or grandiosity.

H.     He experienced childhood trauma of emotional abuse and some physical abuse from mother.  He denied sexual abuse.  He did not acknowledge features of post-traumatic stress disorder. He did not acknowledge features of obsessive-compulsive disorder.

I.     The medications he reported taking included duloxetine (Cymbalta) 120 mg/day (also past eszopiclone (Lunesta), stopped at the IOP), rosuvastatin (Crestor) 20 mg/day and aspirin 81 mg/day

30.     With respect to past psychiatric history, Mr. Schwartz reported that he had mental health treatment as a child but could not recall specific details.  He stated that he has been in treatment for dealing with childhood trauma with Dr. Bruce Gregory and Dr. Paul Hersh.  He had been in couples therapy and had at the time of the interview been seeing an addiction counselor over the prior 6 months while attending 12-step programs.

31.    With regard to family history, Mr. Schwartz reported that his father had Parkinson's disease and dementia as well as having gambling and narcotics addictions that Mr. Schwartz viewed first-hand growing up.  His mother was verbally, emotionally, and physically abusive to Mr. Schwartz in his childhood and had possible mental health problems.

32.    Mr. Schwartz' social history included high school and college graduate education, multiple moves during childhood including time with each parent (they divorced) and a father in the "Jewish mafia" overseeing gambling and cocaine operations. He reported starting a heart disease charitable foundation s/p heart stent placement.

33.    During the interview, Mr. Schwartz' mental status examination included the following: Neatly and casually dressed and well-groomed; dressed in business jacket and slacks with Oxford shirt; intermittently tearful during exam, including when discussing children; speech: normal rate, tone and amount; mood: "comfortable"; affect: generally euthymic; thought process: goal-directed; thought content: no suicidal or homicidal ideation reported; no hallucinations; cognition: alert, oriented; names, repeats, follows commands; 3/3 at 0 min, 3/3 at 5 min; serial 7's to 65; NY-LA 3,000 miles; mails letter; announces fire at theater; abstracts proverbs; copies pentagons; follows instructions; insight: fair; judgment: fair.

34.    Lifetime South Oaks Gambling Screen (SOGS) score: 18 (indicative of severe probable pathological gambling).

35.    Barratt Impulsivity Scale: Total: 82; Attentional: 32; Motor: 27; Non-planning: 23 Toronto Alexithymia Scale: Total: 67; Difficulty Identifying Emotions: 23; Difficulty Describing Emotions: 24; Externally Oriented Thinking: 20.

36.    An analysis of Mr. Schwartz's phone records from the period of August 13, 2009 to April 23, 2015 indicate that he contacted the person reportedly placing bets for him (his bookie, Mr. David Corsello) 1553 times and tried to make contact an additional 938 times.

36.    Based on my background, training and experience in the field of gambling disorder, I can state to a reasonable medical certainty that Mr. Schwartz meets the criteria for a severe gambling disorder in reported remission (what was termed pathological gambling in the DSM-IV and is continued to be called pathological gambling in ICD-10). The severe diagnosis is consistent with his SOGS score of 18, indicating severe probable pathological gambling.  His

criminal activity to support his gambling would be consistent with a severe form of the disorder (Toce-Gerstein, 2003). Additionally, Mr. Schwartz appears to have limited insight into his emotional states, with his score on the Toronto Alexithymia Scale (67) being greater than the threshold (61 or greater) used to identify individuals with alexithymia, a tendency to have limited abilities to identify emotional states. Alexithymia has also been linked to pathological gambling, particularly in individuals with strategic forms of gambling problems like sports betting (Bonnaire et al, 2017). Determining the severity of the gambling disorder may be complicated by his tendency to have limited insight into his emotional states (as indicated in particular by his elevated scores on the Difficulty Identifying Emotions and Difficulty Describing Emotions subscales of the Toronto Alexithymia Scale); as such, criteria such as the criterion regarding gambling to escape from negative mood states, while not acknowledged, may exist. For the above reasons, his gambling disorder is likely more severe than he indicated by the inclusionary criteria he acknowledged. The high severity of his gambling disorder is consistent with statements about his gambling starting in college and intensifying in the 2009-2015 time period as well as a review of the phone records regarding his contacts and attempted contacts to his reported bookie. Given his ability to obtain large amounts of money, the extent and financial impact of his gambling are considerably substantial and amongst the highest I have encountered during many examinations of people with gambling disorders. Mr. Schwartz's belief over the years that he could win back his money by continuing to make sports bets and hoping that his luck would turn around is consistent with the criteria in the DSM-5 for a gambling disorder involved with "chasing one's losses." Also noteworthy is that Mr. Schwartz did not act of a desire to hurt his clients or his partners at GSO; instead, he stole to pay off his gambling debts and as a result of his severe gambling disorder.

37.    Mr. Schwartz also scored high on measures of impulsivity. His score of 82 on the Barratt Impulsiveness Scale is higher than we typically see in healthy control subjects in our research program; in a group of several hundred such individuals, we see average scores of 54.5. His high level of impulsivity is consistent with his addictive tendencies, including with respect to gambling. Mr. Schwartz, like many similar individuals suffering from a severe gambling addiction, did not rationally weigh the costs of his actions of stealing from his clients

and not paying taxes on the stolen funds but appeared to act impulsively without appropriate forethought being given to the future ramifications of his actions.

38.    Mr. Schwartz also reports having experienced trauma in his early childhood. This is a significant factor associated with the development of gambling problems (Scherrer et al, 2007; Steinberg et al, 2005).

39.    Based on my interview and according to corroborating materials, Mr. Schwartz has many good qualities. He has demonstrated philanthropy in his life, having started the Heartview Global Foundation to help people receive preventative interventions for heart disease. His letters from long-term friends and acquaintances (e.g., Jeffrey Feldman, Dr. Brian Gold, Mark Gold, James Halper, Mike Lederer, Dr. Michael Port, Hector Roman, Lindsay Santos, Ethne Todas, Rabbi Robbie Tombosky) all speak to Mr. Schwartz as having a generous nature and many good qualities. The letter from his mother corroborates the stressful and abusive upbringing he encountered. Letters from his multiple care providers (Dr. Paul Hersh, Janet Markowitz, Dan Field and Claire McDonald) indicate an important commitment to treatment of his gambling disorder and abstinence from gambling.  Mr. Schwartz has almost a year of abstinence since he started with outpatient programs and Gambler's Anonymous and has developed a strong support network to reinforce positive values and the importance of maintaining his abstinence. His ability to self-assess and self-realize the very negative effects his severe gambling disorder have had on all aspects of his life bodes well toward his ability to maintain his abstinence, provided he continues his hard work, effort and commitment towards maintaining his abstinence.

40.    Based on my background, training, and experience in the field of gambling disorders, my examination of Mr. Schwartz, and my review of relevant documentation, I believe that given his severe gambling disorder, Mr. Schwartz exhibited a significantly reduced mental capacity that was reflected in a significantly impaired ability to control his gambling and the related illegal behaviors to obtain money to gamble even though he knew that his thefts of client funds were wrongful as was his failure to accurately report and pay his taxes on the stolen money.

41.    I believe that Mr. Schwartz's mental health status, specifically his severe gambling disorder, should be given serious consideration in fashioning his sentencing. I believe that the data indicate that Mr. Schwartz suffered from a severe gambling disorder, a mental illness, and there is little doubt that it contributed substantially to him losing his own money and seeking money by fraud from others to continue on the same destructive path. As an increasingly growing literature emerges on the neurobiological underpinnings of gambling disorder, there exists a firm foundation on which to base such consideration. Given these data and precedent from another case in which gambling disorder was taken into account during sentencing as a significant mitigating factor (*US v. Caspersen*, 16-cr-0414 (SDNY 2016)), I believe that Mr. Schwartz's gambling disorder should be taken into consideration during sentencing.

I declare under penalty of perjury that the foregoing is true and correct.


DATED:    April 13, 2017

Marc N. Potenza, M.D., Ph.D.
Senior Scientist, The National Center on Addiction and Substance Abuse
Professor of Psychiatry, Child Study and Neuroscience
Yale University School of Medicine

# References

Abbott, M. W., U. Romild and R. A. Volberg (2014). "Gambling and problem gambling in Sweden: changes between 1998 and 2009." J Gambl Stud **30**(4): 985-999.

American Psychiatric Association Committee on Nomenclature and Statistics (1980). Diagnostic and Statistical Manual of Mental Disorders (3rd Ed.). Washington, DC, American Psychiatric Association.

American Psychiatric Association Committee on Nomenclature and Statistics (2000). Diagnostic and Statistical Manual of Mental Disorders (4th Ed. - Text Revision). Washington, DC, American Psychiatric Association.

Andrews, M. M., S. A. Meda, A. D. Thomas, M. N. Potenza, J. H. Krystal, P. Worhunsky, M. C. Stevens, S. S. O'Malley, G. A. Book and G. D. Pearlson (2011). "Individuals Family History Positive for Alcoholism Show fMRI Abnormalities in Reward Sensitivity that are Related to Impulsivity Factors." Biol Psychiatry **69**: 675-683.

Arnsten, A. F. (2001). "Modulation of prefrontal cortical-striatal circuits: relevance to therapeutic treatments for Tourette syndrome and attention-deficit hyperactivity disorder." Adv Neurol **85**: 333-341.

Arnsten, A. F. and B. M. Li (2005). "Neurobiology of executive functions: catecholamine influences on prefrontal cortical functions." Biological Psychiatry **57**(11): 1377-1384.

Association, A. P. (1987). Diagnostic and Statistical Manual of Mental Disorders. Washington, DC.

Association, A. P. (1994). Diagnostic and Statistical Manual of Mental Disorders. Washington, DC, Author.

Association, A. P. (2000). Diagnostic and Statistical Manual of Mental Disorders.  Fourth Edition-Test Revision. Washington, DC, American Psychiatric Association.

Association, A. P. (2013). Diagnostic and Statistical Manual of Mental Disorders.  Fifth Edition. Washington, DC, American Psychiatric Association.

Balodis, I. M., H. Kober, P. D. Worhunsky, M. C. Stevens, G. D. Pearlson and M. N. Potenza (2012). "Diminished fronto-striatal activity during processing of monetary rewards and losses in pathological gambling." Biol Psychiatry **71**: 749-757.

Balodis, I. M. and M. N. Potenza (in press). Imaging the Gambling Brain. Imaging the Addicted Brain. N. Zhar and E. T. Peterson. New York, NY, Elsevier.

Bartley, C. A. and M. H. Bloch (2013). "Meta-analysis: pharmacological treatment of pathological gambling." Expert Rev Neurother **13**(8): 887-894.

Bechara, A. (2003). "Risky business: Emotion, decision-making, and addiction." J Gambling Stud **19**: 23-51.

Bechara, A., H. Damasio, A. R. Damasio and G. Lee (1999). "Different contributions of the human amygdala and ventromedial prefrontal cortex to decision-making." Journal of Neuroscience **19**: 5473-5481.

Bechara, A., H. Damasio, D. Tranel and S. W. Anderson (1998). "Dissociation of working memory from decision making within the human prefrontal cortex." Journal of Neuroscience **18**(1): 428-437.

Beck, A., F. Schlagenhauf, T. Wustenberg, J. Hein, T. Kienast, T. Kahnt, K. Schmack, C. Hagele, B. Knutson, A. Heinz and J. Wrase (2009). "Ventral striatal activation during reward anticipation correlates with impulsivity in alcoholics." Biol Psychiatry **66**: 734-742.

Benkelfat, C., D. L. Murphy, J. Hill, D. T. George, D. Nutt and M. Linnoila (1991). "Ethanol like properties of the serotonergic partial agonist m-chlorophenylpiperazine in chronic alcoholic patients." Arch Gen Psychiatry **48**: 383.

EXHIBIT D, PAGE 157

Bergh, C., T. Eklund, P. Sodersten and C. Nordin (1997). "Altered dopamine function in pathological gambling." Psychological Medicine 27(2): 473-475.

Binde, P. (2014). "Gambling in Sweden: the cultural and socio-political context " Addiction 109(2): 193-198.

Blanco, C., D. S. Hasin, N. Petry, F. S. Stinson and B. F. Grant (2006). "Sex differences in subclinical and DSM-IV pathological gambling: results from the National Epidemiologic Survey on Alcohol and Related Conditions." Psychological Med 36: 943-953.

Blanco, C., L. Orensanz-Munoz, C. Blanco-Jerez and J. Saiz-Ruiz (1996). "Pathological gambling and platelet MAO activity: A psychobiological study." American Journal of Psychiatry 153(1): 119-121.

Blanco, C., M. N. Potenza, S. W. Kim, A. Ibanez, R. Zaninelli, J. Saiz-Ruiz and J. E. Grant (2009). "A pilot study of impulsivity and compulsivity in pathological gambling." Psychiatric Res 167: 161-168.

Blaszczynski, A., R. Ladouceur and H. J. Shaffer (2004). "A science-based framework for responsible gambling: The Reno model." J Gambling Stud 20: 301-317.

Blaszczynski, A. and L. Nower (2002). "A pathways model of problem and pathological gambling." Addiction 97: 487-499.

Blumberg, H. P., H. Leung, P. Skudlarski, C. M. Lacadie, C. A. Fredericks, B. C. Harris, D. S. Charney, J. C. Gore, J. H. Krystal and B. S. Peterson (2003). "A functional magnetic resonance imaging study of bipolar disorder: state- and trait-related dysfunction in ventral prefrontal cortices." Archives of General Psychiatry 60: 599-607.

Boileau, I., S. Nakajima and D. Payer (2015). "Imaging the D3 dopamine receptor across behavioral and drug addictions: Positron emission tomography studies with [(11)C]-(+)-PHNO." Eur Neuropsychopharmacol 25(9): 1410-1420.

Boileau, I., D. Payer, B. Chugani, D. Lobo, A. Behzadi, P. M. Rusjan, S. Houle, A. A. Wilson, J. Warsh, S. J. Kish and M. Zack (2013). "The D2/3 dopamine receptor in pathological gambling: a positron emission tomography study with [11C]-(+)-propyl-hexahydro-naphtho-oxazin and [11C]raclopride." Addiction 108(5): 953-963.

Boileau, I., D. Payer, B. Chugani, D. S. Lobo, S. Houle, A. A. Wilson, J. Warsh, S. J. Kish and M. Zack (2014). "In vivo evidence for greater amphetamine-induced dopamine release in pathological gambling: a positron emission tomography study with [11C]-(+)-PHNO." Mol Psychiatry 19(12): 1305-1313.

Bonnaire, C., S. Barrault, A. Aite, M. Cassotti, S. Moutier, I Varescon (2017) Relationship between pathological gambling, alexithymia and gambling type. Am J Addiction 26(2): 152-160.

Brewer, J. A. and M. N. Potenza (2008). "The Neurobiology and Genetics of Impulse Control Disorders: Relationships to Drug Addictions." Biochem Pharmacology 75: 63-75.

Bullock, S. A. and M. N. Potenza (2012). "Pathological gambling: Neuropsychopharmacology and treatment." Curr Psychopharmacol 1: 67-85.

Carrasco, J. L., J. Saiz-Ruiz, E. Hollander, J. Cesar and J. J. J. Lopez-Ibor (1994). "Low platelet monoamine oxidase activity in pathological gambling." Acta Psychiatrica Scandinavica 90(6): 427-431.

Caspi, A., K. Sugden, T. E. Moffit, A. Taylor, I. W. Craig, H. Harrington, J. McClay, J. Mill, J. Martin, A. Braithwaite and R. Poulton (2003). "Influence of life stress on depression: moderation by a polymorphism in the 5-HTT gene." Science 301: 386-389.

Cavedini, P., G. Riboldi, R. Keller, A. D'Annucci and L. Bellodi (2002). "Frontal lobe dysfunction in pathological gambling." Biol Psychiatry 51: 334-341.

Chambers, R. A. and M. N. Potenza (2001). "Schizophrenia and pathological gambling." Am J Psychiatry 158: 497-498.

Chambers, R. A. and M. N. Potenza (2003). "Neurodevelopment, impulsivity and adolescent gambling." J Gambling Stud **19**(1): 53-84.

Chambers, R. A., J. R. Taylor and M. N. Potenza (2003). "Developmental neurocircuitry of motivation in adolescence: A critical period of addiction vulnerability." Am J Psychiatry **160**: 1041-1052.

Choi, J.-S., Y.-C. Shin, W. H. Jung, J. H. Jang, D.-H. Kang, C.-H. Choi, S.-W. Choi, J.-Y. Lee, J. Y. Hwang and J. S. Kwon (2012). "Altered Brain Activity during Reward Anticipation in Pathological Gambling and Obsessive-Compulsive Disorder." PLoS One **7**(9): e45938.

Clark, L., P. R. Stokes, K. Wu, R. Michalczuk, A. Benecke, B. J. Watson, A. Egerton, P. Piccini, D. J. Nutt, H. Bowden-Jones and A. R. Lingford-Hughes (2012). "Striatal dopamine D2/D3 receptor binding in pathological gambling is correlated with mood-related impulsivity." Neuroimage **63**: 40-46.

Clarke, D. (2004). "Impulsiveness, locus of control, motivation, and problem gambling." J Gambling Stud **20**: 319-345.

Clayton, R. R., A. M. Cattarello and B. M. Johnstone (1996). "The effectiveness of Drug Abuse Resistance Education (project DARE): 5-year follow-up results." Prev Med **25**: 307-318.

Cohen, J. (1972). Psychological probability or the art of doubt. London, England, Allen and Unwin.

Crockford, D. N. and N. el-Guebaly (1998). "Psychiatric comorbidity in pathological gambling: a critical review." Canadian Journal of Psychiatry - Revue Canadienne de Psychiatrie **43**(1): 43-50.

Cunningham-Williams, R. M., L. B. Cottler, W. M. r. Compton and E. L. Spitznagel (1998). "Taking chances: Problem gamblers and mental health disorders - results from the St. Louis Epidemiologic Catchment Area Study." Am J Public Health **88**(7): 1093-1096.

Custer, R. L. (1984). "Profile of the pathological gambler." Journal of Clinical Psychiatry **45**(12 Pt 2): 35-38.

da Silva Lobo, D. S., H. P. Vallada, J. Knight, S. S. Martins, H. Tavares, V. Gentil and J. L. Kennedy (2007). "Dopamine genes and pathological gambling in discordant sib-pairs." J Gambling Stud **23**: 421-433.

Damasio, A. R. (1994). Descartes' Error: Emotion, Reason and the Human Brain. New York, NY, Crosset/Putnam.

DeCaria, C., Hollander, E (1993). Pathological gambling. Obsessive-compulsive related disorders. E. Hollander. Washington, DC, American Psychiatric Press**:** 155-178.

DeCaria, C. M., T. Begaz and E. Hollander (1998). "Serotonergic and noradrenergic function in pathological gambling." CNS Spectrums **3**(6): 38-47.

Desai, R., M. Desai and M. Potenza (2007). "Gambling, health and age: data from the National Epidemiologic Survey on Alcohol and Related Conditions." Psychology Addict Behav **21**: 431-440.

Desai, R., Maciejewski PK, Dausey D, Caldarone BJ, Potenza MN (2004). "Health correlates of recreational gambling in older adults." Am J Psychiatry **161**: 1672-1679.

Desai, R. A. and M. N. Potenza (2008). "Gender differences in the associations between problem gambling and psychiatric disorders." Soc Psychol Psychiatr Epi **43**: 173-183.

Desai, R. A. and M. N. Potenza (2009). "A cross-sectional study of problem and pathological gambling in patients with schizophrenia/schizoaffective disorder." J Clin Psychiatry **70**(9): 1250-1257.

Dickerson, M. and E. Baron (2000). "Contemporary issues and future directions for research into pathological gambling." Addiction **95**: 1145-1159.

Dougherty, R. S., Deckersbach T, Marci C, Loh R, Shin LM, Alpert NM, Fischman AJ, Fava M (2004). "Ventromedial prefrontal cortex and amygdala dysfunction during an anger

induction positron emission tomography study in patients with major depressive disorder with anger attacks." Arch Gen Psychiatry **61**: 795-804.

Drevets, W., Price JL, Simpson JR Jr, Todd RD, Reich T, Vannifer M, Raichle ME (1997). "Subgenual prefrontal cortex abnormalities in mood disorders." Nature **386**: 824-827.

Duhig, A., P. Maciejewski, S. Krishman-Sarin, R. Desai and M. N. Potenza (2007). "Charactaristics of adolescent past-year gamblers and non-gamblers in relation to alcohol drinking." Addict Behav. **32**: 80-89.

Eber, G. B. and H. J. Shaffer (2000). "Trends in bio-behavioral gambling studies research: Quantifying citations." J Gambling Stud **16**: 461-467.

Egan, M. F., T. E. Goldberg, B. S. Kolachana, J. H. Callicott, C. M. Mazzanti, R. E. Straub, D. Goldman and D. R. Weinberger (2001). "Effect of COMT val[108/158] met genotype on frontal lobe function and risk for schizophrenia." Proceedings of the National Academy of Sciences **98**(12): 6917-6922.

Egan, M. F., M. Kojima, J. Callicott, T. Goldberg, B. Kolachana, A. Bertolino, E. Zaitsev, B. Gold, D. Goldman, M. Dean, B. Lu and D. Weinberger (2003). "The BDNF val66met polymorphism affects activity-dependent secretion of BDNF and human memory and hippocampal function." Cell **112**: 257-269.

Elman, I., L. Beccera, E. Tschibelu, R. Yamamoto, E. George and D. Borssok (2012). "Yohimbine-Induced Amygdala Activation in Pathological Gamblers: A Pilot Study." PLoS One **7**(2): e31118.

Elman, I., E. Tschibelu and D. Borsook (2010). "Psychosocial stress and its relationship to gambling urges in individuals with pathological gambling." Am J Addictions **19**: 332-339.

Erickson, L., C. A. Molina, G. T. Ladd, R. H. Pietrzak and N. M. Petry (2005). "Problem and pathological gambling are associated with poorer mental and physical health in older adults." Int J Geriatric Psychiatry **20**: 754-759.

Fauth-Buehler, M., K. Mann and M. N. Potenza (in press). "Pathological gambling: a review of the neurobiological evidence for its classification as an addictive disorder." Addiction Biology.

Fineberg, N. A., S. R. Chamberlain, A. E. Goudriaan, D. J. Stein, L. Vandershuren, C. M. Gillan, S. Shekar, P. A. P. M. Gorwood, V. Voon, S. Morein-Zamir, D. Denys, B. J. Sahakian, F. G. Moeller, T. W. Robbins and M. N. Potenza (2014). "New Developments in Human Neurocognition: Clinical, Genetic and Brain Imaging Correlates of Impulsivity and Compulsivity." CNS Spectrums **19**: 69-89.

Fineberg, N. A., M. N. Potenza, S. R. Chamberlain, H. Berlin, L. Menzies, A. Bechara, B. Sahakian, T. W. Robbins, E. Bullmore and E. Hollander (2010). "Probing compulsive and impulsive behaviors, from animal models to endophenotypes; a narrative review." Neuropsychopharmacol **35**: 591-604.

Fong, T., A. Kalechstein, B. Bernhard, R. Rosenthal and L. Rugle (2008). "A double-blind, placebo-controlled trial of olanzapine for the treatment of video poker pathological gamblers." Pharmacol, Biochem, Behav **89**: 298-303.

Gelernter, J. (2004). "Recent findings from a genomewide linkage scan for cocaine dependence." Neuropsychopharmacology **29**: s26.

Gelernter, J., Page G P, Stein M B and W. S. W (2004). "Genome-wide linkage scan for loci predisposing to social phobia: Evidence for a chromosome 16 risk locus." Am J Psychiatry **161**: 59-66.

Gerstein, D., J. Hoffmann, C. Larison, L. Engelman, S. Murphy, A. Palmer, L. Chuchro, M. Toce, R. Johnson, T. Buie and M. Hill. (1999). "Gambling impact and behavior study." Retrieved March 27, 1999., 1999.

Giddens, J. L., H. Xian, J. F. Scherrer, S. A. Eisen and M. N. Potenza (2011). "Shared genetic contributions to anxiety disorders and pathological gambling in a male population." J Affect Disord **132**: 406-412.

Goldstein, M. (2016). Wall St. Scion Gets 4 Years in Prison for Fraud. New York Times. New York, NY. **November 4, 2016;** http://www.nytimes.com/2016/11/01/business/dealbook/victims-seek-mercy-for-a-wall-st-scion-who-defrauded-them.html?_r=0; **Accessed December 8, 2016**.

Goldstein, M. and A. Stevenson (2016). Victims Seek Mercy for a Wall St. Scion Who Defrauded Them. New York Times. New York, NY. **October 31, 2016;** http://www.nytimes.com/2016/11/01/business/dealbook/victims-seek-mercy-for-a-wall-st-scion-who-defrauded-them.html?_r=0; **Accessed December 8, 2016**.

Gottesman, I., Gould TD (2003). "The endophenotype concept in psychiatry: etymology and strategic intentions." Am J Psychiatry **160**: 636-645.

Grant, J., R. Desai and M. Potenza (2009). "Influence of Nicotine Dependence on the Associations Between Subsyndromal and Pathological Gambling and Other Psychiatric Disorders: Data from the National Epidemiologic Survey on Alcohol and Related Conditions." J Clin Psychiatry **70**: 334-343.

Grant, J., Kim SW, Potenza MN, Blanco C, Ibanez A, Stevens LC, Zaninelli R (2003). "Paroxetine treatment of pathological gambling: A multi-center randomized controlled trial." Int Clin Psychopharmacol **18**: 243-249.

Grant, J. and M. N. Potenza (2004). "Impulse control disorders: clinical characteristics and pharmacological management." Ann Clin Psychiatry **16**: 27-34.

Grant, J. and M. N. Potenza (2006). Impulse Control Disorders A Clinical Text of Men's Mental Health. J. E. Grant and M. N. Potenza. Washington, DC.

Grant, J. E., S. W. Kim and B. K. Hartman (2008). "A double-blind, placebo-controlled study of the opiate antagonist naltrexone in the treatment of pathological gambling urges." J Clin Psychiatry **69**: 783-789.

Grant, J. E., S. W. Kim, E. Hollander and M. N. Potenza (2008). "Predicting Response to Opiate Antagonists and Placebo in the Treatment of Pathological Gambling." Psychopharmacol **200**: 521-527.

Grant, J. E., S. W. Kim and B. L. Odlaug (2007). "N-Acetyl cysteine, a glutamate-modulating agent, in the treatment of pathological gambling: a pilot study." Biol Psychiatry **62**: 652-657.

Grant, J. E., B. L. Odlaug, S. R. Chamberlain, M. N. Potenza and S. W. Kim (2010). "Open-Label Memantine Treatment of Pathological Gambling Reduces Gambling Severity and Cognitive Inflexibility." Psychopharmacology **4**: 603-612.

Grant, J. E., B. L. Odlaug, M. N. Potenza, E. Hollander and S. W. Kim (2010). "A Multi-Center, Double-Blind, Placebo-Controlled Study of the Opioid Antagonist Nalmefene in the Treatment of Pathological Gambling." Brit J Psychiatry **197**: 330-331.

Grant, J. E. and M. N. Potenza (2005). "Tobacco use and pathological gambling." Ann Clin Psychiatry **17**: 237-241.

Grant, J. E. and M. N. Potenza (2006). "Escitalopram Treatment of Pathological Gambling with Co-Occurring Anxiety: An Open-Label Pilot Study with Double-Blind Discontinuation." Int Clin Psychopharmacol **21**: 203-209.

Grant, J. E. and M. N. Potenza (2007). Treatments for pathological gambling and other impulse control disorders. A Guide to Treatments That Work. G. J. Nathan P. Oxford, UK, Oxford University Press**:** 561-577.

Grant, J. E. and M. N. Potenza, Eds. (2011). The Oxford Handbook of Impulse Control Disorders. Oxford, UK, Oxford University Press.

Grant, J. E., M. N. Potenza, E. Hollander, R. M. Cunningham-Williams, T. Numinen, G. Smits and A. Kallio (2006). "Multicenter investigation of the opioid antagonist nalmefene in the treatment of pathological gambling." Am J Psychiatry **163**: 303-312.

Griffiths, M. and P. Delfabbro (2001). "The biopsychosocial approach to gambling: Contextual factors in research and clinical interventions." eGambling **5**: http://www.camh.net/egambling/issue5/feature/index.html.

Griffiths, M. D. (1994). "The role of cognitive bias and skill in fruit machine gambling." British Journal of Psychology **85**(3): 351-369.

Hamblett, M. (2016). Judge Takes Gambling Addiction Into Account in Caspersen Sentencing. New York Law Journal. **November 4, 2016;** http://www.newyorklawjournal.com/id=1202771658919/Judge-Takes-Gambling-Addiction-Into-Account-in-Caspersen-Sentencing?slreturn=20161108165524; **Accessed December 8, 2016**.

Hariri, A. R., V. S. Mattay, A. Tessitore, B. Kolachana, F. Fera, D. Goldman, M. F. Egan and D. R. Weinberger (2002). "Serotonin transporter genetic variation and the response of the human amygdala." Science **297**(5580): 400-403.

Hodgins, D. C. and N. M. Petry (2004). Cognitive and behavioral treatments. Pathological gambling; A clinical guide to treatment. J. Grant, Potenza MN. Washington, DC, American Psychiatric Press, Inc.

Hoffmann, J., Gerstein, D, Larison, C, Huang, L, Brittingham, A, Toce, M. (1999). "Report to the National Gambling Impact Study Commission."  Retrieved April 14, 1999.

Hollander, E., Begaz, T, DeCaria, C (1998). "Pharmacologic approaches in the treatment of pathological gambling." CNS Spectrums **3**(6): 72-80.

Hollander, E., S. Pallanti, A. Allen, E. Sood and N. B. Rossi (2005). "Does Sustained-Release Lithium Reduce Impulsive Gambling and Affective Instability Versus Placebo in Pathological Gamblers With Bipolar Spectrum Disorders?" Am J Psychiatry **162**: 137-145.

Hollander, E., D. Stein, C. M. DeCaria, L. Cohen, J. B. Saoud, D. Kellman, L. Rosnick and J. M. Oldham (1994). "Serotonergic sensitivity in borderline personailty disorder: preliminary findings." Am J Psychiatry **151**: 277-280.

Hollander, E., Wong CM (1995). "Obsessive-compulsive spectrum disorders." J Clin Psychiatry **56s4**: 3-6.

Hommer, D., P. Andreasen, D. Rio, W. Williams, U. Rettimann, R. Monenan, A. Zametkin, R. Rawlings and M. Linnoila (1997). "Effects of m-chlorophenylpiperazine on regional brain glucose utilization: A positron emission tomographic comparison of alcoholic and control subjects." J Neurosci **17**: 2796-2806.

Hommer, D. W., J. M. Bjork, B. Knutson, D. Caggiano, G. Fong and C. Danube (2004). "Motivation in children of alcoholics." Alc Clin Exper Res **28**(5): 22A.

Ibanez, A., C. Blanco, I. P. de Castro, J. Fernandez-Piqueras and J. Saiz-Ruiz (2003). "Genetics of pathological gambling." J Gambling Stud **19**: 11-22.

Institute for Research on Pathological Gambling and Related Disorders (2006). "Toward Evidence-Based Responsible Gaming Policies and Practices: New Grants for Translational research on Gambling and Gambling Disorders." http://www.divisiononaddictions.org/institute/rfa/translationalrfa.pdf **Accessed: March 15, 2006**.

Kessler, R. C., I. Hwang, R. LaBrie, M. Petukhova, N. A. Sampson, K. C. Winters and H. J. Shaffer (2008). "DSM-IV pathological gambling in the National Comorbidity Survey Replication." Psychological Med **38**: 1351-1360.

Kim, S. W., J. E. Grant , D. E. Adson and Y. C. Shin (2001). "Double-blind naltrexone and placebo comparison study in the treatment of pathological gambling." Biol Psychiatry **49**: 914-921.

Kovanen, L., S. Basnet, S. Castrén, M. Pankakoski, S. T. Saarikoski, T. Partonen, H. Alho and T. Lahti (2016). "A Randomised, Double-Blind, Placebo-Controlled Trial of As-Needed Naltrexone in the Treatment of Pathological Gambling." Eur Addict Res **22**(2): 70-79.

Kyngdon, A. and M. Dickerson (1999). "An experimental study of the effect of prior alcohol consumption on a simulated gambling activity." Addiction **94**: 697-707.

Ladd, G. T. and N. M. Petry (2002). "Disordered gambling among university-based medical and dental patients: A focus on internet gambling." Psychology Addict Behav **16**: 76-79.

Ladouceur, R. and A. Gaboury (1988). "Effects of limited and unlimited stakes on gambling behavior." Journal of Gambling Behavior **4**(2): 119-126.

Ladouceur, R., A. Gaboury, A. Bujold, N. Lachance and et al. (1991). "Ecological validity of laboratory studies of videopoker gaming." Journal of Gambling Studies **7**(2): 109-116.

Ladouceur, R., A. Gaboury, M. Dumont and P. Rochette (1988). "Gambling: Relationship between the frequency of wins and irrational thinking." Journal of Psychology **122**(4): 409-414.

Ladouceur, R., C. Jacques, S. Chevalier, S. Sevigny and D. Hamel (2005). "Prevalence of pathological gambling in Quebec in 2002." Can J Psychiatry **50**: 451-456.

Lang, M., T. Leménager, F. Streit, M. Fauth-Bühler, J. Frank, D. Juraeva, S. H. Witt, F. Degenhardt, A. Hofmann, S. Heilmann-Heimbach, F. Kiefer, B. Brors, H. J. Grabe, U. John, A. Bischof, G. Bischof, U. Völker, G. Homuth, M. Beutel, P. A. Lind, S. E. Medland, W. S. Slutske, N. G. Martin, H. Völzke, M. M. Nöthen, C. Meyer, H. J. Rumpf, F. M. Wurst, M. Rietschel and K. F. Mann (2016). "Genome-wide association study of pathological gambling." Eur Psychiatry **36**: 38-46.

Langer, E. J. (1975). "The illusion of control." J Personality Soc Psychol **32**: 311-328.

Ledgerwood, D. M., M. A. Steinberg, R. Wu and M. N. Potenza (2005). "Self-reported gambling-related suicidality among gambling helpline callers." Psychology Addict Behav **19**: 175-183.

Leeman, R. F., B. E. Billingsley and M. N. Potenza (2012). "Impulse control disorders in Parkinson's disease: background and update on prevention and management." Future Med **2**: 389-400.

Leeman, R. F. and M. N. Potenza (2011). "Impulse control disorders in Parkinson's disease: clinical characteristics and implications." Neuropsychiatry **1**: 133-147.

Leeman, R. F. and M. N. Potenza (2012). "Similarities and Differences between Pathological Gambling and Substance Use Disorders: A Focus on Impulsivity and Compulsivity." Psychopharmacol **219**: 469-490.

Lesieur, H. R. and S. B. Blume (1987). "The South Oaks Gambling Screen (SOGS): a new instrument for the identification of pathological gamblers." American Journal of Psychiatry **144**(9): 1184-1188.

Limbrick-Oldfield, E. H., R. J. van Holst and L. Clark (2013). "Fronto-striatal dysregulation in drug addiction and pathological gambling: Consistent inconsistencies?" Neuroimage Clinical **2**: 385-393.

Lind, P. A., G. Zhu, G. W. Montgomery, P. A. Madden, A. C. Heath, N. G. Martin and W. S. Slutske (2013). "Genome-wide association study of a quantitative disordered gambling trait." Addiction Biology **18**(3): 511-522.

Linnet, J., A. Moller, E. Peterson, A. Gjedde and D. Doudet (2011). "Inverse association between dopaminergic neurotransmission and Iowa Gambling Task performance in pathological gamblers and healthy controls." Scand J Psychology **52**: 28-34.

Linnet, J., E. Peterson, D. J. Doudet, A. Gjedde and A. Moller (2010). "Dopamine release in ventral striatum of pathological gamblers losing money." Acta Psychiatrica Scand **122**: 326-333.

Loughnan, T., M. Pierce and A. Sagris (1997). The Maroondah Assessment Profile for Problem Gambling (G-Map&Trade;): A new direction in gambling counseling. Tenth International Conference on Gambling and Risk-Taking, Montreal, Canada.

Maccallum, F. and A. Blaszczynski (2003). "Pathological gambling and suicidality: an analysis of severity and lethality." Suicide Life Threat Behav **33**: 88-98.

Marfels, C. (1998). "Visitor suicides and problem gambling in the Las Vegas market: a phenomenon in search of evidence." Gaming Law Rev **5**: 465-472.

Matthews, C. M. (2016). Andrew Caspersen Sentenced to Four Years in Prison for Bilking Investors. Wall Street Journal. **November 4, 2016;** http://www.wsj.com/articles/andrew-caspersen-sentenced-to-four-years-in-prison-1478296465; **Accessed December 8, 2016**.

Matuskey, D., J. D. Gallezot, B. Pittman, W. Williams, J. Wanyiri, K. Lim, M.-Q. Zheng, S. Lin, D. Labaree, M. N. Potenza, R. E. Carson, R. T. Malison and Y.-S. Ding (2014). "Dopamine D3 Receptor Alterations in Cocaine-Dependent Humans Imaged with the PET Ligand [11C](+)PHNO. ." Drug Alcohol Depend **139**: 100-105.

May, R. K. (2002). A laboratory investigation of the role of gambling-related irrational beliefs in the maintenance and modification of problematic gambling behavior. PhD, University of Memphis.

McCleary, R., Chew K, Feng W, Merrill V, Napolitano C, Males M, Graffeo B (1998). Suicide and gambling: An analysis of suicide rates in U.S. counties and metropolitan areas (Report to the American Gaming Association). Irvine, CA, University of California Irvine, School of Social Ecology.

McCoy, K. (2016). Wall Street fraud sentencing prompts tears and debate. USA Today. **November 6, 2016;** http://www.usatoday.com/story/money/2016/11/04/wall-street-fraud-sentencing-prompts-tears-and-debate/93203328/; **Accessed December 8, 2016**.

McElroy, S., E. B. Nelson, J. A. Welge, L. Kaehler and P. E. Keck (2008). "Olanzapine in the Treatment of Pathological Gambling : A Negative Randomized Placebo-Controlled Trial." J Clin Psychiatry **69**: 443-440.

Meyer, G., B. P. Hauffa, M. Schedlowski, C. Pawluk, M. A. Stadler and M. S. Exton (2000). "Casino gambling increases heart rate and salivary cortisol in regular gamblers." Biol Psych **48**: 948-953.

Meyer, G., J. Schwertfeger, M. S. Exton, O. Janssen, W. Knapp, M. Stradler, M. Schedlowski and T. H. C. Kruger (2004). "Neuroendocrine response to casino gambling in problem gamblers." Psychoneuroendocrinology **29**(10): 1272-1280.

Meyer, G., J. Schwertfeger, M. S. Exton, O. E. Janssen, W. Knapp, M. A. Stadler, M. Schedlowski and T. H. Kruger (2004). "Neuroendocrine response to casino gambling in problem gamblers." Psychoneuroendocrinology **29**: 1272-1280.

Mick, I., J. Myers, A. C. Ramos, P. R. Stokes, D. Erritzoe, A. Colasanti, R. N. Gunn, E. A. Rabiner, G. E. Searle, A. D. Waldman, M. C. Parkin, A. D. Brailsford, J. C. Galduróz, H. Bowden-Jones, L. Clark, D. J. Nutt and A. R. Lingford-Hughes (2016). "Blunted Endogenous Opioid Release Following an Oral Amphetamine Challenge in Pathological Gamblers." Neuropsychopharmacology **41**(7): 1742-1750.

Moeller, F. G., E. S. Barratt, D. M. Dougherty, J. M. Schmitz and A. C. Swann (2001). "Psychiatric aspects of impulsivity." Am J Psychiatry **158**: 1783-1793.

Morasco, B. J., K. A. vom Eigen and N. M. Petry (2006). "Severity of gambling is associated with physical and emotional health in urban primary care patient." Psychiatry Primary Care **28**: 94-100.

Moss, H. B., J. K. Yao and G. L. Panzak (1990). "Serotonergic responsivity and behavioral dimensions in antisocial personality associated with substance abuse." Biol Psychiatry **28**: 325-338.

Muller-Oerlinghausen, B., J. Roggenbach and L. Francke (2004). "Serotonergic platelet markers of suicidal behavior - do they really exist?" J Affect Dis **79**: 13-24.

National Research Council (1999). Pathological Gambling: A Critical Review. Washington, DC, National Academy Press.

New, A. S., E. A. Hazlett, M. S. Buchsbaum, M. Goodman, D. Reynolds, V. Mitropoulou, L. Sprung, J. R. B. Shaw, H. Konigsberg, J. Platholi, J. Silverman and L. J. Siever (2002). "Blunted prefrontal cortical 18-fluorodeoxyglucose positron emission tomography response to meta-chlorophenylpiperazine in impulsive aggression." Arch Gen Psychiatry **59**: 621-629.

Newman, S., Thompson AH (2003). "A population-based study of the association between pathological gambling and attempted suicide." Suicide Life Threat Behav **33**: 80-87.

Nordin, C. and T. Eklundh (1999). "Altered CSF 5-HIAA disposition in pathologic male gamblers." CNS Spectrums **4**(12): 25-33.

Organization, W. H. (1993). "The ICD-10 Classification of Mental and Behavioural Disorders." http://www.who.int/classifications/icd/en/GRNBOOK.pdf **Accessed June 12, 2015**.

Oslin, D. W., W. Berrettini, H. R. Kranzler, H. Pettinati, J. Gelernter, J. R. Volpicelli and C. P. O'Brien (2003). "A functional polymorphism of the mu-opioid receptor gene is associated with naltrexone response in alcohol-dependent patients." Neuropsychopharmacology **28**(8): 1546-1552.

Pasternak, A. V. and M. F. Fleming (1999). "Prevalence of Gambling Disorders in a Primary Care Setting." Arch Fam Med **8**: 515-520.

Payer, D. E., M. Guttman, S. J. Kish, J. Tong, A. Strafella, M. Zack, J. R. Adams, P. Rusjan, S. Houle, Y. Furukawa, A. A. Wilson and I. Boileau (2015). "[11C]-(+)-PHNO PET imaging of dopamine D(2/3) receptors in Parkinson's disease with impulse control disorders." Mov Disord **30**(2): 160-166.

Petry, N. (2001). "Pathological gamblers, with and without substance use disorders, discount delayed rewards at high rates." J Abnorm Psychology **110**: 482-487.

Petry, N. M. (2003). "Patterns and correlates of gamblers anonymous attendance in pathological gamblers seeking professional treatment." Addictive Behaviors **28**: 1049-1062.

Petry, N. M. (2005). "Gamblers Anonymous and Cognitive-Behavioral Therapies for Pathological Gamblers." J Gambling Stud **21**: 27-33.

Petry, N. M. (2005). Pathological gambling: Etiology, comorbidity and treatment. Washington, DC, American Psychological Association.

Petry, N. M. (2006). "Should the scope of addictive behaviors be broadened to include pathological gambling? ." Addiction **101**(s1): 152-160.

Petry, N. M., S. M. Alessi, K. M. Carroll, T. Hanson, S. MacKinnon, B. Rounsaville and S. Sierra (2006). "Cognitive-Behavioral Therapy for Pathological Gamblers." J Consult Clin Psychology **74**: 555-567.

Petry, N. M., C. Blanco, M. Auriacombe, G. Borges, K. Bucholz, T. J. Crowley, B. F. Grant, D. S. Hasin and C. O'Brien (2014). "An overview of and rationale for changes proposed for pathological gambling in DSM-5." J Gambl Stud **30**(2): 493-502.

Petry, N. M., C. Blanco, R. Stinchfield and R. Volberg (2013). "An empirical evaluation of proposed changes for gambling diagnosis in the DSM-5." Addiction **108**(3): 575-581.

Petry, N. M. and C. Oncken (2002). "Cigarette smoking is associated with increased severity of gambling problems in treatment-seeking gamblers." Addiction **97**: 745-753.

Petry, N. M., K. L. Steinberg and Women's Problem Gambling Research Center (2005). "Childhood maltreatment in male and female treatment-seeking pathological gamblers." Psychology Addict Behav **19**: 226-229.

Petry, N. M., F. S. Stinson and B. F. Grant (2005). "Co-morbidity of DSM-IV pathological gambling and other psychiatric disorders: Results from the National Epidemiologic Survey on Alcohol and Related Conditions." J Clin Psychiatry **66**: 564-574.

Phillips, D. P., W. R. Welty and M. M. Smith (1997). "Elevated suicide levels associated with legalized gambling." Suicide & Life-Threatening Behavior **27**(4): 373-378.

Pietrini, P., M. Guazzelli, G. Basso, K. Jaffe and J. Grafman (2000). "Neural correlates of imaginal agressive behavior assessed by positron emission tomography in healthy subjects." Am J Psychiatry **157**: 1772-1781.

Pietrzak, R. H., C. A. Molina, G. T. Ladd, G. J. Kerins and N. M. Petry (2005). "Health and psychosocial correlates of disordered gambling in older adults." Am J Ger Psychiatry **13**: 510-519.

Pietrzak, R. H., B. J. Morasco, C. Blanco, B. F. Grant and N. M. Petry (2007). "Gambling level and psychiatric and medical disorders in older adults: Results from the National Epidemiologic Survey on Alcohol and Related Conditions." Am J Geriatr Psychiatry **15**: 301-313.

Pilver, C. E. and M. N. Potenza (2013). "Increased incidence of cardiovascular conditions among older adults with pathological gambling features in a prospective study." J Addict Med **7**: 387-393.

Potenza, M. N. (2006). "Should addictive disorders include non-substance-related conditions?" Addiction **101**(s1): 142-151.

Potenza, M. N. (2007). "To do or not to do? The complexities of addiction, motivations, self-control and impulsivity " Am J Psychiatry **164**: 4-6.

Potenza, M. N. (2008). "The neurobiology of pathological gambling and drug addiction: an overview and new findings." Phil. Trans. R. Soc. B **363**: 3181-3189.

Potenza, M. N. (2009). Gambling and morality: a neuropsychiatric perspective. Gambling: Mapping the American Moral Landscape. A. Wolfe and E. C. Owens. Waco, TX, Baylor Univaersity Press**:** 175-192.

Potenza, M. N. (2013). "How central is dopamine to pathological gambling or gambling disorder?" Front Behav Neurosci **7**: 206.

Potenza, M. N. and D. S. Charney (2001). "Pathological gambling: A current perspective." Semin Clin Neuropsychiatry **6**: 153-154.

Potenza, M. N. and H. de Wit (2010). "Control yourself: Alcohol and impulsivity." Alc Clin Expt Res **34**: 1-3.

Potenza, M. N., D. A. Fiellin, G. R. Heninger, B. J. Rounsaville and C. M. Mazure (2002). "Gambling: An addictive behavior with health and primary care implications." J Gen Int Med **17**: 721-732.

Potenza, M. N. and M. D. Griffiths (2004). Prevention efforts and the role of the clinician. Pathological gambling: A clinical guide to treatment. J. Grant, Potenza MN. Washington, DC, American Psychiatric Press, Inc.

Potenza, M. N. and E. Hollander (2002). Pathological Gambling and Impulse Control Disorders. Neuropsychopharmacology: The 5th Generation of Progress. J. C. C Nemeroff, D Charney, K Davis. Baltimore, MD, Lippincott Williams and Wilkens**:** 1725-1742.

Potenza, M. N., L. M. Koran and S. Pallanti (2009). "The relationship between impulse control disorders and obsessive–compulsive disorder: A current understanding and future research directions." Psychiatry Res **170**: 22-31.

Potenza, M. N., T. R. Kosten and B. J. Rounsaville (2001). "Pathological gambling." JAMA **286**: 141-144.

Potenza, M. N., H.-C. Leung, H. P. Blumberg, B. S. Peterson, P. Skudlarski, C. Lacadie and J. C. Gore (2003). "An fMRI stroop study of ventromedial prefrontal cortical function in pathological gamblers." <u>Am J Psychiatry</u> **160**: 1990-1994.

Potenza, M. N., M. A. Steinberg, S. D. McLaughlin, R. Wu, B. J. Rounsaville, S. Krishnan-Sarin, T. P. George and S. S. O'Malley (2004). "Characteristics of Tobacco-Using Problem Gamblers Calling a Gambling Helpline." <u>Am J Addictions</u> **13**: 471-493.

Potenza, M. N., M. A. Steinberg, P. Skudlarski, R. K. Fulbright, C. M. Lacadie, M. K. Wilber, B. J. Rounsaville, J. C. Gore and B. E. Wexler (2003). "Gambling urges in pathological gamblers: An fMRI study." <u>Arch Gen Psychiatry</u> **60**: 828-836.

Potenza, M. N., E. Walderhaug, S. Henry, J. D. Gallezot, B. Planeta-Wilson, J. Ropchan and A. Neumeister (2013). "Serotonin 1B receptor imaging in pathological gambling." <u>World J Biol Psychiatry</u> **14**(2): 139-145.

Potenza, M. N., H. Xian, K. Shah, J. F. Scherrer and S. A. Eisen (2005). "Shared genetic contributions to pathological gambling and major depression in men." <u>Arch Gen Psychiatry</u> **62**: 1015-1021.

Productivity Commission (1999). Australia's Gambling Industries Report no. 10. Canberra, Australia, AusInfo.

Quinn, J. P. (1892). <u>Fools of Fortune</u>. Chicago, IL, The Anti-Gaming Association.

Reuter, J., T. Raedler, M. Rose, I. Hand, J. Glascher and C. Buchel (2005). "Pathological gambling is linked to reduced activation of the mesolimbic reward system." <u>Nature Neuroscience</u> **8**: 147-148.

Rodda, S., S. L. Brown and J. G. Phillips (2004). "The relationship between anxiety, smoking, and gambling in electronic gaming machine players." <u>J Gambling Stud</u> **20**: 71-81.

Roy, A., B. Adinoff, L. Roehrich, D. Lamparski, R. Custer, V. Lorenz, M. Barbaccia, A. Guidotti, E. Costa and M. Linnoila (1988). "Pathological gambling. A psychobiological study." <u>Archives of General Psychiatry</u> **45**(4): 369-373.

Roy, A., J. de Jong and M. Linnoila (1989). "Extraversion in pathological gamblers: Correlates with indexes of noradrenergic function." <u>Archives of General Psychiatry</u> **46**(8): 679-681.

Scherrer, J. F., H. Xian, J. M. K. Kapp, B. Waterman, Shah, K R, , R. Volberg and S. A. Eisen (2007). "Association Between Exposure to Childhood and Lifetime Traumatic Events and Lifetime Pathological Gambling in a Twin Cohort." <u>J Nerv Mental Dis</u> **195**: 72-78.

Scherrer, J. F., H. Xian, K. R. Shah, R. Volberg, W. Slutske and S. A. Eisen (2005). "Effect of genes, environment, and lifetime co-occurring disorders on health-related quality of life in problem and pathological gamblers." <u>Arch Gen Psychiatry</u> **62**: 677-683.

Scherrer, J. F., H. Xian, W. S. Slutske, R. Volberg, K. R. Shah, S. E. Eisen and M. N. Potenza (2015). "Associations Between Obsessive-Compulsive Classes and Pathological Gambling in a National Cohort of Male Twins." <u>JAMA Psychiatry</u> **72**(4): 342-349.

Shaffer, H. (2004). <u>Psychiatric Epidemiology of Gambling</u>. American Public Health Association, Washington, DC.

Shaffer, H., Hall MN (2002). "The natural history of gambling and drinking problems among casino employees." <u>J Soc Psychology</u> **142**: 405-424.

Shaffer, H. J., M. N. Hall and J. Vander Bilt (1999). "Estimating the prevalence of disordered gambling behavior in the United States and Canada: A research synthesis." <u>Am J Public Health</u> **89**: 1369-1376.

Shaffer, H. J., M. N. Hall and J. Vander Bilt (1999). "Estimating the prevalence of disordered gambling in the United States and Canada: A research synthesis." <u>Am J Public Health</u> **89**: 1369-1376.

Shah, K. R., S. A. Eisen, H. Xian and M. N. Potenza (2005). "Genetic studies of pathological gambling: A review of methodology and analyses of data from the Vietnam Era Twin (VET) Registry." J Gambling Stud **21**: 177-201.

Sharpe, L. (2002). "A reformulated cognitive-behavioral model of problem gambling: A biopsychosocial perspective." Clin Psychol Rev **22**: 1-15.

Sharpe, L. and N. Tarrier (1993). "Towards a cognitive-behavioural theory of problem gambling." British Journal of Psychiatry **162**: 407-412.

Shinohara, K., A. Yanagisawa, Y. Kagota, A. Gomi, K. Nemoto, E. Moriya, E. Furusawa, K. Furuya and K. Tersawa (1999). "Physiological changes in Pachinko players; beta-endorphin, catecholamines, immune system substances and heart rate." Appl Human Sci **18**(2): 37-42.

Siever, L. J., M. S. Buchsbaum, A. S. New, J. Spiegel-Cohen, T. Wei, E. A. Hazlett, E. Sevin, M. Nunn and V. Mitropoulou (1999). "d,l-fenfluaramine response in impulsive personality disorder assessed with [18F]fluorodexyglucose positron emission tomography." Neuropsychopharmacology **20**: 413-423.

Slutske, W. S. (2006). "Natural recovery and treatment-seeking in pathological gambling: results of two national surveys." Am J Psychiatry **163**: 297-302.

Slutske, W. S., S. Eisen, W. R. True, M. J. Lyons, J. Goldberg and M. Tsuang (2000). "Common genetic vulnerability for pathological gambling and alcohol dependence in men." Arch Gen Psychiatry **57**: 666-674.

Slutske, W. S., S. Eisen, H. Xian, W. R. True, M. J. Lyons, J. Goldberg and M. Tsuang (2001). "A twin study of the association between pathological gambling and antisocial personality disorder." J Abnorm Psychology **110**: 297-308.

Slutske, W. S., G. Zhu, M. H. Meier and N. G. Martin (2010). "Genetic and Environmental Influences on Disordered Gambling in Men and Women." Arch Gen Psychiatry(67): 624-630.

Southwell, J., P. Boreham and W. Laffan (2008). "Problem gambling and the circumstances facing older people : a study of gaming machine players aged 60+ in licensed clubs." J Gambl Stud **24**(2): 151-174.

Steenbergh, T. A., A. W. Meyers, R. K. May and J. P. Whelan (2002). "Development and validation of the Gamblers' Belief Scale Questionnaire." Psychology Addict Behav **16**: 143-149.

Steeves, T. D. L., J. Miyasaki, M. Zurowski, A. E. Lang, G. Pellecchia, T. van Eimeren, P. Rusjan, S. Houle and A. P. Strafella (2009). "Increased striatal dopamine release in Parkinsonian patients with pathological gambling: a [11C] raclopride PET study." Brain **132**: 1376-1385.

Stewart, D., L. Ropes and L. L. C. Gray (2010). "Demystifying slot machines and their impact in the United States." American Gaming Association White Paper http://www.americangaming.org/sites/default/files/uploads/docs/whitepapers/demystifying_slot_machines_and_their_impact.pdf: accessed June 12, 2015.

Tamminga, C. A. and E. J. Nestler (2006). "Pathological gambling: Focusing on the addiction, not the activity." Am J Psychiatry **163**: 180-181.

Tanabe, J., L. Thompson, E. Claus, M. Dalwani, K. Hutchison and M. T. Banich (2007). "Prefrontal Cortex Activity is Reduced in Gambling and Nongambling Substance Users During Decision-Making." Hum Brain Mapp **28**: 1276-1286.

Toneatto, T. (1999). "Cognitive psychopathology of problem gambling." Substance Use & Misuse **34**: 1593-1604.

van Holst, R. J., W. van den Brink, D. J. Veltman and A. E. Goudriaan (2010). "Brain imaging studies in pathological gambling." Curr Psychiatry Rep **12**: 418-425.

van Holst, R. J., D. J. Veltman, C. Buchel, W. van den Brink and A. E. Goudriaan (2012). "Distorted expectancy coding in problem gambling: is the addictive in the anticipation?" Biol Psychiatry **71**(8): 741-748.

van Holst, R. J., D. J. Veltman, W. van den Brink and A. E. Goudriaan (2012). "Right on cue? Striatal reactivity in problem gamblers." Biol Psychiatry **72**(10): e23-e24.

Volkow, N. D. and T.-K. Li (2004). "Drug addiction: The neurobiology of behavior gone awry." Nat Rev Neurosci **5**: 963-970.

Voon, V., K. Hassan, M. Zurowski, S. Duff-Channing, M. de Souza, S. Fox, A. E. Lang and J. Miyasaki (2006). "Prospective prevealence of pathological gabmling and medication association in Parkinson disease." Neurology **66**: 1750-1752.

Walker, M., Toneatto T, Potenza MN, Petry N, Ladouceur R, Hodgins DC, el-Guebaly N, Echeburua E, Blaszczynski A (All authors contributed equally to the generation of the manuscript) (2006). "A Framework for Reporting Outcomes in Problem Gambling Treatment Research: The Banff, Alberta Consensus." Addiction **101**: 504-511.

Weintraub, D., J. Koester, M. N. Potenza, A. D. Siderowf, M. A. Stacy, V. Voon, J. Whetteckey, G. R. Wunderlich and A. E. Lang (2010). "Impulse Control Disorders in Parkinson's Disease: A Cross-Sectional Study of 3,090 Patients." Arch Neurol **67**: 589-595.

Weintraub, D., A. Siderow, M. N. Potenza, J. Goveas, K. Morales, J. Duda, P. Moberg and M. Stern (2006). "Dopamine agonist use is associated with impulse control disorders in Parkinson's Disease." Arch Neurology **63**: 969-973.

Weintraub, D., M. Sohr, M. N. Potenza, A. D. Siderowf, M. A. Stacy, V. Voon, J. Whetteckey, G. R. Wunderlich and A. E. Lang (2010). "Amantadine use associated with impulse control disorders in Parkinson disease in cross-sectional study." Ann Neurol **68**: 963-968.

Welte, J. W., G. M. Barnes, M. C. Tidwell, J. H. Hoffman and W. F. Wieczorek (2015). "Gambling and Problem Gambling in the United States: Changes Between 1999 and 2013." J Gambl Stud **31**(3): 695-715.

Welte, J. W., M. C. Tidwell, G. M. Barnes, J. H. Hoffman and W. F. Wieczorek (2016). "The Relationship Between the Number of Types of Legal Gambling and the Rates of Gambling Behaviors and Problems Across U.S. States." J Gambl Stud **32**(2): 379-390.

Williams, R. F. and D. Connolly (2006). "Does learning about the mathematics of gambling change gambling behavior?" Psychol Addict Behav **20**: 62-68.

Wrase, J., F. Schlagenhauf, T. Kienast, T. Wüstenberg, F. Bermpohl, T. Kahnt, A. Beck, A. Ströhle, G. Juckel, B. Knutson and A. Heinz (2007). "Dysfunction of reward processing correlates with alcohol craving in detoxified alcoholics." Neuroimage **35**: 787-794.

Xian, H., J. Giddens, J. Scherrer, S. A. Eisen and M. N. Potenza (2014). "Environmental Factors Selectively Impact Co-occurrence of Problem/Pathological Gambling with Specific Drug-Use Disorders." Addiction **109**: 635-644.

Yip, S. W. and M. N. Potenza (2014). "Treatment of Gambling Disorders." Current Treatment Options in Psychiatry **1**(2): 189-203.

Zack, M., Poulos CX (2004). "Amphetamine primes motivation to gamble and gambling-related semantic networks in problem gamblers." Neuropsyhcopharmacology **29**: 195-207.

Zack, M. and C. X. Poulos (2007). "A D2 antagonist enhances the rewarding and priming effects of a gambling episode in pathological gamblers." Neuropsychopharmacol **32**: 1678-1686.

# EXHIBIT E

February 10, 2017

Dear Judge Gee,

My son Jonathan was raised in a small town in upstate New York surrounded with a loving family. His maternal grandparents were instrumental in his life as well as his aunts, uncles and cousins who helped me raise him while I worked several jobs to provide food and shelter. Jonathan grew up with dysfunctional parents and I thank God that my family was there for him. He was taught to be respectful of his elders and has never altered from that.

I take full responsibility for taking my frustrations out on Jonathan as he was growing up. I was verbally and physically abusive and his father abandoned us. His paternal family did not seem interested in my children and it was a struggle to try and connect with them for some help. I divorced when Jonathan was four years old. Through all this Jonathan turned out to be a wonderful, caring and giving person. He was a good student in school and proudly graduated from San Francisco State University. He graduated with an accounting degree and became a CPA. He is a devoted friend to all which is evidenced by the fact that he still remains in touch with his childhood friends.

Jonathan and Meridith were high school sweethearts and married young. They relocated to California and he started a new role as a husband and father to three beautiful sons, Logan 23, Austin, 21 and Blake, 13. He is a devoted Dad giving each child individual and collective attention. At the same time, his consideration to me and his brother never faltered. Always the respectful son!

His accounting background and tremendous work ethic qualified him to become a business manager to several successful celebrity clients. He worked very hard to build a respectable solid book of business and provide a modest life for his family. In October of 2010, Jonathan had a stent placed in his heart and thankfully used this surreal moment to help others. He felt that he was a miracle life survivor and wanted to give back to others by forming a non-profit Heart Foundation in which half the proceeds went to pay for patients who could not afford a Coronary CT Scan which is not covered by insurance and the other half went to research led by Cedars-Sinai for early detection of coronary disease. To date, his foundation has saved countless lives. I am so proud of him.

Many years ago, Jonathan became obsessed with addictive habits such as gambling and drugs. He lost everything including but not limited to a successful practice, his integrity and relationship with his clients and peers, and turned his family's life upside down. In talking with my son, he expresses his deep remorse and is truly sorry for all the pain he has caused. I am very proud of him for taking responsibility for his actions. He is embarrassed for what his children now know about his disease and what they are going through. Jonathan has promised to make it up to them and I believe in him. Jonathan still has a young son at home and I plead that he has the opportunity to make things right for him as well as his older sons.

As for me, I have stage four lung cancer, still under maintenance treatment and in the past Jonathan has flown up to San Francisco to be with me during my treatments and has been instrumental with sending me updates on new approaches in my field of lung cancer. I hope to have my son whom I love so much and his family close to me.

I plead for leniency on Jonathan's behalf! Thank you in advance for your considerations.

Respectfully yours,

Joyce Welkis

Joyce Schwartz Welkis

EXHIBIT E, PAGE 172

# EXHIBIT F



Dental

Gentle care                                    advanced technology
                                               aesthetic excellence

Dear Judge Gee,

My name is Dr. Brian Gold and I am the owner of Gold Dental PLLC and a practicing dentist in upstate New York. I've been happily married to my wife, Paige for around 12 years and have two young children. I've known Jonathan Todd Schwartz for around 45 years as we grew up in the same town, went to the same pre-school, elementary and high school as well as SUNY Albany for college. Jonathan flew across the country to attend my wedding and we try and see each other whenever, he is on the East coast. Since, we live on different coasts, we don't see each other as much as we would like but, have still maintained a close friendship through the years.

I am aware that Jonathan is being sentenced for wire fraud and tax evasion but, I feel his transgression is not indicative of his character. Jonathan, as a young boy, grew up hard and unlike me and our other friends, he didn't come from a very stable household. His parents divorced when he was very young and I remember visiting him at different places with some being livable but, other places were the area's equivalent to project housing. At different times, he lived with his abusive mother and other times his "drug dealing" dad. Through it all, he was a good student, athlete and most importantly, a great friend. He never complained or became envious of his peers and in a lot of ways, his mental fortitude made him successful.

Even though Jonathan's work accomplishments were well known by all of us, he still returned to upstate New York and maintained all of his friendships. He downplayed his many celebrity encounters and was always a class act. Although we were all impressed by his job and his media appearances, he was humble and simply, a nice guy. He never became too "big" for his old friends and usually it was him pushing for all of us to hang out, when he came into town. After our friend, Larry, passed away, it was Jonathan, who used his connections and time to set up a charity to help others who also might have similar undiagnosed cardiovascular issues. This to me is indicative of Jonathan's true character. He insisted that Larry's death mean something. He couldn't sit idly by and have someone else lose a loved one like we did.

Jonathan is truly a caring and wonderful friend. However, he is very flawed as a person. He had terrible vices. His were so encompassing, it eventually came to his demise and led to the destruction of a once charmed life. Gambling and addiction crushed the true essence of a great man. He had such a brilliant life as he didn't need the money but, his work and his beautiful family could not give him the thrill that a big bet in a casino could. The action was his high and his low and now, he has nothing.

In closing, I urge the court to consider leniency and mercy in sentencing Jonathan. A long prison sentence would not allow him to be a loving father to his children and make amends for his wrongdoings. After speaking with Jonathan, I know he truly feels awful for his crimes and the people he has hurt. He is not a grifter nor a con man but rather, a sick individual who truly wants to get better. I hope you consider this plea for leniency and allow Jonathan to continue his road to recovery and be a productive member to society.

Respectfully,

Brian Gold DDS

**Mark I. Gold, CPCU, RPLU**
Attorney at Law
Plaza 400
400 East 56th Street; Suite 19J
New York, NY 10022
(917) 612-1302

February 6, 2017

Re: Jonathan Schwartz

Dear Judge Gee,

My name is Mark Gold, an attorney in the insurance field, residing in New York, NY. I have known Jonathan Schwartz for 45 years. He has been my closest friend since I was a child. We grew up in the Catskills, and were best friends from nursery school through high school. We went to summer camp together, he was my college roommate, and fraternity brother. There are few people who know Jonathan like I do. I can say unequivocally, that Jonathan is one of the most caring, thoughtful, and generous people I have ever met. He has helped me and others though difficult times, and has always been a loyal friend.

Jonathan has always given back to his community, and made time to help others. He coached teams for his sons - Logan, Austin, and Blake. Through his coaching, he always emphasized teamwork, integrity, and sportsmanship. He's lectured on music industry, business management at various schools, and has been a member of the Chabad for years. When our mutual friend passed away from a heart attack at the age of 40, Jonathan started Heartview Global, a foundation to educate people on heart health awareness. Through his business and music industry contacts, Jonathan helped raise hundreds of thousands of dollars for this cause.

I understand that Jonathan is being sentenced for wire fraud and tax evasion. I have spoken to him at length about the sickness that caused him to commit this federal crime. I can assure you that he is working tirelessly everyday to be a better person. He has spoken on his gambling addiction to colleges and support groups. He desperately wants to rebuild his life, be a role model to his three boys, and be a contributing member of society.

I respectfully ask that you consider my plea for leniency in his sentencing. An extended prison term would be a tremendous hardship to his boys, especially Blake who is only 13 years old. He will never be in a position to commit a similar crime. A punitive sentence will further destroy his life. He has already destroyed his family, career, and reputation. He needs another chance to rebuild his life.

Respectfully yours,

Mark Gold

## Law Office of Hector M. Roman, P.C.
### 37-18 73rd Street, Suite 401
### Jackson Heights, New York 11372
### 718.533.8444

Hector M. Roman*

———

Homdat Kris Misra

*also admitted in CA and NJ

FACSIMILE
718.533.8460
NOT FOR SERVICE

www.roman-law.org

Sender's office extension: 1003
Sender's email:
hroman@roman-law.org

February 16, 2017

Honorable Dolly M. Gee
United States Courthouse
350 West 1st Street
Court Room 8C, 8th Floor
Los Angeles, CA 90012

      Re:    Jonathan Todd Schwartz

Dear Judge Gee:

      My name is Hector M. Roman. I am an attorney duly admitted and in good standing in California, New Jersey and New York. I reside in Forest Hills, New York with my wife and two children, ages 8 and 5. I have been a practicing attorney since 1995 and have had my own law practice since 1997.

      I personally know Jonathan Todd Schwartz. I am aware that he is being sentenced with respect to a federal crime, namely, a wire fraud and tax crime.

      I have known Jonathan since July, 1987 when we met at freshman orientation at C.W. Post College in Long Island, New York. Jonathan and I were roommates during our freshman year at C.W. Post and quickly became best friends. In college we both became members of Alpha Epsilon Pi fraternity; our social and educational lives were very intertwined. During our freshman year we both decided to transfer to the State University of New York at Albany (SUNY-Albany) to further our education. At SUNY-Albany we again resided with each other along with other members of our fraternity. During our senior year, Jonathan determined it was best to be near his mother in Northern California and transferred to San Francisco State University where he ultimately graduated with a Bachelor of Science in Accounting. Despite the distance between us, we have remained in touch and close friends to this day.

      Over the past nearly 30 years that I have known Jonathan, I have found him to be a very kind, loving, caring and loyal person to his family and friends. While I know this is a cliche, Jonathan is the type of person who would literally give you the shirt off his back if you needed it. I recall when I decided to take the California Bar Exam in February, 1996, Jonathan was generous enough to let me stay at his home for two weeks ahead of the exam so I could study for the same. He made sure that I had everything I needed to succeed: food, accommodation, space to study, always a smile and emotional support and encouragement. I did pass that exam and I

Honorable Dolly M. Gee
Re:    Jonathan Todd Schwartz
Page 2

will always remain grateful to Jonathan for his integral part in furthering my professional career. His giving has always been unconditional, not just to me but to everyone he meets. That is the type of person he is.

Your Honor, Jonathan is a loving father to three wonderful young men: Logan, Austin and Blake. Logan recently graduated from the University of Indiana with honors. Austin is currently in his Junior year at USC and Blake is in the 7th grade and excelling. Jonathan has always instilled in each of them the importance of obtaining a good education, the value of hard work and the importance of giving kindness and having compassion for others.

Jonathan is also a very hard working person. He is from Fallsburg, New York, a small town in upstate New York with a population of approximately 12,000 people. From little Fallsburg, New York, Jonathan was able to rise, through intelligence, passion for his profession and ambition, to the top of his industry. Since 2000, Jonathan has represented some of the biggest stars in the entertainment world.

Your Honor, my heart breaks for Jonathan and his family at the situation he now finds himself in. Since I have known Jonathan he has always had one flaw to his otherwise shining personality: Addiction. As early as 18 years old, Jonathan enjoyed gambling and the occasional marijuana "toke". In college, I recall often going to Off Track Betting ("OTB") with him and other friends. While most of us saw this low stakes gambling as something which was nothing more than recreational and social fun, Jonathan's compulsive and addictive triggers made it a more personal challenge. I am aware that this gambling habit carried into his early adulthood after he graduated college because he asked me if I could help him out with some gambling debts.

By the year 2000, Jonathan was married and had two young children; he was settled down and focused on raising his family and furthering his professional career. He was prospering both personally and professionally. Jonathan often told me of his excellent physical condition, getting up very early every morning to work out and, in fact, he was able to run a marathon in under 3 hours and 20 minutes. In 2004, he became the youngest partner at his business management firm and deserved all the professional accolades that came with his success. When he finally found this personal happiness and professional success, I was both proud of him and very relieved that he had moved on from his gambling nature. Jonathan had "grown up".

Jonathan also has a charitable heart and has given back to his community. In 2011, after a personal friend suddenly passed away, he founded a not-for-profit organization named HeartView Global Foundation (www.heartviewglobal.org), a charity whose mission is "to identify heart disease in its latent 'clinically silent' phase, thereby allowing asymptomatic but vulnerable individuals to undertake the necessary prophylactic lifestyle modifications and medications to arrest atherosclerosis – and for clinically unrecognized high risk individuals to

Honorable Dolly M. Gee
Re:    Jonathan Todd Schwartz
Page 3

undergo the necessary coronary interventions – that will help prevent the development of heart attacks, stroke, or premature sudden cardiac death." To date, upon information and belief, HeartView Global Foundation has raised and contributed over $250,000 toward its stated mission. When Jonathan puts his mind to something there really isn't anything that could stop him except one thing ...

Your Honor, little did we know that Jonathan, while experiencing personal and professional success, was leading a tragic and sad double life. Unbeknownst to his family, friends and colleagues, Jonathan was hiding a very dark side that I personally know has existed in his life since he was a teenager. I do not believe, but for Jonathan's gambling disease and addictive personality, that he would have committed the crime that he did. I do not make this statement for leniency but as someone who understands the person that Jonathan truly is and to assist the Court in better understanding his motivation for the poor choices he has made in his life. Jonathan is someone who had it all: health, a loving family and a successful and lucrative career. Why would someone throw this all away? To me, it defies logic but for a disease that he can not control without the proper guidance.

I have spoken at length with Jonathan about the situation he now finds himself in. He understands the error of his ways. He accepts full responsibility for what he has done. He knows what he did was wrong and deceitful and has expressed his extreme remorse over his actions. He also understands that he has a disease that has caused significant set backs in both his professional and personal lives. As a result of his behavior, his relationship with his wife, whom I first met when we were just 17 years old, and two elder children has become strained. Professionally, Jonathan has been expelled as a partner from the business management firm he was associated with. Consequently, his income stream and wonderful career as he knew it is now over. He is suffering all the severe ramifications that come with his actions.

It is clear that Jonathan has a lot of pieces to pick up, a lot of personal fences to mend and new challenges professionally to continue to support his family, who are innocent victims of Jonathan's addictions and subsequent resulting criminal behavior. His wife, Meredith, is a homemaker. As aforementioned, two of his children are still in college or grade school and the eldest, Logan, is a recent college graduate working in Chicago with, upon information and belief, a limited income stream.

Jonathan has recognized that he needs help. Serious help. As of this date, Jonathan has been clean and sober for over nine months. He recently "graduated" from Beit t'shuvah after approximately 7 months in their drug and gambling rehabilitation Intensive Outpatient Program. He started teaching a class at Beit t'shuvah to motivate the residents on positive thinking using the 12 steps and other important tools he learned in the program. He is already working hard to improve his life and those around him.

Your Honor, while it is not in dispute that Jonathan deserves some form of punishment, it

Honorable Dolly M. Gee
Re:    Jonathan Todd Schwartz
Page 4

is my opinion that a long period of incarceration would not deter Jonathan from future criminal
behavior. Rather, I feel it would be more appropriate, considering Jonathan's clinically diagnosed
gambling disease and drug dependency, that an alternate form of sentence involving probation,
community service and rehabilitation would serve his best interests and the best interests of the
community. Rehabilitation, perhaps, would be the best deterrent of future deviant behavior. I also
respectfully suggest that Jonathan's professional skills can be put into action by giving him the
opportunity to teach financial literacy and accounting as a vocation to underprivileged youth.

I also ask that Your Honor consider the needs of Jonathan's family, his educational
background, his exceptional professional achievements, his philanthropical work, his complete
lack of previous criminal history, his quick acceptance of responsibility to his crime and any
cooperation Jonathan may have provided to the government.

Accordingly, I respectfully request that Your Honor exercise your discretion and issue a
sentence with a strong emphasis on the appropriate rehabilitation suited to his needs and
community service suited to his skills so as to improve his life and the community at large.

Your Honor, I believe in Jonathan and I ask this Honorable Court to grant him the
opportunity to redeem himself in the most appropriate way related to his personal circumstances.

If the Court has any further questions about Jonathan I remain ready and available to
assist in any way I can.

Thank you for your kind consideration.

Respectfully yours,

HECTOR M. ROMAN

EXHIBIT F, PAGE 179

February 21, 2017

The Honorable Dolly M. Gee
United States District Judge
350 West 1st Street
Los Angeles, CA 90012

Re: Jonathan Schwartz

Dear Judge Gee,

My name is Jeffrey Feldman. I am the National Sales Manager of Realstone, Inc. I coach basketball at Agoura High School in Agoura Hills, Ca, where I also live with my wife and 3 children.

I understand that my friend, Jonathan Schwartz, has pleaded guilty to the federal crimes of wire fraud and tax evasion. I met Jonathan and his family about 13 years ago when I was the Youth Director at Temple Beth Haverim where both Jonathan's family and mine were members. We also played softball together in a Jewish Synagogue league and became friends right away. His children and mine were friends as well as both of our wives.

One thing I quickly learned about Jonathan was what a loyal friend he was. It had nothing to do with money or material things, but had everything to do with just being there whenever or for whatever you or your family might need. Even now, with his life turned upside down, he is still the same loyal friend as always. I am going out of town tomorrow and as always, without being asked, he never fails to offer a ride to and from the airport. Now I know a lot of people make this offer knowing nobody will actually take them up on it. The difference with Jonathan is that he wants you to take him up on it. Think about that! Time must be so precious to him right now but driving in rush hour traffic to the airport is something he offers without hesitation.

In May of 2012, our youngest daughter was diagnosed with a rare form of Cancer and it was a horrible few years and to say Jonathan was there every step of the way would be an understatement. As I sit and write this and recollect his undying support, it truly amazes me. He called multiple times a day. He came over all the time and formed an amazing bond with our precious Zoe, a bond just as strong today. He will always be Uncle Jonathan to her.

Look, I am not going to downplay his actions nor defend or justify them in any way. I will say in my humble opinion, his crimes were committed with an asterisk. I don't know how I missed the signs but boy, did I miss them. Knowing now how sick he was with regards to drugs and even more with his gambling, it would be inhumane and irresponsible to not consider these issues when determining his fate. I have had many long discussions with Jonathan about what he did and how much he regrets doing it. I might be wrong but I heard the people who were wronged were reimbursed so now the question is what do we do with Jonathan for him to learn from his crimes, to not repeat his crimes, and to pay his debt to society? Good thing I'm not a judge because knowing what I know, I wouldn't incarcerate him for one single day! Why, you may be asking. It's simple. He is on his way to getting better and going away will not assist in his

The Honorable Dolly M. Gee
February 21, 2017
Page 2

continued recovery. Jonathan has more than learned from this and would never do anything like
this again, guaranteed. Putting him away couldn't punish him anymore than his marriage falling
apart, some of his children not speaking to him, and most of all, not being around for his
youngest son, who needs him now more than ever. I don't want to hear that he should of thought
about this before he did what he did. That is what addiction does to you and that's a fact, not my
opinion. Putting him away for any length of time would not fix anything. On the contrary, it
could possibly destroy the life of an innocent soon to be teenager when you don't have to do that.
Now I understand, you have to send him away for some amount of time, but I am begging you
for that time to be as minimal as the law allows you to.

If you can show him mercy, I know he will take that mercy and pay it back to society ten-fold. I
truly don't envy your position but at the same time I think it is amazing that you have the power
to make decisions that not only effect the people you sentence, but the people closest to them as
well, and I hope it is with that power that I pray you come to a decision that both upholds the
laws you are sworn to protect while protecting those you can minimize their collateral damage at
the same time.

Respectfully,

Jeffrey Feldman

James D. Halper
14976 La Cumbre
Pacific Palisades, CA 90272
310-454-4002

February 26, 2017

RE: Jonathan Schwartz

Dear Judge Gee,

I am a partner at LGP, a private equity firm located in Los Angeles which manages money for state and private pension funds.  Prior to this position, I was President of TDA Capital, which was founded as a subsidiary of Franklin Templeton.   I am married for 26 years with four almost grown children. Until recently, I was a volunteer treasurer for my children's high school and am currently vice chair of Stanford's National Advisory Board at the Haas Center for Public Service. Both of my parents were public servants for all their careers, one as a park administrator and the other as a teacher.

I have known Jonathan Schwartz for approximately six years.  Jonathan is a friend who has provided career advice to my son, who recently graduated from college and is a musician. I have also mentored Jonathan's son Logan who is a recent college graduate and interested in business.

Jonathan has always been generous with his time and provided sound and conservative advice to my son. My son Matthew was searching for a manager, a key decision in his musical career, and had very limited experience with these matters. My wife and I also have no experience in the musical field and so were unable to provide any help to my son. Notwithstanding his busy schedule, Jonathan spent many hours over many weeks evaluating options, mentoring and guiding my son to what ultimately became an important and excellent choice.  Jonathan's reputation, before his transgression, was one of tremendous integrity and he earned respect among his peers and colleagues. Otherwise, I would never have permitted my son Matthew, my pride and joy, to be mentored by Jonathan.

This reputation for honesty and balanced advice was earned over many years and I know there are many people like me who believed and still do believe in Jonathan.  He always made himself available to provide help to others, even when there was no business in it for himself. His heart charity – Heartview Global Foundation --is just one example of the types of selfless acts and service that Jonathan has provided to others over the course of his 20 plus year career and his philanthropic activities.

During the past year, I have had the chance to speak with Jonathan. I know that he realizes he made a huge mistake which, if given the opportunity, he would not make again. He has told me that he realizes that he breached trust, broke the law, deeply hurt others, engaged in reckless behavior, and is committed to returning to the type of person, with excellent values, that he has been in most of his life.  Jonathan has suffered greatly as a result of this mistake; most of all

from the disappointment and estrangement from members of his family.   This transgression will also be life altering in terms of his career and future earnings for his family.  I believe Jonathan is sincere in his intention to make the world a better place in the future and his family needs to heal from his mistake and traumatic consequences.  A prolonged incarceration will punish Jonathan further but would also punish his loving family.

I understand the magnitude of the federal crimes he has been convicted of, however I hope you will take into consideration Jonathan's service to others and prior reputation, among the many factors, when you sentence him. This is a good man who made a mistake. He has a lot to contribute and offer his community in the future.

Please feel free to contact me if you've any questions or you would like to discuss anything in this letter.

Respectfully,

James Halper

February 3, 2017

Honorable Dolly M. Gee

United State District Judge

RE: Jonathan Schwartz

Dear Judge Gee,

My name is Mike Lederer, I am an active member of the community (charitably and socially) large and small, as well as the business communities I work in. I have founded three independent companies and either continue to own/operate the company or have had a successful exit (sale) of the company. I continue to sit on various business entity/industry boards. This has afforded me the opportunity to volunteer my time to various charitable organizations. I am The Vice Chairman of The University of Southern California's Price School (Real Estate, public policy, healthcare administration), Board member of The USC Associates, Board member of USC Athletic Department, Cedars Sinai Board of Governors, former Board member Boys and Girls Club of Conejo Valley, Chairman Leap Committee USC.

I write this letter in the hope that I can provide some information on Jonathan Schwartz which you may consider in his sentencing. I am aware that Jonathan is awaiting sentencing for the federal crimes he has taken responsibility for (wire fraud and tax crimes).

I have followed the process Jonathan has gone through as I am a family friend and have been fortunate to get to know his three boys, Logan, Austin, and Blake. Austin has worked with me summers, holidays, and during the school year. The gravity of the situation is not lost on his boys and what the future will look like with their father is a constant thought. Will their father be around for graduation, will he be able to meet their spouses, will he be attending weddings, will he be there for the birth of their children?

I cannot say one way or the other as to why Jonathan committed these crimes, or is there truly any justification or excuse for the behavior, but I do know that he is more than just his criminal actions. The Jonathan I know is a person with passion for life and people, and has always been active in the community, seeking out opportunities to make a positive difference in people's lives. I have personally attended several charitable events organized and hosted by Jonathan where several hundreds of

thousand dollars were raised for the charity.  I also know that Jonathan is working hard to change his life as he now has over 8 months of sobriety from his addictions and has admitted to me personally how incredibly remorseful he feels for his criminal actions, the impact it has had on his family, friends, partners and clients, and how he is committed to work every day to make amends for his actions.  He has much to offer the community if he is allowed to do community service as part of his sentence.

I hope that you find it appropriate to consider Jonathan, the person, the friend, and the father when sentencing him.

Respectfully,

Mike Lederer

# EXHIBIT G

February 13, 2017


Dear Judge Gee:


My name is Lindsay Santos and I worked with Jonathan Schwartz during his last year with GSO from July 2015 to May 2016. I am a single mom to two beautiful boys and currently work for an investment firm in Santa Monica. I know you must read hundreds of these letters a day. Friends and families of the defendant pouring in trying to somehow show how this person, who has done this horrible thing, is somehow not as bad as he may seem. I've gone back and forth with this letter, just trying to find a way to possibly convey just what kind of an impact Jonathan had in my life in such a short time. Through it all, I just realized that all I can do is write from the heart and hope that my sincerity and love will somehow resonate through my words.

The past year and a half has been a difficult journey for me. I moved here with my two boys from NYC in search of a better life. Although the beginning was not easy, I felt truly blessed when I started working with Jonathan.  I do know that Jonathan is being sentenced with respect to a federal crime, namely, a wire fraud and tax crime. When I first heard the allegations, I was in shock and disbelief and refused to believe that any of it was true. You see, the Jonathan that I knew was so different from the person they were portraying him to be. The Jonathan I knew believed in me when I had absolutely no faith in myself. Here I was, this 30 year old single mom that did nothing for him other than what my job demanded of me, yet he stood by me, encouraged me to go back to school and study for the LSAT's, watched my two boys when I had no sitter and spent countless hours on the phone with me when I went through hardships. When I didn't have enough money for Christmas, he showed up at my house with a new Xbox for my children. He empowered me as a woman and fought GSO to give me a bigger raise and bonus; when they would not, he took it from his own salary. These are the kind gestures I will never forget. Some may say this was unprofessional, but I wish more bosses had the humility and empathy that he had. Most of my bosses had no true regard for me and certainly didn't care about helping me grow personally or professionally.

He was my boss, mentor, friend and most importantly one of my biggest role models. I know some may think that I am completely insane. They are thinking "How could someone who did some of the things he did be your role model?". Well, it's simple you see, good people sometimes do really bad things. We are all guilty of it in one way or another. Think of it this way, if Jonathan's life were to be compared to a bank account that consisted of deposits and withdrawals, where the good deeds were deposits and the bad were withdrawals, where would he

stand? In my account, he definitely made more deposits than anything else. They also say you
can easily judge the character of a man by the way he treats those that can do nothing for him.
Jonathan had nothing to gain from me or from many of the people's whose lives he touched. He
saved many people's lives through his non-profit HeartView Global. He helped people because
he knew what it was like to struggle and suffer. Raised by his struggling single mom, he knew
exactly what it felt like to be in pain and go without. Unfortunately for Jonathan, his pain
manifested into addictions that took over his life.

I do not, in any way, think that what Jonathan did is excusable. He understands this as
well and has made peace with the consequences of his actions. While we worked together,
Jonathan stressed the importance of accountability. It is something I have always admired him
for and have tried to always include in my professional and personal life. Jonathan is just happy
to be alive because many on his path were not so lucky. Addiction is a mental illness that ruins
lives. If someone breaks a leg we don't just tell them to walk it off. I wish mental health was
treated with the same urgency. As Dr. Murthy said in his recent Surgeons General report on
addiction **"Addiction is a chronic illness, not a character flaw or a moral failing"**. I
wholeheartedly believe this. I mean, who willingly chooses to live addicted and in continuous
pain?

This time has been extremely difficult for Jonathan's family. Jonathan lives for his three
sons. From coaching their sports teams to teaching them humility through charity, he has always
tried his best to be a part of their lives. His greatest fear was not being present as his father
wasn't present for him. Although this situation has caused some strife in his relationship with his
two older sons, I do feel that as they grow and mature they will better understand the
complexities of life and the subconscious struggles that cause some adults to make bad decisions.
My heart breaks as I think of his youngest son Blake, and that he may not get the same benefits
of a father as his brothers did. I spent a lot of time with Blake during Jonathan's divorce, and he
is such a soft, kind and sensitive soul.

My greatest memory of Jonathan was during Passover dinner at his home with his family.
He told the story of a young African-American kid that he had met at one of his client's
rehearsals. The young man was working as security and Jonathan sparked a conversation with
him. The young man told him of all the suffering and countless struggles he had endured
growing up in poverty. Jonathan and his team felt the urge to help him and they decided to
combine funds and pay for this young man's college tuition. This young man had gone through
so many trials and tribulations yet still had the power to fight on. My sons and his sons sat
attentively and I could tell that this was a lesson that they would never forget. This is the
Jonathan that I know and will always remember.

What surprises me the most is that through everything that he is going through he still
finds the patience to sit on the phone with me and listen to my endless rants. When my boys are
sick, he picks them up from school and takes them to the doctor. I do not have family here so

Jonathan has become my family. I consider myself a decent human being with good morals, but I cannot honestly say I could do the same if I were going through what he is going through today.

I truly am sad. I am sad that he made the choices that he made and sad that I wasn't able to help him. However I am extremely grateful as well. There were times that I was scared that he would die so having him here, healthy and alive, is an amazing thing. Jonathan was one of the only people to truly see and understand me and I saw him too. I really did. He talked me off the ledge many a nights as I did with him.

Thank you for reading this. For all of the reasons mentioned above, I kindly urge you to please have leniency for Jonathan. He will be missed as a friend but most importantly as a father.

Respectfully yours,

Lindsay Santos

# EXHIBIT H

PAUL K. HERSH, M.F.C.C., PSY.D.
*Individual and Family Therapy*

February 15, 2017

Dear Judge Gee,

My name is Paul Hersh. I am fifty years old, married for over fifteen years, and have been a practicing therapist in Westlake Village for over twenty-five years. I have directed three outpatient substance abuse programs and two inpatient units, and am considered an expert in treating addiction.

I met Jonathan Schwartz in February of 2012 under the guise of couple's therapy with his wife at the time. I have met all his children and conducted family therapy with them as well. I realize that Jonathan will be sentenced shortly for the federal crimes of wire fraud and tax crime.

Up until last year, Jonathan was effectively hiding his gambling addiction. Our work revolved around his irritability and anxiety which made his relationships chronically difficult. There was always something missing...that something was his secret of a gambling addiction that started in his college years, and progressed in to daily degenerative compulsive gambling.

I will never forget when I got the call from Jonathan admitting all that had happened. He was crying, yet he said he was so relieved. He was so tired of "being a bad person" and "being such a scumbag liar". I've heard that before from hundreds of addicts, and experience has taught me that often this is simply a temporary reprieve from their compulsive and degenerative ways. I was clear with Jonathan about this, and informed him that if he truly wished to recover, it would be extremely difficult work and take immense dedication. I communicated that although I believed he was truly regretful, the real "tell" would be his actions in the program of Gamblers Anonymous. In other words, the proof is in the pudding. Sometimes the addicts just "check boxes", meaning they go through the motions without truly working on character change.

I am very happy to report that Jonathan's behavior from that day forward has been congruent with those that can establish long term recovery. He has taken every bit of direction I have suggested. He decided to stop drinking and Join AA as well, even though there is no sign of alcoholism. I check with his sponsor weekly, and consistently hear back that Jonathan is really doing the work. He went to both an inpatient and an intensive outpatient gambling addiction program and now continues AA and GA meetings 4-5 days a week while working on his amends. More importantly, he is living with a commitment to spiritual life/rigorous honesty. I can tell that he is connected to the pain of those he has harmed and has the fortitude and commitment to actively practice living amends in all his affairs. He now wants to help people, and takes these opportunities to do so at the various meetings he attends. Instead of running from the trauma he has put his children through, he is actively cultivating an atmosphere of trust. I recently had a conversation with Austin, one of his older sons. Austin reported that he sees tremendous growth in his father, and is now feeling more cared about than ever before.

I believe Jonathan has learned from his mistakes, and is committed to a sober life which is founded upon humility and doing the right thing. Based on my interaction with Jonathan and some of those around him, I humbly ask the court for consideration and leniency.

## PAUL K. HERSH, M.F.C.C., PSY.D.
### *Individual and Family Therapy*

Respectfully yours,

*Paul K Hersh*

Paul K. Hersh, MFT, Psy.D.

875 SOUTH WESTLAKE BLVD., SUITE 209    WESTLAKE VILLAGE, CALIFORNIA 91361
MFC 32548 • 805•497•9488

**Rabbi Robbie Tombosky**

The Honorable Dolly M. Gee
c/o Clerk of the Court
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012

February 10, 2017

Re: Jonathan Schwartz

Dear Judge Gee,

Please find this letter as my personal and professional advocacy for any leniency that the law can afford defendant Jonathan Schwartz.

It is my hope that this letter will afford your Honor with a valuable firsthand perspective. You see, while I am writing to advocate for Jonathan Schwartz, I am not doing so as his friend, associate, or acquaintance – but a member of the clergy with significant experience in addiction and rehabilitation. In fact, I have worked with other defendants facing felony related charges due to addiction in the Courtroom of Judge Mira at the Malibu Courthouse as well.

In my assessment, Jonathan Schwartz is a good man who made some very poor decisions for which he is experiencing deep remorse and regret. Furthermore, Jonathan has taken the initiative to look deeply within himself and address the underlying voids that gave fertile ground to his self-defeating behaviors and poor decisions.

My current relationship with Jonathan is an outcome of *his* initiative and *his* sincere desire to find meaning in his life over the past several years and I believe Jonathan will use this situation as a catalyst and an opportunity for personal growth and spiritual aspiration.

As a Rabbi, I am duty bound to afford myself to those searching for comfort and guidance and it was working in this capacity, with a family whose two year old daughter was stricken with a rare and aggressive cancer, that I first met Jonathan in 2012. Jonathan reached out to me, through a mutual friend, just days after the unfortunate diagnosis. Jonathan was on a mission and worked tirelessly with me in raising funds for the family, creating support systems for the siblings, and visiting the family consistently, almost nightly, for many months at a time. I have known Jonathan to exhibit this same kind of selfless commitment in helping several other educational/social welfare charities.

EXHIBIT H, PAGE 193

Jonathan and I reconnected this past June, shortly after Jonathan's realization of how severely his addictions had hijacked his life. Since that time, Jonathan has offered no excuses or rationalizations for his federal crimes of wire fraud and tax crime. Instead, he has exhibited genuine remorse for his actions and sincere concern for those whose lives have been directly and indirectly impacted by his behavior.

Jonathan and I have continued counseling and studying together, and Jonathan has engaged in a steady process of self-reflection, AA meetings, prayer, and study. Jonathan has truly demonstrated a healthy resolve to live a meaningful and purposeful life of contribution.

In my years of working with those afflicted with spiritual ailments, such as addiction, I have come to know that the primary factor that elevates the *recovering* addict above the fray is his own deep resolve and commitment to personal growth and contribution. I have no doubt that Jonathan will continue to rise well above the fray.

In my personal and professional opinion, the leniency entrusted and afforded to your Honor by Law would be well deserved in the case of Jonathan Schwartz — and furthermore, that leniency would serve the best interests of the community as well.

If it please the Court, I am available for further consultation regarding the content of this letter either in person, in writing, or telephonically.

Respectfully,

Rabbi Robbie Tombosky
412.977.7635 Mobile

353 S Doheny Drive•    Beverly Hills   •    California   •    90211

EXHIBIT H, PAGE 194

*The*

# CHABAD HOUSE

### NORTH RANCH

March 21, 2017

Dear Judge Gee,

I understand that Jonathan Schwartz is scheduled to be sentenced by your honor.

I am writing you to ask that you show Jonathan leniency.

I have know Jonathan for approximately 5 years and during that time I have watched him give so much of himself to others in need.
From being there financially, emotionally and even more valuable, he has donated so much of his time to help others every time I asked.

As Jonathan's Rabbi I have had many hours of conversations with him about his mistakes, and have watched him commit himself to giving back by volunteering to help other with addictions and to help those less fortunate in any way he is capable.

Jonathan has lost so much already and yet I know he has so much he can still offer others, I feel very strongly that by extending leniency to him, society will benefit tremendously.

Thank you for your consideration.

With Blessings,

Rabbi Shlomo Bistritzky

1145 Lindero Canyon Road, Suite C2, Westlake Village, CA 91362
www.chabadofnorthranch.com | Phone: 818-699-6177 | info@chabadofnorthranch.com
Chabad of North Ranch is under the auspices of Chabad of the Conejo

EXHIBIT H, PAGE 195

February 14, 2017

Dear Judge Gee,

My name is Rabbi Yisroel Levine. I am the Director of Development for Chabad of Conejo located at 30347 Canwood St., Agoura Hills, CA 91301. Chabad of the Conejo is a community-based organization that is dedicated to reach out to people of all faiths, with a wide array of social and educational services. Chabad works hard in trying to bring the beauty and richness of our Jewish heritage to hundreds who attend our Academy weekly for further learning. I am writing this letter to attest to the fine character of Jonathan Schwartz, one of our students and congregants.

I have known Jonathan and his family for 7 years. Jonathan is a contributing member of our community. Jonathan attends our synagogue on all the Jewish holidays and supports our causes.

Jonathan is a polite, mature man with respect to all. He is committed to help our organization in any way possible. He volunteers and does so with a smile. I consider myself a friend of Jonathan.

I know that Jonathan is being sentenced with respect to a federal crime involving wire fraud and tax crime. I am not here to defend Jonathan on these crimes, but rather to appeal to you, that the person that you are judging is a kind-hearted, sweet, spiritual man that fell into some of life's toughest challenges. I have had numerous conversations with Jonathan recently, and I can attest that Jonathan is working extremely hard on healing, and reforming himself to live a completely ethical and moral life. The changes in him are already evident.

I hope this assessment is helpful to you and I humbly ask to please extend compassion and leniency to Jonathan.

If you have any questions, please do not hesitate to contact our office at 818-991-0991.


Thank you,



Rabbi Yisroel Levine
Director of Development



**Beit T'Shuvah**
Recover Your Passion | Discover Your Purpose

February 21, 2017

Harriet Rossetto
*Founder, Clinical Director*

Rabbi Mark Borovitz
*Senior Rabbi*

Andrew Besser, Esq.
*Executive Director*

**BOARD OF DIRECTORS**
Russell Kern
*Chairman of the Board*

Annette Shapiro
*President of the Board*

Lise Applebaum
*Vice Chair*

Carolyn Gold-Mintz
*Vice Chair*

Jon Esformes
*Secretary*

David Ruderman
*Treasurer*

Warren Breslow
*Chairperson Emeritus*

Nancy Mishkin
*Chairperson Emeritus*

Heidi Benderson
Lynn Bider
Rabbi Mark Borovitz
Joyce Brandman
Emily Corleto
Samuel Delug
David Elston
John Fishel
Pat Train Gage
Mel Gagerman
Beverly Gruber
Meryl Kern
Dr. Susan Krevoy
Bradley H. Mindlin
Donald S. Passman
Heidi Praw
Janice Kamenir-Reznik
Harriet Rossetto
Neil Solarz
Ronnie Stabler

**FRIENDS OF
BEIT T'SHUVAH**
Sheldon Appel
Herb Gelfand
Jeffrey Glassman
Salli Harris
Roberta Hoiland
Blair Belcher Kohan
Diane Licht
Virginia Maas
Chuck Maltz
Cheri Morgan
Ed Praver
Joan Praver
Avi Reichental
Jan Rosen
Richard Schulman
Lisi Teller
Brad Wiseman
Robert Wiviott
Jill Black-Zalben

The Honorable Dolly M Gee
United States Courthouse
350 West First Street
Los Angeles, CA 90012

Re: Jonathan Schwartz

Dear Judge Gee:

I have worked with the above client in the capacity of Program Director of the Intensive Outpatient Program at Be'it T'Shuvah beginning in September, 2016. I have also consulted with his primary psychotherapist, Claire Mcdonald, MFT Trainee, who agrees with the following statement regarding his progress in our program:

Johnathan Schwartz has a strong understanding of the severity of his gambling addiction and is aware of the devastating impact his actions have had on business associates, friends and family members. While it is impossible to predict future behaviors, it is unlikely that he will return to severe gambling episodes provided that he works a strong recovery program which includes individual psychotherapy, community service and active involvement in Gamblers Anonymous. The progress he has made in addressing his severe gambling disorder would be prematurely halted if her were detained or incarcerated.

With proper support and ongoing intervention—including paying monetary restitution for his financial misconduct and engaging in critically important family work to mend the hurt that his actions has caused his children—I feel strongly that Mr. Schwartz will build on the considerable progress he has made while in treatment at our facility.

Please contact me directly for additional information regarding this client.

Sincerely,

Dan Field, LCSW

Claire McDonald, MFT Trainee



# EXHIBIT I

B"H



**THE ALEPH INSTITUTE**
WEST COAST DIVISION
4221 Wilshire Blvd #240 • Los Angeles, CA 90010
Phone: 310-598-2142 • Fax 323-297-4380 • www.alephinstitute.org

**Rabbi Zvi Boyarsky**
zvi@aleph-institute.org

**Chairman / Founder**
Rabbi Sholom D. Lipskar

**President**
Lloyd S. Rubin

**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
David Schottenstein
Ryan Shapiro
Eric Stein
Sylvia Urlich

**Executive Director**
Rabbi Aaron Lipskar

**Director of Operations**
Moshe N. Barouk

**Director of Outreach Programs**
Rabbi Menachem M. Katz

**Director of Military Programs**
Rabbi Sanford L. Dresin

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Outreach Programs**
Rabbi Shua Brook

**Chief Financial Officer**
Yosie Lipskar

ᵾ    ᵾ    ᵾ

**Programs Coordinator**
Moshe Blizinsky

**Prisoner Services Coordinator**
Jose Crespin

**Family Services Coordinators**
Pamela Eifenbein
Valerie Mafdali

ᵾ    ᵾ    ᵾ

**Spark of Light Prison Program**

**Operation: Enduring Traditions**

**Alex F.E.E.L.S Family Program**

**Golden Age Seniors Program**

**Lawyer's Network for Alternative Sentencing & Transitions**

**Center for Religious Freedom & Family Advocacy**

**Center for Halacha & American Law**

April 21, 2017

Hon. Dolly M. Gee
United States District Judge
United States Courthouse
350 West 1st Street, Courtroom 8C
Los Angeles, CA 90012

Re:    <u>SENTENCING: ***United States v. Jonathan Schwartz***</u>,
Case No. 2:17CR00022-1

Judge Gee:

On behalf of *The Aleph Institute ("Aleph")*, it is a privilege to be given the opportunity to address this Court in the important sentencing process of this defendant, Mr. Jonathan Schwartz. I write today to respectfully request that this Court carefully consider all of the extraordinary mitigating circumstances surrounding *this* particular defendant, and to explain how and why *Aleph* has become involved, and may provide assistance to the Court

## I. The Aleph Institute

The Aleph Institute is a not-for-profit, national educational, humanitarian and advocacy organization founded in 1981 at the direction of one of this century's foremost and influential Jewish leaders, the *Lubavitcher Rebbe*, Rabbi Menachem M. Schneerson, of blessed memory. *Aleph's* first meeting was held in the Chambers of Senior and former Chief United States Circuit Judge Jack B. Weinstein from the Eastern District of New York. Today, *Aleph* is headquartered in Miami, Florida, under the direction of its founder, Rabbi Shalom Lipskar. I serve as Aleph's Director of Advocacy.

Aleph's primary goal is to serve a pressing need of our society by addressing significant issues relating to our criminal justice system. Over the past 36 years, Aleph has created and administered a host of recognized programs to counsel and assist offenders with rehabilitation, counsel and support their families through the process, ameliorate or reduce necessary periods of incarceration while providing for public safety, implement and monitor alternative sentencing protocols, and provide educational programs for offenders and their families. In all of our work, we strive to inculcate universal truths of moral and ethical

B"H

THE ALEPH INSTITUTE



behavior. As a publicly-funded 501(c)(3) organization, organization, *Aleph* provides all services on a *pro bono* basis.

    *Aleph*'s programs are conducted in cooperation with professionals in the criminal justice system at no cost to government. Our excellent track record of creating and implementing programs is well documented.  Senior United States District Judge Jack B. Weinstein noted some 30 years ago that *Aleph,* "is doing fine work . . . Rabbi Sholom Lipskar, the guiding force of the Aleph Institute, and his associates understand and force us to face the fact that each person deserves to be treated with respect as an individual personality and not as an integer, a faceless number." Jack B. Weinstein, *Prison Need Not be Mandatory*, *There are Options Under the New U.S. Sentencing Guidelines*, 28 No. 1 Judge J. 16 (1989). Numerous other federal and state judges have expressed support for Alephs work. At the alternative sentencing summit Aleph hosted last year, former District Court Judge and Deputy Attorney General, Charles Renfrew commented:  "I think we're all in agreement that this has been an extraordinary summit.  And I would just like to go a little back in history.  Thirty-five years ago, in Miami, Florida a young rabbi started [Aleph] an educational institution believing as he did that education was a fundamental right and goal of all people.  He also had an interest in reforms being made in the criminal justice system to deal with defendants more humanely to be aware of the impact on families.  And he started an institution and an organization to deal with these problems. Today we're the beneficiaries of that vision and that work." Judge Joy Flowers Conti, the Chief United States District Judge of the United States District Court for the Western District of Pennsylvania stated: "You at Aleph are doing extraordinary things on behalf of the judges in my court. We appreciate the work that you do." From an address Judge Conti delivered at the Pittsburgh Chaplains Conference (November 2014).

    Many Federal Judges have viewed our sentencing recommendations with favor, including Judge Patricia Seitz, SD. FL, Judge Alan S. Gold, SD. FL and Senior Judge David Trager, EDNY.

    In March 2016, *Aleph* organized and hosted the first-ever *Alternative Sentencing Key Stakeholders Summit*, held in Georgetown and attended by over 200 criminal justice professionals including federal and State judges and prosecutors, attorneys, prison directors, psychologists, social workers and

B"H

THE ALEPH INSTITUTE



community leaders.[1]  At the Summit, another United States District Court Judge
for the Eastern District of New York, John Gleeson, noted: "Two thirds of federal
judges in 1996 responded to this survey by saying there ought to be alternative to
incarceration programs. DOJ supports them.  FJC supports them. Also present
was a Justice of the Georgia Court of Appeals, Michael Boggs, who stated that, "a
large percentage of our prison population is there because of an addiction issue or
a mental health issue. Eighty percent of crime is drug related."

Aleph is a national leader in dealing with all of these issues.

## II. Sentencing Philosophy

Sentencing proposals prepared by *Aleph* are designed to mete out
appropriate, substantive punishment with the greatest benefit and lowest cost to
society, while redirecting and enhancing an offender's value structure through
social, therapeutic and religious counseling and education.  Every proposal *Aleph*
submits to the federal courts carefully considers the factors outlined in 18 U.S.C.
§3553(a) including, but not limited to, "the history and characteristics of the
defendant," *id*. §3553(a)(1), and the legislative directive to provide, "correctional
treatment in the most effective manner." *Id*. at §3553(a)(1)(D).  Moreover, we
have, in hundreds of varied cases and situations, worked to assist courts in
fashioning a particularized sentence, "sufficient, but not greater than necessary,"
to comply with the purposes set forth in the relevant sentencing statute. 18 U.S.C.
§3553(a).

---

[1] Summit co-chair, former federal judge and former deputy U.S. Attorney
General in the Carter Administration Charles Renfrew addressed the Summit
saying: "I think we're all in agreement that this has been an extraordinary
summit. And I would just like to go a little back in history. Thirty-five years
ago, in Miami, Florida a young rabbi started [Aleph] an educational
institution believing as he did that education was a fundamental right and
goal of all people.  He also had an interest in reforms being made in the
criminal justice system to deal with defendants more humanely to be aware
of the impact on families.  And he started an institution and an organization
to deal with these problems. Today we're the beneficiaries of that vision and
that work"

B"H

THE ALEPH INSTITUTE



### III. Jonathan Schwartz's Background

#### a.    Jonathan's Traumatic Childhood and Family Situation[2]

As reported by the Presentence Report (PSR), Jonathan Schwartz's parents divorced when he was four years old. He was raised by his mother and had little contact with his father, who was a gambler and drug dealer who slept with prostitutes. (¶66). Mr. Schwartz, "has virtually no memories of his childhood or teen years. He believes his lack of memory is the result of trauma from being physically, verbally and emotionally abused by his mother."  (¶67).

Mr. Schwartz's mother, Joy, who is currently recovering from stage IV lung cancer (¶65), writes:

> I take full responsibility for taking my frustrations out on Jonathan as he was growing up. I was verbally and physically abusive and his father abandoned us.  His paternal family did not seem interested in my children and it was a struggle to try and connect with them for some help. I divorced when Jonathan was four years old. Through all this Jonathan turned out to be a wonderful, caring and giving person."

February 10, 2017, letter from Joy Schwartz Welkis.

Childhood friend Brian Gold, DDS, writes today:

> Jonathan, as a young boy, grew up hard and unlike me and our other friends, he didn't come from a very stable household. His parents divorced when he was very young and I remember visiting him at different places with some being livable but, other places were the area's equivalent to project housing. At different times, he lived with his abusive mother and other times his "drug dealing" dad. Through it all, he was a good student, athlete and most importantly, a great friend. He never complained or became envious of his peers and in a lot of ways, his mental fortitude made him successful.

---

[2] Otherwise-unattributed paragraph references "(¶xx)" are to the Presentence Investigation Report in this case, prepared by the United States Probation Department for this Court's consideration.

EXHIBIT I, PAGE 202

B"H

THE ALEPH INSTITUTE



Letter from Brian Gold, DDS.

Mr. Schwartz is now 48 years old (¶64). He holds a bachelor's degree in accounting from San Francisco State University (¶87). Mr. Schwartz's father died earlier this year.  His brother, Brian, lives in Denver, Colorado, and works as a personal manager in the music and entertainment business (¶65).

Mr. Schwartz married Meridith Steinwald in 1993, but they are now in the process of divorce (¶69).  They have three sons, one a minor. ▮▮▮▮ is 23 and works for an investment bank in Chicago. Austin is 21 and attends the University of Southern California. Blake is 13, attends school and has been diagnosed with ADHD and anxiety issues for which he takes medication. (¶70).  As a result of his conduct that brought him before this Court, Mr. Schwartz's relationships with his children are strained or non-existent (¶71).

New York attorney and longtime friend and college roommate Hector Roman wrote:

> Jonathan is a loving father to three wonderful young men: ▮▮▮▮ Austin and Blake. ▮▮▮▮ recently graduated from the University of Indiana with honors. Austin is currently in his Junior year at USC and Blake is in the 7th grade and excelling. Jonathan has always instilled in each of them the importance of obtaining a good education, the value of hard work and the importance of giving kindness and having compassion for others.

February 16, 2017, letter from Hector Roman.

Mr. Schwartz is a well-known and, until his arrest, well respected business manager. Most recently, he was employed by GSO, a renowned business management firm with many famed entertainment industry clients.  (¶¶ 89-90).

### b.    Mr. Schwartz's Previous History of Exemplary Character

Prominent businessman, philanthropist and family friend, Mike Lederer, wrote:

> The Jonathan I know is a person with passion for life and people, and has always been active in the community, seeking out opportunities to make a positive difference in people's lives. I have personally attended several charitable events organized-and hosted

EXHIBIT I, PAGE 203

B"H

THE ALEPH INSTITUTE



by Jonathan where several hundreds of thousand dollars were raised for the charity.

February 3, 2017, letter from Mike Lederer.

Lindsay Santos, who describes Mr. Schwartz as, "my boss, mentor, friend and most importantly one of my biggest role models," wrote,

> The Jonathan I knew believed in me when I had absolutely no faith in myself. Here I was, this 30-year-old single mom that did nothing for him other than what my job demanded of me, yet he stood by me, encouraged me to go back to school and study for the LSAT's, watched my two boys when I had no sitter and spent countless hours on the phone with me when I went through hardships. When I didn't have enough money for Christmas, he showed up at my house with a new [X-Box] for my children. He empowered me as a woman and fought GSO to give me a bigger raise and bonus; when they would not, he took it from his own salary.

February 13, 2017, letter from Lindsay Santos.

Thirteen-year family friend and National Sales Manager for Real Stone, Inc., Jeffrey Feldman wrote,

> In May of 2012, our youngest daughter was diagnosed with a rare form of Cancer and it was a horrible few years and to say Jonathan was there every step of the way would be an understatement.

February 21, 2017 letter from Jeffrey Feldman.

In October, 2010, Mr. Schwartz underwent heart surgery to place a stent in his carotid artery (¶75). Thereafter, he started the *Heartview Global Foundation*, a charity that helps needy persons to pay for coronary CT angiograms (the procedure that saved his own life) (¶92). *Heartview* supports the Heart Program at Cedars-Sinai Hospital. According to Executive Assistant to Cedars-Sinai Vice President of Development, Ethne Tades,

> Jonathan's mission to raise money to recognize heart disease in its latent 'clinically silent' phase only exemplifies who he is as a

6

EXHIBIT I, PAGE 204

B"H

THE ALEPH INSTITUTE



person - one who wants to help others with a very generous heart. Provide for those individuals who cannot afford the Coronary CT Scan in order to prevent the risk of heart attacks, stroke or premature sudden cardiac death.

February 7, 2017, letter from Ethne Tades.

Childhood friend and insurance attorney, Mark Gold, noted that,

Jonathan has always given back to his community, and made time to help others. He coached teams for his sons - ████ Austin, and Blake. Through his coaching, he always emphasized teamwork, integrity, and sportsmanship.  He's lectured on music industry, business management at various schools, and has been a member of the Chabad for years.  When our mutual friend passed away from a heart attack at the age of 40, Jonathan started *Heartview Global*, a foundation to educate people on heart health awareness. Through his business and music industry contacts, Jonathan helped raise hundreds of thousands of dollars for this cause.

February 6, 2017, letter from Mark Gold.

James Halper of equity firm "LPG" notes that,

[Mr. Schwartz's] reputation for honesty and balanced advice was earned over many years and I know there are many people like me who believed and still do believe in Jonathan.  He always made himself available to provide help to others, even when there was no business in it for himself.  His heart charity- Heartview Global Foundation --is just one example of the types of selfless acts and service that Jonathan has provided to others over the course of his 20 plus year career and his philanthropic activities.

February 26, 2017, letter from James Halper.

### IV. While Certainly Not Offered as an "Excuse," Mr. Schwartz's Addiction Issues Were a Significant Factor in His Unlawful Conduct

In his very-recent November 17, 2016, report, Surgeon General Dr. Vivek Murthy noted: "Addiction is a chronic illness, not a character flaw or a moral failing."  Mr. Roman pointedly asks, "Why would someone throw this all away?

7

EXHIBIT I, PAGE 205

B"H

THE ALEPH INSTITUTE



To me, it defies logic but for a disease that he cannot control without the proper guidance."

While Mr. Schwartz previously experimented with marijuana (¶81), he began using cocaine and drinking daily in 2015.  On top of everything, he apparently also returned to gambling with a vengeance in 2009, after starting and withdrawing in college. US Probation reports that he is estimated to have wagered $21 million and losing $9 million. (¶78).

Paul K. Hersh, MFT, Psy.O., who provided couples therapy to Mr. Schwartz and his wife, wrote:

> I will never forget when I got the call from Jonathan admitting all that had happened.  He was crying, yet he said he was so relieved….I am very happy to report that Jonathan's behavior from that day forward has been congruent with those that can establish long term recovery.  He has taken every bit of direction I have suggested.  He decided to stop drinking and join AA as well, even though there is no sign of alcoholism.  I check with his sponsor weekly, and consistently hear back that Jonathan is really doing the work.  He went to both an inpatient and an intensive outpatient gambling addiction program and now continues AA and GA meetings 4-5 days a week while working on his amends.  More importantly, he is living with a commitment to spiritual life/rigorous honesty.  I can tell that he is connected to the pain of those he has harmed and has the fortitude and commitment to actively practice living amends in all his affairs.  He now wants to help people, and takes these opportunities to do so at the various meetings he attends.  Instead of running from the trauma he has put his children through, he is actively cultivating an atmosphere of trust.  I recently had a conversation with Austin, one of his older sons. Austin reported that he sees tremendous growth in his father, and is now feeling more cared about than ever before.
>
> I believe Jonathan has learned from his mistakes, and is committed to a sober life which is founded upon humility and doing the right thing."

February 15, 2017, letter from Paul K. Hersh.

EXHIBIT I, PAGE 206

B"H

THE ALEPH INSTITUTE



A February 14, 2017 letter from Senior Alternative Sentencing Associate Janet Markowitz at the *Beit T'Shuvah Residential Treatment and Prevention Center*, verifies that Mr. Schwartz, "completed the *90 day Out Patient Program for Problem Gambling* at the Beit T'Shuvah Residential Treatment Center…and has since continued to attend select groups." February 14, 2017, letter from Janet Markowitz.

According to *Beit T'Shuvah* Program Director Dan Field, LCSW:

Jonathan Schwartz has a strong understanding of the severity of his gambling addiction and is aware of the devastating impact his actions have had on business associates, friends and family members.  While it is impossible to predict future behaviors, it is unlikely that he will return to severe gambling episodes provided that he works a strong recovery program which includes individual psychotherapy, community service and active involvement in Gamblers Anonymous.  ***The progress he has made in addressing his severe gambling disorder would be prematurely halted if he were detained or incarcerated.***

With proper support and ongoing intervention -- including paying monetary restitution for his financial misconduct and engaging in critically important family work to mend the hurt that his actions has caused his children -- I feel strongly that Mr. Schwartz will build on the considerable progress he has made while in treatment at our facility.

February 21, 2017, letter from Dan Field (emphasis added).

On the drinking front, Mr. Schwartz has now been "clean and sober" for over one year.

### V. Mr. Schwartz's Other Physical Health and Psychological Problems

Mr. Schwartz takes 20 mg. Crestor and a baby aspirin daily to treat his heart condition (¶75). "Schwartz used to run marathons and suffers from chronic back pain. He has had four or five surgeries on his back to fuse vertebrae." (¶76). He also had been taking Cymbalta for anxiety since 2013  (¶77).

We have also learned that Mr. Schwartz has undergone additional spinal surgery within the last six weeks.

EXHIBIT I, PAGE 207

B"H

THE ALEPH INSTITUTE



### VI. Mr. Schwartz Has Uniquely Expressed *Profound* Remorse for His Conduct

**I have met hundreds, if not thousands, of people who are either in and/or facing prison. Mr. Schwartz's genuine remorse and acceptance of responsibility sticks out as one of the most sincere I've ever witnessed.** I have had many in depth conversations with him, and he was always extremely forthcoming, sincere, and downright honest about everything. Whether in the presence of others, or in our private meetings, he consistently, expressed deep and genuine remorse and declined to blame anyone but himself for his actions. He lost everything, his family, his reputation and his livelihood. He is as close to as humble and as transformed as a human being can get. Mr. Schwartz himself expressed many of these same things to U.S. Probation. (See also ¶28). I also note that Mr. Schwartz has been a tireless volunteer for Aleph visiting the elderly and infirm, bringing them food and much needed encouragement.

Mr. James Halper wrote:

During the past year, I have had the chance to speak with Jonathan. I know that he realizes he made a huge mistake which, if given the opportunity, he would not make again. He has told me that he realizes that he breached trust, broke the law, deeply hurt others, engaged in reckless behavior, and is committed to returning to the type of person, with excellent values, that he has been in most of his life. Jonathan has suffered greatly as a result of this mistake; most of all from the disappointment and estrangement from members of his family. This transgression will also be life altering in terms of his career and future earnings for his family.

Rabbi Robbie Tombosky states:

In my assessment, Jonathan Schwartz is a good man who made some very poor decisions for which he is experiencing deep remorse and regret. Furthermore, Jonathan has taken the initiative to look deeply within himself and address the underlying voids that gave fertile ground to his self-defeating behaviors and poor decisions.

February 10, 2017 letter from Rabbi Robbie Tombosky.

10



B"H

THE ALEPH INSTITUTE

Dr. Michael Port, M.D., who has known Mr. Schwartz both personally and professionally, writes,

> Jonathan has always impressed me with his kindness and caring for those around him, whether family or staff in the office with whom he barely knew. Since I initially met Jonathan I feel I have had an opportunity to get to know him personally through many heartfelt conversations. Jonathan has always shown introspection, insight and humility. Since his recent legal issues, Jonathan has expressed not only regret for having hurt those who trusted him, but also accountability to make restitution both financially and legally as he takes responsibility for his actions. From my discussions and interactions with his family I know Jonathan cares deeply about his children and maintaining the close relationship they have had for many years. Overall, I truly believe Jonathan's interest is to make amends, restitution and to be able to look forward to a productive, spiritually rich, happy and healthy life.

February 21, 2017, letter from Michael Port, M.D.

Jeffery Freedman wrote, "I have had many long discussions with Jonathan about what he did and how much he regrets doing it…Jonathan has more than learned from this and would never do anything like this again, guaranteed."

Mr. Roman states,

> I have spoken at length with Jonathan about the situation he now finds himself in. He understands the error of his ways. He accepts full responsibility for what he has done. He knows what he did was wrong and deceitful and has expressed his extreme remorse over his actions. He also understands that he has a disease that has caused significant set-backs in both his professional and personal lives. As a result of his behavior, his relationship with his wife, whom I first met when we were just 17 years old, and two elder children has become strained. Professionally, Jonathan has been expelled as a partner from the business management firm he was associated with. Consequently, his income stream and wonderful career as he knew it is now over. He is suffering all the severe ramifications that come with his actions.

EXHIBIT I, PAGE 209

B"H

THE ALEPH INSTITUTE



Mr. Schwartz has gone far beyond almost any other defendants in demonstrating public contrition. He went so far as to allow himself to be featured as a guest columnist in one of his industry's leading and widely-read publications, the *Hollywood Reporter*, in which he wrote:

> I lived a double life since no one other than my bookie knew I had this "dark" side. At first, I "borrowed" a little from clients, with the hopes that I would pay them back if I won that night's bet. That snowballed, and as I kept losing, I kept stealing. I kept telling myself that I just needed one lucky break, and I'll pay them back. That lucky break never came — thankfully. I say thankfully because when I was finally caught, a bright spotlight shined on my deplorable conduct. I could not hide any longer and hit rock bottom. By seeing how pathetic I had become, I finally got the courage to ask for help. As a result of incredible friends and my sponsor, I am now 336 days sober after committing myself wholeheartedly to the Beit T'Shuvah intensive outpatient program and the Gambler's Anonymous program and meetings. **To say I am incredibly ashamed and disappointed in myself is an understatement.** I have hurt everyone I cared about, my family, clients, business partners, employees, peers and friends. I had a fiduciary responsibility to serve my clients, and I violated that trust. I let everybody down, and for that I will spend the rest of my life asking for forgiveness and making amends to everyone I have hurt.

Guest column by Jonathan Schwartz, *Hollywood Reporter,* April 11, 2017.

### VII. Sentencing Considerations

According to the Presentence Investigation Report, Mr. Schwartz pleaded guilty to the counts of executing a scheme to defraud of and filing a false tax return. (¶¶20-21).

Mr. Schwartz has a total offense level of 26, including a reduction for taking responsibility for his actions. He is facing a guideline sentence of as much as 63 to 78 months, plus up to 3 years of supervised release. (¶¶107, 109).

As an organization inspired by the Bible and subsequent Codes of Jewish Law as expressed by the Talmud and writings by the likes of Rabbi Yosef Karo, Maimonides and others, *Aleph* believes that an essential component in adjudicating punishment includes the extent that the offender experiences "shame." According

12

B"H

THE ALEPH INSTITUTE



to all of these established sources, shame suffered by an offender cannot be undervalued or unappreciated, and itself serves as an essential element of punishment.

This is especially true for Mr. Schwartz. As a businessman who was widely recognized as a leader in his field, Mr. Schwartz has been personally and publicly humiliated. And will remain so for his foreseeable future.

Even without further loss of his liberty, as a felon whose offenses have been clearly, elaborately and widely publicized, Mr. Schwartz's disgrace is a form of incarceration that will endure for the rest of his life. Given this *life sentence of shame* that Mr. Schwartz will be serving within society[3], and the irrevocable loss of his life as he knew it, we respectfully urge this Court to consider adopting the following alternative sentence:

- 12 months and a day of incarceration;

- 12 months of home confinement;

- 3 years of supervised release;

- 1,000 hours continuation of community service at Bet T'Shuvah and/or other centers that treat addicts and working with youth struggling with addiction;

- 36-months drug and gambling rehabilitation, in a combination of inpatient and outpatient treatment modalities;

- Full financial restitution to the insurance company and GSO that paid back his clients;

- 500 hours mentoring youth struggling with addiction issues;

---

[3] Indeed, Mr. Schwartz confirms in his heartfelt April 19, 2017 letter to you: "**My shame and disappointed in myself for all the hurt I have caused my family, clients, business partners, employees, peers and friends confronts me every day and will be something I will deal with the rest of my life**...For my actions, I will spend the rest of my life asking for forgiveness. I have destroyed the relationships that matter most to me, and I have only myself to blame. "

13

B"H

THE ALEPH INSTITUTE



- Weekly mentoring by a Rabbi about specific ethical laws and conduct.

This alternative sentencing proposal is primarily focused on actively restructuring Mr. Schwartz's personal priorities and goals, while maintaining the integrity of essential family ties and promoting deterrence through fostering respect for our justice system. We strongly believe this submission is fully consistent with established sentencing goals of protection of society, deterrence, punishment, restitution and rehabilitation.

- **Protection of Society/Deterrence/Punishment**
  - Mr. Schwartz and his family have suffered intense shame. Indeed, as a result of the very public nature of Mr. Schwartz's guilty plea and extensive public exposure of his crimes, Mr. Schwartz's fall from esteem to disgrace (both personally and professionally), is well known in the financial and entertainment communities -- and beyond.
  - Mr. Schwartz will be removed and isolated from his family and society for approximately 10 to 12 months;
  - Mr. Schwartz has expressed profound remorse and has committed himself never to be involved in any such conduct again. Moreover, Mr. Schwartz has taken responsibility to personally disclose to the entertainment community (and his former client base) the nature of his crimes and the severe consequences of his actions. He has personally written and has assisted in publishing a column in the *Hollywood Reporter*. We believe Mr. Schwartz's own efforts to inform his colleagues of the consequences of his crimes, his public professional and financial decline and the media's exposure of his case, have already created a deterrent to others. No one already aware of the painful consequences of Mr. Schwartz's illegal actions would be tempted to perpetrate such fraud themselves. Furthermore, Mr. Schwartz plans to continue to speak to about his addiction and how it led to the destruction of everything he ever held dear. As documentation submitted to this Court demonstrate, "[h]e has spoken on his gambling addiction to colleges and support groups. He desperately wants to rebuild his life, be a role model to his three boys, and be a contributing member of society"

- **Restitution and rehabilitation**: Mr. Schwartz has committed himself to an intensive program of psychological and spiritual counseling, volunteering, public speaking on the incident and making restitution.

14

B"H

THE ALEPH INSTITUTE



*Aleph* submits this proposal because we believe Mr. Schwartz has already demonstrated that his sincere remorse, plus his medical, psychological and family situation warrant it. We respectfully submit that our proposal will give Mr. Schwartz the best possible chance of successful rehabilitation and reintegration. Importantly, it will also save the government substantial funds that could be better spent elsewhere.

Further, the proposal is consistent with the conclusions of the conclusions of the April 13, 2017 report of Marc N. Potenza, M.D., Ph.D., Senior Scientist, The National Center on Addiction and Substance Abuse, Professor of Psychiatry, Child Study and Neuroscience Yale University School of Medicine. As Dr. Potenza notes in paragraphs 40 and 41 of the Report:

Mr. Schwartz exhibited a significantly reduced mental capacity that was reflected in a significantly impaired ability to control his gambling and the related illegal behaviors to obtain money to gamble even though he knew that his thefts of client funds were wrongful as was his failure to accurately report and pay his taxes on the stolen money.

April 13, 2017 report of Marc N. Potenza, M.D.

I believe that Mr. Schwartz's mental health status, specifically his severe gambling disorder, should be given serious consideration in fashioning his sentencing. I believe that the data indicate that Mr. Schwartz suffered from a severe gambling disorder, a mental illness, and there is little doubt that it contributed substantially to him losing his own money and seeking money by fraud from others to continue on the same destructive path. As an increasingly growing literature emerges on the neurobiological underpinnings of gambling disorder, there exists a firm foundation on which to base such consideration.

To insure Mr. Schwartz's full compliance with all aspects of this proposal, and through its unique vast network, *Aleph* is be willing to work with the Probation Office in any way they see fit to monitor and help implement this multi-faceted sentencing program, and submit quarterly reports to the Court, as desired.

### VIII. Conclusion

Your Honor, the mitigating circumstances of Mr. Schwartz's case are unusually compelling. We are aware that this Court has wide-ranging discretion to consider any or all of Mr. Schwartz's unique circumstances as a basis for

EXHIBIT I, PAGE 213

B"H

THE ALEPH INSTITUTE



sentencing, and we respectfully submit that our alternative sentencing recommendation will adequately protect society and address the specific needs of Mr. Schwartz's rehabilitation.  It would also effectuate the purposes of and be consistent with sentencing goals enumerated in 18 U.S.C. § 3553(a), and would offer all of the benefits underlying a sound corrections policy -- while avoiding additional and unnecessary negative or harmful consequences.

Thank you, Your Honor. May G-d bless you in all respects for your compassion and sensitivity in this difficult work.

Respectfully submitted,

Rabbi Zvi Boyarsky

EXHIBIT I, PAGE 214

# EXHIBIT J



**Beit T'Shuvah**
Recover Your Passion  Discover Your Purpose

Harriet Rossetto
*Founder, Clinical Director*

Rabbi Mark Borovitz
*Senior Rabbi*

Andrew Besser, Esq.
*Executive Director*

**BOARD OF DIRECTORS**
Russell Kern
*Chairman of the Board*

Annette Shapiro
*President of the Board*

Lise Applebaum
*Vice Chair*

Carolyn Gold-Mintz
*Vice Chair*

Jon Esformes
*Secretary*

David Ruderman
*Treasurer*

Warren Breslow
*Chairperson Emeritus*

Nancy Mishkin
*Chairperson Emeritus*

Heidi Bendetson
Lynn Bider
Rabbi Mark Borovitz
Joyce Brandman
Emily Corleto
Samuel Delug
David Elston
John Fishel
Pat Train Gage
Mel Gagerman
Beverly Gruber
Meryl Kern
Dr. Susan Krevoy
Bradley H. Mindlin
Donald S. Passman
Heidi Praw
Janice Kamenir-Reznik
Harriet Rossetto
Neil Solarz
Ronnie Stabler

**FRIENDS OF BEIT T'SHUVAH**
Sheldon Appel
Herb Gelfand
Jeffrey Glassman
Salli Harris
Roberta Holland
Blair Belcher Kohan
Diane Licht
Virginia Maas
Chuck Maltz
Cheri Morgan
Ed Praver
Jean Praver
Avi Reichental
Jan Rosen
Richard Schulman
Lisi Teller
Brad Wiseman
Robert Wiviott
Jill Black-Zalben

February 14, 2017

The Honorable Dolly M. Gee, United States District Judge
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

Re: Jonathan Schwartz

Dear Judge Gee,

Please allow this letter to verify that Jonathan Schwartz completed the 90 day Out Patient Program for Problem Gambling at the Beit T'Shuvah Residential Treatment Center. Mr. Schwartz began his participation on June 14, 2016 and has since continued to attend select groups.

Beit T'Shuvah is a licensed treatment facility established in 1986 as a response for the need to assist Jewish men and women who had lost their moral, ethical, and spiritual compasses. For the past 30 years Beit T'Shuvah has been assisting the Criminal Justice System by providing forensic counseling, rehabilitation and transitional services to legal offenders. We have frequently provided alternatives to incarceration, when appropriate, that meets both the protective needs of society and the rehabilitative needs of the offender.

The Beit T'Shuvah Program for Problem Gambling offers a comprehensive program for men and women whose struggles specifically relate to compulsive gambling. Chosen by the California Office for Problem Gambling, we have partnered with Dr. Timothy Fong and Dr. Richard J. Rosenthal, Co-Directors of the UCLA Gambling Studies Program to provide recovery services to individuals who struggle with compulsive gambling. Beit T'Shuvah is one of the very few programs in the state that offers this intensive treatment.

We believe, as with chemical dependency, participation in a treatment program helps the compulsive gambler address the issues underlying the addiction. Treatment at Beit T'Shuvah includes group and individual therapy, 12-step recovery and classes in Jewish ethical and spiritual values. Should you have further questions or concerns about our program or Mr. Schwartz's participation in our program, please contact me at 310-2014-5200.

Respectfully,

Janet L. Markowitz
Sr. Alternative Sentencing Associate



*Beit T'Shuvah is a community partner of The Jewish Federation.*

**Beit T'Shuvah Residential Treatment and Prevention Center** | 8831 Venice Boulevard | Los Angeles, CA 90034
p.310.204.5200 | f.310.204.8908 | www.beittshuvah.org | info@beittshuvah.org

EXHIBIT J, PAGE 216