

# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Ranee A. Katzenstein*
*Assistant United States Attorney*
*Phone: (213) 894-2432*
*E-mail: ranee.katzenstein@usdoj.gov*

*1200 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

April 26, 2017

<u>Via E-Mail and U.S. Mail</u>

Nathan J. Hochman
Morgan, Lewis & Bockius LLP
The Water Garden, Suite 2050 North
1601 Cloverfield Blvd.
Santa Monica, CA 90404-4082

    Re:    <u>United States v. Jonathan Todd Schwartz,</u>
               CR 17-22-DMG

Dear Mr. Hochman:

      Please provide as soon as possible the following information pertaining to Dr. Marc Potenza's evaluation of Jonathan Schwartz, whose report you have submitted as Exhibit D ("Report") to Defendant's Position Re Sentencing filed today:

      1.    Engagement letter and any other communications describing the scope of the engagement of Dr. Potenza;

      2.    Information regarding any payments and/or other compensation and/or benefits provided to Dr. Potenza in connection with preparing the Report;

      3.    The notes from Dr. Potenza's clinical interview of Jonathan Schwartz on December 2, 2016 (referenced in paragraph 27 of the Report);

      4.    The raw data of any and all tests that were administered to Jonathan Schwartz in connection with Dr. Potenza's evaluation and/or preparation of the Report, to include but not be limited to the South Oaks Gambling Screen, Barratt Impulsivity Scale, and the Toronto Alexithymia Scale (referenced in paragraph 27 of the Report);

      5.    Dr. Potenza states that the Report is based upon "the clinical interview, the testing that was performed, and additional information I reviewed including an analysis of Mr.



Nathan J. Hochman, Esq.
RE: <u>United States v. Jonathan Todd Schwartz</u>, CR 17-22-DMG
April 26, 2017

Schwartz's very large volume of phone calls with his bookie, Dave Corsello, and letters received on Mr. Schwartz's behalf in connection with his upcoming sentencing." (Report, ¶ 27.) Please provide the following:

    a.    The analysis of the phone calls referenced above. Please also state who prepared this analysis and the basis of the analysis.

    b.    Identify and provide copies of any other information on which Dr. Potenza relied in addition to the phone-call analysis and letters specifically listed as bases for his report.

4.    The case names and numbers of all cases in all jurisdictions (state, federal, Canada) in which Dr. Potenza was retained and/or has provided testimony, expert reports, and/or expert opinions. For each matter, please state whether the matter was criminal or civil; whether Dr. Potenza was retained by the plaintiff (prosecution) or defendant; and, where Dr. Potenza was evaluating an individual, whether he determined that the individual had a gambling disorder.

Very truly yours,

    /s/

Ranee A. Katzenstein
Assistant United States Attorney

## Katzenstein, Ranee (USACAC)

| | |
|---|---|
| **From:** | Katzenstein, Ranee (USACAC) |
| **Sent:** | Thursday, April 27, 2017 6:27 PM |
| **To:** | 'Hochman, Nathan J.' |
| **Subject:** | RE: Schwartz |

Nathan,

The rules you cite do not require you to produce the additional items I requested (I have not had an opportunity to check relevant case law which may establish such an obligation). Nonetheless, I believe the materials I asked for would assist both the government and the Court in evaluating your expert's opinion and determining whether it provides a reliable basis on which to rest a sentencing determination. I will let the Court know that I have requested these items for that purpose, and that you have declined to provide them.

Ranee

**Ranee A. Katzenstein | Assistant United States Attorney**
**Chief Assistant for Trials, Integrity & Professionalism**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1200 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.2432| F: 213.894.0141| ranee.katzenstein@usdoj.gov

**From:** Hochman, Nathan J. [mailto:nathan.hochman@morganlewis.com]
**Sent:** Thursday, April 27, 2017 2:17 PM
**To:** Katzenstein, Ranee (USACAC) <RKatzenstein@usa.doj.gov>
**Cc:** Hochman, Nathan J. <nathan.hochman@morganlewis.com>
**Subject:** RE: Schwartz

Dear Ranee,

I took a look at your letter and a quick look at the FRCP Rules 16, 26.2, and 32. I am happy to provide you with any information/documents required by those rules but think that many of your requests go beyond those rules. If I am wrong, please let me know.

I have provided you in the sentencing position with Dr. Potenza's qualifications as well as a detailed statement of his expert testimony in his declaration. I have also provided you in the exhibits to the sentencing position with the analysis of Mr. Schwartz' Verizon telephone records concerning calls to his bookie (which was prepared by my office), something that I provided you many months in connection with Mr. Schwartz' cooperation. I have also provided you in exhibits to the sentencing position with the character letters that Dr. Potenza reviewed.

I look forward to hearing back from you.

Regards,

Nathan

**Nathan J. Hochman**
**Morgan, Lewis & Bockius LLP**
The Water Garden | Suite 2050 North
1601 Cloverfield Boulevard | Santa Monica, CA 90404-4082
Direct: +1.310.255.9025 | Main: +1.310.907.1199 | Fax: +1.310.907.2025
nathan.hochman@morganlewis.com | www.morganlewis.com
Assistant: Ruth Berman | +1.310.907.1150 | ruth.berman@morganlewis.com

**From:** Katzenstein, Ranee (USACAC) [mailto:Ranee.Katzenstein@usdoj.gov]
**Sent:** Wednesday, April 26, 2017 7:13 PM
**To:** Hochman, Nathan J.
**Subject:** Schwartz

Hi Nathan,
Please see the attached letter.
Ranee

**Ranee A. Katzenstein | Assistant United States Attorney**
**Chief Assistant for Trials, Integrity & Professionalism**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1200 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.2432| F: 213.894.0141| ranee.katzenstein@usdoj.gov

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

2