Neuroinvesting: Build a New Investing Brain, Wai-Yee Chen.
© 2013 John Wiley & Sons Singapore Pte. Ltd.
Published 2013 by John Wiley & Sons Singapore Pte. Ltd.

# Appendix B: Barratt Impulsiveness Scale (Revised)

*Introduction*: People differ in ways they act and think under various situations. Ernest Barratt developed the Barratt Impulsiveness Scale Test in 1995 to measure a person's level of impulsiveness.[1] This is a revised test incorporating my comments to help you identify and be aware of ways in which you react and think as an investor.

*Directions*: Read each statement and circle the appropriate number on the right side of this page. Do not spend too much time on any statement. Answer quickly and honestly. Refer to Table B.1.

| Scores |
| --- |
| 1 *Rarely/Never* |
| 2 *Occasionally* |
| 3 *Often* |
| 4 *Almost Always/Always* |

*Scoring system*: Before adding up your scores in each section, reverse the scores of reverse questions; for example, if your score on a reverse score question was 4, then reverse it to 1.

Then add up all your scores for the section.

**Table B.1  Revised Barratt Impulsiveness Scale 1**

| Attentional Facet | Scores |
| --- | --- |
| I. | 1  2  3  4 |
| 1. I don't "pay attention." | 1  2  3  4 |
| 2. I concentrate easily. | 1  2  3  4 |
| 3. I "squirm" at plays or lectures. | 1  2  3  4 |
| 4. I am a steady thinker. | 1  2  3  4 |
| 5. I am restless at the theater or lectures. | 1  2  3  4 |

*(Continued)*



**198     NeuroInvesting**

### Table B.1     (*Continued*)

| | |
|---|---|
| II. | 1 2 3 4 |
| 6. I have "racing" thoughts. | 1 2 3 4 |
| 7. I change hobbies. | |
| 8. I often have extraneous thoughts when thinking. | |
| Reverse score questions are: *2* and *4* | |
| Your scores for Attentional Facet I: _____ | |
| Your scores for Attentional Facet II: _____ | |
| *Comment*: if your scores were low on both then you have a good attention span and cognitive stability, the qualities of nonimpulsivity. | |

**Motor Facet**

| | |
|---|---|
| I. | |
| 9. I do things without thinking. | 1 2 3 4 |
| 10. I make up my mind quickly. | 1 2 3 4 |
| 11. I am happy-go-lucky. | 1 2 3 4 |
| 12. I "act" on impulse. | 1 2 3 4 |
| 13. I act on the spur of the moment. | 1 2 3 4 |
| 14. I buy things on impulse. | 1 2 3 4 |
| 15. I spend or charge more than I earn. | 1 2 3 4 |
| II. | 1 2 3 4 |
| 16. I change jobs. | 1 2 3 4 |
| 17. I change residences. | 1 2 3 4 |
| 18. I can think only about one thing at a time. | 1 2 3 4 |
| 19. I am future oriented. | 1 2 3 4 |
| Reverse score question is *19* | |
| Your score for Motor Facet I: _____ | |
| Your score for Motor Facet II: _____ | |
| *Comment*: If you scored low on both, then you have good control of your motor actions and persevere in holding off on impulsive actions. | |

The answer to question 10 needs to be qualified. My assessment differs from the standard low score for nonimpulsivity. I accept a higher score for this question because I believe that an investor's ability to make up his or her mind quickly with a quality decision is a positive factor. The ability to make a quick and yet not impulsive decision is the skill of an excellent instinctual investor. I see a mid to high score in this question as positive.

**Planning Facet**

| | |
|---|---|
| I. | |
| 20. I plan tasks carefully. | |
| 21. I plan trips well ahead of time. | 1 2 3 4 |
| 22. I am self-controlled. | 1 2 3 4 |
| 23. I am a careful thinker. | 1 2 3 4 |
| 24. I plan for job security. | 1 2 3 4 |
| 25. I say things without thinking. | 1 2 3 4 |
| II. | 1 2 3 4 |
| 26. I save regularly. | 1 2 3 4 |
| 27. I like to think about complex problems. | 1 2 3 4 |
| 28. I am easily bored when solving thought problems. | 1 2 3 4 |
| 29. I am more interested in the present than in the future. | 1 2 3 4 |
| 30. I like puzzles. | |
| Reverse score questions are: | |
| *20, 21, 22, 23, 24, 26, 27,* and *30* | |

Appendix B: Barratt Impulsiveness Scale (Revised)    199

**Table B.1   (*Continued*)**

Your score for Planning Facet I: _____
Your score for Planning Facet II: _____
*Comment*: If you scored low on both, then you have good self-control in planning for your future and possess the cognitive ability for complexity, the reverse of an impulsive attitude.

With question 29, my assessment differs from the standard score. I accept a higher score for nonimpulsivity. While one's attitude of planning for the future is a sign of nonimpulsivity, for an investor, the ability to *focus on the present decision* and not be distracted by the prospects of future profits or an out-of-proportion fear of past or future losses is an asset. A higher score for those reasons is acceptable for this question and does not detract from being nonimpulsive.

*Source*: http://www.impulsivity.org/pdf/BIS11English.pdf, with author's revision incorporated in the scale.

# Note

1. J. H. Patton, M. S. Stanford, and E. S. Barratt, "Factor structure of the Barratt Impulsiveness Scale," *Journal of Clinical Psychology* 51 (1995): 768–774.

*Journal of Psychosomatic Research*, Vol. 38, No. 1, pp. 23–32, 1994.
Printed in Great Britain.

0022-3999/94 $6.00+.00
© 1993 Pergamon Press Ltd

# THE TWENTY-ITEM TORONTO ALEXITHYMIA SCALE—I. ITEM SELECTION AND CROSS-VALIDATION OF THE FACTOR STRUCTURE

R. MICHAEL BAGBY,* JAMES D. A. PARKER,† and GRAEME J. TAYLOR‡

(*Received* 19 *December* 1992; *accepted in revised form* 14 *July* 1993)

**Abstract**—Addressing shortcomings of the self-report Toronto Alexithymia Scale (TAS), two studies were conducted to reconstruct the item domain of the scale. The first study resulted in the development of a new twenty-item version of the scale—the TAS-20. The TAS-20 demonstrated good internal consistency and test–retest reliability, and a three-factor structure theoretically congruent with the alexithymia construct. The stability and replicability of this three-factor structure were demonstrated in the second study with both clinical and nonclinical populations by the use of confirmatory factor analysis.

## INTRODUCTION

FORMULATED during the early 1970s [1, 2], the alexithymia construct is generating increasing interest as a possible personality risk factor for a variety of psychiatric and psychosomatic disorders [3–8]. Investigations of alexithymia have been hampered, however, by problems with the various instruments designed to measure the construct [9, 10]. For example, several widely used self-report measures of alexithymia (viz., the Schalling Sifneos Personality Scale, the Revised Schalling Sifneos Personality Scale, and the MMPI Alexithymia Scale) have been shown to lack adequate reliability and/or validity [9–12].

Recognizing that these self-report alexithymia scales were developed without concern for construct validation and with virtually no consideration of contemporary standards of test construction [9, 10, 13, 14], we attempted to develop a new self-report measure of the construct using a combined empirical and rational method of scale construction. In our initial studies, we developed the twenty-six item Toronto Alexithymia Scale (TAS) [15], which demonstrated good internal consistency and test–retest reliability, and a four-factor structure theoretically congruent with the alexithymia construct—(F1) difficulty identifying and distinguishing between feelings and bodily sensations; (F2) difficulty describing feelings; (F3) reduced daydreaming; and (F4) externally-oriented thinking. Convergent, discriminant, and criterion validity of the TAS were also demonstrated [16–18].

Though the psychometric properties of the TAS are an improvement over those of other self-report measures of alexithymia [19], item development and scale validation are generally considered ongoing processes that must continue beyond the initial development of a scale [13, 20, 21]. In the course of further evaluating the

---

*Department of Psychiatry, University of Toronto, and Mood Disorders Program, Clarke Institute of Psychiatry, Toronto, Ontario, Canada.
†Department of Psychology, York University, Ontario, Canada.
‡Department of Psychiatry, University or Toronto and Mount Sinai Hospital, Toronto, Ontario, Canada.
  Address correspondence and reprint requests to: Graeme J. Taylor, MD, Mount Sinai Hospital, Room 936, 600 University Ave, Toronto, Ontario M5G 1X5, Canada.

26                                R. M. BAGBY et al.

rotated to a varimax solution. These three factors accounted for 27.9% of the total variance and each factor comprised sets of items that were interpretable and content relevant. In addition, the eigenvalue $\geq 1.00$ criterion [28, 31] indicated that a three-factor solution was suitable for rotation, as only the first three unrotated factors were greater than unity. The scree test [32] also indicated a clear break between the third and fourth factors. In addition, all factors beyond the third produced trivial factors (i.e., factors with only one uniquely loading item) (see Gorsuch [33]). Thus, three factors were rotated to solution.

Examination of the factor loadings for the three-factor solution revealed that four items failed to load significantly ($\geq 0.35$) on any one of the three obtained factors; these four items were eliminated. The remaining twenty items, hereafter referred to as the twenty-item Toronto Alexithymia Scale (TAS-20), were subsequently factor analyzed (principal axis factoring, three factors rotated to a varimax solution). The results are presented in Table I.

TABLE I.—RESULTS OF THE EXPLORATORY FACTOR ANALYSIS OF THE TAS-20

| Items | Factor 1 | Factor 2 | Factor 3 |
|---|---|---|---|
| *Difficulty Identifying Feelings* | | | |
| 1. I am often confused about what emotion I am feeling. | 0.574 | 0.266 | 0.009 |
| 3. I have physical sensations that even doctors don't understand. | 0.404 | 0.047 | 0.055 |
| 6. When I am upset, I don't know if I am sad, frightened, or angry. | 0.592 | 0.187 | 0.051 |
| 7. I am often puzzled by sensations in my body. | 0.570 | 0.066 | 0.068 |
| 9. I have feelings that I can't quite identify. | 0.576 | 0.272 | −0.022 |
| 13. I don't know what's going on inside me. | 0.584 | 0.304 | 0.105 |
| 14. I often don't know why I am angry. | 0.573 | 0.167 | 0.133 |
| *Difficulty Describing Feelings* | | | |
| 2. It is difficult for me to find the right words for my feelings. | 0.281 | 0.618 | 0.103 |
| 4. I am able to describe my feelings easily. | 0.149 | 0.641 | 0.142 |
| 11. I find it hard to describe how I feel about people. | 0.341 | 0.568 | 0.223 |
| 12. People tell me to describe my feelings more. | 0.261 | 0.470 | 0.078 |
| 17. It is difficult for me to reveal my innermost feelings, even to close friends. | 0.137 | 0.479 | 0.154 |

*(Continued).*

All three measures of psychometric adequacy suggested that the correlation matrix was suitable for factor analysis: Bartlett's test of sphericity indicated that the items were interdependent [$\chi^2 = 4919.9$, $p < 0.001$]; the Kaiser–Meyer–Olkin measure of sampling adequacy was well above the 0.50 minimally accepted level (MSA = 0.86), indicating that the items belonged together psychometrically; and only 50 (9.1%) of the off-diagonal elements of the anti-image covariants matrix were greater than 0.09, signifying that the matrix of convariances of the individual items approach a diagonal.

The 20-item Toronto Alexithymia Scale—I. 27

TABLE I.—*continued*

| Item | Factor 1 | Factor 2 | Factor 3 |
|---|---|---|---|
| *Externally-Oriented Thinking* | | | |
| 5. I prefer to analyze problems rather than just describe them. | −0.017 | 0.051 | 0.366 |
| 8. I prefer to just let things happen rather than to understand why they turned out that way. | 0.151 | 0.094 | 0.352 |
| 10. Being in touch with emotions is essential. | 0.069 | 0.024 | 0.474 |
| 15. I prefer talking to people about their daily activities rather than their feelings. | −0.017 | 0.148 | 0.438 |
| 16. I prefer to watch "light" entertainment shows rather than psychological dramas. | 0.012 | 0.065 | 0.368 |
| 18. I can feel close to someone, even in moments of silence. | 0.063 | 0.025 | 0.456 |
| 19. I find examination of my feelings useful in solving personal problems. | 0.074 | 0.064 | 0.613 |
| 20. Looking for hidden meanings in movies or plays distracts from their enjoyment. | 0.055 | 0.106 | 0.463 |
| Eigenvalue | 4.64 | 2.20 | 1.36 |
| % Total Variance | 12.60 | 9.63 | 8.75 |

Note: Items 4, 5, 10, 18, and 19 are negatively keyed.

The three-factor solution accounted for 31% of the total variance. Factor 1, which accounted for 12.60% of the total variance and 40.6% of the common variance, is comprised of items assessing the capacity to identify feelings and to distinguish between feelings and the bodily sensations of emotional arousal. Factor 2, accounting for 9.63% of the total variance and 31.1% of the common variance, reflects the inability to communicate feelings to other people. Factor 3, which accounted for 8.75% of the total variance and 28.2% of the common variance, is comprised entirely of items assessing externally-oriented thinking. The correlations among the unit-weighted subscales were 0.51 for F1 and F2; 0.18 for F1 and F3, and 0.29 for F2 and F3; all correlations were significant at the $p < 0.01$ level.

The TAS-20 demonstrated acceptable internal consistency (Cronbach's alpha = 0.81) with the derivation sample, as did each of the three factors (F1 = 0.78, F2 = 0.75, F3 = 0.66). There was a small but statistically significant difference between the mean TAS-20 score for men (mean = 51.14, SD = 10.40) and the mean score for women (mean = 48.99, SD = 11.48) [$t$ (964) = 2.96, $p < 0.01$]. In addition, there was a low magnitude correlation between TAS-20 scores and age ($r = -0.13$, $p < 0.01$). The test–retest reliability of the TAS-20 with the separate sample of 72 students, who were requested to complete the scale at the beginning of class on two occasions 3 wk apart was 0.77 ($p < 0.01$). Examination of the endorsement pattern frequency for each of the twenty items revealed no evidence of skewness for any of the items. Five of the items are negatively-keyed.



**INFORMATION FOR...**

- PUBLIC
- JUDGES
- CLERKS
- EDUCATORS
- PRESS
- ATTORNEYS
- COURT STAFF
- STUDENTS

# South Oaks Gambling Screen

Please note that the following online assessment is presented here for your information and convenience only. JLAP has no way of knowing who is using this online assessment, and no data will be collected when you submit the assessment for scoring. Scoring is made possible by a script that calculates your score based on how you answer the questions. If you would prefer to print this assessment and calculate your score on paper, please open our printer-friendly **Adobe PDF version**.

1. Please indicate which of the following types of gambling you have done in your lifetime. For each type, mark one answer: "Not at All," "Less than Once a Week," or "Once a Week or More."

| Please choose one answer for each statement: | Not At All | Less Than Once a Week | Once a Week or More |
|---|---|---|---|
| a. Played cards for money | ◯ | ◯ | ◯ |
| b. Bet on horses, dogs, or other animals (at OTB, the track or with a bookie) | ◯ | ◯ | ◯ |
| c. Bet on sport (parlay cards, with bookie at Jai Alai) | ◯ | ◯ | ◯ |
| d. Played dice games, including craps, over and under or other dice games | ◯ | ◯ | ◯ |
| e. Went to casinos (legal or otherwise) | ◯ | ◯ | ◯ |
| f. Played the numbers or bet on lotteries | ◯ | ◯ | ◯ |
| g. Played bingo | ◯ | ◯ | ◯ |
| h. Played the stock and/or commodities market | ◯ | ◯ | ◯ |
| i. Played slot machines, poker machines, or other gambling machines | ◯ | ◯ | ◯ |
| j. Bowled, shot pool, played golf, or some other game of skill for money | ◯ | ◯ | ◯ |
| k. Played pull tabs or "paper" games other than lotteries | ◯ | ◯ | ◯ |
|  | ◯ | ◯ | ◯ |

**(optional question)**
I. Some form of gambling not listed above
**Please specify:**

2. What is the largest amount of money you have ever gambled with on any one-day?

○ Never gambled
○ $1.00 or less
○ More than $1.00 up to $10.00
○ More than $10.00 up to $100.00
○ More than $100 up to $1,000
○ More than $1,000 up to $10,000
○ More than $10,000

3. Check which of the following people in your life has (or had) a gambling problem.

☐ Father
☐ Brother/Sister
☐ Child(ren)
☐ Mother
☐ Spouse/Partner
☐ Another Relative
☐ A Friend or Someone Important in My Life

4. When you gamble, how often do you go back another day to win back money you have lost?

○ Never
○ Some of the Time
(less than half the time I lose)
○ Most of the Time
○ Every Time I Lose

5. Have you ever claimed to be winning money gambling, but weren't really? In fact, you lost?

○ Never
○ Yes, less than half the time I lost
○ Yes, most of the time

6. Do you feel you have ever had a problem with betting or money gambling?

○ No
○ Yes
○ Yes, in the past, but not now

7. Did you ever gamble more than you intended to?     ○ Yes   ○ No
8.                                                     ○ Yes   ○ No

|     |     |     |     |
| --- | --- | --- | --- |
|     | Have people criticized your betting or told you that you had a problem, regardless of whether or not you thought it was true? |     |     |
| 9.  | Have you ever felt guilty about the way you gamble, or what happens when you gamble? | ○ Yes | ○ No |
| 10. | Have you ever felt like you would like to stop betting money on gambling, but didn't think you could? | ○ Yes | ○ No |
| 11. | Have you ever hidden betting slips, lottery tickets, gambling money, IOUs, or other signs of betting or gambling from your spouse, children or other important people in your life? | ○ Yes | ○ No |
| 12. | Have you ever argued with people you live with over how you handle money? | ○ Yes | ○ No |
| 13. | (If you answered "Yes" to question 12) Have money arguments ever centered on your gambling? | ○ Yes | ○ No |
| 14. | Have you ever borrowed from someone and not paid them back as a result of your gambling? | ○ Yes | ○ No |
| 15. | Have you ever lost time from work (or school) due to betting money or gambling? | ○ Yes | ○ No |
| 16. | If you borrowed money to gamble or to pay gambling debts, who or where did you borrow from (check "Yes" or "No" for each): |     |     |
|     | a. From household money | ○ Yes | ○ No |
|     | b. From your spouse | ○ Yes | ○ No |
|     | c. From other relatives or in-laws | ○ Yes | ○ No |
|     | d. From banks, loan companies, or credit unions | ○ Yes | ○ No |
|     | e. From credit cards | ○ Yes | ○ No |
|     | f. From loan sharks | ○ Yes | ○ No |
|     | g. You cashed in stocks, bonds or other securities | ○ Yes | ○ No |
|     | h. You sold personal or family property | ○ Yes | ○ No |
|     | i. You borrowed on your checking accounts (passed bad checks) | ○ Yes | ○ No |
|     | j. You have (had) a credit line with a bookie | ○ Yes | ○ No |

k. You have (had) a credit line with casino     ○ Yes     ○ No

---

[ Calculate My Score ]

**Note:** By pressing the "Calculate My Score" button, you are not submitting any information from this page to JLAP or any other organization. This form is strictly for informational purposes and your convenience only; **no data is being collected**. If you would prefer to print this assessment and calculate your score on paper, please open our printer-friendly **Adobe PDF version**.