**CERTIFICATE OF SERVICE**

I, **SHATON L. McDANIEL**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S REPLY TO DEFENDANT'S POSITION RE: SENTENCING; EXHIBITS**

☒ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By email, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

**ALEXIS BERG, USPO**
United States Probation Officer
312 N. Spring Street, 6th Floor
Los Angeles, California 90012

This Certificate is executed on **May 1, 2017**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

SHATON L. McDANIEL
Legal Assistant