MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman (SBN 139137)
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404
Tel:  +1.310.907.1000
Fax:  +1.310.907.2000
e-mail  nathan.hochman@morganlewis.com

Attorneys for Defendant
JONATHAN SCHWARTZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-22-DMG |
|---|---|
| Plaintiff, | DEFENDANT'S ADDITIONAL CHARACTER LETTERS |
| v. | Date:  May 3, 2017<br>Time:  3:00 p.m.<br>Courtroom:  8C |
| JONATHAN TODD SCHWARTZ, | |
| Defendant. | |

Defendant Jonathan T. Schwartz, by and through his counsel of record, Nathan J. Hochman, hereby submits the attached additional Character Letters in connection with the May 3, 2017 sentencing hearing.

DATED:  May 2, 2017         Morgan, Lewis & Bockius LLP


                            By:   */s/ Nathan J. Hochman*
                                  Nathan J. Hochman
                                  Attorney for Defendant
                                  Jonathan Todd Schwartz

## DECLARATION OF NATHAN J. HOCHMAN

I, Nathan J. Hochman, declare as follows:

1. I am an attorney duly licensed to practice law in the Central District of California, and I am counsel for defendant Jonathan Schwartz in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.

2. Attached hereto as Exhibit A are true and correct copies of additional character letters from the following members of the community: (1) Michael Port, M.D.; (2) Justin Gitelis; (3) Kevin Johnson; and (4) Ethne Todes.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my information and belief.

Executed this 2nd day of May, 2017, at Santa Monica, California.

Morgan, Lewis & Bockius LLP

By: /s/ Nathan J. Hochman
Nathan J. Hochman
Attorney for Defendant
Jonathan Todd Schwartz

DB2/ 31414373.1         2         CASE NO. CR 17-00022-DMG