# EXHIBIT A



**MICHAEL PORT M.D.**
Interventional Pain Medicine

Feb 21 2017

Re: Jonathan Schwartz

Dear Judge Gee;

I am a physician and have known Jonathan for several years in a professional and personal capacity.

I am aware that he is scheduled for sentencing in regards to federal wire fraud and tax evasion.

Jonathan has always impressed me with his kindness and caring for those around him, whether family or staff in the office with whom he barely knew. Since I initially met Jonathan I feel I have had an opportunity to get to know him personally through many heartfelt conversations. Jonathan has always shown introspection, insight and humility.

Since his recent legal issues Jonathan has expressed not only regret for having hurt those who trusted him, but also accountability to make restitution both financially and legally as he takes responsibility for his actions.

From my discussions and interactions with his family I know Jonathan cares deeply about his children and maintaining the close relationship they have had for many years.

Overall I truly believe Jonathan's interest is to make amends, restitution and to be able to look forward to a productive, spiritually rich, happy and healthy life.

Respectfully,

phone 310.574.0400 / fax 310.574.0401
13160 Mindanao Way, Suite 300 / Marina del Rey, CA 90292
8750 Wilshire Blvd, Suite 350 / Beverly Hills, CA 90211
3501 Jamboree Road, Suite 1250 / Newport Beach, CA 92660
www.discmdgroup.com

Michael Port

Case 2:17-cr-00022-DMG Document 37-1 Filed 05/02/17 Page 3 of 9 Page ID #:512

Exhibit A, Page 5

March 30, 2017
Justin Gitelis
Beit T'Shuvah
8831 Venice Blvd
Los Angeles, CA 90034

Honorable Judge Dolly M. Gee
United States District Judge

Dear Judge Gee,

My name is Justin Gitelis, I am currently a college student, and I am also a resident of the Beit T'Shuvah gambling treatment program. I have known Jonathan Schwartz for ten months which is close to my entire stay at this program. I know he is currently before the court for sentencing, and I'm writing this letter to help Your Honor gain a better sense of who Jonathan is so that his sentence can best serve the community and his rehabilitation

I first met Jonathan at Beit T'Shuvah. I had been in the gambling program for close to a month at this point and had become accustomed to the way of life at a residential treatment center. I am one of the youngest residents in the program, and by far the youngest when it came to the gambling program. Jonathan made an initial impact to my life right away. Most new members to our groups don't share their experiences but Jonathan openly and honestly share his. It was refreshing to see a man I had never met before come forward with all the problems he was dealing with in regards to addictions. I am a sports gambler myself so most of the issues Jonathan was dealing with I could also relate to. After that first group we immediately began speaking. I am a very silent person that likes to deal with my problems individually but after time grew Jonathan could see when I was struggling and would require that we spoke.

Upon entering this treatment center I had felt that I lost my family and most of my friends. After a few weeks I realized that Jonathan had become both. He is the closest friend I have from Beit T'Shuvah and also a father figure. He became someone that I looked up to greatly. I have met a lot of people that have come in and out of these doors at Beit T'Shuvah but there haven't been many people that I've seen truly willing to change. My relationship with my parents was strained and as we were trying to rebuild our family, both my mother and father decided it was time to come visit me from Chicago. I was absolutely terrified of the outcome. I had been in residential treatment for around three months, and although I was seeing progress, I was worried my parents would fail to see the changes I had made. I made this situation known in most of my groups I was attending, and that's when Jonathan said he would go to lunch with my parents. I was absolutely floored by the response, there aren't many people in my life at this point that would have my back, and he was there for me. We went on to have one of the most peaceful meals I've ever had with my parents. We talked open and honestly and I truthfully don't believe any of that would have been possible if Jonathan wasn't there.

After that lunch I knew I could trust Jonathan with anything. I came to him with problems about women, friends, and gambling. I would always come to Jonathan about gambling because there is a certain look with gamblers that as a fellow gambler you can tell that they are finished. I could confide my problems and he would help me evaluate my next steps in order to live a successful life. After around six months of treatment I began working a sales associate job and figuring out my plan to get out of residential treatment. Jonathan was there with me through every step of the way. He discussed how much money I needed to save, what amount of my income I could spend on rent. I was finally on my way to starting my life over again and Jonathan was helping me become the man I needed to be.

After around seven months I began to isolate. I wasn't responding to texts anymore, I wasn't going to the groups Jonathan and I attended together. I stopped dealing with my obligations and began to fall back into the same patterns. I would receive text messages from Jonathan daily asking me if I was doing alright but I wouldn't respond because at this point I had relapsed and was too ashamed to admit the failure. I started gambling again, and once again lost all of my earning and was in absolute despair. The day I came forward to Beit T'Shuvah about my relapse I was an absolute mess. I'm not entirely sure how Jonathan knew but after hours of isolation and depression Jonathan showed up at Beit T'Shuvah to convince me to stay and continue my treatment. I was done with rehab, I was sick of it entirely, but Jonathan spent days crying with me explaining to me the potential outcomes. I wouldn't listen to anyone, but I listened to Jonathan. I needed someone to be a part of my team and that's when I decided to ask Jonathan to be my GA Sponsor.

Jonathan texts and calls me just about every single day to do step work. I know he is committed to his recovery, but he is also more committed to my recovery then I am. I have been through a lot of ups and downs since moving to California and throughout it all I have always been assured I have one person in my corner. I trust Jonathan with my life, and not only do I consider him family but my parents do as well. The impact Jonathan has had on my life reaches to means that aren't explainable. He is my closest friend, my family, and also my mentor. He has taught me many life lessons and to incarcerate him would not only hurt his life but also all the potential people who he could teach about this addiction. Every single gambler at Beit T'Shuvah knows Jonathan Schwartz, and all of them have been impacted by his presence in some way. He has helped many members of this community and I know he would continue to do so if given the opportunity.

I hope that the Court seeks an appropriate sentence for Jonathan Schwartz. It will consider the communities that he affects positively, his wonderful family, and him as a human being.

Respectfully,

Justin Gitelis

March 30, 2017

Kevin Johnson
Beit T'Shuvah
8831 Venice Blvd
Los Angeles, CA 90034

Honorable Judge Dolly M. Gee
United States District Judge

Dear Judge Gee,

My name is Kevin Johnson. I am a research assistant for the nonprofit Center for Transparency and Security, and I am also a resident of the Beit T'Shuvah treatment program, in the process of transitioning to an independent living situation. It is in the latter capacity that I have known Jonathan Schwartz, for a full ten months since I first arrived at the program. I know he is currently before the Court for sentencing, and I am writing this letter to help Your Honor gain a better sense of who Jonathan is, so that his sentence might best serve the community and serve his rehabilitation.

It is a testament to Jonathan's presence that despite taking no part in the gambling wing of the Beit T'Shuvah program, I have come to know and respect him greatly. I first met Jonathan when we were both eating lunch with a mutual friend. I expressed how much I was struggling with facing some of the bad decisions I have made that let others down. Despite not being familiar with me, Jonathan began to speak with great openness about his own regrets. His empathy felt so honest, and he offered me his phone number so that we could stay in touch as we both pursued rehabilitation in our lives. From that day, Jonathan has consistently showed the same strikingly giving and genuine nature. We have sought mutual support from one another. We have discussed spirituality. And I have seen how hard he has worked in his struggle with his own demons and his addiction.

And I am not the only one. Jonathan has touched many people here. Many of us have gone out with him and spent time enjoying a meal at his place. These were rare and important excursions for those of us early in the program – the staff here know Jonathan as well and so were willing to entrust us to him. In fact, the mutual friend through whom I had met Jonathan ended up relapsing in his gambling addiction approximately six weeks ago. This friend felt that he did not connect with his sponsor, and out of care and concern for him Jonathan agreed to sponsor him. That he did so in the midst of all of his current troubles is a testament to the kind of friend Jonathan is. It is also a testament to the way Jonathan has made a contribution to this community. Staff here must approve of our sponsors – and of course staff was incredibly pleased that our mutual friend would have Jonathan guiding him through the program.

More than anything, the number one topic I have discussed with Jonathan is his family, and his care and concern for them through all of this. Jonathan seems to always have his children in his heart and mind, and I know he is more concerned with the impact that his decisions have had on them than he is with his own fears. I admire the personal attitude he has had towards his divorce, and I think one of the significant factors in this is his desire to make this entire situation as painless as possible for his children. It is reflective of the fact that he understands and accepts his own responsibility for the situation he is in.

Jonathan's life has been turned upside down now that he has had to face what he did. He has a lot of regrets, and feels great remorse; the life he was living was so incongruent with the man he knew he

wanted to be to his family. So I know that through it all he tries to remain grateful that this has at least forced him to seek help for his addiction. He is working hard on his own now to maintain a new life. To incarcerate him would only destroy the new life he is building. It would not contribute any further to his rehabilitation, would be a loss to the community, and would only cause more suffering to his family.

I hope that as the Court seeks an appropriate sentence for Jonathan Schwartz, it will consider the communities he has touched, his family, and his heart and soul as a human being.

Respectfully,

Kevin Johnson

Exhibit A, Page 9

Ethne Todes
8500 Burton Way, PH 801
Los Angeles, CA 90048

February 7, 2017

Honorable Dolly M. Gee
United States District Judge

RE:   JONATHAN SCHWARTZ

Dear Judge Gee,

I am writing in reference to Jonathan Schwartz, who is appearing before your court due to a federal crime, namely wire fraud and tax crime.

I have been employed at Cedars Sinai for the past 12 years working as an Executive Assistant to the Vice President of Development. Prior to meeting Jonathan, I was familiar with his charity, HeartView Global Foundation, which supports the Heart Program at Cedars-Sinai. Jonathan's mission to raise money to recognize heart disease in its latent "clinically silent" phase only exemplifies who he is as a person – one who wants to help others with a very generous heart. Provide for those individuals who cannot afford the Coronary CT Scan in order to prevent the risk of heart attacks, stroke or premature sudden cardiac death.

I have been a friend of Jonathan for the past two years when he became my tenant. I developed a personal friendship with him and got to know him and his children. In the time that I have known Jonathan and his children, Jonathan has been a very caring, supportive father, very family oriented and a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. Jonathan is a man of integrity, honesty, respectful and hard-working. He is associated with many community based organizations, naming a few, the Aleph Institute and Beit T'shuvah where he continues to volunteer his time to help be supportive to others who are recovering from the same addiction and continues to be a role model in using his positive and caring ways in helping others. Jonathan also lectures to students of the USC Masters of Social Work Program. Jonathan is compassionate and devoted to building an empowering sense of belonging.   I have seen Jonathan go through ups and downs but all the while I have been convinced that he is a decent person at the core.

Jonathan has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. To do that, Jonathan needs you to give him an opportunity to get a second chance. The effects of incarceration on his family and others will be devastating.

Honorable Dolly M. Gee
United States District Judge
February 7, 2017
Page 2

I recognize that Jonathan broke the law, but given the tremendous effect that this will have on his children, and seeing how hard he is working in making amends to be a better person from all of this, I hope that you will recognize the power you wield with regard to the future and grant leniency and a fair decision.

Respectfully yours,

Etine Todes