UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 17-22-DMG | Date | May 3, 2017 |
|---|---|---|---|

| Present: The Honorable: | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Anne Kielwasser | Ranee A. Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Rtnd. | DFPD | Panel. | Interpreter |
|---|---|---|---|---|---|---|---|
| Jonathan Todd Schwartz | | ✗ | Nathan J. Hochman | ✗ | | | N/A |

**PROCEEDINGS:**  SENTENCING AND JUDGMENT  ☐ Contested  ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. __X__ Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s)_____
   Count(s) _____ concurrent/consecutive to count(s)_____
☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
☐ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  ☐ Perform ___ hours of community service.  ☐ Pay ___ fine amounts & times determined by P/O.
  ☐ Serve ___ in a CCC/CTC.  ☐ Make $___ restitution in amounts & times determined by PO.
  ☐ Participate in a program for treatment of narcotic/alcohol addiction.
  ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ☐ Other conditions: _____
☒ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☒ Pay $ 100 per count, special assessment to the United States for a total of $ 200
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
  with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☒ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission.  ☐ Processed statement of reasons
☒ Bond Exonerated  ☒ upon surrender  ☐ upon service of _____
☒ Execution of sentence is stayed until 12 noon, July 11, 2017 _____
  at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Present bond to continue as bond on appeal.  ☐ Appeal bond set at $ _____
☒ Filed and distributed judgment. ENTERED.
☒   Other: The Court hears from the victims. Within ten days from the entry of judgment, the Government shall file a document under seal identifying the names and addresses of the victims to whom restitution is owed and it shall be incorporated herein by this reference. The Court recommends that the Bureau of Prisons assign this defendant to the federal correctional institution at Sheridan, Oregon and that he be assessed for suitability for the 500-Hour Residential Drug Treatment Program. Further, the parties shall meet and confer and submit a stipulation re modification of security for the bond by May 10, 2017.

cc:

1:46
**Initials of Deputy Clerk**   KT