SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief Assistant for Trials, Integrity & Professionalism
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    E-mail:    ranee.katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-22-DMG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE BOND |
| v. | |
| JONATHAN TODD SCHWARTZ, | |
| Defendant. | |

    Pursuant to the parties' Stipulation Re: Bond Pending Self-Surrender, the Court FINDS and ORDERS as follows:

    1.  On February 1, 2017, defendant JONATHAN TODD SCHWARTZ ("defendant") appeared and was arraigned on a two-count information charging him with wire fraud, in violation of 18 U.S.C. § 1343, and subscribing to a false tax return, in violation of 26 U.S.C. § 7206(1).  Defendant was released on a $25,000 unsecured appearance bond.

    2.  On February 2, 2017, defendant pled guilty to the two counts charged in the information.

3. On May 3, 2017, the Court sentenced defendant to 72 months in the custody of the Bureau of Prisons, to be followed by three years supervised release, and ordered defendant to pay restitution in the total amount of $8,657,268.

4. The Court ordered defendant to surrender for service of his sentence on or before July 11, 2017. The Court increased defendant's bond, pending his self-surrender, to $25,000 secured by an affidavit of surety from a third party with full deeding of property.

5. Defendant's mother, Joyce Schwartz Welkis, is an appropriate surety. The property to be posted is Ms. Welkis' residence located at 412 Garfield Drive, Petaluma, CA. Defendant may establish that there is sufficient equity in the property for the $25,000 bond by presenting evidence acceptable to the United States Attorney's Office of the reconveyance of any pre-existing deeds of trust on the property and the most recent tax assessment from Sonoma County for the property.

6. Ddefendant must post the new bond by **4:00 p.m. on Friday, May 19, 2017**.

IT IS SO ORDERED.

Dated:  
HON. DOLLY M. GEE  
UNITED STATES DISTRICT JUDGE