MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman (SBN 139137)
The Water Garden, Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404
Tel:  +1.310.907.1000
Fax:  +1.310.907.2000
e-mail  nathan.hochman@morganlewis.com

Attorneys for Defendant
JONATHAN SCHWARTZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN TODD SCHWARTZ,<br><br>Defendant. | No. 17 CR – 00022-DMG<br><br>DEFENDANT JONATHAN SCHWARTZ UNOPPOSED EX PARTE APPLICATION TO EXTEND TIME TO POST NEW BOND; DECLARATION OF BRIANNA L. ABRAMS<br><br>[NO HEARING REQUIRED] |

Defendant Jonathan Schwartz, by and through his attorney, Nathan J. Hochman of Morgan, Lewis & Bockius LLP, hereby applies *ex parte* for an Order extending the time by which Defendant Schwartz must post the new bond to 4:00 p.m. on Friday May 26, 2017. By order entered by this Court on May 11, 2017, the current date by which the new bond must be posted is 4:00 p.m. on May 19, 2017.

///

///

///

DB2/ 31474315.1

This application is based on the attached Declaration of Brianna L. Abrams, the files and records of this case, and such additional evidence and arguments as may be presented at any hearing on this application.

DATED: May 18, 2017

Morgan, Lewis & Bockius LLP

By: *Nathan J. Hochman /rl*
Nathan J. Hochman
Attorney for Defendant
Jonathan Todd Schwartz

## DECLARATION OF BRIANNA L. ABRAMS

I, BRIANNA L. ABRAMS, declare as follows

1. I am an attorney admitted to practice in California and the Central District of California and an associate at Morgan Lewis & Bockius LLP.
2. On May 11, 2017 the Court ordered Defendant Jonathan Schwartz to post a new bond pending self-surrender by 4:00 p.m. on Friday May 19, 2017. [Docket No. 42]
3. Per the May 11 Order, the amended CR-1 stated that the surety bond was to be secured with a full deeding of property at 412 Garfield Drive, Petaluma, California with the Affidavit of Surety signed by Joyce Schwartz Welkis, Defendant Schwartz's mother.
4. Since the Court's May 11 Order, delays were encountered in recording the surety bond, in part, due to the fact that the property is located outside of Los Angeles County and the property is held in joint tenancy, thereby requiring the authorization of both owners – Ms. Welkis and her husband Irwin Welkis.
5. The deed of trust was recorded on May 18, 2017 in the County of Sonoma.
6. It is anticipated that the process will be completed no later than 4:00 p.m. on May 26, 2017.
7. The parties have agreed that Joyce Schwartz Welkis will sign an unsecured affidavit of surety in the amount of $25,000, which will be posted on May 19, 2017, and will be replaced by the secured bond (the affidavit of surety in the amount of $25,000 secured by full deeding of the property at 412 Garfield Drive, Petaluma, California) by no later than May 26, 2017.

///
///
///

1

8. I corresponded with Assistant United States Attorney Ranee Katzenstein and informed her of this *ex parte* request and the reasons for it. Ms. Katzenstein indicated that the government did not oppose the *ex parte* request to extend the time to post the new bond.

//

Executed this 18th day of May 2017, at Santa Monica, California

By: *Brianna L. Abrams /LB*

Brianna L. Abrams