UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN TODD SCHWARTZ,<br><br>Defendant. | No. CR 17-22-DMG<br><br>ORDER RE: EXTENDING TIME TO POST NEW BOND [43] |

For good cause show, IT IS HEREBY ORDERED THAT:

Defendant Jonathan Schwartz's *ex parte* application seeking to extend time to post a new bond is GRANTED. Accordingly, it is ORDERED THAT an unsecured affidavit of surety in the amount of $25,000, signed by Joyce Schwartz Welkis, shall be posted on May 19, 2017; which shall be replaced by the new bond (an affidavit of surety in the amount of $25,000 secured by full deeding of the property at 412 Garfield Drive, Petaluma, California) by no later than **4:00 p.m. on Friday May 26, 2017**.

IT IS SO ORDERED.

DATED: May 19, 2017____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Criminal Intake
    PSA

1