1                  UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3                             ---

4            HONORABLE DOLLY M. GEE, JUDGE PRESIDING

5                             ---

6

7

8    UNITED STATES OF AMERICA,          )
                                        )
9                                       )
                                        )
10                   Plaintiff;         )
                                        )No. 17-22DMG
11          VS                          )
                                        )
12   JONATHAN TODD SCHWARTZ,            )
                                        )
13                                      )
                     Defendant.         )
14   _____)

15

16           Reporter's Transcript of Proceedings
                         SENTENCING
17               Los Angeles, California
                 WEDNESDAY, MAY 3, 2017
18                      4:30 P.M.

19

20

21

22           Anne Kielwasser, CRR, RPR, CSR
             Federal Official Court Reporter
23           350 West First Street, Suite 4455
             Los Angeles, California 90012
24             Telephone: (213) 894-2969
               anne.kielwasser@gmail.com
25                 AKtranscripts.com

```
 1                    A P P E A R A N C E S

 2

 3      ON BEHALF OF THE PLAINTIFF:

 4

 5      Ranee Katzenstein
        AUSA - Office of US Attorney
        Major Frauds Section
 6      312 North Spring Street 11th Floor
        Los Angeles, CA 90012-4700
 7      Tel:  213-894-2432
        Fax:  213-894-6269
 8      E-mail:  Ranee.Katzenstein@usdoj.gov

 9      Also Present:  Mike Jegalian, IRS
                       Eric Ptocek, FBI
10
                       Alanis Morissette
11                     Bernard Gudvi

12
        ON BEHALF OF THE DEFENDANT:
13

14      Nathan J Hochman
        Morgan Lewis and Bockius LLP
15      The Water Garden
        1601 Cloverfield Boulevard Suite 2050 North
16      Santa Monica, CA 90404-4082
        Tel:  310-255-9025
17      Fax:  310-907-2025
        E-mail:  Nathan.hochman@morganlewis.com
18

19

20

21

22

23

24

25
```

1

I N D E X

2
                                                PAGE
STATEMENTS BY:

3
MR. HOCHMAN:                        7, 57

4
MS. KATZENSTEIN:                    26

5
MR. GUDVI:                          37

6
MS. MORISSETTE:                     46

7
THE DEFENDANT:                      60

8
**JUDGMENT AND SENTENCE**           63

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   WEDNESDAY, MAY 3, 2017                         4:30 A.M.

 2                        ~ ~ ~

 3                  S E N T E N C I N G

 4                        ~ ~ ~

 5         COURT CLERK:  Calling Item No. 2.  CR 17-22DMG

 6   United States of America versus Jonathan Todd Schwartz.

 7               Counsel, your appearances, please.

 8         MS. KATZENSTEIN:  Good afternoon, Your Honor.

 9   Ranee Katzenstein on behalf of the United States, and with me

10   at counsel table is Special Agent Mike Jegalian of the

11   Internal Revenue Service Criminal Investigation Division, and

12   Special Agent Eric Potocek of the FBI.

13               Also present in the courtroom, Your Honor, is

14   Alanis Morissette, one of the victims, the client victims,

15   Bernard Gudvi, Mike Oppenheim and Nicholas Brown, the

16   partners of GSO Business Management LLC, the firm at which

17   the defendant was working when the embezzlements took place.

18   Numerous employees of GSO are also present in the courtroom

19   as well as other individuals supporting the government's

20   sentencing recommendation.

21               Thank you, Your Honor.

22         MR. HOCHMAN:  Good question, Your Honor.  Nathan

23   Hochman on behalf of Jonathan Schwartz, who's present on

24   bond.  Also in the court, Your Honor, are Mr. Schwartz's

25   mother and supporters who have submitted letters to Your
```

1    Honor.

2           **THE COURT:**  All right, good afternoon.

3                  This is the time set for sentencing.  Is

4    there any reason why judgment and sentence should not be

5    imposed at this time?

6           **MR. HOCHMAN:**  No, Your Honor.

7           **MS. KATZENSTEIN:**  No, Your Honor.

8           **THE COURT:**  All right, I have read and considered

9    the original and revised Presentence Investigation Report as

10   well as the probation office's disclosed Recommendation

11   Letter file on March 30, 2017.  I've also reviewed the First

12   Addendum of the probation officer, dated May 1st.  I've also

13   reviewed the Government's Response to the Presentence Report

14   and Sentencing Position with exhibits filed April 19th, the

15   government's additional victim letters filed under seal on

16   April 21 and 26, the Defendant's position regarding

17   sentencing with exhibits filed on April 26, and the

18   government's reply with exhibits filed May 1st, and the

19   defendant's additional character letters filed on May 2nd.

20                  Are there any other documents that the Court

21   should have considered?

22          **MS. KATZENSTEIN:**  No, Your Honor, thank you.

23          **MR. HOCHMAN:**  No, Your Honor.

24          **THE COURT:**  All right.

25                  Mr. Hochman, have you had sufficient time to

1    review the Revised Presentence Report with your client?

2              **MR. HOCHMAN:**  I have, Your Honor.

3              **THE COURT:**  And you've had a chance to explain it

4    and the government's position to him?

5              **MR. HOCHMAN:**  Yes, Your Honor.

6              **THE COURT:**  Do you have any concerns about his

7    ability to understand either of those things?

8              **MR. HOCHMAN:**  No concerns, Your Honor.

9              **THE COURT:**  All right.

10             Mr. Schwartz, have you reviewed the revised

11   Presentence Investigation Report?

12             **THE DEFENDANT:**  Yes, I have, Your Honor.

13             **THE COURT:**  And your attorney has explained it to

14   you?

15             **THE DEFENDANT:**  Yes, he has.

16             **THE COURT:**  All right.  Thank you.

17             Mr. Hochman, would you stand at the lectern

18   with your client, please?

19             **MR. HOCHMAN:**  Yes, Your Honor.

20             **THE COURT:**  Do you wish to contest or change

21   anything in the Revised Presentence Report other than what's

22   already been submitted in your sentencing papers?

23             **MR. HOCHMAN:**  No, other than what's been

24   submitted, Your Honor.

25             **THE COURT:**  All right.  And would you like to be

1    heard at this time?

2            **MR. HOCHMAN:**  Yes, Your Honor.

3            Your Honor, this is, as we've described in

4    our papers, a tragic case, a case where Mr. Schwartz

5    seemingly had it all.  He had a great family, a great job,

6    great clients, great partners, and a great reputation in the

7    community for a hard work, client service and charitable

8    giving.  And he threw it all away, Your Honor.

9            He has lost his job.  His children don't

10   speak to him.  He's lost his wife.  He's lost his partners.

11   He's lost the employees that he worked with for all those

12   years.  He's lost his reputation.  He's lost everything, Your

13   Honor.  He's lost his CPA license.

14           So, how did this come to be?  Why would

15   someone who was earning probably close to a million dollars

16   or more every year, more than enough to pay for the lifestyle

17   he was leading, end up stealing $7 million of cash, Your

18   Honor, from his clients, surreptitiously, over six years, and

19   then using that cash to basically fuel a gambling addiction

20   and substance abuse spiral that went out of control, Your

21   Honor.

22           And so the -- the sad answer, Your Honor, is

23   that, as Dr. Potenza, Mark Potenza, has stated, one of the

24   world's leading experts in gambling addictions, is that

25   Mr. Schwartz was suffering from what is called a pathological

1    gambling disorder, a severe gambling disorder.

2                    It's evidenced, Your Honor, by the facts of

3    this case.  The facts of this case being that he stole $7

4    million of cash and lied constantly about it.

5                    We have submitted to Your Honor the phone

6    records between Mr. Schwartz and his bookie, Your Honor, that

7    showed over a thousand phone calls during that six-year

8    period where Mr. Schwartz would increase -- increasingly up

9    his bets.  His bets originally started at $300, $500.

10   Eventual they were $5,000 per game, $50,000 per weekend.  And

11   what happened to --

12           **THE COURT:**  How do you respond to Ms.

13   Katzenstein's assertion that there is only self-serving

14   statements by Mr. Schwartz about his gambling addiction?

15           **MR. HOCHMAN:**  As follows, Your Honor:  The

16   evidence that would show the gambling addiction, Your Honor,

17   would be as follows:  First, Mr. Schwartz's statements;

18   second, his bookie statements.

19                    The government is aware that there were two

20   monitored phone calls between Mr. Schwartz and that bookie,

21   Your Honor.  In those phone calls in which Mr. Schwartz was

22   cooperating with the IRS agents, the bookie acknowledges that

23   he placed the bets.  He doesn't acknowledge being the bookie,

24   but he acknowledges placing the bets.

25                    He acknowledges that Mr. Schwartz,

1    actually -- and this is in January of 2017 -- still owes him

2    $30,000 that he still hadn't paid up.  When Mr. Schwartz

3    confronts him about millions of dollars of bets up until that

4    time that had been placed, the bookie doesn't deny it.  He

5    just says -- and says that he's prepared to place more bets

6    with Mr. Schwartz if he owns up and pays up the $30,000 or

7    $35,000 he still owes him.  So, we actually have the --

8    the --

9                    And, again, the government --

10                   I'm not in a position, Your Honor, to go

11   interview a bookie and say:  Can you please confess to me,

12   the defense, of crimes that you've committed with

13   Mr. Schwartz over the last six years.  Oh, and by the way, if

14   you did receive this cash from Mr. Schwartz and you didn't

15   put it on your tax return, you too could be a guilty of

16   income tax evasion.

17        **THE COURT:**  Perhaps you can also address the fact

18   that Mr. Schwartz claims to have had a gambling addictions

19   when he was in college and yet he was able to walk away from

20   that and basically steer clear of it for quite some time.

21                 What made this time different?

22        **MR. HOCHMAN:**  I can address it, Your Honor, and

23   Dr. Mark Potenza is actually in court, and we can have him

24   address it directly.  But let me attempt to address it first,

25   and if the Court wants to hear from the expert in the

```
 1    field --
 2             THE COURT:  I -- I did read his report.
 3             MS. KATZENSTEIN:  Certainly.
 4                  The way addictions works, Your Honor, is that
 5    once you're --
 6                  Addictions manifests itself in different --
 7    at different times, at different levels.
 8                  When Mr. Schwartz was in college, he was
 9    gambling at a smaller level.  He was in a fraternity back in
10    the university in New York, and actually became a bookie
11    along with another fraternity brother, racking up about
12    $10,000 in debt in college.  He realized he had some level of
13    problem, and he moved out west, to San Francisco State
14    University.
15                  And sometimes, like with certain addicts, the
16    problem manifested itself; and when he moved locations, he
17    was able to bring it under control and focus on other parts
18    of his life, getting an accounting degree, eventually getting
19    a CPA license, and then working day and night to work his way
20    up to business management ladder, Your Honor.
21                  The problem was, is that, like any illness
22    that you might have, an addictions, gambling addictions, as
23    Dr. Potenza has shown, is a chronic illness, and like certain
24    chronic illnesses, they manifest themselves at different
25    parts in your life.
```

1              In the late 2000s as he is getting more

2    success and with that success came the stress of servicing

3    these high-profile clients, and he's working around the

4    clock, trying to be the best in his business and a very

5    competitive entertainment business.  It is, as Your Honor

6    well knows -- the stress got to him.

7              He self-medicated with marijuana, eventually

8    it led to cocaine, and then it fueled and went back to his

9    addictions.

10             And the thing about -- that I have learned

11   about addictions -- is that there's some people -- in fact,

12   they say most people in America can gamble on a particular

13   Sunday football game, place their bets, and they're happy.

14   They might not have to place another bet for another week or

15   another season.

16             The addict is like the alcohol addict.  Some

17   people can drink one glass of wine and put it down.  The

18   alcohol addict drinks wine and you're bottles later.

19             The same thing with the gambling addict.  The

20   gambling addict places one bet, and it's not enough, and then

21   places another and another.  There is actually a chemical

22   reaction that Dr. Potenza talks about that the gambling

23   addict suffers from, like he would suffer from any mental

24   health disease:  Depression, bipolar, schizophrenia.

25   Addictions is in that -- that realm and has been recognized

| | |
|---|---|
| 1 | by the DSM as that type of mental health disorder, Your |
| 2 | Honor. |
| 3 | And what happened is, he got back into, |
| 4 | unfortunately, that spiral.  But now he had more money, Your |
| 5 | Honor, and as he had more money, he's betting more money. |
| 6 | And all of a sudden the $300 for the games is not good |
| 7 | enough.  He's up to $500 a game. |
| 8 | And on the weekends the NFL has a dozen or so |
| 9 | games, and you can have different types of bets for each one |
| 10 | of the games.  50,000 a weekend is what starred to rack up. |
| 11 | And, unfortunately for Mr. Schwartz, well, |
| 12 | fortunately or unfortunately, it doesn't matter, he's not a |
| 13 | good football picker and a good better, and the bets -- and |
| 14 | he starts to lose and rack up huge losses. |
| 15 | And how do we know that the cash was for the |
| 16 | losses, Your Honor?  Let's start out with the fact that it |
| 17 | was cash.  Many embezzlers, and I'm sure the Court has |
| 18 | experienced, will change a check, maybe alter a wire |
| 19 | transfer, you know, create a fake company and put the money |
| 20 | into their fake company. |
| 21 | This is cash, Your Honor.  He literally is |
| 22 | either having the bank deliver him cash or going to get cash |
| 23 | on an almost weekly bases for six years.  And so -- |
| 24 | And the -- and the government has no -- no |
| 25 | evidence that that cash was used -- and remember, he's making |

1    about a million dollars a year, that there's somehow $7

2    million of cash overseas or $7 million of stuff that he

3    bought in the government's investigation.

4         **THE COURT:**  Well, the other pattern that I often

5    see with gamblers is that they engage in gambling to their

6    own ruin first before they start to look at engaging in crime

7    and stealing from others.

8              In this case it doesn't appear that

9    Mr. Schwartz was suffering monetarily personally on the

10   family front or being able to live a lavish lifestyle.

11        **MR. HOCHMAN:**  You're right, Your Honor.

12             The way Mr. Schwartz's business worked,

13   though, is that Mr. Schwartz could get advances during the

14   year against what his ultimate compensation would be at the

15   end of the year, and then get a very large amount towards the

16   end of year, Your Honor.

17             And, unfortunately, his gambling -- and

18   that's where the addiction comes in -- is going well beyond

19   what you would think would be -- you have enough money to

20   finance your lifestyle and your gambling.  To show you the

21   severity of his gambling, is that he went beyond all of that,

22   Your Honor.  The money that he had --

23             Remember, the estimate is, Your Honor, that

24   he had lost approximately over $7 million.  Seven million is

25   what he took from the clients.  It's not the only amounts of

money he lost because, remember, that was in cash.

We estimate he probably, to gamble, if you estimate your typical win/loss ratio, at least double or triple that amount in order to just lose $7 million.  So, he's probably gambling over $20 million over this seven-year, six-year period.

That is a -- if you didn't even have Dr. Potenza's declaration, and I just came to the Court and I said:  $7 million in cash over six years with over a thousand phone calls to an individual that later is determined to be the man who placed the bets for him, that would establish a severe gambling disorder, pathological gambling.

Dr. Potenza's declaration, the expert declaration, helps corroborate the fact that that is what Mr. Schwartz was suffering from.

And, again, the government hasn't come forward and said that there is some other explanation for the cash.

And the other aspect I would give you on this is what happened once this came to light in May of 2016. Mr. Schwartz goes into the Beit T'Shuvah outpatient intensive program for problem gambling where he spends three months. He goes to gamblers anonymous meetings.

He is consistently, since May 2016, announcing to -- to medical professionals, to the clergy, to

1    his friends, his family and even the outside world the extent

2    of his gambling addiction.

3              And I would submit to Your Honor that is not

4    some -- some method that he was doing to some -- one day a

5    year later appear before Your Honor to claim a gambling

6    addictions.

7              When you couple these $7 million of cash over

8    six years with a thousand phone calls to a bookie, with the

9    acknowledgement by the bookie that he placed the bets, with

10   the year that you've seen since his acknowledgement of May

11   2016 of his treatment for a gambling addiction.

12             And Your Honor has seen through the letters,

13   the repeated lesser of his open acknowledgement of the

14   gambling addiction that he had over these years.

15             And you add one more fact that Dr. Potenza

16   focused me on, which is the fact that there is an even

17   genetic predisposition for people to have both gambling or

18   substance abuse addictions, and you go backwards into the

19   fact that Mr. Schwartz's father was both a gambling addict

20   and a substance abuser.

21             And this collection of evidence, Your Honor,

22   should more than meet the defense's burden to establish that

23   Mr. Schwartz was suffering from a severe gambling disorder or

24   what they call pathological gambling.

25             The question at that point, Your Honor, is

1    what level of mitigation that should present Your Honor to

2    consider in balancing that against the nature and

3    circumstances of the offense and the other Section 3553(a)

4    factors?  And I would suggest, Your Honor, that the courts

5    have said that -- and treated gambling addiction as a

6    physical disability or likened it to a physical disability.

7    And the guidelines themselves talk about if there is a

8    significant impairment of your judgment, that too is a

9    mitigating circumstance.

10                Because, again, the cases have talked about

11    the fact that when you're going through an addiction, whether

12    it's a drug addiction, an alcohol addiction, gambling

13    addiction, or suffering from some other mental health

14    disease, that it controls you more than you control it.

15                And here, Ms. Katzenstein in her papers would

16    suggest that he could just click his fingers and turn off the

17    gambling addiction.

18                Dr. Potenza, the expert in that says it

19    doesn't work that way, that when you get into that toxic

20    spiral, when the dopamine and the -- and the chemicals are

21    going in your brain and fueling it as you're going from one

22    bet and one loss to the next, that in part, not 100 percent,

23    that gambling addiction is taking over your life, and you are

24    living to feed that addiction.

25                You're not calling it thousand times to your

1    family, you're not calling a thousand times for your clients;

2    you're calling a thousand times to your bookie.  That's the

3    level at which this takes over someone's ability to assess

4    the ramifications of their actions and deal with the

5    impulsivity that comes from a gambling addiction, all factors

6    that had been noted by the courts in United States versus

7    Dikiara, United States versus Decrescenzo, and the other

8    cases that I've cited in my papers.

9            And so, Your Honor, we would ask -- we would

10   suggest that with respect to the nature and circumstances of

11   the case, the -- or the offense -- that that is a mitigating

12   factor for that.

13           On the history and characteristics of the

14   defendant, we would suggest, Your Honor, that Mr. --

15   Mr. Schwartz had the ability and did, in fact, when he wasn't

16   dealing with his gambling addiction, lead an honest, law

17   abiding, family and community centric life, and then you can

18   see what happened when he came to terms with this gambling

19   addiction in May of 2016.

20           On the first part of it, as we point out in

21   our papers, Mr. Schwartz overcame a highly dysfunctional

22   childhood with a verbally and physically abusive mother, a

23   father who left him at four years old, who was a gambling and

24   substance abuse addict himself.

25           Mr. Schwartz basically graduates high school,

1    graduates college with an accounting degree, becomes a CPA,

2    joins a business management firm, it's a highly respected

3    firm, and rises through the ranks based on his integrity,

4    based on his honesty, his client service, and his ability to

5    respect the people he was working with and received their

6    respect back.  And that's why he ended up with the clients he

7    ended up with.

8              So, we have that part of Mr. Schwartz, that,

9    you know, in some ways gives the Court an idea of what --

10   what existed beforehand.

11             Now, what has existed afterwards?  Since May

12   of 2016, Mr. Schwartz, as I point out in my papers, could

13   have adopted or could have directed two different paths here.

14             When he found out -- or when we found that

15   the federal government was investigating this case, he could

16   have just hunkered down and said:  *I'll just wait 'til they*

17   *come and get me.  I'm not going to admit everything.  I'm*

18   *going to just keep lying, keep concealing, you know, not come*

19   *forward at all, not accept responsibility for my actions,*

20   *none of that.  The government wants to bring charges against*

21   *me and try the case, they c*an do it.  *I will do nothing to*

22   *assist them in the process.*

23             Or, you can -- Mr. Schwartz can do what he

24   actually ended up doing.  First off, instructing me to

25   contact the government, Ms. Katzenstein, before the

```
 1   government had ever finished their investigation or reached
 2   out to us, I reached out to her.
 3           THE COURT:  No doubt with your good counsel.
 4           MR. HOCHMAN:  Again, not every client follows it,
 5   Your Honor.  But with the ones that do end up before Your
 6   Honor in a -- in a situation where they accepted
 7   responsibility with my counsel, at the earliest possible way
 8   I could do it with the federal government.
 9               Yes, Ms. Katzenstein makes the point that he
10   should not have lied to his partners when they confronted
11   him.  And she's 100 percent right.  He shouldn't have lied to
12   his clients when they conferred him.  And again Ms.
13   Katzenstein is 100 percent right.
14               And sometimes, Your Honor, it takes for
15   certain people -- where rock bottom is; and here is when he
16   heard there is a federal investigation, he could go to jail.
17   And I spoke to him, and I said:  You got your two paths, and
18   here is what I recommend.  And he instructed me to go down
19   the second paths.
20               So, I contacted Ms. Katzenstein, I said, from
21   the first meeting on, Your Honor:  We're guilty.  Sign a Plea
22   Agreement.
23               When you get done with your investigation,
24   and you get us a Plea Agreement, we will turn it around, sign
25   it and get it right back to you.  And since there is a tax
```

1    aspect of this, get his closing agreements, that whatever the

2    tax, the 75 percent civil penalty will be, and all the

3    interest, we will sign that as well.

4              By the way, if you want our cooperation,

5    we're happy to offer it.  The government didn't give us a

6    cooperation deal; but we said, if you want our cooperation

7    against the bookie, who we believe there is a tax case

8    against, we believe that he participated in the gambling,

9    we're happy to help with that as well.

10              And, again, that's the path he went down.  He

11   gave up his -- he's in the process of giving up his CPA

12   license or the paperwork is almost done with that.  He -- you

13   know, we've actually just settled and signed the stipulation

14   settling with GSO, and he's -- we're taking a judgment to the

15   full amount that we owe them.

16              When Ms. Katzenstein came back with us --

17   with the numbers and what we owe, we did not quibble with

18   those numbers at all, Your Honor.  We said that is

19   what Mr. -- that is the damage that Mr. Schwartz caused by

20   his action, the disruption that he reaped by going through

21   this path.  He did it.  There is no -- there is no excuse,

22   whatsoever.

23              And then Mr. Schwartz says, What more can I

24   do to get the message out there and actually see if someone

25   were to actually learn from my lesson.  And I said, Well, you

know, it's interesting, the government will issue a press
release at the time of your indictment, and then they'll
issue another one at the time of your sentencing, and maybe
the newspapers will pick up on it, maybe they won't, and
maybe there'll be a certain small or big article out there.
And that will be the deterrent aspect of getting the message
out.

Or you can do one more thing that I
recommend.  You can go ahead and write an open letter to your
community, and this is the Hollywood community, the people
who are living the fast life, the ones who are dealing with
substance abuse, stress, gambling addictions or whatever, and
you can tell that community that you did it, you know,
basically paint a Scarlet F on your chest for a "felon," and
say:  Here is what my life looked like.  I threw it all away.
I suffer from this gambling addiction.  I suffer from the
substance abuse, but that's an explanation, that's not an
excuse.  I did it, and don't you follow in my footsteps.

Ms. Katzenstein seems to say that's a
self-serving letter that's just designed to influence Your
Honor.  Again, if we didn't write the letter, many
prosecutors, like Ms. Katzenstein, would stand up and say, he
has not owned up to the community.  He hasn't publicized
his -- his crimes, the consequences of those crimes.

He says in the letter:  You're going to lose

```
1    your job, your family, your reputation, your livelihood, all

2    your assets.  You're going to owe the government, your

3    clients and your firm all this restitution.  Don't do it.

4    And, by the way, you'll be a convicted felon the rest of your

5    life.

6                     That's the message that he was willing to own

7    up to in taking -- writing an open letter to the Hollywood

8    Reporter and having it viewed, as we estimate at this point,

9    with 20 -- over 20,000 unique views from the Hollywood

10   Reporter, the LA Times web site Spin Billboard and other web

11   sites.  So, again -- and then --

12                    What else has he done?  He's worked with the

13   Olive Institute and other institutes to basically go ahead

14   and help the people that the Olive Institute helps:  The

15   elderly, the infirm.

16                    And the other thing that he has done, aside

17   from getting that three-month intensive outpatient program

18   for program gambling, is he's not only gotten his own

19   sponsor, but one of the letters, the recent letter that the

20   Court has received from -- I'll just use his first name,

21   Justin -- is an individual who's going through his own

22   problem gambling situation.  And Mr. Schwartz has become his

23   sponsor.

24                    And when you read that particular letter from

25   Justin, it's a very moving letter.  It shows a young kid in
```

1   the program who basically was befriended by Mr. Schwartz, who

2   also had a kindred problem, a problem gambling.  That

3   particular individual actually relapsed.  And Mr. Schwartz

4   was the one who kept texting him and calling him and saying

5   get back into the program.

6              Eventually he comes back in the program, and

7   he credits only Mr. Schwartz with the constant support that

8   Mr. Schwartz was willing to give another gambling addict, is

9   getting him back in the program and giving himself a chance

10  to rectify his situation.

11             He even talks about being removed from his

12  parents, and Mr. Schwartz said, If you want to meet with your

13  parents who are in Chicago flying in, I'll show up at that

14  meeting too.  And he did.

15             Mr. Schwartz met with his sponsee, his

16  parents and himself, and explained what the son was going

17  through, and it meant a tremendous amount to Justin.

18             So, again, where the Court is looking at the

19  history and characteristics of the defendant, and the Supreme

20  Court itself says that the individualized --

21             This is the time, the history and

22  characteristics are the time to look at the unique aspects of

23  an individual, good and bad.  Those unique aspects, Your

24  Honor, give the Court an idea of who Mr. Schwartz is deep

25  down, that his addiction ran roughshod over with for six

1     years; and hopefully, based on his recovery that is now 359

2     days long, he can deal with one day at a time, because

3     Mr. Schwartz, more than anyone else, understands that he

4     could relapse tonight, he could relapse tomorrow.  The focus

5     has to be intense, the dedication and commitment to your

6     recovery is never ending for the rest of his life.

7                    So, when you weight all these factors, Your

8     Honor, the Guidelines have a 63 to 78-month range, and

9     thankfully as the courts have pointed out, the guidelines are

10    a starting point but not an ending point.

11                   As the Olive Institute points out in their

12    alternative sentencing recommendation, and the Olive

13    Institute has been in business for 36 years, Your Honor, it

14    has provided sentencing recommendations for judges all across

15    the country.  And they're all about at least two things:

16    Making sure that the punishment is substantive and reasonable

17    but that there is also a recognition of a sentencing proposal

18    that allows the rehabilitation to occur as well.

19                   And where they come down is in part where we

20    come down, that if the Court -- the Court must, must put

21    Mr. Schwartz in jail, and he understands that, the question

22    is how long.

23                   We think that a year and a day of jail

24    satisfies the jail component of the punishment.  We think

25    that then 12 months -- or it could be more -- of home

1    detention, and it can be a halfway house that allows

2    Mr. Schwartz to begin working again to pay off the

3    restitution, satisfies that portion of it; and then having a

4    huge amount of community service, 2000 hours, Your Honor,

5    spread over a three-year period, that's roughly 650 hours,

6    roughly works out to 15 hours a week for three years of

7    community service.  So, he can actually serve the population,

8    community that he has hurt through his actions, coupled with

9    the huge restitution bill.  And, again, we haven't quibbled

10    on one dollar of that.

11              The insurance companies paid off most -- or

12    all the victims, the insurance companies and GSO.  So, all

13    the individual victims have been paid off at this point, but

14    it means that Mr. Schwartz -- other than one individual

15    victim -- but it means that Mr. Schwartz then owes the

16    insurance companies and he owes GSO for those payments.  And

17    he owes the IRS for the tax he didn't pay as well as the 75

18    percent civil penalty and the interest as well.

19              So, in trying to balance all these factors,

20    Your Honor, our recommendation, our respectful recommendation

21    to the Court is to house -- a prison component of that

22    sentence of a year and a day, the home detention and/or

23    halfway house for 12 months, or it could be longer, and 2000

24    hours of community service along with the restitution and the

25    taxes and the penalties and interests he will owe.

```
 1                    I think that's what will send a message to
 2       anyone out in the community listening to this sentence that
 3       if you commit this crime in the future, you will lose your
 4       job, you will lose your family, you will lose your
 5       reputation, you will lose your clients, you will lose your
 6       friends, and you will be a convicted felon, you'll go to
 7       jail, you'll spend time, huge amounts of time in community
 8       service, and you will owe taxes and restitution probably for
 9       the rest of your life.
10                    I think that sentence sends an enormous
11       deterrent message to the community that anyone thinking of
12       committing this crime in the future, won't.
13                    I would submit on that basis, Your Honor.
14            THE COURT:  Thank you.
15                    I'll ask Ms. Katzenstein to stand at the
16       lectern now.
17            MS. KATZENSTEIN:  Thank you.
18                    Thank you, Your Honor.
19                    Your Honor, Mr. Hoffman is a zealous advocate
20       and a very capable one, and he has done everything he can to
21       position his client as well as possible for this day, which
22       was inevitable.
23                    But I'd like to address some of the things he
24       said because I think they are -- there is another version,
25       the facts may be viewed differently.  Let me --
```

1          Well, let me start by saying, the government

2     does not dispute that Mr. Schwartz gambled.  There is no

3     dispute about that.  We acknowledge that.

4               The question, as Mr. Hochman put it, is what

5     is the significance of that in terms of the sentence to be

6     fashioned by the Court, and I will get to that in a moment.

7               But before I get to that, I want to say, I

8     want to focus first on the crimes and the harms that were

9     inflicted here, because we've heard very little about that.

10              And the Court is going to hear from two

11    victims, Mr. Gudvi, who is the founding partner of GSO, the

12    firm, and Ms. Morissette, who is the individual victim who

13    lost the greatest amount of money.  She was repaid but not

14    through the defendant's efforts, through the efforts of GSO

15    and its insurers.

16              But the harms in this case, Your Honor, are

17    profound.  The defendant stole over $7 million.  He caused an

18    additional multi million-dollar loss to GSO.

19              But it's not just about the numbers.  He

20    almost destroyed a business, a 30-year-old business, a small

21    business.  We hear so much about the importance of small

22    businesses in our community nowadays.  He almost destroyed a

23    small business and its employees.

24              That business, which is a business management

25    company, depends on the -- its reputation to get business.

1    Because one of its partners stole its client's money, that

2    reputation took a significant hit, and the company lost

3    current business and lost the opportunity for further

4    business.  And as a result of that downturn, the company had

5    to lay off people who are now -- those individuals and their

6    families will be suffering from the harms going forward, the

7    loss of that income.

8              The people who are still at the business are

9    suffering because their bonuses, their benefits had been

10   contracted because of the downturn in business that was

11   caused by the hit to GSO's reputation that this defendant's

12   conduct caused.  And all of the individuals at that company,

13   all of the employees, setting aside the financial harm, are

14   suffering the decline of morale and a sense of betrayal, that

15   again, the conduct caused.

16             And the conduct had a negative impact on the

17   industry as a whole.  One of the letters the Court received

18   was from the managing partner of another business management

19   firm.  That individual explained to the Court how the whole

20   industry depends on the confidence of its clients and

21   perspective clients, how that confidence has been shaken, the

22   impact on the industry as a whole, the new expensive controls

23   that have had to be put in place to protect against these

24   kinds of crimes.

25             And the personal impacts on the clients, the

1    individuals, the sense of betrayal, I won't speak to that.

2    Ms. Morissette will speak to that for you.  So, that's on the

3    aggravating side of the ledger, and it's a serious, serious

4    crime here.

5                    The Court, of course, looks at what might be

6    on the mitigating side of the ledger; and here is where

7    defendant focuses on gambling as an explanation and an

8    excuse, is the word Mr. Hochman used, an excuse for the crime

9    of stealing millions of dollars.

10                   As I said, I don't dispute that the defendant

11    gambled, and I don't dispute that his gambling was a bad

12    decision, a very bad decision.  But that's not the point.

13                   The point is, there is no evidence that all

14    of the $7 million that he stole was for the exclusive purpose

15    of gambling.

16                   Now, Mr. Hochman points to some facts.  He

17    says, well, it was cash; and he says he had a bookie.  I've

18    listened to those recorded calls, too.  The individual on

19    those recorded calls adamantly, adamantly says:  I was not

20    your bookie.  That's absolutely wrong he says.  That's his

21    words.  "Absolutely wrong."

22                   But setting that aside, it is true that the

23    defendant gambled with him.

24                   Mr. Hochman says:  Well, on those calls the

25    defendant says:  I gambled millions of dollars, and the

```
 1    individual to whom he speaks doesn't dispute it.

 2                    Your Honor, the problem with that is exactly

 3    the same problem that I pointed to with respect to the things

 4    on which Dr. Potenza relied in his analysis.  Because it's,

 5    again, the defendant's own statement as to how much money he

 6    gambled, a statement that he made on a call that was being

 7    recorded, that government was going to be given, that the

 8    government was present when it was being recorded.

 9                    There is nothing to say that that statement

10    was true.  In fact, the defendant made other statements

11    during that call, which are demonstrably not true.

12                    He told the individual:  I received my bonus

13    from GSO this year.  False.  He told the individual:  I've

14    settled with GSO at the time of the call.  He hadn't.

15                    So, the fact that he said:  I went through

16    millions of dollars, I would submit, doesn't do the job here.

17                    And, in fact, the evidence is that he used

18    the money for other purposes.  We know, for instance, there

19    is no dispute, he traveled to exotic locations.  We know he

20    maintained a very expensive house in Ogura Hills.  We know

21    from the GSO workers who worked with him that he lived large.

22                    I heard today from his wife that he owned 19

23    pairs of Prada shoes.  That's thousands and thousands and

24    thousands of dollars.

25                    We know on that same recorded call when
```

1   Mr. Schwartz says, on his own behalf: *I blew through*

2   *millions*, the person to whom he's speaking says: *I don't*

3   *know where your money went.  You lived lavishly.  Honestly,*

4   *you were living beyond your means.  You* -- and I'm leaving

5   out the expletive -- *You had a car dealership in front of*

6   *your house all the time*.

7                   So, I would submit that we can't -- it is not

8   proved by any means that all of the money that was stolen was

9   used for purposes of gambling.

10                  But setting that side, there is no evidence

11  that the gambling was compelled or that there was a

12  compulsion to gamble.  The notion that the defendant has a

13  gambling disorder above and beyond the part that he is

14  gambling a lot, and I agree that's a -- nobody should be

15  gambling a lot like that, but is that gambling conduct that

16  was -- that he felt compelled to do in a way that mitigates

17  his guilt for stealing?  I would suggest the evidence before

18  this Court doesn't support that conclusion.

19                  As I laid out in my papers, the bases for Dr.

20  Potenza's report -- and I don't dispute that he's an expert,

21  he is.  But the portion of that report that is -- talks about

22  the defendant himself is very brief and based almost

23  exclusively on the defendant's own statements.  There --

24                  Mr. Hochman talks about the fact that this is

25  an addiction, that there is a biological component.  And we

1   look at the biological component, the sense of withdrawal

2   that drug addicts feel, when we cut a little bit of a break

3   for a drug addict who commits a crime.

4                   There is no evidence of a biological

5   component here.  Dr. Potenza didn't do any test in that

6   regard; and as the Court has pointed out, he has been able to

7   stop in the past.  And he stopped now.

8                   So, I would suggest again there is nothing

9   here that says he couldn't have stopped; or even if he

10  couldn't have stopped, he couldn't have asked for help.

11                  He was surrounded by friends and colleagues

12  who adored him.  Did he ask for help?  No.  He knew that

13  people at GSO with personal problems found support.  He

14  didn't ask for help.  He didn't do anything in that regard.

15                  He went to professionals for help about other

16  matters.  He himself reports that he went to see

17  professionals when he was having problems with his marriage

18  or having recollection about trauma as a child, but he --

19  does he go for help for this?  No.

20                  I would suggest to you that he's gambling,

21  and he likes to gamble.  It's no different --

22                  I mean, he's using the proceeds of his crime

23  for the things that he wants to do, just as other criminals

24  use the proceeds of their crime to buy expensive houses or

25  take fancy trips.

1    The question here is, is his gambling a

2    reason to say that he's less culpable for his crime than

3    otherwise?  And I would submit to the Court that the answer

4    to that is no.

5    With respect to deterrence, Your Honor, I

6    want to say a little bit about general deterrence.

7    Obviously, publicity about charges isn't what causes general

8    deterrence, it's the sentence, the punishment, the

9    consequences that matter.  And it's especially important in

10    this crime.  The nature of this crime, the nature of

11    embezzlement is that the individual who commits the crime is

12    also able to conceal it.  No kind of crime calls out more for

13    deterrence than this crime.  This crime has to be prevented

14    through deterrence because of its nature.

15    And with respect to specific deterrence,

16    again, Mr. Hochman says that this defendant basically turned

17    his life around, made a choice, went down one road rather

18    than the other.

19    No, Your Honor, he, as I said in my papers,

20    he has admitted and come forward to the extent he had to.

21    The government had its case -- we were ready to go.  We knew

22    what we needed to know in order to charge the case.

23    Mr. Hochman came in, again, he positioned his

24    client as well as he could in the face of overwhelming

25    incontrovertible evidence that these crimes had been

 1    committed.

 2              **THE COURT:**  If he had not come forward, would the

 3    indictment have had more charges than the ultimate

 4    information?

 5              **MS. KATZENSTEIN:**  If we had gone forward with an

 6    indictment, it is possible that we would have included

 7    additional mail fraud charges or wire fraud charges; but as

 8    Your Honor knows, it doesn't matter how many charges you have

 9    because it's one scheme and therefore everything comes in as

10    relevant conduct, and there wouldn't have been an impact on

11    the sentence.

12              **THE COURT:**  I was just wondering about bank fraud,

13    for example.

14              **MS. KATZENSTEIN:**  Again, it would have resulted in

15    same sort of a sentence.  It wouldn't have had an impact.

16                   Let me just briefly --

17                   I've spoken for too long, so let me just say

18    one last thing about a reasonable sentence, the government's

19    request for the 63-month sentence.

20                   I know, Your Honor, that the Guidelines are

21    much criticized.  I understand that.  And especially the

22    fraud Guidelines are criticized.  And they're criticized

23    because they can be -- I think I've heard counsel refer to

24    them as a kind of Christmas tree where you load up one

25    enhancement on top of another on top of another, and you end

1    up with a sentence which seems to be extremely large.  That's

2    not this case.

3                  In this case, the loss amount is at the very

4    top of the range for the step that Mr. Schwartz is in, the

5    step is 3.5 to 9.5.  He's almost there at 8.6.

6                  Abuse of position of trust is the only other

7    enhancement that puts him in a range of 63 to 78 months,

8    which I would suggest is hardly unreasonable; in fact, it's

9    extremely reasonable for a crime of stealing $7 million,

10   causing $8 and a half million worth of damage, not to mention

11   all the other nonfinancial damages that we've talked about a

12   moment addition.

13                  The mitigating factors that Mr. Hochman

14   addresses and brings to the Court's attention I would submit

15   are captured by the low end recommendation.  The range that

16   Mr. Schwartz is in under the Guidelines is 63 to 78 months,

17   the reduction down by 15 months to 63 months.  The

18   recommendation of the government in conformity with the

19   probation office allows this Court to recognize the

20   mitigating factors that Mr. Hochman has presented.

21                  And for all those reasons, Your Honor, and

22   the reasons that will be articulated by the victims when the

23   Court hears from them, I would respectfully request that the

24   Court impose the 63-month sentence recommended by the United

25   States Probation Office.

```
1            THE COURT:  Ms. Katzenstein, I just have one
2    question for you.  In your first brief in Exhibit D, you have
3    appended the total of GSO loss summary.
4            MS. KATZENSTEIN:  If I could just grab my copy,
5    Your Honor.
6            THE COURT:  Yes.  I'm just wondering whether you
7    can clarify for me whether the figure that is in that
8    summary, which is 2.5 million and change, how that relates to
9    the amount that is in the Presentence Report with regard to
10   the amount of restitution for GSO, which is 2.1 million and
11   change.
12           MS. KATZENSTEIN:  I believe that has been -- was
13   explained in the PSR.  If you'll give me a moment, I'll see
14   if I can locate that for you.
15               It's because some -- there are -- in the
16   list --
17               Let me get that information for you, Your
18   Honor.  I don't want to speak out of turn.  I will provide
19   that to you in a moment.
20           THE COURT:  All right, I did review the PSR.  I
21   wasn't able to discern from it the explanation in that
22   regard.
23           MS. KATZENSTEIN:  It may be that I sent the
24   information to the probation officer in an e-mail.  And I'll
25   have to locate that.  So if you'll give me a moment, Your
```

1    Honor, I'll find that for you.

2            **THE COURT:**  In order not to delay things, while

3    you're looking for that, why don't we have our victims who

4    are present, present their statements.

5            **MS. KATZENSTEIN:**  Thank you, Your Honor.  The

6    first person who would like to address the Court is Bernard

7    Gudvi, who is the founding partner of GSO Business

8    Management.

9            If you would come forward.

10           **MR. GUDVI:**  Thank you, Your Honor.

11           First I want to say this is my first time in

12   a courtroom, a federal courtroom, certainly my first time as

13   a victim.  And I heard the defendant's attorney speak about

14   the defendant's background and what caused him to do what he

15   did; and, again, I'm not a doctor, I'm not a lawyer, you

16   know, but I have a background, too.

17           You know, my background was to work hard, to

18   build a firm, a reputation, and I've done it for 40 years.

19   I've done it without -- without a hiccup.

20           I've done a business where trust is

21   insurmountable, it's everything.  Our clients hire us --

22           Mr. Hochman made reference to, you know,

23   adjusting wire frauds or doing stuff with paper.  The

24   defendant didn't have to do any of that.  All he had to do

25   was sign his name and get the cash from the bank that

```
 1   belonged to other people.  He was given that trust.  He was
 2   given that confidence.  He had a fiduciary responsibility,
 3   and he didn't.
 4              I came from nothing.  My parents had nothing.
 5   My parents gambled.  I took advances from -- as an office boy
 6   job to get $80 so I could pay the rent for my parents,
 7   because they were in Gardena gambling away.
 8              Doesn't stop me.  I graduate high school, I
 9   joined the Air Force, I went to Vietnam, I served my country,
10   I got my college degree, and I became a business manager,
11   which is what I wanted to be from the time I was 16 years
12   old.  It's not --
13              The victim is not Mr. Schwartz or the
14   defendant, the victim is us.  He didn't have to take other
15   people's money to gamble.  You know, gamblers lose money,
16   they lose marriages, they lose family, but they don't go into
17   other people's accounts.  If you go to --
18              If you're a gambler, and you go to the bank
19   and rob a bank, is that okay because you got a gambling
20   addiction?
21              So, I worked, I built my business, a
22   reputable business, top reputation, knew the defendant for 16
23   years, opened our hearts to him, opened our business to him,
24   opened our trust to him.
25              We sat in rooms in meetings and retreats year
```

```
 1   after year.  He had the --

 2               One of the other defendants here performed at

 3   a charity function of his while he was stealing money from

 4   her.  She sat up there and played and entertained his whole

 5   crowed that raised thousands of dollars for this foundation

 6   while he had taken money from her account.  He asked her to

 7   perform.

 8               I'm 70 years old.  I thought this was going

 9   to be the twilight years of my career; but now, you know,

10   I've worked harder this past year to clean this up and make

11   sure that we did the right thing.  And the right thing was to

12   take care of the big mess, take care of the losses, take care

13   of everything that the defendant caused so that my partners,

14   my employees, my -- the people I worked with could stand up

15   and be proud of who we are, because we did nothing wrong

16   except pick the wrong partner.  That's the mistake I made.  I

17   didn't know I made that mistake.

18               And the defendant's attorney talks about 300

19   days sober or whatever.  Mr. Schwartz had plenty of

20   opportunities after April 20th, when I got that phone call

21   that something was awry, plenty of opportunities to come and

22   talk to me, to come and talk to the other victims.  He did

23   none of it.  He did none of it.

24               He had plenty of opportunities to help me and

25   my other partners with our investigation.  We didn't know
```

```
 1   what happened:  Who get hurt?  Where did the money go?  Who

 2   stole what?

 3                 So, we took it upon ourselves, with our

 4   money, with our effort, with our energy to do a complete

 5   audit so we could find every single victim that had been

 6   impacted.

 7                 The defendant never stepped up and said, you

 8   know, what about -- I did this, I did this, I did this.  I'm

 9   really sorry.

10                 He has all kinds of character references.  I

11   read his, the defendant's plea.  There is not one character

12   reference from the victim.  All the character references are

13   from friends or rabbinical individuals, not one from a

14   victim, not even from his family, except for his mother that

15   he was estranged from for most of his life until recently.

16   That's the only family member.

17                 He's got his family sitting on our side, his

18   wife, his son, because of the character that he is in going

19   to a halfway house, in going to prison for a year.

20                 Our industry is based on trust, confidence.

21   We have --

22                 This is Los Angeles.  Lots of business

23   managers in Los Angeles, lots of accountants handle people's

24   monies.  They sign their checks on their behalf.  We have the

25   power of attorney.  We are giving that trust.
```

1          Hey, people that -- someone goes to steal $7

2     million and goes to jail for a year?  Who's to stop the next

3     guy from doing it?

4          It's great that he's reforming.  Fantastic.

5     He's done 300 days of it.  Great.  Let him do another 1500

6     days and really prove himself that he's reformed.

7          You know, going to -- to a halfway house and

8     going to -- to hang out with the rabbis.  He was hanging out

9     with the rabbis years ago.  He's always hanging out with

10    rabbis.  This is nothing new.

11         Our industry needs him to go away for a

12    minimum of what the government is asking for.  People trust

13    us.  And now my reputation is tarnished, my partner's

14    reputation, Mr. Oppenheim, Mr. Brown, the employees that have

15    showed up here.  They don't know they've got a job.

16         We had to let people go.  We, you know, we

17    took tremendous resources on our part to make sure we did the

18    right thing.  We paid our legal fees, we paid our -- our --

19    the -- the victims.  Everybody got paid.  You know, we did

20    the best we could to clear up this mess which he hadn't --

21         He could have come to us and say:  I'm sorry.

22    I did it.  Here, let me help -- let's figure out -- let me

23    help you fix this.  Never.  Not a phone --

24         It was like pulling teeth.  It was like

25    pulling teeth.

1            You know, Mr. Hochman talks about his letter

2    to the Hollywood Reporter.  I can guarantee, Your Honor, if

3    this day wasn't happening, that letter would never have been

4    published.  That letter was there to get the sympathy of the

5    Court and to use as ammunition for the Court to get his

6    sentence reduced.

7            People who were affected, people who know the

8    defendant, people who read that were laughing because they

9    knew what -- they knew why he did that.

10           Yes, he worked really hard.  He built his

11   business.  He had a fantastic business, but he didn't just go

12   into the kitty jar and take out one withdrawal.  He didn't do

13   it once and say:  I'm going to take out $50,000 and put it

14   back next week.  He did it a 150 times with various people.

15   He went from one to the next to the next to the next.

16           This is not somebody all of a sudden had an

17   issue that:  Oh my God, I've got to do something.  This is

18   something that have repeated theft issues.  This is somebody

19   that kept stealing and stealing it.  And I'm not aware of any

20   money that he put back on any of the winnings he had.

21           You steal because you go --

22           Again, he didn't put any money back, he just

23   kept going out.  So we found out afterwards.

24           I'm a layman when it comes to this process

25   here.  The issue today, he's not being sentenced today for

1     gambling.  That's not what the issue is.  He's being

2     sentenced for stealing.

3                    He lied over and over to victims to -- to his

4     partners, to employees, to everyone, to his family.

5                    He's not a changed man, Your Honor.  He's

6     used -- he BS'd me for 16 years.  He's BSing the Court now

7     with these -- with the activities and the support of the

8     friends he's had for years.  Nobody on this side of the table

9     was a victim.  I can guarantee you that.  Because he has not

10    apologized to one victim.  He has not made any effort to do

11    restitution.

12                    I think that's all I really want to say.

13    It's -- it's important, Your Honor, for our industry to know

14    that you can't just take money out of people's accounts.

15    Just because they give you the authority, the authorization

16    to handle their business for them, you don't have the right

17    to go in and use that, their bank account as your personal

18    piggy bank.

19                    There are thousands of business managers in

20    Los Angeles, there's thousands -- hundreds of firms that do

21    what we do.  Most entertainers, most athletes, most high net

22    worth individuals hire people like us to watch and monitor

23    their money.

24                    The defendant completely abused it,

25    completely took advantage of it, and a short sentence would

1    send the wrong, wrong message.

2              And he hurt me.  He hurt me, he hurt

3    everybody on this side.  You know, I have nothing but parents

4    who were holocaust survivors.  I -- you know, I went to

5    college.  I did everything myself.  I worked hard, but I

6    wasn't talking to bookies in between.

7              You don't have to steal to do a good job.  If

8    you have a gambling addict, then go take of your addiction.

9    But if you're a thief, you must go to jail for a period of

10   time that sets an example.  I mean, you know, letting people

11   go --

12             You know, I don't know if you've ever fired

13   anybody, but when you have to let somebody go, it doesn't

14   feel good.  You know, these people have families, they have

15   children, and all of a sudden your job is gone because a good

16   chunk of our income is gone because of our -- because a

17   partner stole money from clients that he shouldn't have.

18             People were hurt.  I was hurt, my partners

19   were hurt, Ms. Morissette was hurt, other victims were hurt.

20   It's more than just money.  It's a breach of trust, breach of

21   faith.

22             I'm probably leaving out some of the things I

23   want to say, but it just --

24             Please, please send the right message, Your

25   Honor.  He hurt me.  He hurt the industry.  He hurt a lot of

1    people.  And 350 days of going to Beit T'Shuvah and going to

2    a rabbi and going to gamblers anonymous to me, as a layman,

3    does not seem like enough -- enough of a consequence for the

4    crimes that he committed.

5              THE COURT:  Thank you, Mr. Gudvi.  Thank you for

6    taking time to come and speak.  I appreciate it.

7              MR. GUDVI:  I'm sorry, I can't hear you.

8              THE COURT:  Thank you for taking the time to come

9    to speak.  I appreciate it.

10             MR. GUDVI:  Thank you for the opportunity, Your

11   Honor.  I appreciate it.  Thank you.

12             MS. KATZENSTEIN:  Your Honor, I have the answer to

13   your question --

14             THE COURT:  Okay.

15             MS. KATZENSTEIN:  -- if you would like it.

16                  If Your Honor would look at the -- my

17   declaration attached to the government's original sentencing

18   position on page 28 of the sentencing position, it's the

19   first page of my declaration, paragraph 4.

20             THE COURT:  Yes.

21             MS. KATZENSTEIN:  Paragraph 4 explains the

22   difference in those numbers.

23             THE COURT:  I see.  Reduced by the amount received

24   from insurers.

25             MS. KATZENSTEIN:  Yes.  And there is slight

1    difference in who GSO paid back more individuals than Mr.

2    Schwartz admitted to in his plea agreement, and we gave him

3    the benefit of the doubt with respect to that.

4            **THE COURT:**  All right, thank you, for the

5    explanation.

6            **MS. KATZENSTEIN:**  Your Honor.

7            **THE COURT:**  Is it Ms. Morissette who will be

8    speaking next?

9            **MS. KATZENSTEIN:**  Yes, Ms. Morissette, who --

10   who's new business manager uncovered the crime, give him

11   credit, and she had the courage to go public with that.  So,

12   thank you.

13           **MS. MORISSETTE:**  Good afternoon, Your Honor.  And

14   thank you for offering me this opportunity to speak.

15           My name is Alanis Morissette, and by way of

16   introduction, I'd like to tell you a little bit about myself

17   so that you can understand how Jonathan came into and

18   devastated my life, personally.

19           My working career began at age 10 and even

20   earlier, and I've been writing songs and performing and

21   touring and designing and directing ever since, and I've

22   worked hard my whole life, ever since I was a child to be

23   honest.

24           My lifelong goals were to work really hard

25   well into apply late 30s and 40s, whereupon I might be able

1    to shift my focus on being a more full-time activist, and

2    mother of two, and actively serve in ways micro and macro.

3              I trusted myself with that hard work and that

4    I could reach the goals of not only being an artist and a

5    musician but also to be financially secure.  This was a big

6    part of my feminism, and assurance that I could take care of

7    myself and my future family members.

8              Around the age of 20 my career blossomed into

9    stardom.  And if it weren't for stardom, Jonathan and I would

10   never have crossed paths.

11             We started with everything that comes along

12   with it.  It just gets too big and too overwhelming for me to

13   have managed it all myself, and you need people around you

14   whom you trust and who will help you manage the overwhelming

15   amount of information coming in each day.

16             I trusted myself with my own goals, and I

17   exceeded my wildest dreams for myself.

18             Once my career exploded, I needed to trust a

19   financial advisor.  I needed help.

20             The story of my professional relationship

21   with Jonathan Schwartz started with his engendering my trust.

22   With this I can share the impact of Johnson Schwartz's

23   behavior and actions on my life, my husband's life, my

24   children's life, my family and friends' lives, and my staff

25   members' lives and the entire community.

1          I am here to impart to the Court the impact

2     and the devastation that Jonathan has caused me to experience

3     personally and to describe the effect of his breach of

4     safety, the psychological and financial impact; yet, also,

5     beyond the psychological and financial impact, also on a

6     level of taking away freedom and leaving me with great fear.

7          I also want to share the ongoing and

8     insidious way he went about it.

9               For years I trusted Jonathan Schwartz to not

10    only manage my and my family's money but also to offer

11    guidance, advice and information and overviews and numbers

12    that would offer me clarity and allow me to manage my hard

13    earned money.

14               Trusting Jonathan allowed me to focus on

15    being an artist and a writer and a performer, and I trusted

16    that I would be protected.  The necessity of relying on

17    someone I trusted to manage my money at that point in my

18    career was essential so that I could be the artist, writer

19    and performer that people were not only paying me to be but

20    who were also emotionally relying on me to be.

21          I asked Jonathan to manage my finances in a

22    mutually agreed upon style so that I could focus on giving my

23    audience what they had come to rely on before.

24          I told Jonathan when I hired him that I

25    wanted to live within my means.  My plan was to build my

1    capital and live off the interest.  I was willing to adjust

2    my lifestyle and work choices to keep this plan in place.  I

3    repeatedly communicated as much to him and to anyone with

4    whom we worked.

5              My goal in life was to grow my money enough

6    so that I could create a freedom in my late 40s and beyond to

7    focus solely on being a mother to my two children and public

8    service without having to travel as much and work, that my

9    efforts would then have it be that I would be completely

10   focused on bringing up my children and the activism that I

11   was born to offer for women, for children, for health, for

12   art, for well being, for education, among many others.

13             All of this was based on the thought that I

14   could do that freely with how I had carefully managed my

15   money for years.

16             I was continuously assured by Jonathan that

17   this was the case.  I would have been completely fine with

18   adjusting my family's lifestyle rather than dip into my

19   capital.

20             Jonathan repeatedly told me that everything

21   was going just fine, that the plan was still in effect, that

22   I was the smartest person with money he had ever known.

23             But instead of ensuring my safety as

24   promised, Jonathan was stealing from me.  He did it for years

25   on an almost weekly basis withdrawing anywhere between

1    $10,000 and $120,000 in cash each time.

2                This was the money that was supposed to be

3    earning interest.  This was the money that was supposed to be

4    the basis of what I was going to live on when I began to

5    focus almost solely on being a mother to my children and my

6    public service.

7                The way Jonathan was able to continue to

8    steal from me was by keeping me in the dark.  I would ask for

9    budgets and updates on my financial condition, and he would

10   delay and tell me that updates were coming, but they never

11   came.

12               All this time he told me again and again that

13   everything was going so well that I had nothing to worry

14   about, that my financial plan was working well.

15               When I pushed for more information, Jonathan

16   expressed that I was being disrespectful and would begin to

17   cry on several occasions as a way to deflect the attention

18   away from what he was doing and from my inquiry.

19               He continued to keep me in the dark.  Each

20   time I tried to shine some light on it, Jonathan would appeal

21   to my sensitive and empathic nature by picking topics he knew

22   that would incite empathy in me.  Again, keeping me in the

23   dark and distracted so I couldn't see what he was deceptively

24   doing.

25               In returning to the topic of devastation to

```
1    my staff and my team, Jonathan played me against myself and

2    the people I closely relied on.  He did so by encouraging me

3    on one hand to keep spending and was pulling a lot of money

4    out of my capital to the tune of millions of dollars without

5    telling me, putting offers on homes I couldn't afford, going

6    on tours.

7               I would go on tours that he would recommend

8    my going on that would not even break even upon return, even

9    though he assured me that he would make enough money to

10   justify the tours, he would always encourage me to go big,

11   spend, spend, spend, when I would call to check on budget

12   considerations as well.  At the same time he left me in the

13   dark by making up follow-up phone calls at the same time to

14   my team to express that I was out of control.

15              His plan was to continue to imply to me that

16   all my money was intact, everything was great, I was set,

17   nothing to worry about.  And at the same time carefully craft

18   a story that had it look like to my team and everyone around

19   me whom I trusted that I was a problem, and that he was going

20   to be the solution.

21              To me this represents that he had an alibi

22   set up from the start, that he had someone, me and the other

23   victims, or something, a gambling addiction, quiet phone

24   calls about my being a problem, lying about my finances to

25   me, lying to all of my team members, all of this set up to
```

1    blame others, anybody but himself.

2              I finally fired Jonathan because he refused

3    to give me real updates on the state of my finances.  Me, my

4    husband, new business manager and his team discovered that

5    Jonathan had stolen almost $5 million from me in cash, and it

6    was at that time I realized he also stole the dreams that I

7    just mentioned.

8              The money he stole would have been sitting in

9    my account earning the interest my family and I intended to

10   live on, that I had planned since I was six.

11             Had I not fired Jonathan, I would have

12   bankrupt in three years.

13             At the same time he would have been

14   extraordinarily wealthy and living a lavish lifestyle he had

15   become accustomed to living with my money.

16             What is most important to me and something

17   that I'll never forget is how Jonathan responded when he was

18   conferred with these cash withdrawals.

19             Throughout his years of stealing, my bank

20   asked Johnson:  Why these large cash withdrawals?  Why are

21   they happening?  It's not Alanis's style.  He told them that

22   I was using cash to build a studio for my husband, buy homes,

23   build guesthouses, that I could not afford, unbeknownst to me

24   anyway, among other things, implying to the bank that at the

25   very least I was engaging in tax fraud.

1          After we discovered the theft, my lawyer and

2    business manager spoke on the phone with Jonathan and his

3    business partners, and Jonathan not only denied that he took

4    the money but he blamed me for its disappearance.

5          He said I overspent, he said I used the money

6    for an illegal marijuana operation, that he felt sorry for

7    me, because -- and because he was caught, he made up lies

8    about me that I'll never forget.

9          He was doing all this while I was in the

10   middle of a high-risk pregnancy, and he knew all about it.

11         Here is what I think Jonathan wants everyone

12   to think about him.  What Jonathan wants you to know is that

13   he's a family man.  He is not.  For example, his repeated

14   infidelity with his wife, which at one point took the form of

15   him sending me photos of his lavish vacation using my and

16   other clients' stolen money in Bora Bora with his girlfriend

17   of the moment to my phone-to-text, indicated to me that this

18   family man act was likely part of his con act, and the money

19   he stole was not simply as he and his team are attempting to

20   apply for gambling.

21         He used my and others' stolen money for other

22   things such as financing his lavish and luxurious lifestyle.

23   I have no doubt that a lot of my money was spent on gambling.

24   There is no question.  However, it is also proven by his

25   actions and experiences of travel and opulence, and the

pictures of him and his mistress in a lavish resort in Bora Bora that he also spent my money and other victims' money to live this lavish and luxurious lifestyle, a lifestyle above and beyond the means of even the people he was stealing from.

Instead of working to earn money, Jonathan worked hard to create a magnanimous and charitable persona. Jonathan worked hard to keep this persona up.  He had us all fooled, all while being deceptive and living lavishly and lying and further hurting the people who trusted him.

What is more disappointing is that Jonathan is now trying to commit the same fraud on this Court that he committed on me.

Of course once his story of vilifying me as a drug-running, overspending criminal failed, and he was caught, he couldn't use his lies to get out of it, he now admits his theft at that point.  But that is only because he was caught.

Of course he says he has remorse, but that is only because he's fighting for less jail time.  He has proven that he is a con man operating out of a play book with one simple rule:  Take advantage of anyone and anything that is willing to offer him empathic leeway to avoid blame or responsibility for his actions however hideous his actions may be to keep his victims off balance, assured, confused. Anything to keep his victims from looking deeper into the

1    details of what he was really deceitfully doing.

2              In this way, even today he is still trying to

3    keep people in the dark right now.  I feel passionate about

4    encouraging the Court and anyone else to shine the light on

5    this so that no one else will be harmed or fooled in the way

6    I was.  Ultimately helping to minimize the chances this can

7    happen to another person is the only reason I showed up

8    today.

9              So, even though Jonathan's conduct had a

10   devastating effect on me and on my family or my ability to

11   trust has been shaken to the core, and even though I will

12   have to spend the rest of my life with the effects of this

13   trauma, betrayal and loss of my dreams for me and my family

14   and my kids and my potential future grandkids, even though my

15   dreams for the multiple forms of service borne from the

16   freedom I had planned on having through a lifetime of working

17   relentlessly to build my finances to a point where I could

18   live my life in this serviceful way, based on believing my

19   capital and moneys were protected and safe, is now gone.

20             Even though everyone in my family can now no

21   longer benefit from the security of my lifelong hard work

22   that started when I was six, I want to shine light on this so

23   it doesn't use -- so that Jonathan doesn't use any other

24   deceit today, here, now, in this court and in the future to

25   avoid being culpable for what he's done and what he is doing

1    in this room.

2              In summary, Your Honor, Jonathan systemically

3    stole $5 million cash out of my account which with loss of

4    interest brings the total to 7.3 million.  He did this in a

5    long, systematic, drawn-out, calculated and sinister manner,

6    Your Honor, which was clearly for his own purpose that far

7    exceeded just gambling.

8              To my knowledge, there are severe penalties

9    for people who steal a few thousand dollars when burglarizing

10   your home.  I don't understand how someone who steals

11   millions of dollars from unsuspecting victims could even be

12   asking for a nine-month sentence with an excuse that he was

13   addicted to gambling, and a very short time later somehow a

14   new man.  Not buying it.

15             Therefore, Your Honor, I hope my statement

16   sheds enough light so you will see it necessary to impose a

17   lengthy and severe jail sentence, a sentence that sends a

18   crystal clear message to Jonathan and to anyone else who uses

19   his same playbook that this kind of calculated and predatory

20   behavior and theft based on excuses, deflection, deception,

21   cannot be tolerated or minimized through more excuses and

22   more deception.

23             Thank you very much, Your Honor.

24        **THE COURT:**  Thank you, Ms. Morissette.  I

25   appreciate your coming and taking the time to speak to the

1    Court.

2                    All right, Mr. Schwartz, would you --

3                    Or Mr. Hochman, do you have anything further?

4           **MR. HOCHMAN:**  Yes, Your Honor, just briefly if I

5    might respond.

6                    Mr. Gudvi and Ms. Morissette are absolutely

7    correct in their description of Mr. Schwartz's conduct.  In

8    fact, I'll go one better and use the words that Mr. Schwartz

9    uses for his conduct:  Deceitful, degenerate, disgusting,

10   deplorable.

11                   What Mr. Gudvi describes the 150 times of

12   taking cash out of a bank from his clients' accounts

13   deceptively is sickness.  It's not something that he -- it

14   was something that he was suffering from.

15                   And, again, we have Dr. Mark Potenza, Your

16   Honor, the expert, he's here in court, who can describe how

17   someone going through this sickness, this mental health

18   disease, a disease like it would be depression, bipolar, a

19   substance or alcohol addiction is as the court in United

20   States versus Hendrickson described, is someone who is

21   physically hijacked -- their brain was physically hijacked by

22   the gambling addiction.

23                   So, unlike the way Ms. Katzenstein describes

24   the gambling addiction, the way Mr. Gudvi describes it, the

25   way Ms. Morissette describes what he was going through.  This

1    is a man who was earning a million dollars a year, who could

2    afford everything that they described, the Prada shoes, the

3    vacations and the whatnot, the cars, just from the amount of

4    money.  He made six million dollars over those six years and

5    was set to actually make more.  So, why would you steal seven

6    more million dollars in cash and destroy everything that you

7    worked -- he worked he worked his whole life to build up.

8                Mr. Gudvi talked about the hard work that he

9    actually did for clients, the reason he was actually made a

10   partner, wasn't based on description, it was based on hard

11   work.  Coming in, being the first one in, the last one to

12   leave.  He's destroyed all that.

13               And contrary to what counsel says, we have

14   said in letters to the Court, I've said it orally, he makes

15   no excuses for his conduct for there are none.  There is an

16   explanation for it, but it doesn't excuse it.  He will live a

17   lifetime of being a convicted felon, a lifetime of shame,

18   embarrassment and the destruction of everything he has done

19   in the most public way possible.

20               Now, Ms. Morissette, Mr. Gudvi,

21   Mr. Katzenstein talked about what is necessary to send a

22   message to the industry, to make sure Jonathan Schwartz

23   doesn't do it again, which I -- as the Court can see, he

24   won't be doing it again, but to make sure others in the

25   industry learn from his lesson.  So that if they're thinking

1    that maybe dipping into their clients' accounts without their

2    permission, what type of sentence does Jonathan Schwartz need

3    to have received so they'll think otherwise.

4                    Again, imprisonment?  Absolutely.

5    Restitution?  Absolutely.  Pay the IRS, pay the clients back?

6    Absolutely.

7                    Ms. Morissette through the insurance was made

8    whole, but the -- the point, Your Honor, is that if anyone in

9    the industry looks at Mr. Schwartz's example and says:  I'm

10   willing to be a convicted felon, I'm willing to lose my job,

11   my family, my respect, my reputation, my license, everything

12   I've ever worked for and go to prison and pay the money back?

13   If that's not enough, Your Honor, nothing is.

14                   So, we agree with what the victims have said.

15   His conduct was degenerate, deplorable, disgusting and

16   deceitful.  The question is, in fashioning a sentence, the

17   Court must look at all the 3553(a) factors and not just the

18   nature of the offense.

19                   It actually says that this is the time that

20   if anyone has done anything good or bad in their life, this

21   is the time to look at the whole person to fashion a sentence

22   as you need to for these particular circumstances.

23                   And I would strongly suggest that the -- a

24   sentence of imprisonment is absolute, but give Mr. Schwartz

25   that one chance, Your Honor, to prove to everyone here that

```
1    after he goes to prison and comes out, that he can serve the

2    community and slowly, painfully, and over a long period of

3    time but possibly regain the trust and the respect of being a

4    contributing, productive and honest member of that community

5    property.

6                    I would submit, and have Mr. Schwartz --

7                    Mr. Schwartz would like to address the Court,

8    Your Honor.

9              THE COURT:  Thank you.

10                   Mr. Schwartz?

11             THE DEFENDANT:  Thank you, Your Honor.

12                   Dear Judge, I am humiliated to stand before

13   you as a convicted criminal.

14                   As I wrote in my letter to you, I take full

15   responsibility for my actions.

16                   Excuse me.  (Defendant weeps.)

17                   I make no excuses for my incredibly stupid

18   and destructive misconduct.  I violated the trust of my

19   clients and partners that I had worked years to build.  I

20   lied repeatedly to people who mattered most to me and counted

21   on me.  I broke the law by stealing from my clients and not

22   paying taxes.

23                   I basically threw away my life, my family, my

24   reputation, the business and charitable communities, any

25   respect people may have had for me, and really anything that
```

1    meant anything for me.  I alone am responsible for the

2    devastation I have caused to everyone involved, and I cannot

3    begin to apologize enough to them and tell them how truly

4    sorry I am for my actions.

5              I apologize for my wife at the time,

6    Meredith, and to my three beautiful children.  They did not

7    deserve this.

8              I apologize to my former partners, Bernie

9    Gudvi, Michael Oppenheim and Nicholas Brown, for my actions.

10   They were great partners and did not deserve this.

11             I apologize to all my former employees, for

12   how my actions have impacted them.  I apologize to the

13   insurance companies for paying out the victims.  I apologize

14   to the U.S. Government for not paying taxes on the monies to

15   which they were entitled.

16             I will spend the rest of my life asking for

17   forgiveness.  The enormous shame and complete disappointment

18   I have in myself will be something I have to live with the

19   rest of my life.

20             Reflecting on my life and my actions has been

21   humbling and embarrassing, opening up about my gambling

22   addiction and substance abuse issues and finally dealing with

23   them have been some of the hardest challenges I have ever

24   faced.

25             Excuse me, Your Honor.

1          I am gambling addict.  I am a drug user.  But

2     I am now in recovery and working the program every day.

3     Going to Gamblers Anonymous and Alcoholics Anonymous meetings

4     three to four times a week, working with my sponsor and

5     sponsoring others.

6          I have 359 days of sobriety but know that I

7     must take each day one day at a time and constantly work the

8     program or replace, replace into the degenerate I used to be.

9     Regardless of how long I spend in prison, I will serve a

10    lifetime sentence of shame for my past actions.

11         Your Honor, I understand the victims want and

12    deserve justice.  I understand the need to make an example

13    out of me so that others do not follow in my footsteps.  That

14    is why I agreed to plead guilty before any charges were

15    brought against me, offered to cooperate in the government's

16    investigation, and wrote an open letter to the community to

17    make sure the message was heard loud and clear, that if you

18    steal from your clients to feed your addiction or for any

19    reason, the consequences are severe.  So please get help and

20    don't do it.

21         Your Honor, I want to thank you for all the

22    time you've put in my case and for considering my request to

23    give me one chance, just one chance to prove myself to the

24    Court, the government, the victims and my community.  It is

25    my solemn promise to this Court that I will never again

1    commit a crime and will work every day going forward to live

2    life as a contributing, productive, honest citizen, father

3    and community member.

4              Thank you, Your Honor.

5         **THE COURT:**  All right, thank you.

6              At this time, I'm going to take a short break

7    so that my court reporter can rest a bit, and I will return

8    at 6:30.

9              (Recess taken.)

10        **THE COURT:**  All right, first with regard to the

11   calculation of the Guidelines range, the Court agrees with

12   the probation officer's advisory guidelines calculation.

13             The base offense level for a violation of 18

14   U.S.C., Section 1343, Wire Fraud, under Guideline Section

15   2B1.1(a)(1) is 7.

16             There is an 18-level increase pursuant to

17   Guideline Section 2B1.1(b)(1)(J) for the amount of the loss,

18   which is $8,657,268.

19             There is a two-level increase under Section

20   3B1.3 for abuse of trust.  That results in an adjusted

21   offense level of 27.

22             The base offense level for subscribing to a

23   false tax return in violation of 26 U.S.C., Section 7206(1)

24   under Guideline Section 2T1.1(a)(1) and Section 2T4.1(I) is

25   22.

```
1              Under Guideline Section 2T1.1(b)(1) there is

2    a two-level increase for failure to report or correctly

3    identify the source of income exceeding $10,000.

4              In this case the tax loss is $1,704.080.

5    This results in an adjusted offense level of 24.

6              Under Guidelines Section 3D1.4, there is a

7    two-level increase for two units, and I do not find that

8    grouping is appropriate under 3D1.2.

9              Therefore, the combined adjusted offense

10   level is 29 with a three-level reduction for defendant's

11   acceptance of responsibility under Section 3E1.1(a) and (b).

12   The total offense level is 26.

13             The defendant has zero criminal history

14   points, so the Criminal History Category is one.

15             Does anyone have any objection to the

16   guidelines as calculated?

17         MR. HOCHMAN:  No, Your Honor.

18         MS. KATZENSTEIN:  No, Your Honor.

19         THE COURT:  I find the Presentence Investigation

20   Report to be accurate and correct.  I therefore accept and

21   adopt the revised Presentence Report and its calculation of

22   the advisory Sentencing Guidelines.

23             In determining the appropriate sentence, as

24   you know, the Advisory Guidelines are the starting point and

25   the initial benchmark in the Court's analysis.
```

1        I'm consulting and taking into account the

2    November 2016 edition of the Guidelines.

3        Given the charges set forth in the two-count

4    Information, namely, one-count of wire fraud in violation of

5    18 U.S.C., Section 1343 and one count of subscribing to a

6    false federal tax return in violation of 26 U.S.C., Section

7    7206(1), the total offense level is 26, the criminal history

8    category is 1, the Guidelines range for custody is 63 to 78

9    months, the Guidelines for supervised release is one to three

10   years on Count One and one year on Count Two.  The Guidelines

11   range for the fine is $25,000 to $250,000.

12       In determining the sentence, I am mindful of

13   and take very seriously my obligation to act in accordance

14   with the Sentencing Guidelines' admonition that the Court

15   shall impose a sentence that is sufficient but not greater

16   than necessary to comply with the purposes of the guidelines.

17       In making an individualized determination

18   based on the facts, I am considering the factors described in

19   18 U.S.C., Section 3553(a), especially, but not exclusively:

20   One, the nature and circumstances of the offense and the

21   history and characteristics of this defendant.

22       Two:  The need for the sentence to reflect

23   the seriousness of the offense, to promote respect for the

24   law, and to provide just punishment, to afford adequate

25   deterrence for criminal conduct, and to protect the public

1    from further crimes of the defendant.  I also considered the

2    sentencing range as set forth in the Guidelines as well as

3    the need to provide restitution to victims of the offense.

4              In weighing all of these factors under

5    Section 3553(a), I have taken into account the facts set

6    forth in the Plea Agreement to which Mr. Schwartz agreed the

7    Presentence Report as well as the parties' position

8    statements and all of the statements here today in court.

9              Jonathan Todd Schwartz is 47-year-old.  He

10   was raised in New York; and when he was four years old, his

11   parents divorced, leaving his mother to raise him and his

12   younger brother alone.

13             His father who apparently was a gambler and

14   drug dealer abandoned his family and had no role in raising

15   him or his brother.

16             Although Mr. Schwartz reports some abuse by

17   his mother, he appears to have had the benefit of a

18   supportive network, consisting of his mother's extended

19   family and managed to do well in school and to graduate from

20   college with a degree in accounting.

21             Mr. Schwartz then worked his way up the ranks

22   as an accountant, and it was a big feather in his cap when he

23   was hired to work for the accounting firm, GSO, which was a

24   well respected business management firm in Sherman Oaks.

25             He had a lucrative career there earning at

1    times over $100,000 per month.  He was married at that time

2    and had thee sons from that marriage.

3                    During the period from approximately 2009 to

4    2016 Mr. Schwartz executed in an insidious scheme to defraud

5    GSO and some of his clients by taking their money without

6    their knowledge or authorization and falsifying records to

7    conceal his theft of funds.

8                    He even forged the signature of one client;

9    and when confronted about all of these issues, he lied about

10   what he had done and attempted to conceal the truth.

11                   This scheme continued for about six to seven

12   years until Mr. Schwartz was finally caught and terminated

13   from his job.

14                   Mr. Schwartz used the money he embezzled

15   apparently for his own benefit to fund a lavish lifestyle

16   and, according to him, to fund his drug habit which included

17   marijuana and cocaine and his gambling habit.

18                   By pleading guilty and admitting his offense

19   early, Mr. Schwartz has accepted responsibility for his

20   actions and has saved the government the expense of a costly

21   prosecution and trial.  He states that he is remorseful and

22   regrets how his actions have impacted his family, friends,

23   colleagues, clients and employees of GSO.

24                   Since he lost his employment, he has

25   submitted to treatment and counseling for drug and gambling

1    addiction.  He apparently has helped others who suffered from

2    gambling addiction with their recovery.

3                These are all factors the Court has and will

4    consider in mitigation.

5                In aggravation, however, is the sheer

6    audaciousness of Mr. Schwartz's crime.  This criminal conduct

7    took place over the course of years and involved a very large

8    sum of money.  Had Mr. Schwartz not been caught, it appears

9    likely that he would have continued his embezzlement scheme.

10               The fact that he has confronted his own

11   misdeeds and has attempted to atone for them speaks well of

12   Schwartz's future non-recidivism and rehabilitation, but it

13   does not change the seriousness of the crime or the grave

14   economic and psychological harm he already has caused not

15   only to his former GSO partners and clients but also to the

16   many employees whose lives were upended by the economic

17   turmoil at GSO caused Mr. Schwartz's theft of funds.

18               As some of you may well know, I am one of

19   those judges who has frequently criticized the Sentencing

20   Guidelines as being overly draconian and disproportionate to

21   the crime.  This is one of those rare occasions where I

22   actually think that the Guidelines are not harsh enough.

23               Some defendants who come before this Court

24   have had heartbreakingly horrible childhoods, have suffered

25   extreme deprivation and destitution and commit crimes just to

1   sustain their very existence.  Mr. Schwartz, on the other

2   hand, received a college education and was earning what was a

3   very lucrative salary by any measure.  Yet, he engaged in

4   this scheme of embezzlement out of greed and a purported

5   gambling addiction.  This gambling addiction may explain some

6   of Mr. Schwartz's actions, but it certainly does not excuse

7   it.

8           He chose a path of misconduct and betrayal

9   that ruined and dishonored not only his own life and career

10  but nearly destroyed the firm that had embraced him as a

11  partner and caused untold disruption in the lives its clients

12  and employees of GSO.

13          According to his former partners, his conduct

14  has also changed the business management profession as a

15  whole, undermining the client trust that was so essential to

16  that profession.

17          Even assuming that Mr. Schwartz is not likely

18  to commit such a crime again, the crime he did commit is

19  serious and deserves just punishment.

20          On the one hand, those who have been

21  adversely impacted by Mr. Schwartz's conduct think that he

22  should be subject to the maximum sentence, which would be 20

23  years; on the other hand, Mr. Schwartz argues that he is

24  remorseful and on the path to rehabilitation, such that he

25  should only be sentenced to one year plus a day which with

good behavior would amount to approximately nine months of incarceration.

After careful consideration, I find that a sentence in the mid-range of the Sentencing Guidelines strikes the proper balance of the Section 3553(a) factors in this case, including the aggravating and mitigating factors, and ensures that the sentence reflects the seriousness of the offense, promotes respect for the law, and provides just punishment for the crime committed.

I will now state the sentence, but counsel will have a final opportunity to state any objections that they may have.

Are there any --

Is there any reason why judgment should not now be imposed?

**MR. HOCHMAN:**  No reason, Your Honor.

**MS. KATZENSTEIN:**  No, Your Honor.  Thank you.

**THE COURT:**  In light of the totality of the circumstances, I find that the following sentence is reasonable and is sufficient but is no greater than necessary to comply with the purposes of stated in 18 USC, Section 3553(a).

IT IS ORDERED that the defendant shall pay to the United States a special assessment of $200 which is due immediately.  Any unpaid balance shall be due during the

```
1    period of imprisonment at the rate of not less than $25 per

2    quarter and pursuant to the Bureau of Prisons Inmate

3    Financial Responsibility Program.

4              IT IS ORDERED that the defendant shall pay

5    restitution in the total amount of $8,657,268 pursuant to 18

6    U.S.C., Section 3663A.

7              The amount of restitution shall be paid in

8    accordance with paragraph 121 of the Presentence

9    Investigation Report.

10             The victims and the amounts that are stated

11   therein will not be shown on the Judgment and Commitment

12   Order but will be reflected in the Presentence Report.

13             Restitution shall be due during the period of

14   imprisonment at the rate of not less than $25 per quarter

15   and pursuant to the Bureau of Prisons Inmate Financial

16   Responsibility Program.

17             If any amount of the restitution remains

18   unpaid after release from custody, nominal monthly payments

19   of at least 10 percent of defendant's gross monthly income

20   but not less than 250, whichever is greater, shall be made

21   during the period of supervised release and shall begin 30

22   days after the commencement of supervision.

23             Nominal restitution payments are ordered as

24   the Court finds that the defendant's current economic

25   circumstances do not allow for either immediate or future
```

1    payment of the amount ordered.

2              If the defendant makes a partial payment,

3    each payee shall receive approximately proportional payment

4    unless another priority order or percentage payment is

5    specified in this judgment.

6              Pursuant to 18 U.S.C., Section 3612(f)(3)(A),

7    interest on the restitution order is waived because the

8    defendant does not have the ability to pay interest.

9              Payments may be subject to penalties for

10   default and delinquency pursuant to 18 U.S.C., Section

11   3612(g).

12             The defendant shall comply with General Order

13   No. 01-05.

14             All fines are waived as the Court finds that

15   the defendant does not have the ability to pay a fine in

16   addition to restitution.

17             Pursuant to the Sentencing Reform Act of

18   1984, it is the judgment of this Court that the defendant,

19   Jonathan Todd Schwartz, is hereby committed on counts 1 and 2

20   of the two-count information to the custody of the Bureau of

21   Prisons to be imprisoned for a total term of 72 months.

22             This term consists of 72 months on Count One

23   and 36 months on Count Two, all to be served concurrently.

24             Upon release from imprisonment, the defendant

25   shall be placed on supervised release for a period of three

1    years.

2              This term consists of three years on

3    Count One, and one year on Count Two, all such terms to run

4    concurrently under the following terms and conditions:

5              One:  The defendant shall comply with the

6    rules and regulations of the United States Probation Office,

7    General Order 05-02 and General Order 01-05, including three

8    special conditions delineated in General Order 01-05.

9              Two:  During the period of community

10   supervision, the defendant shall pay the special assessment

11   and restitution in accordance with this judgment's orders

12   pertaining to such payment.

13             Three:  The defendant shall cooperate in the

14   collection of a DNA sample from the defendant.

15             Four:  The defendant shall refrain from any

16   unlawful use of a controlled substance.  The defendant shall

17   submit to one drug test within 15 days of release from

18   custody and at least two periodic drug tests thereafter not

19   to exceed eight tests per month, as directed by the probation

20   officer.

21             Five:  The defendant shall participate in an

22   outpatient substance abuse treatment and counseling program

23   that includes urinalysis, breath and/or sweat patch testing

24   as directed by the probation officer.  The defendant shall

25   abstain from using alcohol and illicit drugs and from abusing

prescription medications during the period of supervision.

Six:  The defendant shall participate in mental health treatment which may include evaluation and counseling until discharged from the treatment by the treatment provider with the approval of the probation officer.

Seven:  As directed by the probation officer, the defendant shall pay all or part of the cost of the Court ordered treatment to the aftercare contractors during the period of community supervision.  The defendant shall provide payment and proof of payment as directed by the probation officer.  If the defendant has no ability to pay, no payment shall be required.

Eight:  The defendant shall truthfully and timely file and pay taxes owed for the years of conviction and shall truthfully and timely file and pay taxes during the period of community supervision.  Further, the defendant shall prove to the probation officer of compliance with this order.

Nine:  The defendant shall not be employed in any capacity wherein he has any custody, control, or management of clients' or employer's funds.

Ten:  The defendant shall not engage as whole or partial owner, employee or otherwise in any business involving loan programs, telemarketing activities, investment

1    programs or any other business involving the solicitation of

2    funds or cold calls to customers without the express approval

3    of the probation officer prior to engaging in such

4    employment.  Further, the defendant shall provide the

5    probation officer with access to any and all business

6    records, client lists and other records pertaining to the

7    operation of any business owned in whole or in part by the

8    defendant as directed by the probation officer.

9            Eleven:  The defendant shall not be employed

10   in any position that requires licensing and/or certification

11   by any local, state or federal agency without the prior

12   written approval of the probation officer, and

13           Twelve:  The defendant shall apply all moneys

14   received from income tax refunds to the outstanding Court

15   ordered financial obligation.  In addition, the defendant

16   shall apply all moneys received from lottery winnings,

17   inheritance, judgments and any anticipated or unexpected

18   financial gains to the outstanding court ordered financial

19   obligation.

20           The Court authorizes the probation office to

21   disclose the presentence report to the substance abuse

22   treatment provider to facilitate the defendant's treatment

23   for a narcotic addiction or drug dependency.

24           Further re-disclosure of the Presentence

25   Report by the treatment provider is prohibited without the

1    consent of the sentencing judge.

2              The Court authorizes the probation officer to

3    disclose the Presentence Report and/or any previous mental

4    health evaluations or reports to the treatment provider.

5              The treatment provider may provide

6    information excluding the Presentence Report to state or

7    local social service agencies such as State of California,

8    Department of Social Service for the purpose of the client's

9    rehabilitation.

10             Mr. Hochman, do you wish me to recommend that

11   Mr. Schwartz be assigned to an institution in the Southern

12   California area?

13        **MR. HOCHMAN:**  Your Honor, we looked into

14   residential drug abuse programs, and Bureau of Prisons, the

15   closest one, unfortunately -- we would ask the Court to make

16   that recommendation is at the federal prison camp in

17   Sheridan, Oregon.

18        **THE COURT:**  Sheraton?

19        **MR. HOCHMAN:**  S-H-E-R-I-D-A-N.

20        **THE COURT:**  Oh, Sheridan.

21        **MR. HOCHMAN:**  -- Oregon, Your Honor.  So, we'd ask

22   for the judicial recommendation to the residential drug abuse

23   problem in Sheridan, Oregon.

24        **THE COURT:**  All right.  I will make that

25   recommendation; although, as you know, it is purely a

```
1    recommendation.

2              MR. HOCHMAN:  Yes, Your Honor.

3              THE COURT:  Do you also wish to propose a

4    surrender date?

5              MR. HOCHMAN:  Yes, Your Honor.  We'd ask -- we

6    normally ask for 60 days.  Sixty days falls around July 4th.

7    We'd ask for July 11, Your Honor.

8              THE COURT:  Any objection, Ms. Katzenstein?

9              MS. KATZENSTEIN:  No objections, Your Honor.

10             THE COURT:  All right, July 11th, then.

11                  IT IS ORDERED that the defendant shall

12   surrender himself to the institution designated by the Bureau

13   of Prisons at or before 12:00 noon on July 11, 2017.

14                  In the absence of such designation, the

15   defendant shall report on or before the same date and time to

16   the United States Marshal located at the Roybal Federal

17   Building, 255 East Temple Street; Los Angeles, California,

18   90012.

19                  Is there a bond --

20                  Oh, the bond will be exonerated upon

21   surrender.

22             MS. KATZENSTEIN:  Yes, yes, Your Honor, the bond

23   will be exonerated upon surrender; however, the defendant is

24   currently released on a $25,000 appearance pond, and in view

25   of the sentence and the changed circumstances now, I would
```

1    ask that the Court increase the bond.

2                    I would suggest a secured bond at this

3    point -- I can --

4                    At this point we should probably have at

5    least $100,000 secured in place to secure his appearance and

6    his surrender for sentencing.

7              **THE COURT:** Mr. Hochman?

8              **MR. HOCHMAN:** Your Honor, as the Court is aware

9    from the financial statements, the defendant doesn't have

10   anything that would have $100,000 of security in it.

11                    I think the defendant has known about this

12   case for well over a year. Again, to the extent that he's

13   taken all the actions you could ask of someone since the

14   federal government began its investigation, I'm hoping this

15   is where that consideration could lie, that he'd be able to

16   continue that bond. I think there is absolutely no

17   indication in his criminal history or anything else that he's

18   going to flee.

19                    And, Your Honor, I think that, again, he's

20   committed to his recovery. This is part of it, and we'd ask

21   you to continue the bond, Your Honor.

22             **THE COURT:** Ms. Katzenstein, I did look at the

23   Presentence Report and his assets and liabilities, and he has

24   a negative net worth. So, unless he has some wealthy patron

25   who's still willing to pony up money, I'm not certain that

1    there's going to be anything that he's going to be able to

2    put up.

3         **MS. KATZENSTEIN:**  My understanding is he is now

4    living with someone in a residence in Westlake Village with a

5    very substantial rent.  I believe that person might be able

6    to provide some security for his appearance.

7         **THE COURT:**  That residence is a rented home?

8         **MS. KATZENSTEIN:**  It is, but I believe if they

9    have sufficient assets to pay a substantial rent, they would

10   have -- not asking them to give the money over, just to

11   secure his appearance and his surrender for sentencing.

12        **THE COURT:**  All right.

13             Mr. Hochman, I'm not averse to having at

14   least the current bond be secured.

15        **MR. HOCHMAN:**  Your Honor, we'll -- I mean, I think

16   we could put together probably $25,000 of third party money,

17   as long as the Court would allow third party affidavit of

18   surety to secure.

19             Again, I don't think Mr. Schwartz himself has

20   it.  He'll have to go to a third party.

21        **THE COURT:**  All right, well, given the lateness of

22   the hour, I'm going to ask that counsel meet and confer about

23   what would be an appropriate third party surety and file a

24   stipulation and proposed order in that regard within --

25             Is a week sufficient?

1          **MR. HOCHMAN:**  Yes, Your Honor.  And $25,000 would

2    be the amount, Your Honor, to secure the current unsecured

3    bail?

4          **THE COURT:**  Correct.

5          **MR. HOCHMAN:**  Yes, Your Honor.  I'll confer with

6    counsel.

7          **MS. KATZENSTEIN:**  That's fine, Your Honor.  Thank

8    you.

9          **THE COURT:**  All right.  Is there anything further?

10          **MS. KATZENSTEIN:**  Nothing from the government,

11    Your Honor, except the government notes that under the terms

12    of the plea agreement, Mr. Schwartz his waived his right to

13    appeal.

14          **MR. HOCHMAN:**  That's correct, Your Honor.

15          **THE COURT:**  All right.

16               Then we are adjourned.

17          **MR. HOCHMAN:**  Thank you.

18          **MS. KATZENSTEIN:**  Thank you, Your Honor.

19                         **~ ~ ~**

20          (Proceedings concluded at 6:53 p.m.)

21          (Court adjourned.)

22

23

24

25

```
 1                    C E R T I F I C A T E

 2    I hereby certify that the foregoing is a true and correct

 3    transcript of the stenographically recorded proceedings in

 4    the above matter.

 5    Fees charged for this transcript, less any circuit fee

 6    reduction and/or deposit, are in conformance with the

 7    regulations of the judicial conference of the United States.

 8


 9


10    /S/Anne Kielwasser                05/24/2017

11    _____          _____
      Anne Kielwasser, CRR, RPR, CSR    Date
12    Official Court Reporter

13


14


15


16


17


18


19


20


21


22


23


24


25
```

UNITED  STATES  DISTRICT  COURT

**$**

**$1,704.080** [1] - 64:4
**$10,000** [3] - 10:12, 50:1, 64:3
**$100,000** [3] - 67:1, 78:5, 78:10
**$120,000** [1] - 50:1
**$20** [1] - 14:5
**$200** [1] - 70:24
**$25** [2] - 71:1, 71:14
**$25,000** [4] - 65:11, 77:24, 79:16, 80:1
**$250,000** [1] - 65:11
**$30,000** [2] - 9:2, 9:6
**$300** [2] - 8:9, 12:6
**$35,000** [1] - 9:7
**$5,000** [1] - 8:10
**$50,000** [2] - 8:10, 42:13
**$500** [2] - 8:9, 12:7
**$8,657,268** [2] - 63:18, 71:5
**$80** [1] - 38:6

**/**

**/S/Anne** [1] - 81:10

**0**

**01-05** [3] - 72:13, 73:7, 73:8
**05-02** [1] - 73:7
**05/24/2017** [1] - 81:10

**1**

**1** [2] - 65:8, 72:19
**10** [2] - 46:19, 71:19
**100** [3] - 16:22, 19:11, 19:13
**11** [2] - 77:7, 77:13
**11th** [2] - 2:6, 77:10
**12** [2] - 24:25, 25:23
**121** [1] - 71:8
**12:00** [1] - 77:13
**1343** [2] - 63:14, 65:5
**15** [3] - 25:6, 35:17, 73:17
**150** [2] - 42:14, 57:11
**1500** [1] - 41:5
**16** [3] - 38:11, 38:22, 43:6
**1601** [1] - 2:15
**17-22DMG** [2] - 1:10, 4:5

**18** [7] - 63:13, 65:5, 65:19, 70:21, 71:5, 72:6, 72:10
**18-level** [1] - 63:16
**19** [1] - 30:22
**1984** [1] - 72:18
**19th** [1] - 5:14
**1st** [2] - 5:12, 5:18

**2**

**2** [2] - 4:5, 72:19
**2.1** [1] - 36:10
**2.5** [1] - 36:8
**20** [3] - 22:9, 47:8, 69:22
**20,000** [1] - 22:9
**2000** [2] - 25:4, 25:23
**2000s** [1] - 11:1
**2009** [1] - 67:3
**2016** [7] - 14:20, 14:24, 15:11, 17:19, 18:12, 65:2, 67:4
**2017** [5] - 1:17, 4:1, 5:11, 9:1, 77:13
**2050** [1] - 2:15
**20th** [1] - 39:20
**21** [1] - 5:16
**213** [1] - 1:24
**213-894-2432** [1] - 2:7
**213-894-6269** [1] - 2:7
**22** [1] - 63:25
**24** [1] - 64:5
**250** [1] - 71:20
**255** [1] - 77:17
**26** [7] - 3:4, 5:16, 5:17, 63:23, 64:12, 65:6, 65:7
**27** [1] - 63:21
**28** [1] - 45:18
**29** [1] - 64:10
**2B1.1(a)(1)** [1] - 63:15
**2B1.1(b)(1)(J)** [1] - 63:17
**2nd** [1] - 5:19
**2T1.1(a)(1)** [1] - 63:24
**2T1.1(b)(1)** [1] - 64:1
**2T4.1(I** [1] - 63:24

**3**

**3** [2] - 1:17, 4:1
**3.5** [1] - 35:5
**30** [2] - 5:11, 71:21
**30-year-old** [1] - 27:20
**300** [2] - 39:18, 41:5
**30s** [1] - 46:25
**310-255-9025** [1] -

2:16
**310-907-2025** [1] - 2:17
**312** [1] - 2:6
**350** [2] - 1:23, 45:1
**3553(a** [5] - 16:3, 59:17, 65:19, 66:5, 70:5
**3553(a)** [1] - 70:22
**359** [2] - 24:1, 62:6
**36** [2] - 24:13, 72:23
**3612(f)(3)(A** [1] - 72:6
**3612(g)** [1] - 72:11
**3663A** [1] - 71:6
**37** [1] - 3:5
**3B1.3** [1] - 63:20
**3D1.2** [1] - 64:8
**3D1.4** [1] - 64:6
**3E1.1(a** [1] - 64:11

**4**

**4** [2] - 45:19, 45:21
**40** [1] - 37:18
**40s** [2] - 46:25, 49:6
**4455** [1] - 1:23
**46** [1] - 3:6
**47-year-old** [1] - 66:9
**4:30** [2] - 1:18, 4:1
**4th** [1] - 77:6

**5**

**5** [2] - 52:5, 56:3
**50,000** [1] - 12:10
**57** [1] - 3:3

**6**

**60** [2] - 3:7, 77:6
**63** [6] - 3:8, 24:8, 35:7, 35:16, 35:17, 65:8
**63-month** [2] - 34:19, 35:24
**650** [1] - 25:5
**6:30** [1] - 63:8
**6:53** [1] - 80:20

**7**

**7** [14] - 3:3, 7:17, 8:3, 13:1, 13:2, 13:24, 14:4, 14:9, 15:7, 27:17, 29:14, 35:9, 41:1, 63:15
**7.3** [1] - 56:4
**70** [1] - 39:8

**72** [2] - 72:21, 72:22
**7206(1** [2] - 63:23, 65:7
**75** [2] - 20:2, 25:17
**78** [3] - 35:7, 35:16, 65:8
**78-month** [1] - 24:8

**8**

**8** [1] - 35:10
**8.6** [1] - 35:5
**894-2969** [1] - 1:24

**9**

**9.5** [1] - 35:5
**90012** [2] - 1:23, 77:18
**90012-4700** [1] - 2:6
**90404-4082** [1] - 2:16

**A**

**A.M** [1] - 4:1
**abandoned** [1] - 66:14
**abiding** [1] - 17:17
**ability** [8] - 6:7, 17:3, 17:15, 18:4, 55:10, 72:8, 72:15, 74:12
**able** [11] - 9:19, 10:17, 13:10, 32:6, 33:12, 36:21, 46:25, 50:7, 78:15, 79:1, 79:5
**absence** [1] - 77:14
**absolute** [1] - 59:24
**absolutely** [7] - 29:20, 29:21, 57:6, 59:4, 59:5, 59:6, 78:16
**abstain** [1] - 73:25
**abuse** [13] - 7:20, 15:18, 17:24, 21:12, 21:17, 35:6, 61:22, 63:20, 66:16, 73:22, 75:21, 76:14, 76:22
**abused** [1] - 43:24
**abuser** [1] - 15:20
**abusing** [1] - 73:25
**abusive** [1] - 17:22
**accept** [2] - 18:19, 64:20
**acceptance** [1] - 64:11
**accepted** [2] - 19:6, 67:19
**access** [1] - 75:5
**accordance** [3] - 65:13, 71:8, 73:11
**according** [2] - 67:16, 69:13

**account** [6] - 39:6, 43:17, 52:9, 56:3, 65:1, 66:5
**accountant** [1] - 66:22
**accountants** [1] - 40:23
**accounting** [4] - 10:18, 18:1, 66:20, 66:23
**accounts** [4] - 38:17, 43:14, 57:12, 59:1
**accurate** [1] - 64:20
**accustomed** [1] - 52:15
**acknowledge** [2] - 8:23, 27:3
**acknowledgement** [3] - 15:9, 15:10, 15:13
**acknowledges** [1] - 8:22, 8:24, 8:25
**Act** [1] - 72:17
**act** [3] - 53:18, 65:13
**action** [1] - 20:20
**actions** [17] - 17:4, 18:19, 25:8, 47:23, 53:25, 54:23, 60:15, 61:4, 61:9, 61:12, 61:20, 62:10, 67:20, 67:22, 69:6, 78:13
**actively** [1] - 47:2
**activism** [1] - 49:10
**activist** [1] - 47:1
**activities** [2] - 43:7, 74:25
**adamantly** [2] - 29:19
**add** [1] - 15:15
**Addendum** [1] - 5:12
**addict** [12] - 11:16, 11:18, 11:19, 11:20, 11:23, 15:19, 17:24, 23:8, 32:3, 44:8, 62:1
**addicted** [1] - 56:13
**addiction** [34] - 7:19, 8:14, 8:16, 13:18, 15:2, 15:11, 15:14, 16:5, 16:11, 16:12, 16:13, 16:17, 16:23, 16:24, 17:5, 17:16, 17:19, 21:16, 23:25, 31:25, 38:20, 44:8, 51:23, 57:19, 57:22, 57:24, 61:22, 62:18, 68:1, 68:2, 69:5, 75:23
**addictions** [12] - 7:24, 9:18, 10:4, 10:6, 10:22, 11:9, 11:11, 11:25, 15:6, 15:18, 21:12

addicts [2] - 10:15, 32:2
addition [3] - 35:12, 72:16, 75:15
additional [4] - 5:15, 5:19, 27:18, 34:7
address [7] - 9:17, 9:22, 9:24, 26:23, 37:6, 60:7
addresses [1] - 35:14
adequate [1] - 65:24
adjourned [2] - 80:16, 80:21
adjust [1] - 49:1
adjusted [3] - 63:20, 64:5, 64:9
adjusting [2] - 37:23, 49:18
admit [1] - 18:17
admits [1] - 54:16
admitted [2] - 33:20, 46:2
admitting [1] - 67:18
admonition [1] - 65:14
adopt [1] - 64:21
adopted [1] - 18:13
adored [1] - 32:12
advances [2] - 13:13, 38:5
advantage [2] - 43:25, 54:21
adversely [1] - 69:21
advice [1] - 48:11
advisor [1] - 47:19
advisory [2] - 63:12, 64:22
Advisory [1] - 64:24
advocate [1] - 26:19
affected [1] - 42:7
affidavit [1] - 79:17
afford [4] - 51:5, 52:23, 58:2, 65:24
aftercare [1] - 74:9
afternoon [3] - 4:8, 5:2, 46:13
afterwards [2] - 18:11, 42:23
age [2] - 46:19, 47:6
agencies [1] - 76:7
agency [1] - 75:11
Agent [2] - 4:10, 4:12
agents [1] - 8:22
aggravating [2] - 29:3, 70:6
aggravation [1] - 68:5
ago [1] - 41:9
agree [2] - 31:14, 59:14
agreed [3] - 48:22,

62:14, 66:6
Agreement [3] - 19:22, 19:24, 66:6
agreement [6] - 46:2, 80:12
agreements [1] - 20:1
agrees [1] - 63:11
ahead [2] - 21:9, 22:13
Air [1] - 38:9
AKtranscripts.com [1] - 1:25
Alanis [3] - 2:10, 4:14, 46:15
Alanis's [1] - 52:21
alcohol [5] - 11:16, 11:18, 16:12, 57:19, 73:25
Alcoholics [1] - 62:3
alibi [1] - 51:21
allow [3] - 48:12, 71:25, 79:17
allowed [1] - 48:14
allows [3] - 24:18, 25:1, 35:19
almost [9] - 12:23, 20:12, 27:20, 27:22, 31:22, 35:5, 49:25, 50:5, 52:5
alone [2] - 61:1, 66:12
alter [1] - 12:18
alternative [1] - 24:12
America [2] - 4:6, 11:12
AMERICA [1] - 1:8
ammunition [1] - 42:5
amount [19] - 13:15, 14:4, 20:15, 23:17, 25:4, 27:13, 35:3, 36:9, 36:10, 45:23, 47:15, 58:3, 63:17, 70:1, 71:5, 71:7, 71:17, 72:1, 80:2
amounts [3] - 13:25, 26:7, 71:10
analysis [2] - 30:4, 64:25
AND [1] - 3:8
Angeles [7] - 1:17, 1:23, 2:6, 40:22, 40:23, 43:20, 77:17
Anne [2] - 1:22, 81:11
anne.kielwasser@ gmail.com [1] - 1:24
announcing [1] - 14:25
Anonymous [2] - 62:3
anonymous [2] - 14:23, 45:2
answer [3] - 7:22, 33:3, 45:12

anticipated [1] - 75:17
anyway [1] - 52:24
apologize [6] - 61:3, 61:5, 61:8, 61:11, 61:12, 61:13
apologized [1] - 43:10
appeal [2] - 50:20, 80:13
appear [2] - 13:8, 15:5
appearance [4] - 77:24, 78:5, 79:6, 79:11
appearances [1] - 4:7
appended [1] - 36:3
apply [4] - 46:25, 53:20, 75:13, 75:16
appreciate [4] - 45:6, 45:9, 45:11, 56:25
appropriate [2] - 64:8, 64:23, 79:23
approval [2] - 74:5, 75:2, 75:12
April [4] - 5:14, 5:16, 5:17, 39:20
area [1] - 76:12
argues [1] - 69:23
art [1] - 49:12
article [1] - 21:5
articulated [1] - 35:22
artist [3] - 47:4, 48:15, 48:18
aside [3] - 22:16, 28:13, 29:22
aspect [3] - 14:19, 20:1, 21:6
aspects [2] - 23:22, 23:23
assertion [1] - 8:13
assess [1] - 17:3
assessment [2] - 70:24, 73:10
assets [3] - 22:2, 78:23, 79:9
assigned [1] - 76:11
assist [1] - 18:22
assuming [1] - 69:17
assurance [1] - 47:6
assured [3] - 49:16, 51:9, 54:24
athletes [1] - 43:21
atone [1] - 68:11
attached [1] - 45:17
attempt [1] - 9:24
attempted [2] - 67:10, 68:11
attempting [1] - 53:19
attention [2] - 35:14, 50:17
attorney [4] - 6:13, 37:13, 39:18, 40:25

Attorney [1] - 2:5
audaciousness [1] - 68:6
audience [1] - 48:23
audit [1] - 40:5
AUSA [1] - 2:5
authority [1] - 43:15
authorization [2] - 43:15, 67:6
authorizes [1] - 75:20, 76:2
averse [1] - 79:13
avoid [2] - 54:22, 55:25
aware [2] - 8:19, 42:19, 78:8
awry [1] - 39:21

## B

b) [1] - 64:11
background [3] - 37:14, 37:16, 37:17
backwards [1] - 15:18
bad [4] - 23:23, 29:11, 29:12, 59:20
bail [1] - 80:3
balance [4] - 25:19, 54:24, 70:5, 70:25
balancing [1] - 16:2
bank [10] - 12:22, 34:12, 37:25, 38:18, 38:19, 43:17, 43:18, 52:19, 52:24, 57:12
bankrupt [1] - 52:12
base [2] - 63:13, 63:22
based [11] - 18:3, 18:4, 24:1, 31:22, 40:20, 49:13, 55:18, 56:20, 58:10, 65:18
bases [2] - 12:23, 31:19
basis [3] - 26:13, 49:25, 50:4
beautiful [1] - 61:6
became [2] - 10:10, 38:10
become [2] - 22:22, 52:15
becomes [1] - 18:1
beforehand [1] - 18:10
befriended [1] - 23:1
began [3] - 46:19, 50:4, 78:14
begin [4] - 25:2, 50:16, 61:3, 71:21
behalf [4] - 4:9, 4:23, 31:1, 40:24

BEHALF [2] - 2:3, 2:12
behavior [3] - 47:23, 56:20, 70:1
Beit [2] - 14:21, 45:1
belonged [1] - 38:1
benchmark [1] - 64:25
benefit [4] - 46:3, 55:21, 66:17, 67:15
benefits [1] - 28:9
Bernard [2] - 2:11, 4:15, 37:6
Bernie [1] - 61:8
best [2] - 11:4, 41:20
bet [3] - 11:14, 11:20, 16:22
betrayal [4] - 28:14, 29:1, 55:13, 69:8
bets [11] - 8:9, 8:23, 8:24, 9:3, 9:5, 11:13, 12:9, 12:13, 14:11, 15:9
better [2] - 12:13, 57:8
betting [1] - 12:5
between [4] - 8:6, 8:20, 44:6, 49:25
beyond [2] - 13:18, 13:21, 31:4, 31:13, 48:5, 49:6, 54:4
big [6] - 21:5, 39:12, 47:5, 47:12, 51:10, 66:22
bill [1] - 25:9
Billboard [1] - 22:10
biological [3] - 31:25, 32:1, 32:4
bipolar [2] - 11:24, 57:18
bit [4] - 32:2, 33:6, 46:16, 63:7
blame [2] - 52:1, 54:22
blamed [1] - 53:4
blew [1] - 31:1
blossomed [1] - 47:8
Bockius [1] - 2:14
bond [9] - 4:24, 77:19, 77:20, 77:22, 78:1, 78:2, 78:16, 78:21, 79:14
bonus [1] - 30:12
bonuses [1] - 28:9
book [1] - 54:20
bookie [14] - 8:6, 8:18, 8:20, 8:22, 8:23, 9:4, 9:11, 10:10, 15:8, 15:9, 17:2, 20:7, 29:17, 29:20
bookies [1] - 44:6
Bora [4] - 53:16, 54:1, 54:2
born [1] - 49:11

**borne** [1] - 55:15
**bottles** [1] - 11:18
**bottom** [1] - 19:15
**bought** [1] - 13:3
**Boulevard** [1] - 2:15
**boy** [1] - 38:5
**brain** [2] - 16:21,
57:21
**breach** [3] - 44:20,
48:3
**break** [3] - 32:2, 51:8,
63:6
**breath** [1] - 73:23
**brief** [2] - 31:22, 36:2
**briefly** [2] - 34:16,
57:4
**bring** [2] - 10:17,
18:20
**bringing** [1] - 49:10
**brings** [2] - 35:14,
56:4
**broke** [1] - 60:21
**brother** [3] - 10:11,
66:12, 66:15
**brought** [1] - 62:15
**brown** [1] - 41:14
**Brown** [2] - 4:15, 61:9
**BS'd** [1] - 43:6
**BSing** [1] - 43:6
**budget** [1] - 51:11
**budgets** [1] - 50:9
**build** [7] - 37:18,
48:25, 52:22, 52:23,
55:17, 58:7, 60:19
**Building** [1] - 77:17
**built** [2] - 38:21, 42:10
**burden** [1] - 15:22
**Bureau** [5] - 71:2,
71:15, 72:20, 76:14,
77:12
**burglarizing** [1] - 56:9
**Business** [2] - 4:16,
37:7
**business** [39] - 10:20,
11:4, 11:5, 13:12,
18:2, 24:13, 27:20,
27:21, 27:23, 27:24,
27:25, 28:3, 28:4,
28:8, 28:10, 28:18,
37:20, 38:10, 38:21,
38:22, 38:23, 40:22,
42:11, 43:16, 43:19,
46:10, 52:4, 53:2,
53:3, 60:24, 66:24,
69:14, 74:24, 75:1,
75:5, 75:7
**businesses** [1] -
27:22
**buy** [2] - 32:24, 52:22
**buying** [1] - 56:14

**BY** [1] - 3:2

# C

**CA** [2] - 2:6, 2:16
**calculated** [3] - 56:5,
56:19, 64:16
**calculation** [3] -
63:11, 63:12, 64:21
**CALIFORNIA** [1] - 1:2
**California** [5] - 1:17,
1:23, 76:7, 76:12,
77:17
**camp** [1] - 76:16
**cannot** [2] - 56:21,
61:2
**cap** [1] - 66:22
**capable** [1] - 26:20
**capacity** [1] - 74:21
**capital** [4] - 49:1,
49:19, 51:4, 55:19
**captured** [1] - 35:15
**car** [1] - 31:5
**care** [4] - 39:12, 47:6
**career** [7] - 39:9,
46:19, 47:8, 47:18,
48:18, 66:25, 69:9
**careful** [1] - 70:3
**carefully** [2] - 49:14,
51:17
**cars** [1] - 58:3
**case** [19] - 7:4, 8:3,
13:8, 17:11, 18:15,
18:21, 20:7, 27:16,
33:21, 33:22, 35:2,
35:3, 49:17, 62:22,
64:4, 70:6, 78:12
**cases** [2] - 16:10, 17:8
**cash** [25] - 7:17, 7:19,
8:4, 9:14, 12:15,
12:17, 12:21, 12:22,
12:25, 13:2, 14:1,
14:9, 14:18, 15:7,
29:17, 37:25, 50:1,
52:5, 52:18, 52:20,
52:22, 56:3, 57:12,
58:6
**Category** [1] - 64:14
**category** [1] - 65:8
**caught** [5] - 53:7,
54:15, 54:17, 67:12,
68:8
**caused** [12] - 20:19,
27:17, 28:11, 28:12,
28:15, 37:14, 39:13,
48:2, 61:2, 68:14,
67:11, 69:11
**causes** [1] - 33:7
**causing** [1] - 35:10

**CENTRAL** [1] - 1:2
**centric** [1] - 17:17
**certain** [5] - 10:15,
10:23, 19:15, 21:5,
78:25
**certainly** [3] - 10:3,
37:12, 69:6
**certification** [1] -
75:10
**certify** [1] - 81:2
**challenges** [1] - 61:23
**chance** [5] - 6:3, 23:9,
59:25, 62:23
**chances** [1] - 55:6
**change** [5] - 6:20,
12:18, 36:8, 36:11,
68:13
**changed** [3] - 43:5,
69:14, 77:25
**character** [5] - 5:19,
40:10, 40:11, 40:12,
40:18
**characteristics** [4] -
17:13, 23:19, 23:22,
65:21
**charge** [1] - 33:22
**charged** [1] - 81:5
**charges** [8] - 18:20,
33:7, 34:3, 34:7,
34:8, 62:14, 65:3
**charitable** [3] - 7:7,
54:6, 60:24
**charity** [1] - 39:3
**check** [2] - 12:18,
51:11
**checks** [1] - 40:24
**chemical** [1] - 11:21
**chemicals** [1] - 16:20
**chest** [1] - 21:14
**Chicago** [1] - 23:13
**child** [2] - 32:18, 46:22
**childhood** [1] - 17:22
**childhoods** [1] - 68:24
**children** [7] - 7:9,
44:15, 49:7, 49:10,
49:11, 50:5, 61:6
**children's** [1] - 47:24
**choice** [1] - 33:17
**choices** [1] - 49:2
**chose** [1] - 69:8
**Christmas** [1] - 34:24
**chronic** [2] - 10:23,
10:24
**chunk** [1] - 44:16
**circuit** [1] - 81:5
**circumstance** [1] -
16:9
**circumstances** [7] -
16:3, 17:10, 59:22,
65:20, 70:19, 71:25,

77:25
**cited** [1] - 17:8
**citizen** [1] - 63:2
**civil** [2] - 20:2, 25:18
**claim** [1] - 15:5
**claims** [1] - 9:18
**clarify** [1] - 36:7
**clarity** [1] - 48:12
**clean** [1] - 39:10
**clear** [4] - 9:20, 41:20,
56:18, 62:17
**clearly** [1] - 56:6
**clergy** [1] - 14:25
**CLERK** [1] - 4:5
**click** [1] - 16:16
**client** [8] - 4:14, 6:1,
6:18, 7:7, 18:4, 19:4,
26:21, 33:24, 67:8,
69:15, 75:6
**client's** [2] - 28:1, 76:8
**clients** [23] - 7:6, 7:18,
11:3, 13:25, 17:1,
18:6, 19:12, 22:3,
26:5, 28:20, 28:21,
28:25, 37:21, 44:17,
58:9, 59:5, 60:19,
60:21, 62:18, 67:5,
67:23, 68:15, 69:11
**clients'** [4] - 53:16,
57:12, 59:1, 74:22
**clock** [1] - 11:4
**close** [1] - 7:15
**closely** [1] - 51:2
**closest** [1] - 76:15
**closing** [1] - 20:1
**Cloverfield** [1] - 2:15
**cocaine** [2] - 11:8,
67:17
**cold** [1] - 75:2
**colleagues** [2] -
32:11, 67:23
**collection** [2] - 15:21,
73:14
**college** [8] - 9:19,
10:8, 10:12, 18:1,
38:10, 44:5, 66:20,
69:2
**combined** [1] - 64:9
**coming** [4] - 47:15,
50:10, 56:25, 58:11
**commencement** [1] -
71:22
**commit** [6] - 26:3,
54:11, 63:1, 68:25,
69:18
**Commitment** [1] -
71:11
**commitment** [1] - 24:5
**commits** [2] - 32:3,
33:11

**committed** [7] - 9:12,
34:1, 45:4, 54:12,
70:9, 72:19, 78:20
**committing** [1] - 26:12
**communicated** [1] -
49:3
**communities** [1] -
60:24
**community** [23] - 7:7,
17:17, 21:10, 21:13,
21:23, 25:4, 25:7,
25:8, 25:24, 26:2,
26:7, 26:11, 27:22,
47:25, 60:2, 60:4,
62:16, 62:24, 63:3,
73:9, 74:10, 74:17
**companies** [4] -
25:11, 25:12, 25:16,
61:13
**company** [6] - 12:19,
12:20, 27:25, 28:2,
28:4, 28:12
**compelled** [2] - 31:11,
31:16
**compensation** [1] -
13:14
**competitive** [1] - 11:5
**complete** [2] - 40:4,
61:17
**completely** [4] -
43:24, 43:25, 49:9,
49:17
**compliance** [1] -
74:18
**comply** [4] - 65:16,
70:21, 72:12, 73:5
**component** [5] -
24:24, 25:21, 31:25,
32:1, 32:5
**compulsion** [1] -
31:12
**con** [2] - 53:18, 54:20
**conceal** [2] - 33:12,
67:7, 67:10
**concealing** [1] - 18:18
**concerns** [2] - 6:6, 6:8
**concluded** [1] - 80:20
**conclusion** [1] - 31:18
**concurrently** [2] -
72:23, 73:4
**condition** [1] - 50:9
**conditions** [2] - 73:4,
73:8
**conduct** [14] - 28:12,
28:15, 28:16, 31:15,
34:10, 55:9, 57:7,
57:9, 58:15, 59:15,
65:25, 68:6, 69:13,
69:21
**confer** [2] - 79:22,

80:5
**conference** [1] - 81:7
**conferred** [2] - 19:12, 52:18
**confess** [1] - 9:11
**confidence** [4] - 28:20, 28:21, 38:2, 40:20
**conformance** [1] - 81:6
**conformity** [1] - 35:18
**confronted** [3] - 19:10, 67:9, 68:10
**confronts** [1] - 9:3
**confused** [1] - 54:24
**consent** [1] - 76:1
**consequence** [1] - 45:3
**consequences** [3] - 21:24, 33:9, 62:19
**consider** [2] - 16:2, 68:4
**consideration** [2] - 70:3, 78:15
**considerations** [1] - 51:12
**considered** [3] - 5:8, 5:21, 66:1
**considering** [2] - 62:22, 65:18
**consistently** [1] - 14:24
**consisting** [1] - 66:18
**consists** [2] - 72:22, 73:2
**constant** [1] - 23:7
**constantly** [2] - 8:4, 62:7
**consulting** [1] - 65:1
**contact** [1] - 18:25
**contacted** [1] - 19:20
**contest** [1] - 6:20
**continue** [4] - 50:7, 51:15, 78:16, 78:21
**continued** [3] - 50:19, 67:11, 68:9
**continuously** [1] - 49:16
**contracted** [1] - 28:10
**contractors** [1] - 74:9
**contrary** [1] - 58:13
**contributing** [2] - 60:4, 63:2
**control** [5] - 7:20, 10:17, 16:14, 51:14, 74:21
**controlled** [1] - 73:16
**controls** [2] - 16:14, 28:22
**convicted** [5] - 22:4,

26:6, 58:17, 59:10, 60:13
**conviction** [1] - 74:15
**cooperate** [2] - 62:15, 73:13
**cooperating** [1] - 8:22
**cooperation** [3] - 20:4, 20:6
**copy** [1] - 36:4
**core** [1] - 55:11
**correct** [5] - 57:7, 64:20, 80:4, 80:14, 81:2
**correctly** [1] - 64:2
**corroborate** [1] - 14:14
**cost** [1] - 74:8
**costly** [1] - 67:20
**Counsel** [1] - 4:7
**counsel** [8] - 4:10, 19:3, 19:7, 34:23, 58:13, 70:10, 79:22, 80:6
**counseling** [3] - 67:25, 73:22, 74:4
**count** [4] - 65:3, 65:4, 65:5, 72:20
**Count** [6] - 65:10, 72:22, 72:23, 73:3
**counted** [1] - 60:20
**country** [2] - 24:15, 38:9
**counts** [1] - 72:19
**couple** [1] - 15:7
**coupled** [1] - 25:8
**courage** [1] - 46:11
**course** [4] - 29:5, 54:13, 54:18, 68:7
**court** [8] - 4:24, 9:23, 55:24, 57:16, 57:19, 63:7, 66:8, 75:18
**COURT** [51] - 1:1, 4:5, 5:2, 5:8, 5:24, 6:3, 6:6, 6:9, 6:13, 6:16, 6:20, 6:25, 8:12, 9:17, 10:2, 13:4, 19:3, 26:14, 34:2, 34:12, 36:1, 36:6, 36:20, 37:2, 45:5, 45:8, 45:14, 45:20, 45:23, 46:4, 46:7, 56:24, 60:9, 63:5, 63:10, 64:19, 70:18, 76:18, 76:20, 76:24, 77:3, 77:8, 77:10, 78:7, 78:22, 79:7, 79:12, 79:21, 80:4, 80:9, 80:15
**Court** [55] - 1:22, 5:20, 9:25, 12:17, 14:8,

18:9, 22:20, 23:18, 23:20, 23:24, 24:20, 25:21, 27:6, 27:10, 28:17, 28:19, 29:5, 31:18, 32:6, 33:3, 35:19, 35:23, 35:24, 37:6, 42:5, 43:6, 48:1, 54:11, 55:4, 57:1, 58:14, 58:23, 59:17, 60:7, 62:24, 62:25, 63:11, 65:14, 68:3, 68:23, 71:24, 72:14, 72:18, 74:8, 75:14, 75:20, 76:2, 76:15, 78:1, 78:8, 79:17, 80:21, 81:11
**Court's** [2] - 35:14, 64:25
**courtroom** [4] - 4:13, 4:18, 37:12
**courts** [3] - 16:4, 17:6, 24:9
**CPA** [4] - 7:13, 10:19, 18:1, 20:11
**CR** [1] - 4:5
**craft** [1] - 51:17
**create** [3] - 12:19, 49:6, 54:6
**credit** [1] - 46:11
**credits** [1] - 23:7
**crime** [24] - 13:6, 26:3, 26:12, 29:4, 29:8, 32:3, 32:22, 32:24, 33:2, 33:10, 33:11, 33:12, 33:13, 35:9, 46:10, 63:1, 68:6, 68:13, 68:21, 69:18, 70:9
**crimes** [9] - 9:12, 21:24, 27:8, 28:24, 33:25, 45:4, 66:1, 68:25
**criminal** [7] - 54:14, 60:13, 64:13, 65:7, 65:25, 68:6, 78:17
**Criminal** [2] - 4:11, 64:14
**criminals** [1] - 32:23
**criticized** [1] - 34:21, 34:22, 68:19
**crossed** [1] - 47:10
**crowed** [1] - 39:5
**CRR** [2] - 1:22, 81:11
**cry** [1] - 50:17
**crystal** [1] - 56:18
**CSR** [2] - 1:22, 81:11
**culpable** [2] - 33:2, 55:25
**current** [4] - 28:3, 71:24, 79:14, 80:2

**custody** [5] - 65:8, 71:18, 72:20, 73:18, 74:21
**customers** [1] - 75:2
**cut** [1] - 32:2

# D

**damage** [2] - 20:19, 35:10
**damages** [1] - 35:11
**dark** [5] - 50:8, 50:19, 50:23, 51:13, 55:3
**date** [2] - 77:4, 77:15
**Date** [1] - 81:11
**dated** [1] - 5:12
**days** [10] - 24:2, 39:19, 41:5, 41:6, 45:1, 62:6, 71:22, 73:17, 77:6
**deal** [3] - 17:4, 20:6, 24:2
**dealer** [1] - 66:14
**dealership** [1] - 31:5
**dealing** [3] - 17:16, 21:11, 61:22
**dear** [1] - 60:12
**debt** [1] - 10:12
**deceit** [1] - 55:24
**deceitful** [2] - 57:9, 59:16
**deceitfully** [1] - 55:1
**deception** [2] - 56:20, 56:22
**deceptive** [1] - 54:8
**deceptively** [2] - 50:23, 57:13
**decision** [2] - 29:12
**declaration** [5] - 14:8, 14:13, 14:14, 45:17, 45:19
**decline** [1] - 28:14
**Decrescenzo** [1] - 17:7
**dedication** [1] - 24:5
**deep** [1] - 23:24
**deeper** [1] - 54:25
**default** [1] - 72:10
**defendant** [58] - 1:13, 4:17, 17:14, 23:19, 27:17, 29:7, 29:10, 29:23, 29:25, 30:10, 31:12, 31:22, 33:16, 37:24, 38:14, 38:22, 39:13, 40:7, 42:8, 43:24, 60:16, 64:13, 65:21, 66:1, 70:23, 71:4, 72:2, 72:8, 72:12, 72:15, 72:18,

72:24, 73:5, 73:10, 73:13, 73:14, 73:15, 73:16, 73:21, 73:24, 74:2, 74:8, 74:10, 74:12, 74:14, 74:17, 74:20, 74:23, 75:4, 75:8, 75:9, 75:13, 75:15, 77:11, 77:15, 77:23, 78:9, 78:11
**DEFENDANT** [5] - 2:12, 3:7, 6:12, 6:15, 60:11
**Defendant's** [1] - 5:16
**defendant's** [13] - 5:19, 27:14, 28:11, 30:5, 31:23, 37:13, 37:14, 39:18, 40:11, 64:10, 71:19, 71:24, 75:22
**defendants** [2] - 39:2, 68:23
**defense** [1] - 9:12
**defense's** [1] - 15:22
**deflect** [1] - 50:17
**deflection** [1] - 56:20
**defraud** [1] - 67:4
**degenerate** [3] - 57:9, 59:15, 62:8
**degree** [4] - 10:18, 18:1, 38:10, 66:20
**delay** [2] - 37:2, 50:10
**delineated** [1] - 73:8
**delinquency** [1] - 72:10
**deliver** [1] - 12:22
**demonstrably** [1] - 30:11
**denied** [1] - 53:3
**deny** [1] - 9:4
**Department** [1] - 76:8
**dependency** [1] - 75:23
**deplorable** [2] - 57:10, 59:15
**deposit** [1] - 81:6
**depression** [2] - 11:24, 57:18
**deprivation** [1] - 68:25
**describe** [2] - 48:3, 57:16
**described** [4] - 7:3, 57:20, 58:2, 65:18
**describes** [4] - 57:11, 57:23, 57:24, 57:25
**description** [2] - 57:7, 58:10
**deserve** [3] - 61:7, 61:10, 62:12
**deserves** [1] - 69:19
**designated** [1] - 77:12

**designation** [1] - 77:14
**designed** [1] - 21:20
**designing** [1] - 46:21
**destitution** [1] - 68:25
**destroy** [1] - 58:6
**destroyed** [4] - 27:20, 27:22, 58:12, 69:10
**destruction** [1] - 58:18
**destructive** [1] - 60:18
**details** [1] - 55:1
**detention** [2] - 25:1, 25:22
**determination** [1] - 65:17
**determined** [1] - 14:10
**determining** [2] - 64:23, 65:12
**deterrence** [7] - 33:5, 33:6, 33:8, 33:13, 33:14, 33:15, 65:25
**deterrent** [2] - 21:6, 26:11
**devastated** [1] - 46:18
**devastating** [1] - 55:10
**devastation** [3] - 48:2, 50:25, 61:2
**difference** [2] - 45:22, 46:1
**different** [8] - 9:21, 10:6, 10:7, 10:24, 12:9, 18:13, 32:21
**differently** [1] - 26:25
**Dikiara** [1] - 17:7
**dip** [1] - 49:18
**dipping** [1] - 59:1
**directed** [6] - 18:13, 73:19, 73:24, 74:7, 74:11, 75:8
**directing** [1] - 46:21
**directly** [1] - 9:24
**disability** [2] - 16:6
**disappearance** [1] - 53:4
**disappointing** [1] - 54:10
**disappointment** [1] - 61:17
**discern** [1] - 36:21
**discharged** [1] - 74:4
**disclose** [2] - 75:21, 76:3
**disclosed** [1] - 5:10
**disclosure** [1] - 75:24
**discovered** [2] - 52:4, 53:1
**disease** [4] - 11:24, 16:14, 57:18

**disgusting** [2] - 57:9, 59:15
**dishonored** [1] - 69:9
**disorder** [6] - 8:1, 12:1, 14:12, 15:23, 31:13
**disproportionate** [1] - 68:20
**dispute** [7] - 27:2, 27:3, 29:10, 29:11, 30:1, 30:19, 31:20
**disrespectful** [1] - 50:16
**disruption** [2] - 20:20, 69:11
**distracted** [1] - 50:23
**DISTRICT** [2] - 1:1, 1:2
**Division** [1] - 4:11
**divorced** [1] - 66:11
**DNA** [1] - 73:14
**doctor** [1] - 37:15
**documents** [1] - 5:20
**dollar** [1] - 25:10, 27:18
**dollars** [14] - 7:15, 9:3, 13:1, 29:9, 29:25, 30:16, 30:24, 39:5, 51:4, 56:9, 56:11, 58:1, 58:4, 58:6
**DOLLY** [1] - 1:4
**done** [13] - 19:23, 20:12, 22:12, 22:16, 26:20, 37:18, 37:19, 37:20, 41:5, 55:25, 58:18, 59:20, 67:10
**dopamine** [1] - 16:20
**double** [1] - 14:3
**doubt** [3] - 19:3, 46:3, 53:23
**down** [9] - 11:17, 18:16, 19:18, 20:10, 23:25, 24:19, 24:20, 33:17, 35:17
**downturn** [2] - 28:4, 28:10
**dozen** [1] - 12:8
**Dr** [12] - 7:23, 9:23, 10:23, 11:22, 14:8, 14:13, 15:15, 16:18, 30:4, 31:19, 32:5, 32:8
**draconian** [1] - 68:20
**drawn** [1] - 56:5
**drawn-out** [1] - 56:5
**dreams** [4] - 47:17, 52:6, 55:13, 55:15
**drink** [1] - 11:17
**drinks** [1] - 11:18
**drug** [13] - 16:12, 32:2, 32:3, 54:14, 62:1,

66:14, 67:16, 67:25, 73:17, 73:18, 75:23, 76:14, 76:22
**drug-running** [1] - 54:14
**drugs** [1] - 73:25
**DSM** [1] - 12:1
**due** [3] - 70:24, 70:25, 71:13
**during** [11] - 8:7, 13:13, 30:11, 67:3, 70:25, 71:13, 71:21, 73:9, 74:1, 74:9, 74:16
**dysfunctional** [1] - 17:21

# E

**e-mail** [3] - 2:8, 2:17, 36:24
**earliest** [1] - 19:7
**early** [1] - 67:19
**earn** [1] - 54:5
**earned** [1] - 48:13
**earning** [6] - 7:15, 50:3, 52:9, 58:1, 66:25, 69:2
**East** [1] - 77:17
**economic** [3] - 68:14, 68:16, 71:24
**edition** [1] - 65:2
**education** [2] - 49:12, 69:2
**effect** [3] - 48:3, 49:21, 55:10
**effects** [1] - 55:12
**effort** [2] - 40:4, 43:10
**efforts** [3] - 27:14, 49:9
**eight** [2] - 73:19, 74:14
**either** [3] - 6:7, 12:22, 71:25
**elderly** [1] - 22:15
**Eleven** [1] - 75:9
**embarrassing** [1] - 61:21
**embarrassment** [1] - 58:18
**embezzled** [1] - 67:14
**embezzlement** [2] - 33:11, 68:9, 69:4
**embezzlements** [1] - 4:17
**embezzlers** [1] - 12:17
**embraced** [1] - 69:10
**emotionally** [1] - 48:20

**empathic** [2] - 50:21, 54:22
**empathy** [1] - 50:22
**employed** [2] - 74:20, 75:9
**employee** [1] - 74:24
**employees** [11] - 4:18, 7:11, 27:23, 28:13, 39:14, 41:14, 43:4, 61:11, 67:23, 68:16, 69:12
**employer's** [1] - 74:22
**employment** [2] - 67:24, 75:4
**encourage** [1] - 51:10
**encouraging** [2] - 51:2, 55:4
**end** [6] - 7:17, 13:15, 13:16, 19:5, 34:25, 35:15
**ended** [3] - 18:6, 18:7, 18:24
**ending** [2] - 24:6, 24:10
**energy** [1] - 40:4
**engage** [2] - 13:5, 74:23
**engaged** [1] - 69:3
**engaging** [3] - 13:6, 52:25, 75:3
**engendering** [1] - 47:21
**enhancement** [2] - 34:25, 35:7
**enormous** [2] - 26:10, 61:17
**ensures** [1] - 70:7
**ensuring** [1] - 49:23
**entertained** [1] - 39:4
**entertainers** [1] - 43:21
**entertainment** [1] - 11:5
**entire** [1] - 47:25
**entitled** [1] - 61:15
**Eric** [2] - 2:9, 4:12
**especially** [3] - 33:9, 34:21, 65:19
**essential** [2] - 48:18, 69:15
**establish** [2] - 14:11, 15:22
**estimate** [4] - 13:23, 14:2, 14:3, 22:8
**estranged** [1] - 40:15
**evaluation** [1] - 74:3
**evaluations** [1] - 76:4
**evasion** [1] - 9:16
**eventual** [1] - 8:10
**eventually** [3] - 10:18,

11:7, 23:6
**evidence** [9] - 8:16, 12:25, 15:21, 29:13, 30:17, 31:10, 31:17, 32:4, 33:25
**evidenced** [1] - 8:2
**exactly** [1] - 30:2
**example** [5] - 34:13, 44:10, 53:13, 59:9, 62:12
**exceed** [1] - 73:19
**exceeded** [2] - 47:17, 56:7
**exceeding** [1] - 64:3
**except** [3] - 39:16, 40:14, 80:11
**excluding** [1] - 76:6
**exclusive** [1] - 29:14
**exclusively** [2] - 31:23, 65:19
**excuse** [9] - 20:21, 21:18, 29:8, 56:12, 58:16, 60:16, 61:25, 69:6
**excuses** [4] - 56:20, 56:21, 58:15, 60:17
**executed** [1] - 67:4
**Exhibit** [1] - 36:2
**exhibits** [3] - 5:14, 5:17, 5:18
**existed** [2] - 18:10, 18:11
**existence** [1] - 69:1
**exonerated** [1] - 77:20, 77:23
**exotic** [1] - 30:19
**expense** [1] - 67:20
**expensive** [3] - 28:22, 30:20, 32:24
**experience** [1] - 48:2
**experienced** [1] - 12:18
**experiences** [1] - 53:25
**expert** [5] - 9:25, 14:13, 16:18, 31:20, 57:16
**experts** [1] - 7:24
**explain** [2] - 6:3, 69:5
**explained** [4] - 6:13, 23:16, 28:19, 36:13
**explains** [1] - 45:21
**explanation** [6] - 14:17, 21:17, 29:7, 36:21, 46:5, 58:16
**expletive** [1] - 31:5
**exploded** [1] - 47:18
**express** [2] - 51:14, 75:2
**expressed** [1] - 50:16

extended [1] - 66:18
extent [3] - 15:1, 33:20, 78:12
extraordinarily [1] - 52:14
extreme [1] - 68:25
extremely [2] - 35:1, 35:9

**F**

face [1] - 33:24
faced [1] - 61:24
facilitate [1] - 75:22
fact [16] - 9:17, 11:11, 12:16, 14:14, 15:15, 15:16, 15:19, 16:11, 17:15, 30:10, 30:15, 30:17, 31:24, 35:8, 57:8, 68:10
factor [1] - 17:12
factors [12] - 16:4, 17:5, 24:7, 25:19, 35:13, 35:20, 59:17, 65:18, 66:4, 68:3, 70:5, 70:6
facts [6] - 8:2, 8:3, 26:25, 29:16, 65:18, 66:5
failed [1] - 54:14
failure [1] - 64:2
faith [1] - 44:21
fake [2] - 12:19, 12:20
falls [1] - 77:6
false [3] - 30:13, 63:23, 65:6
falsifying [1] - 67:6
families [2] - 28:6, 44:14
family [25] - 7:5, 13:10, 15:1, 17:1, 17:17, 22:1, 26:4, 38:16, 40:14, 40:16, 40:17, 43:4, 47:7, 47:24, 52:9, 53:13, 53:18, 55:10, 55:13, 55:20, 59:11, 60:23, 66:14, 66:19, 67:22
family's [2] - 48:10, 49:18
fancy [1] - 32:25
fantastic [2] - 41:4, 42:11
far [1] - 56:6
fashion [1] - 59:21
fashioned [1] - 27:6
fashioning [1] - 59:16
fast [1] - 21:11
father [4] - 15:19,

17:23, 63:2, 66:13
Fax [2] - 2:7, 2:17
FBI [2] - 2:9, 4:12
fear [1] - 48:6
feather [1] - 66:22
federal [8] - 18:15, 19:8, 19:16, 37:12, 65:6, 75:11, 76:16, 78:14
Federal [2] - 1:22, 77:16
fee [1] - 81:5
feed [2] - 16:24, 62:18
fees [2] - 41:18, 81:5
felon [5] - 21:14, 22:4, 26:6, 58:17, 59:10
felt [2] - 31:16, 53:6
feminism [1] - 47:6
few [1] - 56:9
fiduciary [1] - 38:2
field [1] - 10:1
fighting [1] - 54:19
figure [2] - 36:7, 41:22
file [4] - 5:11, 74:15, 74:16, 79:23
filed [5] - 5:14, 5:15, 5:17, 5:18, 5:19
final [1] - 70:11
finally [3] - 52:2, 61:22, 67:12
finance [1] - 13:20
finances [4] - 48:21, 51:24, 52:3, 55:17
Financial [2] - 71:3, 71:15
financial [10] - 28:13, 47:19, 48:4, 48:5, 50:9, 50:14, 75:15, 75:18, 78:9
financially [1] - 47:5
financing [1] - 53:22
fine [5] - 49:17, 49:21, 65:11, 72:15, 80:7
fines [1] - 72:14
fingers [1] - 16:16
finished [1] - 19:1
fired [3] - 44:12, 52:2, 52:11
firm [10] - 4:16, 18:2, 18:3, 22:3, 27:12, 28:19, 37:18, 66:23, 66:24, 69:10
firms [1] - 43:20
First [2] - 1:23, 5:11
first [16] - 8:17, 9:24, 13:6, 17:20, 18:24, 19:21, 22:20, 27:8, 36:2, 37:6, 37:11, 37:12, 45:19, 58:11, 63:10

five [1] - 73:21
fix [1] - 41:23
flee [1] - 78:18
Floor [1] - 2:6
flying [1] - 23:13
focus [8] - 10:17, 24:4, 27:8, 47:1, 48:14, 48:22, 49:7, 50:5
focused [2] - 15:16, 49:10
focuses [1] - 29:7
follow [3] - 21:18, 51:13, 62:13
follow-up [1] - 51:13
following [1] - 70:19, 73:4
follows [3] - 8:15, 8:17, 19:4
fooled [2] - 54:8, 55:5
football [2] - 11:13, 12:13
footsteps [2] - 21:18, 62:13
Force [1] - 38:9
foregoing [1] - 81:2
forged [1] - 67:8
forget [2] - 52:17, 53:8
forgiveness [1] - 61:17
form [1] - 53:14
former [4] - 61:8, 61:11, 68:15, 69:13
forms [1] - 55:15
forth [3] - 65:3, 66:2, 66:6
fortunately [1] - 12:12
forward [8] - 14:17, 18:19, 28:6, 33:20, 34:2, 34:5, 37:9, 63:1
foundation [1] - 39:5
founding [2] - 27:11, 37:7
four [3] - 17:23, 62:4, 66:10
Four [1] - 73:15
Francisco [1] - 10:13
fraternity [2] - 10:9, 10:11
fraud [7] - 34:7, 34:12, 34:22, 52:25, 54:11, 65:4
Fraud [1] - 63:14
Frauds [1] - 2:5
frauds [1] - 37:23
freedom [3] - 48:6, 49:6, 55:16
freely [1] - 49:14
frequently [1] - 68:19

friends [6] - 15:1, 26:6, 32:11, 40:13, 43:8, 67:22
friends' [1] - 47:24
front [2] - 13:10, 31:5
fuel [1] - 7:19
fueled [1] - 11:8
fueling [1] - 16:21
full [3] - 20:15, 47:1, 60:14
full-time [1] - 47:1
function [1] - 39:3
fund [2] - 67:15, 67:16
funds [4] - 67:7, 68:17, 74:22, 75:2
future [7] - 26:3, 26:12, 47:7, 55:14, 55:24, 68:12, 71:25

**G**

gains [1] - 75:18
gamble [5] - 11:12, 14:2, 31:12, 32:21, 38:15
gambled [6] - 27:2, 29:11, 29:23, 29:25, 30:6, 38:5
gambler [2] - 38:18, 66:13
gamblers [4] - 13:5, 14:23, 38:15, 45:2
Gamblers [1] - 62:3
gambling [7] - 7:19, 7:24, 8:1, 8:14, 8:16, 9:18, 10:9, 10:22, 11:19, 11:20, 11:22, 13:5, 13:17, 13:20, 13:21, 14:5, 14:12, 14:22, 15:2, 15:5, 15:11, 15:14, 15:17, 15:19, 15:23, 15:24, 16:5, 16:12, 16:17, 16:23, 17:5, 17:16, 17:18, 17:23, 20:8, 21:12, 21:16, 22:18, 22:22, 23:2, 23:8, 29:7, 29:11, 29:15, 31:9, 31:11, 31:13, 31:14, 31:15, 32:20, 33:1, 38:7, 38:19, 43:1, 44:8, 51:23, 53:20, 53:23, 56:7, 56:13, 57:22, 57:24, 61:21, 62:1, 67:17, 67:25, 68:2, 69:5
game [3] - 8:10, 11:13, 12:7
games [3] - 12:6, 12:9,

12:10
Garden [2] - 2:15
Gardena [1] - 38:7
GEE [1] - 1:4
general [2] - 33:6, 33:7
General [4] - 72:12, 73:7, 73:8
genetic [1] - 15:17
girlfriend [1] - 53:16
given [5] - 30:7, 38:1, 38:2, 65:3, 79:21
glass [1] - 11:17
goal [1] - 49:5
goals [3] - 46:24, 47:4, 47:16
God [1] - 42:17
government [23] - 8:19, 9:9, 12:24, 14:16, 18:15, 18:20, 18:25, 19:1, 19:8, 20:5, 21:1, 22:2, 27:1, 30:7, 30:8, 33:21, 35:18, 41:12, 62:24, 67:20, 78:14, 80:10, 80:11
Government [1] - 61:14
Government's [1] - 5:13
government's [8] - 4:19, 5:15, 5:18, 6:4, 13:3, 34:18, 45:17, 62:15
grab [1] - 36:4
graduate [2] - 38:8, 66:19
graduates [2] - 17:25, 18:1
grandkids [1] - 55:14
grave [1] - 68:13
great [10] - 7:5, 7:6, 41:4, 41:5, 48:6, 51:16, 61:10
greater [3] - 65:15, 70:20, 71:20
greatest [1] - 27:13
greed [1] - 69:4
gross [1] - 71:19
grouping [1] - 64:8
grow [1] - 49:5
GSO [22] - 4:16, 4:18, 20:14, 25:12, 25:16, 27:11, 27:14, 27:18, 30:13, 30:14, 30:21, 32:13, 36:3, 36:10, 37:7, 46:1, 66:23, 67:5, 67:23, 68:15, 68:17, 69:12
GSO's [1] - 28:11

**guarantee** [2] - 42:2, 43:9
**Gudvi** [11] - 2:11, 4:15, 27:11, 37:7, 45:5, 57:6, 57:11, 57:24, 58:8, 58:20, 61:9
**GUDVI** [4] - 3:5, 37:10, 45:7, 45:10
**guesthouses** [1] - 52:23
**guidance** [1] - 48:11
**Guideline** [4] - 63:14, 63:17, 63:24, 64:1
**guidelines** [5] - 16:7, 24:9, 63:12, 64:16, 65:16
**Guidelines** [16] - 24:8, 34:20, 34:22, 35:16, 63:11, 64:6, 64:22, 64:24, 65:2, 65:8, 65:9, 65:10, 66:2, 68:20, 68:22, 70:4
**Guidelines'** [1] - 65:14
**guilt** [1] - 31:17
**guilty** [4] - 9:15, 19:21, 62:14, 67:18
**guy** [1] - 41:3

# H

**habit** [2] - 67:16, 67:17
**half** [1] - 35:10
**halfway** [4] - 25:1, 25:23, 40:19, 41:7
**hand** [4] - 51:3, 69:2, 69:20, 69:23
**handle** [2] - 40:23, 43:16
**hang** [1] - 41:8
**hanging** [2] - 41:8, 41:9
**happy** [3] - 11:13, 20:5, 20:9
**hard** [13] - 7:7, 37:17, 42:10, 44:5, 46:22, 46:24, 47:3, 48:12, 54:6, 54:7, 55:21, 58:8, 58:10
**harder** [1] - 39:10
**hardest** [1] - 61:23
**hardly** [1] - 35:8
**harm** [2] - 28:13, 68:14
**harmed** [1] - 55:5
**harms** [3] - 27:8, 27:16, 28:6
**harsh** [1] - 68:22

**health** [7] - 11:24, 12:1, 16:13, 49:11, 57:17, 74:3, 76:4
**hear** [4] - 9:25, 27:10, 27:21, 45:7
**heard** [7] - 7:1, 19:16, 27:9, 30:22, 34:23, 37:13, 62:17
**hears** [1] - 35:23
**heartbreakingly** [1] - 68:24
**hearts** [1] - 38:23
**help** [13] - 20:9, 22:14, 32:10, 32:12, 32:14, 32:15, 32:19, 39:24, 41:22, 41:23, 47:14, 47:19, 62:19
**helped** [1] - 68:1
**helping** [1] - 55:6
**helps** [2] - 14:14, 22:14
**Hendrickson** [1] - 57:20
**hereby** [2] - 72:19, 81:2
**hiccup** [1] - 37:19
**hideous** [1] - 54:23
**high** [5] - 11:3, 17:25, 38:8, 43:21, 53:10
**high-profile** [1] - 11:3
**high-risk** [1] - 53:10
**highly** [2] - 17:21, 18:2
**hijacked** [2] - 57:21
**Hills** [1] - 30:20
**himself** [9] - 17:24, 23:9, 23:16, 31:22, 32:16, 41:6, 52:1, 77:12, 79:19
**hire** [2] - 37:21, 43:22
**hired** [2] - 48:24, 66:23
**History** [1] - 64:14
**history** [7] - 17:13, 23:19, 23:21, 64:13, 65:7, 65:21, 78:17
**hit** [2] - 28:2, 28:11
**Hochman** [19] - 2:14, 4:23, 5:25, 6:17, 27:4, 29:8, 29:16, 29:24, 31:24, 33:16, 33:23, 35:13, 35:20, 37:22, 42:1, 57:3, 76:10, 78:7, 79:13
**HOCHMAN** [28] - 3:3, 4:22, 5:6, 5:23, 6:2, 6:5, 6:8, 6:19, 6:23, 7:2, 8:15, 9:22, 13:11, 19:4, 57:4, 64:17, 70:16, 76:13,

76:19, 76:21, 77:2, 77:5, 78:8, 79:15, 80:1, 80:5, 80:14, 80:17
**Hoffman** [1] - 26:19
**Hollywood** [4] - 21:10, 22:7, 22:9, 42:2
**holocaust** [1] - 44:4
**home** [4] - 24:25, 25:22, 56:10, 79:7
**homes** [2] - 51:5, 52:22
**honest** [4] - 17:16, 46:23, 60:4, 63:2
**honestly** [1] - 31:3
**honesty** [1] - 18:4
**Honor** [123] - 4:8, 4:13, 4:21, 4:22, 4:24, 5:1, 5:6, 5:7, 5:22, 5:23, 6:2, 6:5, 6:8, 6:12, 6:19, 6:24, 7:2, 7:3, 7:8, 7:13, 7:18, 7:21, 7:22, 8:2, 8:5, 8:6, 8:15, 8:16, 8:21, 9:10, 9:22, 10:4, 10:20, 11:5, 12:2, 12:5, 12:16, 12:21, 13:11, 13:16, 13:22, 13:23, 15:3, 15:5, 15:12, 15:21, 15:25, 16:1, 16:4, 17:9, 17:14, 19:5, 19:6, 19:14, 19:21, 20:18, 21:21, 23:24, 24:8, 24:13, 25:4, 25:20, 26:13, 26:18, 26:19, 27:16, 30:2, 33:5, 33:19, 34:8, 34:20, 35:21, 36:5, 36:18, 37:1, 37:5, 37:10, 42:2, 43:5, 43:13, 44:25, 45:11, 45:12, 45:16, 46:6, 46:13, 56:2, 56:6, 56:15, 56:23, 57:4, 57:16, 59:8, 59:13, 59:25, 60:8, 60:11, 61:25, 62:11, 62:21, 63:4, 64:17, 64:18, 70:16, 70:17, 76:13, 76:21, 77:2, 77:5, 77:7, 77:9, 77:22, 78:8, 78:19, 78:21, 79:15, 80:1, 80:2, 80:5, 80:7, 80:11, 80:14, 80:18
**HONORABLE** [1] - 1:4
**hope** [1] - 56:15
**hopefully** [1] - 24:1
**hoping** [1] - 78:14

**horrible** [1] - 68:24
**hour** [1] - 79:22
**hours** [4] - 25:4, 25:5, 25:6, 25:24
**house** [7] - 25:1, 25:21, 25:23, 30:20, 31:6, 40:19, 41:7
**houses** [1] - 32:24
**huge** [4] - 12:14, 25:4, 25:9, 26:7
**humbling** [1] - 61:21
**humiliated** [1] - 60:12
**hundreds** [1] - 43:20
**hunkered** [1] - 18:16
**hurt** [13] - 25:8, 40:1, 44:2, 44:18, 44:19, 44:25
**hurting** [1] - 54:9
**husband** [2] - 52:4, 52:22
**husband's** [1] - 47:23

# I

**idea** [2] - 18:9, 23:24
**identify** [1] - 64:3
**illegal** [1] - 53:6
**illicit** [1] - 73:25
**illness** [2] - 10:21, 10:23
**illnesses** [1] - 10:24
**immediate** [1] - 71:25
**immediately** [1] - 70:25
**impact** [8] - 28:16, 28:22, 34:10, 34:15, 47:22, 48:1, 48:4, 48:5
**impacted** [4] - 40:6, 61:12, 67:22, 69:21
**impacts** [1] - 28:25
**impairment** [1] - 16:8
**impart** [1] - 48:1
**imply** [1] - 51:15
**implying** [1] - 52:24
**importance** [1] - 27:21
**important** [3] - 33:9, 43:13, 52:16
**impose** [3] - 35:24, 56:16, 65:15
**imposed** [2] - 5:5, 70:15
**imprisoned** [1] - 72:21
**imprisonment** [5] - 59:4, 59:24, 71:1, 71:14, 72:24
**impulsivity** [1] - 17:5
**incarceration** [1] - 70:2

**incite** [1] - 50:22
**include** [1] - 74:3
**included** [2] - 34:6, 67:16
**includes** [1] - 73:23
**including** [2] - 70:6, 73:7
**income** [9] - 9:16, 28:7, 44:16, 64:3, 71:19, 75:14
**incontrovertible** [1] - 33:25
**increase** [6] - 8:8, 83:16, 63:19, 64:2, 64:7, 78:1
**increasingly** [1] - 8:8
**incredibly** [1] - 60:17
**indicated** [1] - 53:17
**indication** [1] - 78:17
**indictment** [3] - 21:2, 34:3, 34:6
**individual** [13] - 14:10, 22:21, 23:3, 23:23, 25:13, 25:14, 27:12, 28:19, 29:18, 30:1, 30:12, 30:13, 33:11
**individualized** [2] - 23:20, 65:17
**individuals** [7] - 4:19, 28:5, 28:12, 29:1, 40:13, 43:22, 46:1
**industry** [10] - 28:17, 28:20, 28:22, 40:20, 41:11, 43:13, 44:25, 58:22, 58:25, 59:9
**inevitable** [1] - 26:22
**infidelity** [1] - 53:14
**infirm** [1] - 22:15
**inflicted** [1] - 27:9
**influence** [1] - 21:20
**Information** [1] - 65:4
**information** [8] - 34:4, 36:17, 36:24, 47:15, 48:11, 50:15, 72:20, 76:6
**inheritance** [1] - 75:17
**initial** [1] - 64:25
**Inmate** [2] - 71:2, 71:15
**inquiry** [1] - 50:18
**insidious** [2] - 48:8, 67:4
**instance** [1] - 30:18
**instead** [2] - 49:23, 54:5
**Institute** [4] - 22:13, 22:14, 24:11, 24:13
**institutes** [1] - 22:13
**institution** [2] - 76:11, 77:12

**instructed** [1] - 19:18
**instructing** [1] - 18:24
**insurance** [5] - 25:11, 25:12, 25:16, 59:7, 61:13
**insurers** [2] - 27:15, 45:24
**insurmountable** [1] - 37:21
**intact** [1] - 51:16
**integrity** [1] - 18:3
**intended** [1] - 52:9
**intense** [1] - 24:5
**intensive** [2] - 14:21, 22:17
**interest** [8] - 20:3, 25:18, 49:1, 50:3, 52:9, 56:4, 72:7, 72:8
**interesting** [1] - 21:1
**interests** [1] - 25:25
**Internal** [1] - 4:11
**interview** [1] - 9:11
**introduction** [1] - 46:16
**investigating** [1] - 18:15
**investigation** [7] - 13:3, 19:1, 19:16, 19:23, 39:25, 62:16, 78:14
**Investigation** [5] - 4:11, 5:9, 6:11, 64:19, 71:9
**investment** [1] - 74:25
**involved** [2] - 61:2, 68:7
**involving** [2] - 74:25, 75:1
**IRS** [4] - 2:9, 8:22, 25:17, 59:5
**IS** [3] - 70:23, 71:4, 77:11
**issue** [5] - 21:1, 21:3, 42:17, 42:25, 43:1
**issues** [3] - 42:18, 61:22, 67:9
**IT** [3] - 70:23, 71:4, 77:11
**Item** [1] - 4:5
**itself** [3] - 10:6, 10:16, 23:20

**J**

**jail** [9] - 19:16, 24:21, 24:23, 24:24, 26:7, 41:2, 44:9, 54:19, 56:17

**January** [1] - 9:1
**jar** [1] - 42:12
**Jegalian** [2] - 2:9, 4:10
**job** [11] - 7:5, 7:9, 22:1, 26:4, 30:16, 38:6, 41:15, 44:7, 44:15, 59:10, 67:13
**Johnson** [2] - 47:22, 52:20
**joined** [1] - 38:9
**joins** [1] - 18:2
**Jonathan** [35] - 4:6, 4:23, 46:17, 47:9, 47:21, 48:2, 48:9, 48:14, 48:21, 48:24, 49:16, 49:20, 49:24, 50:7, 50:15, 50:20, 51:1, 52:2, 52:5, 52:11, 52:17, 53:2, 53:3, 53:11, 53:12, 54:5, 54:7, 54:10, 55:23, 56:2, 56:18, 58:22, 59:2, 66:9, 72:19
**JONATHAN** [1] - 1:12
**Jonathan's** [1] - 55:9
**judge** [1] - 76:1
**JUDGE** [1] - 1:4
**Judge** [1] - 60:12
**judges** [2] - 24:14, 68:19
**Judgment** [1] - 71:11
**JUDGMENT** [1] - 3:8
**judgment** [6] - 5:4, 16:8, 20:14, 70:14, 72:5, 72:18
**judgment's** [1] - 73:11
**judgments** [1] - 75:17
**judicial** [2] - 76:22, 81:7
**July** [4] - 77:6, 77:7, 77:10, 77:13
**justice** [1] - 62:12
**justify** [1] - 51:10
**Justin** [3] - 22:21, 22:25, 23:17

**K**

**KATZENSTEIN** [27] - 3:4, 4:8, 5:7, 5:22, 10:3, 26:17, 34:5, 34:14, 36:4, 36:12, 36:23, 37:5, 45:12, 45:15, 45:21, 45:25, 46:6, 46:9, 64:18, 70:17, 77:9, 77:22, 79:3, 79:8, 80:7, 80:10, 80:18

**Katzenstein** [16] - 2:4, 4:9, 16:15, 18:25, 19:9, 19:13, 19:20, 20:16, 21:19, 21:22, 26:15, 36:1, 57:23, 78:21, 77:8, 78:22
**Katzenstein's** [1] - 8:13
**keep** [9] - 18:18, 49:2, 50:19, 51:3, 54:7, 54:24, 54:25, 55:3
**keeping** [2] - 50:8, 50:22
**kept** [3] - 23:4, 42:19, 42:23
**kid** [1] - 22:25
**kids** [1] - 55:14
**Kielwasser** [1] - 1:22, 81:10, 81:11
**kind** [3] - 33:12, 34:24, 56:19
**kindred** [1] - 23:2
**kinds** [2] - 28:24, 40:10
**kitty** [1] - 42:12
**knowledge** [2] - 56:8, 67:6
**known** [2] - 49:22, 78:11
**knows** [2] - 11:6, 34:8

**L**

**LA** [1] - 22:10
**ladder** [1] - 10:20
**laid** [1] - 31:19
**large** [5] - 13:15, 30:21, 35:1, 52:20, 68:7
**last** [3] - 9:13, 34:18, 58:11
**late** [3] - 11:1, 46:25, 49:6
**lateness** [1] - 79:21
**laughing** [1] - 42:8
**lavish** [7] - 13:10, 52:14, 53:15, 53:22, 54:1, 54:3, 67:15
**lavishly** [2] - 31:3, 54:8
**law** [4] - 17:16, 60:21, 65:24, 70:8
**lawyer** [2] - 37:15, 53:1
**lay** [1] - 28:5
**layman** [2] - 42:24, 43:2
**lead** [1] - 17:16
**leading** [2] - 7:17,

7:24
**learn** [2] - 20:25, 58:25
**learned** [1] - 11:10
**least** [7] - 14:3, 24:15, 52:25, 71:19, 73:18, 78:5, 79:14
**leave** [1] - 58:12
**leaving** [4] - 31:4, 44:22, 48:6, 66:11
**lectern** [2] - 6:17, 26:16
**led** [1] - 11:8
**ledger** [2] - 29:3, 29:6
**leeway** [1] - 54:22
**left** [2] - 17:23, 51:12
**legal** [1] - 41:18
**lengthy** [1] - 56:17
**less** [6] - 33:2, 54:19, 71:1, 71:14, 71:20, 81:5
**lesser** [1] - 15:13
**lesson** [2] - 20:25, 58:25
**Letter** [1] - 5:11
**letter** [13] - 21:9, 21:20, 21:21, 21:25, 22:7, 22:19, 22:24, 22:25, 42:1, 42:3, 42:4, 60:14, 62:16
**letters** [7] - 4:25, 5:15, 5:19, 15:12, 22:19, 28:17, 58:14
**letting** [1] - 44:10
**level** [16] - 10:9, 10:12, 16:1, 17:3, 48:6, 63:13, 63:19, 63:21, 63:22, 64:2, 64:5, 64:7, 64:10, 64:12, 65:7
**levels** [1] - 10:7
**Lewis** [1] - 2:14
**liabilities** [1] - 78:23
**license** [4] - 7:13, 10:19, 20:12, 59:11
**licensing** [1] - 75:10
**lie** [1] - 78:15
**lied** [6] - 8:4, 19:10, 19:11, 43:3, 60:20, 67:9
**lies** [2] - 53:7, 54:15
**life** [27] - 10:18, 10:25, 16:23, 17:17, 21:11, 21:15, 22:5, 24:6, 26:9, 33:17, 40:15, 46:18, 46:22, 47:23, 47:24, 49:5, 55:12, 55:18, 58:7, 59:20, 60:23, 61:16, 61:19, 61:20, 63:2, 69:9

**lifelong** [2] - 46:24, 55:21
**lifestyle** [10] - 7:16, 13:10, 13:20, 49:2, 49:18, 52:14, 53:22, 54:3, 67:15
**lifetime** [4] - 55:16, 58:17, 62:10
**light** [6] - 14:20, 50:20, 55:4, 55:22, 56:16, 70:18
**likely** [3] - 53:18, 68:9, 69:17
**likened** [1] - 16:6
**list** [1] - 36:16
**listened** [1] - 29:18
**listening** [1] - 26:2
**lists** [1] - 75:6
**literally** [1] - 12:21
**live** [10] - 13:10, 48:25, 49:1, 50:4, 52:10, 54:3, 55:18, 58:16, 61:18, 63:1
**lived** [2] - 30:21, 31:3
**livelihood** [1] - 22:1
**lives** [4] - 47:24, 47:25, 68:16, 69:11
**living** [7] - 16:24, 21:11, 31:4, 52:14, 52:15, 54:8, 79:4
**LLC** [1] - 4:16
**LLP** [1] - 2:14
**load** [1] - 34:24
**loan** [1] - 74:25
**local** [2] - 75:11, 76:7
**locate** [2] - 36:14, 36:25
**located** [1] - 77:16
**locations** [2] - 10:16, 30:19
**look** [13] - 13:6, 23:22, 32:1, 45:16, 51:18, 59:17, 59:21, 78:22
**looked** [2] - 21:15, 76:13
**looking** [3] - 23:18, 37:3, 54:25
**looks** [2] - 29:5, 59:9
**Los** [7] - 1:17, 1:23, 2:6, 40:22, 40:23, 43:20, 77:17
**lose** [12] - 12:14, 14:4, 21:25, 26:3, 26:4, 26:5, 38:15, 38:16, 59:10
**loss** [9] - 16:22, 27:18, 28:7, 35:3, 36:3, 55:13, 56:3, 63:17, 64:4
**losses** [3] - 12:14,

12:16, 39:12
**lost** [13] - 7:9, 7:10, 7:11, 7:12, 7:13, 13:24, 14:1, 27:13, 28:2, 28:3, 67:24
**lottery** [1] - 75:16
**loud** [1] - 62:17
**low** - 35:15
**lucrative** [2] - 66:25, 69:3
**luxurious** [2] - 53:22, 54:3
**lying** [4] - 18:18, 51:24, 51:25, 54:9

**M**

**macro** [1] - 47:2
**magnanimous** [1] - 54:6
**mail** [4] - 2:8, 2:17, 34:7, 36:24
**maintained** [1] - 30:20
**Major** [1] - 2:5
**man** [7] - 14:11, 43:5, 53:13, 53:18, 54:20, 56:14, 58:1
**manage** [5] - 47:14, 48:10, 48:12, 48:17, 48:21
**managed** [3] - 47:13, 49:14, 66:19
**management** [7] - 10:20, 18:2, 27:24, 28:18, 66:24, 69:14, 74:22
**Management** [2] - 4:16, 37:8
**manager** [4] - 38:10, 46:10, 52:4, 53:2
**managers** [2] - 40:23, 43:19
**managing** [1] - 28:18
**manifest** [1] - 10:24
**manifested** [1] - 10:16
**manifests** [1] - 10:6
**manner** [1] - 56:5
**March** [1] - 5:11
**marijuana** [3] - 11:7, 53:6, 67:17
**mark** [1] - 57:15
**Mark** [2] - 7:23, 9:23
**marriage** [2] - 32:17, 67:2
**marriages** [1] - 38:16
**married** [1] - 67:1
**Marshal** [1] - 77:16
**matter** [4] - 12:12, 33:9, 34:8, 81:4

**mattered** [1] - 60:20
**matters** [1] - 32:16
**maximum** [1] - 69:22
**MAY** [2] - 1:17, 4:1
**mean** [3] - 32:22, 44:10, 79:15
**means** [6] - 25:14, 25:15, 31:4, 31:8, 48:25, 54:4
**meant** [2] - 23:17, 61:1
**measure** [1] - 69:3
**medical** [1] - 14:25
**medicated** [1] - 11:7
**medications** [1] - 74:1
**meet** [3] - 15:22, 23:12, 79:22
**meeting** [2] - 19:21, 23:14
**meetings** [3] - 14:23, 38:25, 62:3
**member** [3] - 40:16, 60:4, 63:3
**members** [2] - 47:7, 51:25
**members'** [1] - 47:25
**mental** [6] - 11:23, 12:1, 16:13, 57:17, 74:3, 76:3
**mention** [1] - 35:10
**mentioned** [1] - 52:7
**Meredith** [1] - 61:6
**mess** [2] - 39:12, 41:20
**message** [10] - 20:24, 21:6, 22:6, 26:1, 26:11, 44:1, 44:24, 56:18, 58:22, 62:17
**met** [1] - 23:15
**method** [1] - 15:4
**Michael** [1] - 61:9
**micro** [1] - 47:2
**mid** [1] - 70:4
**mid-range** [1] - 70:4
**middle** [1] - 53:10
**might** [6] - 10:22, 11:14, 29:5, 46:25, 57:5, 79:5
**Mike** [3] - 2:9, 4:10, 4:15
**million** [26] - 7:15, 7:17, 8:4, 13:1, 13:2, 13:24, 14:4, 14:5, 14:9, 15:7, 27:17, 27:18, 29:14, 35:9, 35:10, 36:8, 36:10, 41:2, 52:5, 56:3, 56:4, 58:1, 58:4, 58:6
**million-dollar** [1] -

27:18
**millions** [7] - 9:3, 29:9, 29:25, 30:16, 31:2, 51:4, 56:11
**mindful** [1] - 65:12
**minimize** [1] - 55:6
**minimized** [1] - 56:21
**minimum** [1] - 41:12
**misconduct** [2] - 60:18, 69:8
**misdeeds** [1] - 68:11
**mistake** [2] - 39:16, 39:17
**mistress** [1] - 54:1
**mitigates** [1] - 31:16
**mitigating** [6] - 16:9, 17:11, 29:6, 35:13, 35:20, 70:6
**mitigation** [2] - 16:1, 68:4
**moment** [6] - 27:6, 35:12, 36:13, 36:19, 36:25, 53:17
**monetarily** [1] - 13:9
**money** [55] - 12:4, 12:5, 12:19, 13:19, 13:22, 14:1, 27:13, 28:1, 30:5, 30:18, 31:3, 31:8, 38:15, 39:3, 39:6, 40:1, 40:4, 42:20, 42:22, 43:14, 43:23, 44:17, 44:20, 48:10, 48:13, 48:17, 49:5, 49:15, 49:22, 50:2, 50:3, 51:3, 51:9, 51:16, 52:8, 52:15, 53:4, 53:5, 53:16, 53:18, 53:21, 53:23, 54:2, 54:5, 58:4, 59:12, 67:5, 67:14, 68:8, 78:25, 79:10, 79:16
**moneys** [3] - 55:19, 75:13, 75:16
**Monica** [1] - 2:16
**monies** [2] - 40:24, 61:14
**monitor** [1] - 43:22
**monitored** [1] - 8:20
**month** [4] - 22:17, 56:12, 67:1, 73:19
**monthly** [2] - 71:18, 71:19
**months** [12] - 14:22, 24:25, 25:23, 35:7, 35:16, 35:17, 65:9, 70:1, 72:21, 72:22, 72:23
**morale** [1] - 28:14
**Morgan** [1] - 2:14

**Morissette** [13] - 2:10, 4:14, 27:12, 29:2, 44:19, 46:7, 46:9, 46:15, 56:24, 57:6, 57:25, 58:20, 59:7
**MORISSETTE** [2] - 3:6, 46:13
**most** [9] - 11:12, 25:11, 40:15, 43:21, 52:16, 58:19, 60:20
**mother** [8] - 4:25, 17:22, 40:14, 47:2, 49:7, 50:5, 66:11, 66:17
**mother's** [1] - 66:18
**moved** [2] - 10:13, 10:16
**moving** [1] - 22:25
**MR** [31] - 3:3, 3:5, 4:22, 5:6, 5:23, 6:2, 6:5, 6:8, 6:19, 6:23, 7:2, 8:15, 9:22, 13:11, 19:4, 45:7, 45:10, 57:4, 64:17, 70:16, 76:13, 76:19, 76:21, 77:2, 77:5, 78:8, 79:15, 80:1, 80:5, 80:14, 80:17
**MS** [29] - 3:4, 3:6, 4:8, 5:7, 5:22, 10:3, 26:17, 34:5, 34:14, 36:4, 36:12, 36:23, 37:5, 45:12, 45:15, 45:21, 45:25, 46:6, 46:9, 46:13, 64:18, 70:17, 77:9, 77:22, 79:3, 79:8, 80:7, 80:10, 80:18
**multi** [1] - 27:18
**multiple** [1] - 55:15
**musician** [1] - 47:5
**must** [5] - 24:20, 44:9, 59:17, 62:7
**mutually** [1] - 48:22

**N**

**name** [3] - 22:20, 37:25, 46:15
**namely** [1] - 65:4
**narcotic** [1] - 75:23
**Nathan** [2] - 2:14, 4:22
**nathan.hochman@morganlewis.com** [1] - 2:17
**nature** [8] - 16:2, 17:10, 33:10, 33:14, 50:21, 59:18, 65:20
**nearly** [1] - 69:10

**necessary** [4] - 56:16, 58:21, 65:16, 70:20
**necessity** [1] - 48:16
**need** [6] - 47:13, 59:2, 59:22, 62:12, 65:22, 66:3
**needed** [3] - 33:22, 47:18, 47:19
**needs** [1] - 41:11
**negative** [2] - 28:16, 78:24
**net** [2] - 43:21, 78:24
**network** [1] - 66:18
**never** [9] - 24:6, 40:7, 41:23, 42:3, 47:10, 50:10, 52:17, 53:8, 62:25
**new** [5] - 28:22, 41:10, 46:10, 52:4, 56:14
**New** [2] - 10:10, 66:10
**newspapers** [1] - 21:4
**next** [6] - 16:22, 41:2, 42:14, 42:15, 46:8
**NFL** [1] - 12:8
**Nicholas** [2] - 4:15, 61:9
**night** [1] - 10:19
**nine** [3] - 56:12, 70:1, 74:20
**nine-month** [1] - 56:12
**nobody** [2] - 31:14, 43:8
**nominal** [2] - 71:18, 71:23
**non** [1] - 68:12
**non-recidivism** [1] - 68:12
**none** [4] - 18:20, 39:23, 58:15
**nonfinancial** [1] - 35:11
**noon** [1] - 77:13
**normally** [1] - 77:6
**North** [2] - 2:6, 2:15
**noted** [1] - 17:6
**notes** [1] - 80:11
**nothing** [12] - 18:21, 30:9, 32:8, 38:4, 39:15, 41:10, 44:3, 50:13, 51:17, 59:13, 80:10
**notion** [1] - 31:12
**November** [1] - 65:2
**nowadays** [1] - 27:22
**numbers** [5] - 20:17, 20:18, 27:19, 45:22, 48:11
**numerous** [1] - 4:18

## O

Oaks [1] - 66:24
objection [2] - 64:15, 77:8
objections [2] - 70:11, 77:9
obligation [3] - 65:13, 75:15, 75:19
obviously [1] - 33:7
occasions [2] - 50:17, 68:21
occur [1] - 24:18
OF [4] - 1:2, 1:8, 2:3, 2:12
offense [15] - 16:3, 17:11, 59:18, 63:13, 63:21, 63:22, 64:5, 64:9, 64:12, 65:7, 65:20, 65:23, 66:3, 67:18, 70:8
offer [5] - 20:5, 48:10, 48:12, 49:11, 54:22
offered [1] - 62:15
offering [1] - 46:14
offers [1] - 51:5
office [3] - 35:19, 38:5, 75:20
Office [3] - 2:5, 35:25, 73:6
office's [1] - 5:10
officer [13] - 5:12, 36:24, 73:20, 73:24, 74:6, 74:7, 74:12, 74:18, 75:3, 75:5, 75:8, 75:12, 76:2
officer's [1] - 63:12
official [1] - 81:11
Official [1] - 1:22
often [1] - 13:4
Ogura [1] - 30:20
old [4] - 17:23, 38:12, 39:8, 66:10
Olive [4] - 22:13, 22:14, 24:11, 24:12
ON [2] - 2:3, 2:12
once [5] - 10:5, 14:20, 42:13, 47:18, 54:13
One [3] - 65:10, 72:22, 73:3
one [56] - 4:14, 7:23, 11:17, 11:20, 12:9, 15:4, 15:15, 16:21, 16:22, 21:3, 21:8, 22:19, 23:4, 24:2, 25:10, 25:14, 26:20, 28:1, 28:17, 33:17, 34:9, 34:18, 34:24, 36:1, 39:2, 40:11,
40:13, 42:12, 42:15, 43:10, 51:3, 53:14, 54:20, 55:5, 57:8, 58:11, 59:25, 62:7, 62:23, 64:14, 65:4, 65:5, 65:9, 65:10, 65:20, 67:8, 68:18, 68:21, 69:20, 69:25, 73:3, 73:5, 73:17, 76:15
one-count [1] - 65:4
ones [2] - 19:5, 21:11
ongoing [1] - 48:7
open [4] - 15:13, 21:9, 22:7, 62:16
opened [3] - 38:23, 38:24
opening [1] - 61:21
operating [1] - 54:20
operation [2] - 53:6, 75:7
Oppenheim [3] - 4:15, 41:14, 61:9
opportunities [3] - 39:20, 39:21, 39:24
opportunity [4] - 28:3, 45:10, 46:14, 70:11
opulence [1] - 53:25
orally [1] - 58:14
Order [5] - 71:12, 72:12, 73:7, 73:8
order [7] - 14:4, 33:22, 37:2, 72:4, 72:7, 74:19, 79:24
ORDERED [3] - 70:23, 71:4, 77:11
ordered [2] - 71:23, 72:1, 74:9, 75:15, 75:18
orders [1] - 73:11
Oregon [3] - 76:17, 76:21, 76:23
original [2] - 5:9, 45:17
originally [1] - 8:9
others' [1] - 53:21
otherwise [3] - 33:3, 59:3, 74:24
ourselves [1] - 40:3
outpatient [3] - 14:21, 22:17, 73:22
outside [1] - 15:1
outstanding [2] - 75:14, 75:18
overcame [1] - 17:21
overly [1] - 68:20
overseas [1] - 13:2
overspending [1] - 54:14
overspent [1] - 53:5

overviews [1] - 48:11
overwhelming [3] - 33:24, 47:12, 47:14
owe [5] - 20:15, 20:17, 22:2, 25:25, 26:8
owed [1] - 74:15
owes [5] - 9:1, 9:7, 25:15, 25:16, 25:17
own [12] - 13:6, 22:6, 22:18, 22:21, 30:5, 31:1, 31:23, 47:16, 56:6, 67:15, 68:10, 69:9
owned [3] - 21:23, 30:22, 75:7
owner [1] - 74:24
owns [1] - 9:6

## P

P.M [1] - 1:18
p.m [1] - 80:20
PAGE [1] - 3:2
page [2] - 45:18, 45:19
paid [8] - 9:2, 25:11, 25:13, 41:18, 41:19, 46:1, 71:7
painfully [1] - 60:2
paint [1] - 21:14
pairs [1] - 30:23
paper [1] - 37:23
papers [8] - 6:22, 7:4, 16:15, 17:8, 17:21, 18:12, 31:19, 33:19
paperwork [1] - 20:12
paragraph [3] - 45:19, 45:21, 71:8
parents [8] - 23:12, 23:13, 23:16, 38:4, 38:5, 38:6, 44:3, 66:11
part [11] - 16:22, 17:20, 18:8, 24:19, 31:13, 41:17, 47:6, 53:18, 74:8, 75:7, 78:20
partial [2] - 72:2, 74:24
participate [2] - 73:21, 74:2
participated [1] - 20:8
particular [4] - 11:12, 12:24, 23:3, 59:22
parties' [1] - 66:7
partner [7] - 27:11, 28:18, 37:7, 39:16, 44:17, 58:10, 69:11
partner's [1] - 41:13
partners [15] - 4:16,

7:6, 7:10, 19:10, 28:1, 39:13, 39:25, 43:4, 44:18, 53:3, 60:19, 61:8, 61:10, 68:15, 69:13
parts [2] - 10:17, 10:25
party [4] - 79:16, 79:17, 79:20, 79:23
passionate [1] - 55:3
past [3] - 32:7, 39:10, 62:10
patch [1] - 73:23
path [4] - 20:10, 20:21, 69:8, 69:24
pathological [3] - 7:25, 14:12, 15:24
paths [4] - 18:13, 19:17, 19:19, 47:10
patron [1] - 78:24
pattern [1] - 13:4
pay [17] - 7:16, 25:2, 25:17, 38:6, 59:5, 59:12, 70:23, 71:4, 72:8, 72:15, 73:10, 74:8, 74:12, 74:15, 74:16, 79:9
payee [1] - 72:3
paying [4] - 48:19, 60:22, 61:13, 61:14
payment [8] - 72:1, 72:2, 72:3, 72:4, 73:12, 74:11, 74:12
payments [4] - 25:16, 71:18, 71:23, 72:9
pays [1] - 9:6
penalties [3] - 25:25, 56:8, 72:9
penalty [2] - 20:2, 25:18
people [34] - 11:11, 11:12, 11:17, 15:17, 18:5, 19:15, 21:10, 22:14, 28:5, 28:8, 32:13, 38:1, 39:14, 41:1, 41:12, 41:16, 42:7, 42:8, 42:14, 43:22, 44:10, 44:14, 44:18, 45:1, 47:13, 48:19, 51:2, 54:4, 54:9, 55:3, 56:9, 60:20, 60:25
people's [4] - 38:15, 38:17, 40:23, 43:14
per [6] - 8:10, 67:1, 71:1, 71:14, 73:19
percent [6] - 16:22, 19:11, 19:13, 20:2, 25:18, 71:19
percentage [1] - 72:4

perform [1] - 39:7
performed [1] - 39:2
performer [2] - 48:15, 48:19
performing [1] - 46:20
perhaps [1] - 9:17
period [14] - 8:8, 14:6, 25:5, 44:9, 60:2, 67:3, 71:1, 71:13, 71:21, 72:25, 73:9, 74:1, 74:10, 74:17
periodic [1] - 73:18
permission [1] - 59:2
person [6] - 31:2, 37:6, 49:22, 55:7, 59:21, 79:5
persona [2] - 54:6, 54:7
personal [3] - 28:25, 32:13, 43:17
personally [3] - 13:9, 46:18, 48:3
perspective [1] - 28:21
pertaining [2] - 73:12, 75:6
phone [12] - 8:5, 8:7, 8:20, 8:21, 14:10, 15:8, 39:20, 41:23, 51:13, 51:23, 53:2, 53:17
phone-to-text [1] - 53:17
photos [1] - 53:15
physical [2] - 16:6
physically [3] - 17:22, 57:21
pick [2] - 21:4, 39:16
picker [1] - 12:13
picking [1] - 50:21
pictures [1] - 54:1
piggy [1] - 43:18
place [8] - 4:17, 9:5, 11:13, 11:14, 28:23, 49:2, 68:7, 78:5
placed [5] - 8:23, 9:4, 14:11, 15:9, 72:25
places [2] - 11:20, 11:21
placing [1] - 8:24
plaintiff [1] - 1:10
PLAINTIFF [1] - 2:3
plan [5] - 48:25, 49:2, 49:21, 50:14, 51:15
planned [2] - 52:10, 55:16
play [1] - 54:20
playbook [1] - 56:19
played [2] - 39:4, 51:1
Plea [3] - 19:21, 19:24,

66:6

**plea** [3] - 40:11, 46:2, 80:12

**plead** [1] - 62:14

**pleading** [1] - 67:18

**plenty** [3] - 39:19, 39:21, 39:24

**plus** [1] - 69:25

**point** [18] - 15:25, 17:20, 18:12, 19:9, 22:8, 24:10, 25:13, 29:12, 29:13, 48:17, 53:14, 54:16, 55:17, 59:8, 64:24, 78:3, 78:4

**pointed** [3] - 24:9, 30:3, 32:6

**points** [2] - 24:11, 29:16, 64:14

**pond** [1] - 77:24

**pony** [1] - 78:25

**population** [1] - 25:7

**portion** [2] - 25:3, 31:21

**Position** [1] - 5:14

**position** [9] - 5:16, 6:4, 9:10, 26:21, 35:6, 45:18, 66:7, 75:10

**positioned** [1] - 33:23

**possible** [4] - 19:7, 26:21, 34:6, 58:19

**possibly** [1] - 60:3

**potential** [1] - 55:14

**Potenza** [10] - 7:23, 9:23, 10:23, 11:22, 15:15, 16:18, 30:4, 32:5, 57:15

**Potenza's** [3] - 14:8, 14:13, 31:20

**Potocek** [1] - 4:12

**power** [1] - 40:25

**Prada** [2] - 30:23, 58:2

**predatory** [1] - 56:19

**predisposition** [1] - 15:17

**pregnancy** [1] - 53:10

**prepared** [1] - 9:5

**prescription** [1] - 74:1

**present** [7] - 4:13, 4:18, 4:23, 16:1, 30:8, 37:4

**Present** [1] - 2:9

**presented** [1] - 35:20

**presentence** [1] - 75:21

**Presentence** [15] - 5:9, 5:13, 6:1, 6:11, 6:21, 36:9, 64:19, 64:21, 66:7, 71:8,

71:12, 75:24, 76:3, 76:6, 78:23

**proper** [1] - 70:5

**property** [1] - 60:5

**proportional** [1] - 72:3

**proposal** [1] - 24:17

**propose** [1] - 77:3

**proposed** [1] - 79:24

**prosecution** [1] - 67:21

**prosecutors** [1] - 21:22

**protect** [2] - 28:23, 65:25

**protected** [2] - 48:16, 55:19

**proud** [1] - 39:15

**prove** [4] - 41:6, 59:25, 62:23, 74:18

**proved** [1] - 31:8

**proven** [2] - 53:24, 54:19

**provide** [7] - 36:18, 65:24, 66:3, 74:10, 75:4, 76:5, 79:6

**provided** [1] - 24:14

**provider** [5] - 74:5, 75:22, 75:25, 76:4, 76:5

**provides** [1] - 70:8

**PSR** [2] - 36:13, 36:20

**psychological** [3] - 48:4, 48:5, 68:14

**Ptocek** [1] - 2:9

**public** [5] - 46:11, 49:7, 50:6, 58:19, 65:25

**publicity** [1] - 33:7

**publicized** [1] - 21:23

**published** [1] - 42:4

**pulling** [3] - 41:24, 41:25, 51:3

**punishment** [6] - 24:16, 24:24, 33:8, 65:24, 69:19, 70:9

**purely** [1] - 76:25

**purported** [1] - 69:4

**purpose** [3] - 29:14, 56:6, 76:8

**purposes** [4] - 30:18, 31:9, 65:16, 70:21

**pursuant** [7] - 63:16, 71:2, 71:5, 71:15, 72:6, 72:10, 72:17

**pushed** [1] - 50:15

**put** [12] - 9:15, 11:17, 12:19, 24:20, 27:4, 28:23, 42:13, 42:20, 42:22, 62:22, 79:2, 79:16

**puts** [1] - 35:7

**putting** [1] - 51:5

**PRESIDING** [1] - 1:4

**press** [1] - 21:1

**prevented** [1] - 33:13

**previous** [1] - 76:3

**priority** [1] - 72:4

**prison** [6] - 25:21, 40:19, 59:12, 60:1, 62:9, 76:16

**Prisons** [5] - 71:2, 71:15, 72:21, 76:14, 77:13

**Probation** [2] - 35:25, 73:6

**probation** [17] - 5:10, 5:12, 35:19, 36:24, 63:12, 73:19, 73:24, 74:5, 74:7, 74:11, 74:18, 75:3, 75:5, 75:8, 75:12, 75:20, 76:2

**problem** [12] - 10:13, 10:16, 10:21, 14:22, 22:22, 23:2, 30:2, 30:3, 51:19, 51:24, 76:23

**problems** [2] - 32:13, 32:17

**proceedings** [1] - 81:3

**Proceedings** [2] - 1:16, 80:20

**proceeds** [2] - 32:22, 32:24

**process** [3] - 18:22, 20:11, 42:24

**productive** [1] - 60:4, 63:2

**profession** [2] - 69:14, 69:16

**professional** [1] - 47:20

**professionals** [3] - 14:25, 32:15, 32:17

**profile** [1] - 11:3

**profound** [1] - 27:17

**Program** [2] - 71:3, 71:16

**program** [10] - 14:22, 22:17, 22:18, 23:1, 23:5, 23:6, 23:9, 62:2, 62:8, 73:22

**programs** [3] - 74:25, 75:1, 76:14

**prohibited** [1] - 75:25

**promise** [1] - 62:25

**promised** [1] - 49:24

**promote** [1] - 65:23

**promotes** [1] - 70:8

**proof** [1] - 74:11

## Q

**quarter** [2] - 71:2, 71:14

**quibble** [1] - 20:17

**quibbled** [1] - 25:9

**quiet** [1] - 51:23

**quite** [1] - 9:20

## R

**rabbi** [1] - 45:2

**rabbinical** [1] - 40:13

**rabbis** [3] - 41:8, 41:9, 41:10

**rack** [2] - 12:10, 12:14

**racking** [1] - 10:11

**raise** [1] - 66:11

**raised** [2] - 39:5, 66:10

**raising** [1] - 66:14

**ramifications** [1] - 17:4

**ran** [1] - 23:25

**Ranee** [2] - 2:4, 4:9

**Ranee.Katzenstein @usdoj.gov** [1] - 2:8

**range** [9] - 24:8, 35:4, 35:7, 35:15, 63:11, 65:8, 65:11, 66:2, 70:4

**ranks** [2] - 18:3, 66:21

**rare** [1] - 68:21

**rate** [2] - 71:1, 71:14

**rather** [2] - 33:17, 49:18

**ratio** [1] - 14:3

**re** [1] - 75:24

**re-disclosure** [1] - 75:24

**reach** [1] - 47:4

**reached** [2] - 19:1, 19:2

**reaction** [1] - 11:22

**read** [5] - 5:8, 10:2, 22:24, 40:11, 42:8

**ready** [1] - 33:21

**real** [1] - 52:3

**realized** [2] - 10:12, 52:6

**really** [7] - 40:9, 41:6, 42:10, 43:12, 46:24, 55:1, 60:25

**realm** [1] - 11:25

**reaped** [1] - 20:20

**reason** [5] - 5:4, 33:2, 55:7, 58:9, 62:19, 70:14, 70:16

**reasonable** [4] - 24:16, 34:18, 35:9, 70:20

**reasons** [2] - 35:21, 35:22

**receive** [2] - 9:14, 72:3

**received** [9] - 18:5, 22:20, 28:17, 30:12, 45:23, 59:3, 69:2, 75:14, 75:16

**recent** [1] - 22:19

**recently** [1] - 40:15

**Recess** [1] - 63:9

**recidivism** [1] - 68:12

**recognition** [1] - 24:17

**recognize** [1] - 35:19

**recognized** [1] - 11:25

**recollection** [1] - 32:18

**recommend** [4] - 19:18, 21:9, 51:7, 76:10

**recommendation** [10] - 4:20, 24:12, 25:20, 35:15, 35:18, 76:16, 76:22, 76:25, 77:1

**Recommendation** [1] - 5:10

**recommendations** [1] - 24:14

**recommended** [1] - 35:24

**recorded** [6] - 29:18, 29:19, 30:7, 30:8, 30:25, 81:3

**records** [4] - 8:6, 67:6, 75:6

**recovery** [5] - 24:1, 24:6, 62:2, 68:2, 78:20

**rectify** [1] - 23:10

**reduced** [2] - 42:6, 45:23

**reduction** [3] - 35:17, 64:10, 81:6

**refer** [1] - 34:23

**reference** [2] - 37:22, 40:12

**references** [2] - 40:10, 40:12

**reflect** [1] - 65:22

**reflected** [1] - 71:12

**reflecting** [1] - 61:20

**reflects** [1] - 70:7

**Reform** [1] - 72:17

**reformed** [1] - 41:6

**reforming** [1] - 41:4

**refrain** [1] - 73:15

**refunds** [1] - 75:14

refused [1] - 52:2
regain [1] - 60:3
regard [6] - 32:6, 32:14, 36:9, 36:22, 63:10, 79:24
regarding [1] - 5:16
regardless [1] - 62:9
regrets [1] - 67:22
regulations [2] - 73:6, 81:7
rehabilitation [4] - 24:18, 68:12, 69:24, 76:9
relapse [2] - 24:4
relapsed [1] - 23:3
relates [1] - 36:8
relationship [1] - 47:20
release [7] - 21:2, 65:9, 71:18, 71:21, 72:24, 72:25, 73:17
released [1] - 77:24
relentlessly [1] - 55:17
relevant [1] - 34:10
relied [2] - 30:4, 51:2
rely [1] - 48:23
relying [2] - 48:16, 48:20
remains [1] - 71:17
remember [3] - 12:25, 13:23, 14:1
remorse [1] - 54:18
remorseful [2] - 67:21, 69:24
removed [1] - 23:11
rent [3] - 38:6, 79:5, 79:9
rented [1] - 79:7
repaid [1] - 27:13
repeated [3] - 15:13, 42:18, 53:13
repeatedly [3] - 49:3, 49:20, 60:20
replace [2] - 62:8
reply [1] - 5:18
report [6] - 10:2, 31:20, 31:21, 64:2, 75:21, 77:15
Report [15] - 5:9, 5:13, 6:1, 6:11, 6:21, 36:9, 64:20, 64:21, 66:7, 71:9, 71:12, 75:25, 76:3, 76:6, 78:23
Reporter [5] - 1:22, 22:8, 22:10, 42:2, 81:11
reporter [1] - 63:7
Reporter's [1] - 1:16
reports [3] - 32:16,

66:16, 76:4
represents [1] - 51:21
reputable [1] - 38:22
reputation [13] - 7:6, 7:12, 22:1, 26:5, 27:25, 28:2, 28:11, 37:18, 38:22, 41:13, 41:14, 59:11, 60:24
request [3] - 34:19, 35:23, 62:22
required [1] - 74:13
requires [1] - 75:10
residence [2] - 79:4, 79:7
residential [2] - 76:14, 76:22
resort [1] - 54:1
resources [1] - 41:17
respect [12] - 17:10, 18:5, 18:6, 30:3, 33:5, 33:15, 46:3, 59:11, 60:3, 60:25, 65:23, 70:8
respected [2] - 18:2, 66:24
respectful [1] - 25:20
respectfully [1] - 35:23
respond [2] - 8:12, 57:5
responded [2] - 52:17
Response [1] - 5:13
Responsibility [2] - 71:3, 71:16
responsibility [7] - 18:19, 19:7, 38:2, 54:23, 60:15, 64:11, 67:19
responsible [1] - 61:1
rest [7] - 22:4, 24:6, 26:9, 55:12, 61:16, 61:19, 63:7
restitution [17] - 22:3, 25:3, 25:9, 25:24, 26:8, 36:10, 43:11, 59:5, 66:3, 71:5, 71:7, 71:13, 71:17, 71:23, 72:7, 72:16, 73:11
result [1] - 28:4
resulted [1] - 34:14
results [2] - 63:20, 64:5
retreats [1] - 38:25
return [5] - 9:15, 51:8, 63:7, 63:23, 65:6
returning [1] - 50:25
Revenue [1] - 4:11
review [2] - 6:1, 36:20
reviewed [3] - 5:11,

5:13, 6:10
revised [3] - 5:9, 6:10, 64:21
Revised [2] - 6:1, 6:21
rises [1] - 18:3
risk [1] - 53:10
road [1] - 33:17
rob [1] - 38:19
rock [1] - 19:15
role [1] - 66:14
room [1] - 56:1
rooms [1] - 38:25
roughly [2] - 25:5, 25:6
roughshod [1] - 23:25
Roybal [1] - 77:16
RPR [2] - 1:22, 81:11
ruin [1] - 13:6
ruined [1] - 69:9
rule [1] - 54:21
rules [1] - 73:3
run [1] - 73:3
running [1] - 54:14

## S

S-H-E-R-I-D-A-N [1] - 76:19
sad [1] - 7:22
safe [1] - 55:19
safety [4] - 48:4, 49:23
salary [1] - 69:3
sample [1] - 73:14
San [1] - 10:13
Santa [1] - 2:16
sat [2] - 38:25, 39:4
satisfies [1] - 24:24, 25:3
saved [1] - 67:20
Scarlet [1] - 21:14
scheme [5] - 34:9, 67:4, 67:11, 68:9, 69:4
schizophrenia [1] - 11:24
school [3] - 17:25, 38:8, 66:19
Schwartz [77] - 4:6, 4:23, 6:10, 7:4, 7:25, 8:6, 8:8, 8:14, 8:20, 8:21, 8:25, 9:2, 9:6, 9:13, 9:14, 9:18, 10:8, 12:11, 13:9, 13:13, 14:15, 14:21, 15:23, 17:15, 17:21, 17:25, 18:8, 18:12, 18:23, 20:19, 20:23, 22:22, 23:1, 23:3, 23:7, 23:8, 23:12,

23:15, 23:24, 24:3, 24:21, 25:2, 25:14, 25:15, 27:2, 31:1, 35:4, 35:16, 38:13, 39:19, 46:2, 47:21, 48:9, 57:2, 57:8, 58:22, 59:2, 59:24, 60:6, 60:7, 60:10, 66:6, 66:9, 66:16, 66:21, 67:4, 67:12, 67:14, 67:19, 68:8, 69:1, 69:17, 69:23, 72:19, 76:11, 79:19, 80:12
SCHWARTZ [1] - 1:12
Schwartz's [12] - 4:24, 8:17, 13:12, 15:19, 47:22, 57:7, 59:9, 68:6, 68:12, 68:17, 69:6, 69:21
seal [1] - 5:15
season [1] - 11:15
second [2] - 8:18, 19:19
Section [21] - 2:5, 16:3, 63:14, 63:17, 63:19, 63:23, 63:24, 64:1, 64:6, 64:11, 65:5, 65:6, 65:19, 66:5, 70:5, 70:21, 71:6, 72:6, 72:10
secure [5] - 47:5, 78:5, 79:11, 79:18, 80:2
secured [2] - 78:2, 78:5, 79:14
security [3] - 55:21, 78:10, 79:6
see [9] - 13:5, 17:18, 20:24, 32:16, 36:13, 45:23, 50:23, 56:16, 58:23
seem [1] - 45:3
seemingly [1] - 7:5
self [3] - 8:13, 11:7, 21:20
self-medicated [1] - 11:7
self-serving [2] - 8:13, 21:20
send [4] - 26:1, 44:1, 44:24, 58:21
sending [1] - 53:15
sends [2] - 26:10, 56:17
sense [3] - 28:14, 29:1, 32:1
sensitive [1] - 50:21
sent [1] - 36:23
SENTENCE [1] - 3:8

sentence [32] - 5:4, 25:22, 26:2, 26:10, 27:5, 33:8, 34:11, 34:15, 34:18, 34:19, 35:1, 35:24, 42:6, 43:25, 56:12, 56:17, 59:2, 59:16, 59:21, 59:24, 62:10, 64:23, 65:12, 65:15, 65:22, 69:22, 70:4, 70:7, 70:10, 70:19, 77:25
sentenced [3] - 42:25, 43:2, 69:25
sentencing [14] - 4:20, 5:3, 5:17, 6:22, 21:3, 24:12, 24:14, 24:17, 45:17, 45:18, 66:2, 76:1, 78:6, 79:11
SENTENCING [1] - 1:16
Sentencing [6] - 5:14, 64:22, 65:14, 68:19, 70:4, 72:17
serious [3] - 29:3, 69:19
seriously [1] - 65:13
seriousness [3] - 65:23, 68:13, 70:7
serve [4] - 25:7, 47:2, 60:1, 62:9
served [2] - 38:9, 72:23
service [10] - 7:7, 18:4, 25:4, 25:7, 25:24, 26:8, 49:8, 50:6, 55:15, 76:7
Service [2] - 4:11, 76:8
serviceful [1] - 55:18
servicing [1] - 11:2
serving [2] - 8:13, 21:20
set [8] - 5:3, 51:16, 51:22, 51:25, 58:5, 65:3, 66:2, 66:5
sets [1] - 44:10
setting [3] - 28:13, 29:22, 31:10
settled [2] - 20:13, 30:14
settling [1] - 20:14
seven [5] - 13:24, 14:5, 58:5, 67:11, 74:7
seven-year [1] - 14:5
several [1] - 50:17
severe [6] - 8:1, 14:12, 15:23, 56:8, 56:17, 62:19
severity [1] - 13:21

**shaken** [2] - 28:21, 55:11
**shall** [33] - 65:15, 70:23, 70:25, 71:4, 71:7, 71:13, 71:20, 71:21, 72:3, 72:12, 72:25, 73:5, 73:10, 73:13, 73:15, 73:16, 73:21, 73:24, 74:2, 74:8, 74:10, 74:13, 74:14, 74:16, 74:18, 74:20, 74:23, 75:4, 75:9, 75:13, 75:16, 77:11, 77:15
**shame** [2] - 58:17, 61:17, 62:10
**share** [2] - 47:22, 48:7
**sheds** [1] - 56:16
**sheer** [1] - 68:5
**Sheraton** [1] - 76:18
**Sheridan** [3] - 76:17, 76:20, 76:23
**Sherman** [1] - 66:24
**shift** [1] - 47:1
**shine** [3] - 50:20, 55:4, 55:22
**shoes** [2] - 30:23, 58:2
**short** [3] - 43:25, 56:13, 63:6
**show** [3] - 8:16, 13:20, 23:13
**showed** [3] - 8:7, 41:15, 55:7
**shown** [2] - 10:23, 71:11
**shows** [1] - 22:25
**sickness** [2] - 57:13, 57:17
**side** [6] - 29:3, 29:6, 31:10, 40:17, 43:8, 44:3
**sign** [5] - 19:21, 19:24, 20:3, 37:25, 40:24
**signature** [1] - 67:8
**signed** [1] - 20:13
**significance** [1] - 27:5
**significant** [2] - 16:8, 28:2
**simple** [1] - 54:21
**simply** [1] - 53:19
**single** [1] - 40:5
**sinister** [1] - 56:5
**site** [1] - 22:10
**sites** [1] - 22:11
**sitting** [2] - 40:17, 52:8
**situation** [3] - 19:6, 22:22, 23:10
**six** [14] - 7:18, 8:7, 9:13, 12:23, 14:6,

14:9, 15:8, 23:25, 52:10, 55:22, 58:4, 67:11, 74:2
**six-year** [2] - 8:7, 14:6
**sixty** [1] - 77:6
**slight** [1] - 45:25
**slowly** [1] - 60:2
**small** [4] - 21:5, 27:20, 27:21, 27:23
**smaller** [1] - 10:9
**smartest** [1] - 49:22
**sober** [1] - 39:19
**sobriety** [1] - 62:6
**social** [1] - 76:7
**Social** [1] - 76:8
**solely** [2] - 49:7, 50:5
**solemn** [1] - 62:25
**solicitation** [1] - 75:1
**solution** [1] - 51:20
**someone** [10] - 7:15, 20:24, 41:1, 48:17, 51:22, 56:10, 57:17, 57:20, 78:13, 79:4
**sometimes** [2] - 10:15, 19:14
**son** [2] - 23:16, 40:18
**songs** [1] - 46:20
**sons** [1] - 67:2
**sorry** [5] - 40:9, 41:21, 45:7, 53:6, 61:4
**sort** [1] - 34:15
**source** [1] - 64:3
**Southern** [1] - 76:11
**speaking** [2] - 31:2, 46:8
**speaks** [2] - 30:1, 68:11
**Special** [2] - 4:10, 4:12
**special** [3] - 70:24, 73:8, 73:10
**specific** [1] - 33:15
**specified** [1] - 72:5
**spend** [2] - 26:7, 51:11, 55:12, 61:16, 62:9
**spending** [1] - 51:3
**spends** [1] - 14:22
**spent** [2] - 53:23, 54:2
**Spin** [1] - 22:10
**spiral** [3] - 7:20, 12:4, 16:20
**spoken** [1] - 34:17
**sponsee** [1] - 23:15
**sponsor** [3] - 22:19, 22:23, 62:4
**sponsoring** [1] - 62:5
**spread** [1] - 25:5
**Spring** [1] - 2:6

**staff** [2] - 47:24, 51:1
**stand** [5] - 6:17, 21:22, 26:15, 39:14, 60:12
**stardom** [2] - 47:9
**starred** [1] - 47:9
**start** [4] - 12:16, 13:6, 27:1, 51:22
**started** [4] - 8:9, 47:11, 47:21, 55:22
**starting** [2] - 24:10, 64:24
**starts** [1] - 12:14
**State** [2] - 10:13, 76:7
**state** [5] - 52:3, 70:10, 70:11, 75:11, 76:6
**statement** [4] - 30:5, 30:6, 30:9, 56:15
**STATEMENTS** [1] - 3:2
**statements** [9] - 8:14, 8:17, 8:18, 30:10, 31:23, 37:4, 66:8, 78:9
**states** [1] - 67:21
**States** [10] - 4:6, 4:9, 17:6, 17:7, 35:25, 57:20, 70:24, 73:6, 77:16, 81:7
**STATES** [2] - 1:1, 1:8
**steal** [7] - 41:1, 42:21, 44:7, 50:8, 56:9, 58:5, 62:18
**stealing** [13] - 7:17, 13:7, 29:9, 31:17, 35:9, 39:3, 42:19, 43:2, 49:24, 52:19, 54:4, 60:21
**steals** [1] - 56:10
**steer** [1] - 9:20
**stenographically** [1] - 81:3
**step** [2] - 35:4, 35:5
**stepped** [1] - 40:7
**still** [7] - 9:1, 9:2, 9:7, 28:8, 49:21, 55:2, 78:25
**stipulation** [2] - 20:13, 79:24
**stole** [10] - 8:3, 27:17, 28:1, 29:14, 40:2, 44:17, 52:6, 52:8, 53:19, 56:3
**stolen** [4] - 31:8, 52:5, 53:16, 53:21
**stop** [3] - 32:7, 38:8, 41:2
**stopped** [2] - 32:7, 32:9, 32:10
**story** [3] - 47:20,

51:18, 54:13
**Street** [3] - 1:23, 2:6, 77:17
**stress** [3] - 11:2, 11:6, 21:12
**strikes** [1] - 70:5
**strongly** [1] - 59:23
**studio** [1] - 52:22
**stuff** [2] - 13:2, 37:23
**stupid** [1] - 60:17
**style** [2] - 48:22, 52:21
**subject** [2] - 69:22, 72:9
**submit** [8] - 15:3, 26:13, 30:16, 31:7, 33:3, 35:14, 60:6, 73:17
**submitted** [5] - 4:25, 6:22, 6:24, 8:5, 67:25
**subscribing** [2] - 63:22, 65:5
**substance** [11] - 7:20, 15:18, 15:20, 17:24, 21:12, 21:17, 57:19, 61:22, 73:16, 73:22, 75:21
**substantial** [2] - 79:5, 79:9
**substantive** [1] - 24:16
**success** [1] - 11:2
**sudden** [3] - 12:6, 42:16, 44:15
**suffer** [1] - 11:23, 21:16
**suffered** [2] - 68:1, 68:24
**suffering** [9] - 7:25, 13:9, 14:15, 15:23, 16:13, 28:6, 28:9, 28:14, 57:14
**suffers** [1] - 11:23
**sufficient** [5] - 5:25, 65:15, 70:20, 79:9, 79:25
**suggest** [10] - 16:4, 16:16, 17:10, 17:14, 31:17, 32:8, 32:20, 35:8, 59:23, 78:2
**Suite** [2] - 1:23, 2:15
**sum** [1] - 68:8
**summary** [3] - 36:3, 36:8, 56:2
**Sunday** [1] - 11:13
**supervised** [2] - 65:9, 71:21, 72:25
**supervision** [5] - 71:22, 73:10, 74:1, 74:10, 74:17

**support** [4] - 23:7, 31:18, 32:13, 43:7
**supporters** [1] - 4:25
**supporting** [1] - 4:19
**supportive** [1] - 66:18
**supposed** [2] - 50:2, 50:3
**Supreme** [1] - 23:19
**surety** [2] - 79:18, 79:23
**surrender** [6] - 77:4, 77:12, 77:21, 77:23, 78:6, 79:11
**surreptitiously** [1] - 7:18
**surrounded** [1] - 32:11
**survivors** [1] - 44:4
**sustain** [1] - 69:1
**sweat** [1] - 73:23
**sympathy** [1] - 42:4
**systematic** [1] - 56:5
**systemically** [1] - 56:2

**T**

**T'Shuvah** [2] - 14:21, 45:1
**table** [2] - 4:10, 43:8
**talks** [6] - 11:22, 23:11, 31:21, 31:24, 39:18, 42:1
**tarnished** [1] - 41:13
**tax** [11] - 9:15, 9:16, 19:25, 20:2, 20:7, 25:17, 52:25, 63:23, 64:4, 65:6, 75:14
**taxes** [6] - 25:25, 26:8, 60:22, 61:14, 74:15, 74:16
**team** [6] - 51:1, 51:14, 51:18, 51:25, 52:4, 53:19
**teeth** [2] - 41:24, 41:25
**tel** [2] - 2:7, 2:16
**telemarketing** [1] - 74:25
**telephone** [1] - 1:24
**Temple** [1] - 77:17
**ten** [1] - 74:23
**term** [3] - 72:21, 72:22, 73:2
**terminated** [1] - 67:12
**terms** [5] - 17:18, 27:5, 73:3, 73:4, 80:11
**test** [2] - 32:5, 73:17
**testing** [1] - 73:23

14

**tests** [2] - 73:18, 73:19
**text** [1] - 53:17
**texting** [1] - 23:4
**thankfully** [1] - 24:9
**THE** [55] - 2:3, 2:12, 3:7, 5:2, 5:8, 5:24, 6:3, 6:6, 6:9, 6:12, 6:13, 6:15, 6:16, 6:20, 6:25, 8:12, 9:17, 10:2, 13:4, 19:3, 26:14, 34:2, 34:12, 36:1, 36:6, 36:20, 37:2, 45:5, 45:8, 45:14, 45:20, 45:23, 46:4, 46:7, 56:24, 60:9, 60:11, 63:5, 63:10, 64:19, 70:18, 76:18, 76:20, 76:24, 77:3, 77:8, 77:10, 78:7, 78:22, 79:7, 79:12, 79:21, 80:4, 80:9, 80:15
**thee** [1] - 67:2
**theft** [6] - 42:18, 53:1, 54:16, 56:20, 67:7, 68:17
**themselves** [2] - 10:24, 16:7
**there'll** [1] - 21:5
**thereafter** [1] - 73:18
**therefore** [4] - 34:9, 56:15, 64:9, 64:20
**therein** [1] - 71:11
**they've** [1] - 41:15
**thief** [1] - 44:9
**thinking** [2] - 26:11, 58:25
**third** [4] - 79:16, 79:17, 79:20, 79:23
**thousand** [7] - 8:7, 14:9, 15:8, 16:25, 17:1, 17:2, 56:9
**thousands** [6] - 30:23, 30:24, 39:5, 43:19, 43:20
**three** [13] - 14:22, 22:17, 25:5, 25:6, 52:12, 61:6, 62:4, 64:10, 65:9, 72:25, 73:2, 73:7, 73:13
**three-level** [1] - 64:10
**three-month** [1] - 22:17
**three-year** [1] - 25:5
**threw** [3] - 7:8, 21:15, 60:23
**throughout** [1] - 52:19
**timely** [2] - 74:15, 74:16
**today** [7] - 30:22,

42:25, 55:2, 55:8, 55:24, 66:8
**TODD** [1] - 1:12
**Todd** [3] - 4:6, 66:9, 72:19
**together** [1] - 79:16
**tolerated** [1] - 56:21
**tomorrow** [1] - 24:4
**tonight** [1] - 24:4
**took** [10] - 4:17, 13:25, 28:2, 38:5, 40:3, 41:17, 43:25, 53:3, 53:14, 68:7
**top** [4] - 34:25, 35:4, 38:22
**topic** [1] - 50:25
**topics** [1] - 50:21
**total** [6] - 36:3, 56:4, 64:12, 65:7, 71:5, 72:21
**totality** [1] - 70:18
**touring** [1] - 46:21
**tours** [3] - 51:6, 51:7, 51:10
**towards** [1] - 13:15
**toxic** [1] - 16:19
**tragic** [1] - 7:4
**Transcript** [1] - 1:16
**transcript** [2] - 81:3, 81:5
**transfer** [1] - 12:19
**trauma** [2] - 32:18, 55:13
**travel** [2] - 49:8, 53:25
**traveled** [1] - 30:19
**treated** [1] - 16:5
**treatment** [12] - 15:11, 67:25, 73:22, 74:3, 74:4, 74:5, 74:9, 75:22, 75:25, 76:4, 76:5
**tree** [1] - 34:24
**tremendous** [2] - 23:17, 41:17
**trial** [1] - 67:21
**tried** [1] - 50:20
**triple** [1] - 14:4
**trips** [1] - 32:25
**true** [4] - 29:22, 30:10, 30:11, 81:2
**truly** [1] - 61:3
**trust** [16] - 35:6, 37:20, 38:1, 38:24, 40:20, 40:25, 41:12, 44:20, 47:14, 47:18, 47:21, 55:11, 60:3, 60:18, 63:20, 69:15
**trusted** [7] - 47:3, 47:16, 48:9, 48:15, 48:17, 51:19, 54:9

**trusting** [1] - 48:14
**truth** [1] - 67:10
**truthfully** [2] - 74:14, 74:16
**try** [1] - 18:21
**trying** [4] - 11:4, 25:19, 54:11, 55:2
**tune** [1] - 51:4
**turmoil** [1] - 68:17
**turn** [3] - 16:16, 19:24, 36:18
**turned** [1] - 33:16
**Twelve** [1] - 75:13
**twilight** [1] - 39:9
**Two** [3] - 65:10, 72:23, 73:3
**two** [16] - 8:19, 18:13, 19:17, 24:15, 27:10, 47:2, 49:7, 63:19, 64:2, 64:7, 65:3, 65:22, 72:20, 73:9, 73:18
**two-count** [1] - 65:3, 72:20
**two-level** [1] - 63:19, 64:2, 64:7
**type** [2] - 12:1, 59:2
**types** [1] - 12:9
**typical** [1] - 14:3

## U

**U.S** [1] - 61:14
**U.S.C** [8] - 63:14, 63:23, 65:5, 65:6, 65:19, 71:6, 72:6, 72:10
**ultimate** [2] - 13:14, 34:3
**ultimately** [1] - 55:6
**unbeknownst** [1] - 52:23
**uncovered** [1] - 46:10
**under** [13] - 5:15, 10:17, 35:16, 63:14, 63:19, 63:24, 64:1, 64:6, 64:8, 64:11, 66:4, 73:4, 80:11
**undermining** [1] - 69:15
**unexpected** [1] - 75:17
**unfortunately** [5] - 12:4, 12:11, 12:12, 13:17, 76:15
**unique** [3] - 22:9, 23:22, 23:23
**United** [10] - 4:6, 4:9, 17:6, 17:7, 35:24,

57:19, 70:24, 73:6, 77:16, 81:7
**UNITED** [2] - 1:1, 1:8
**units** [1] - 64:7
**university** [1] - 10:10
**University** [1] - 10:14
**unlawful** [1] - 73:16
**unless** [2] - 72:4, 78:24
**unlike** [1] - 57:23
**unpaid** [2] - 70:25, 71:18
**unreasonable** [1] - 35:8
**unsecured** [1] - 80:2
**unsuspecting** [1] - 56:11
**untold** [1] - 69:11
**up** [43] - 7:17, 8:8, 9:2, 9:3, 9:6, 10:11, 10:20, 12:7, 12:10, 12:14, 18:6, 18:7, 18:24, 19:5, 20:11, 21:4, 21:22, 21:23, 22:7, 23:13, 34:24, 35:1, 39:4, 39:10, 39:14, 40:7, 41:15, 41:20, 49:10, 51:13, 51:22, 51:25, 53:7, 54:7, 55:7, 58:7, 61:21, 66:21, 78:25, 79:2
**updates** [1] - 50:9, 50:10, 52:3
**upended** [1] - 68:16
**urinalysis** [1] - 73:23
**US** [1] - 2:5
**USC** [1] - 70:21
**user** [1] - 62:1
**uses** [2] - 56:18, 57:9

## V

**vacation** [1] - 53:15
**vacations** [1] - 58:3
**various** [1] - 42:14
**verbally** [1] - 17:22
**version** [1] - 26:24
**versus** [4] - 4:6, 17:6, 17:7, 57:20
**victim** [11] - 5:15, 25:15, 27:12, 37:13, 38:13, 38:14, 40:5, 40:12, 40:14, 43:9, 43:10
**victims** [21] - 4:14, 25:12, 25:13, 27:11, 35:22, 37:3, 39:22, 41:19, 43:3, 44:19,

51:23, 54:24, 54:25, 56:11, 59:14, 61:13, 62:11, 62:24, 66:3, 71:10
**victims'** [1] - 54:2
**Vietnam** [1] - 38:9
**view** [1] - 77:24
**viewed** [2] - 22:8, 26:25
**views** [1] - 22:9
**vilifying** [1] - 54:13
**Village** [1] - 79:4
**violated** [1] - 60:18
**violation** [4] - 63:13, 63:23, 65:4, 65:6
**VS** [1] - 1:11

## W

**wait** [1] - 18:16
**waived** [3] - 72:7, 72:14, 80:12
**walk** [1] - 9:19
**wants** [5] - 9:25, 18:20, 32:23, 53:11, 53:12
**watch** [1] - 43:22
**Water** [1] - 2:15
**ways** [2] - 18:9, 47:2
**wealthy** [2] - 52:14, 78:24
**web** [2] - 22:10
**WEDNESDAY** [2] - 1:17, 4:1
**week** [5] - 11:14, 25:6, 42:14, 62:4, 79:25
**weekend** [2] - 8:10, 12:10
**weekends** [1] - 12:8
**weekly** [2] - 12:23, 49:25
**weeps** [1] - 60:16
**weighing** [1] - 66:4
**weight** [1] - 24:7
**west** [1] - 10:13
**West** [1] - 1:23
**Westlake** [1] - 79:4
**whatnot** [1] - 58:3
**whatsoever** [1] - 20:22
**wherein** [1] - 74:21
**whichever** [1] - 71:20
**whole** [11] - 28:17, 28:19, 28:22, 39:4, 46:22, 58:7, 59:8, 59:21, 69:15, 74:23, 75:7
**wife** [5] - 7:10, 30:22, 40:18, 53:14, 61:5

**wildest** [1] - 47:17
**willing** [7] - 22:6, 23:8, 49:1, 54:22, 59:10, 78:25
**win/loss** [1] - 14:3
**wine** [2] - 11:17, 11:18
**winnings** [2] - 42:20, 75:16
**Wire** [1] - 63:14
**wire** [4] - 12:18, 34:7, 37:23, 65:4
**wish** [3] - 6:20, 76:10, 77:3
**withdrawal** [2] - 32:1, 42:12
**withdrawals** [2] - 52:18, 52:20
**withdrawing** [1] - 49:25
**women** [1] - 49:11
**wondering** [2] - 34:12, 36:6
**word** [1] - 29:8
**words** [2] - 29:21, 57:8
**workers** [1] - 30:21
**works** [2] - 10:4, 25:6
**world** [1] - 15:1
**world's** [1] - 7:24
**worry** [2] - 50:13, 51:17
**worth** [3] - 35:10, 43:22, 78:24
**write** [2] - 21:9, 21:21
**writer** [2] - 48:15, 48:18
**writing** [2] - 22:7, 46:20
**written** [1] - 75:12
**wrote** [2] - 60:14, 62:16

## Y

**year** [24] - 7:16, 8:7, 13:1, 13:14, 13:15, 13:16, 14:5, 14:6, 15:5, 15:10, 24:23, 25:5, 25:22, 30:13, 38:25, 39:1, 39:10, 40:19, 41:2, 58:1, 65:10, 69:25, 73:3, 78:12
**years** [34] - 7:12, 7:18, 9:13, 12:23, 14:9, 15:8, 15:14, 17:23, 24:1, 24:13, 25:6, 37:18, 38:11, 38:23, 39:8, 39:9, 41:9,

43:6, 43:8, 48:9, 49:15, 49:24, 52:12, 52:19, 58:4, 60:19, 65:10, 66:10, 67:12, 68:7, 69:23, 73:1, 73:2, 74:15
**York** [2] - 10:10, 66:10
**young** [1] - 22:25
**younger** [1] - 66:12

## Z

**zealous** [1] - 26:19
**zero** [1] - 64:13