Recommend: ☑ Approval   ☐ Disapproval
(if disapproval is checked, please complete the bottom of page 2)
☑ Sufficient amount of equity
☑ Lot Book Report confirming title (dated on or after date on which surety recorded Deed of Trust)
☑ ~~Property Appraisal~~ (~~assessed value or signed~~ written ~~appraisal of current market value~~) Tax Bill
☐ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

LODGED

2017 MAY 19 PM 2:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

MAY 22 2017

On 5/19/17
Date

Extension 2432

By: Ranee Katzenstein
Assistant U.S. Attorney

Signature:

BY: mdv

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF, v. Jonathan Todd Schwartz DEFENDANT(S). | CASE NUMBER CR 17-22-DMG AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in ____PETALUMA, CA____ (City, State), at the address(es) indicated; that I (we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 25,000.00 , over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

Address and description of property:
412 GARFIELD DR. PETALUMA, CA 94954
LOT 14 AS NUMBERED AND DESIGNATED UPON THE MAP ENTITLED PETALUMA GARDENS UNIT NO. 2, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SONOMA COUNTY ON NOVEMBER 2, 1966 IN BOOK 113 OF MAPS, AT PAGE(S) 17, 18, AND 19, SONOMA COUNTY RECORDS.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

Print Name of Surety: Irwin Welkis
Address of Surety: 412 GARFIELD DR
City, State, Zip Code: PETALUMA, CA 94954
Social Security Number (Last 4 digits only): XXX-XX-9107

☐ Sole Holder or Owner   ☐ Tenancy in Common   ☒ Joint Tenancy   ☐ Other: ___

Percentage of Interest of Surety: %50
Present Fair Market Value of Property: $261,534.00 *(supporting documentation attached)*
Total Amount of Encumbrances and/or All Liens: $0 *(list below separately)*

Name of Holder of 1st Encumbrance: ___
Address, City, State, Zip Code: ___

Name of Holder of 2nd Encumbrance: ___
Address, City, State, Zip Code: ___

Name of Holder of 3rd Encumbrance: ___
Address, City, State, Zip Code: ___

Total Equity: $261,534.00 *(after deduction of encumbrance/liens)*
Homesteaders Exemption Filed? ☐ Yes ☒ No
Amount of Exemption: $N/A

Number of other bonds or undertakings: 0
Amount of other bonds or undertakings: N/A

Has the indicated property previously been USED as collateral? ☐ Yes ☒ No
If yes, list: ___

Was appraisal given by a LICENSED appraiser? ☐ Yes ☒ No. If not, what was basis of appraisal? Property Tax Assessment

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this ___ Day of May 2017

X _/s/ Irwin Welkis_
Signature of Surety   Irwin Welkis
Relationship of Surety: Step Father of Defendant

Signature of Surety: ___
Relationship of Surety: ___

Above Surety Approved: _/s/ Patrick J. Walsh_
United States Magistrate Judge
Dated: 5.17.22

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation
☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: ___                                    ___ Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                 Page 2 of 2

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**　　　　　CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California　　　　　　　　　　　　　　　)
County of _Sonoma_　　　　　　　　　　　　　　) 　**Erik Salvador Alcazar Becerra**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Notary Public**
On _May 17, 2017_ before me, _____,
　　　　Date　　　　　　　　　　　　　　　　Here Insert Name and Title of the Officer
personally appeared _Irwin Stephen Welkis_ _____
　　　　　　　　　　　　　　　　　　　Name(s) of Signer(s)
_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: ERIK SALVADOR ALCAZAR-BECERRA, Notary Public - California, Sonoma County, Commission # 2159956, My Comm. Expires Jul 15, 2020]

Signature _____
　　　　　　　Signature of Notary Public

Place Notary Seal Above
——————————————— **OPTIONAL** ———————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____　　Signer's Name: _____
☐ Corporate Officer — Title(s): _____　　☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General　　　　　　　　　☐ Partner — ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact　　　　　　　　☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian or Conservator　　　　　☐ Trustee　　　☐ Guardian or Conservator
☐ Other: _____　　　　　　☐ Other: _____
Signer Is Representing: _____　Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5907