FILED

2017 JUN -5 AM 10: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Jonathan Todd Schwartz | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>CR 17-22-DMG<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/5/2017   7:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3148(a): violation of release condition

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1969

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Nathan Hochman   Phone Number: unknown (Notified via email by AUSA)

9. Name of Pretrial Services Officer notified: Devin Thompkins

10. Remarks (if any): N/A

11. Name: Daniel Clift   (please print)

12. Office Phone Number: 310-996-3915

13. Agency: FBI

14. Signature: [signature]

15. Date: 6/5/2017

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION