Recommend: ☒ Approval   ☐ Disapproval
(if disapproval is checked, please complete the bottom of page 2)
☒ Sufficient amount of equity
☒ Lot Book Report confirming title (dated on or after date on which surety recorded Deed of Trust)
☒ Property Appraisal (assessed value or signed written appraisal of current market value)
☒ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On 6/9/17         x6527
   Date                    Extension

By: Scott Paetty
    Assistant U.S. Attorney

Signature: [signature]



LODGED
2017 JUN -9 PM 2: 16

FILED
CLERK, U.S. DISTRICT COURT
JUN -9 2017
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF, v. Jonathan Todd Schwartz   DEFENDANT(S). | CASE NUMBER  CR 17-22-DMG  AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ PETALUMA, CA _____ (City, State), at the address(es) indicated; that I (we) am (are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 100,000.00 _____, over and above my (our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

Address and description of property:
412 GARFIELD DR. PETALUMA, CA 94954
LOT 14 AS NUMBERED AND DESIGNATED UPON THE MAP ENTITLED PETALUMA GARDENS UNIT NO. 2, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SONOMA COUNTY ON NOVEMBER 2, 1966 IN BOOK 113 OF MAPS, AT PAGE(S) 17, 18, AND 19, SONOMA COUNTY RECORDS.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

| | |
|---|---|
| Joyce E. Welkis | 412 GARFIELD DR |
| Print Name of Surety | Address of Surety |
| X X X - X X - 8649 | PETALUMA, CA 94954 |
| Social Security Number *(Last 4 digits only)* | City, State, Zip Code |

☐ Sole Holder or Owner   ☐ Tenancy in Common   ☑ Joint Tenancy   ☐ Other: _____

Percentage of Interest of Surety % 50

Present Fair Market Value of Property $ 261,534.00
*(supporting documentation attached)*

Total Amount of Encumbrances and/or All Liens $ 25,000.00
*(list below separately)*

| | |
|---|---|
| CLERK, U.S. DISTRICT COURT | 312 No. SPRING STREET, Rm. G-8 LOS ANGELES, CALIFORNIA 90012 |
| Name of Holder of 1st Encumbrance | Address, City, State, Zip Code |
| | |
| Name of Holder of 2nd Encumbrance | Address, City, State, Zip Code |
| | |
| Name of Holder of 3rd Encumbrance | Address, City, State, Zip Code |

Total Equity $ 236,534.00
*(after deduction of encumbrance/liens)*

Homesteaders Exemption Filed?  ☐ Yes  ☑ No

Amount of Exemption $ N/A

1
Number of other bonds or undertakings

$25,000.00
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☑ Yes   ☐ No
If yes, list: This property was used for the same defendant on the same case for the original bond amount of $25,000.00

Was appraisal given by a *LICENSED* appraiser? ☐ Yes   ☑ No.   If not, what was basis of appraisal? Property Tax Assessment

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this ___7th___ Day of June _____ 2017 _____.

X _Joyce E. Welkis_ (signed)
Signature of Surety    Joyce E. Welkis

Mother of Defendant
Relationship of Surety

_____
Signature of Surety

_____
Relationship of Surety

Above Surety Approved: _____[signature]_____
United States Magistrate Judge

Dated: 6/14/2017

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation
☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____

_____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                                                                             Page 2 of 2

SEE ATTACHED
NOTARY FORM

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Sonoma )

On June 7, 2017 before me, Marie Radin, Notary Public,
  Date        Here Insert Name and Title of the Officer
personally appeared Joyce E. Welkins
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          Signature of Notary Public

[Seal: MARIE RADIN, Commission # 2058069, Notary Public - California, Sonoma County, My Comm. Expires Feb 15, 2018]

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit of Surety(ies)
Document Date: 6/7/17    Number of Pages: 2
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____          Signer's Name: _____
☐ Corporate Officer — Title(s): __        ☐ Corporate Officer — Title(s): __
☐ Partner — ☐ Limited ☐ General   ☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact  ☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator  ☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____                ☐ Other: _____
Signer Is Representing: _____  Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907