

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:       Chief Deputy/Fiscal

**Re:      Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:   __2:17−cr−00022−DMG__
Defendant's Name:   __Jonathan Todd Schwartz__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __7/11/2017__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __7/11/2017__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via e−mail with the following:**

U.S. Marshal:   __L. Tinoco, Records Examiner/Analyst − FSA__   *(Name of Officer)*

__July 13, 2017__                       By __/s/ Grace Kami__
Date                                          Deputy Clerk

CR−86 (11/08)                           VERIFICATION OF SURRENDER