MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman, Bar No. 139137
nathan.hochman@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

Attorneys for Defendant
Jonathan Todd Schwartz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15 CR-00022 |
|---|---|
| Plaintiff, | **DEFENDANT JONATHAN TODD SCHWARTZ'S *EX PARTE* APPLICATION FOR EXONERATION OF PROPERTY; DECLARATION OF NATHAN J. HOCHMAN** |
| vs. | |
| JONATHAN TODD SCHWARTZ, | |
| Defendant. | |

Defendant Jonathan Todd Schwartz, by and through his attorney, Nathan J. Hochman of Morgan, Lewis & Bockius LLP, hereby applies *ex parte* for an Order exonerating the bonds posted in the amount of $25,000 and $100,000 by third party sureties Joyce E. Welkis and Irwin Welkis secured by the property located at 412 Garfield Drive, Petaluma, California.

This application is based on the attached Declaration of Nathan J. Hochman, the files and records of this case.

Respectfully submitted,

Dated: August 30, 2017    MORGAN, LEWIS & BOCKIUS LLP
Nathan J. Hochman

BY /S/ NATHAN J. HOCHMAN
Nathan J. Hochman
Attorneys for Defendant
David M. Morrow

# DECLARATION OF NATHAN HOCHMAN

I, NATHAN HOCHMAN, declare as follows:

1. I am an attorney admitted to practice in California and the Central District of California and am counsel of record for Jonathan Todd Schwartz in the above-entitled case.

2. On May 3, 2017, the Court sentenced defendant to 72 months in the custody of the Bureau of Prisons and exonerated defendant's bond upon surrender on or before July 11, 2017. Docket Nos. 38 and 39.

3. On May 11, 2017, the Court increased defendant's bond, pending his self-surrender, to $25,000 secured by an affidavit of surety from a third party with full deeding of property. Docket No. 42.

4. On May 22, 2017, sureties Joyce E. Welkis and Irwin Welkis posted their residence located at 412 Garfield Drive, Petaluma, CA for the $25,000 bond and established there was sufficient equity in the property by filing an Affidavit Surety(ies). Docket Nos. 49, 50, and 51.

5. On June 2, 2017, the magistrate judge ordered that defendant's bond be increased to $100,000 secured by an affidavit of surety from a third party with full deeding of property. Dockt No. 71.

6. On June 9, 2017, Joyce E. Welkis and Irwin Welkis each filed an Affidavit of Surety(ies) for the property located at 412 Garfield Drive, Petaluma, CA for the $100,000 Appearance Bond. Docket Nos. 63, 64, and 65.

7. On July 11, 2017, defendant self-surrendered to the Bureau of Prisons to begin serving his sentence of imprisonment. Docket No. 69 (Verification of Surrender). To date, notwithstanding the fact that the bond was supposed to be exonerated upon surrender, it has not been exonerated.

8. On August 30, 2017, I called AUSA Ranee Katzenstein to ascertain the government's position on this *ex parte* application, and she said that the government

did not object to this *ex parte* application.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my information and belief.

Executed this 30th day of August 2017, at Los Angeles, California.

Dated: August 30, 2017

By /s/ Nathan J. Hochman
NATHAN J. HOCHMAN