UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN TODD SCHWARTZ,<br><br>Defendant. | No. 17 CR – 00022-DMG<br><br>[PROPOSED] ORDER RE: EXONERATION OF BOND |

For good cause show, IT IS HEREBY ORDERED THAT:

1. On May 3, 2017, the Court sentenced defendant to 72 months in the custody of the Bureau of Prisons and exonerated defendant's bond upon surrender on or before July 11, 2017. Docket Nos. 38 and 39.

2. On May 11, 2017, the Court increased defendant's bond, pending his self-surrender, to $25,000 secured by an affidavit of surety from a third party with full deeding of property. Docket No. 42.

3. On May 22, 2017, sureties Joyce E. Welkis and Irwin Welkis posted their residence located at 412 Garfield Drive, Petaluma, CA for the $25,000 bond and established there was sufficient equity in the property by filing an Affidavit of Surety(ies). Docket Nos. 49, 50, and 51.

1

[PROPOSED] ORDER RE: EXONERATION OF BOND

4. On June 2, 2017, the magistrate judge ordered that defendant's bond be increased to $100,000 secured by an affidavit of surety from a third party with full deeding of property. Dockt No. 71.

5. On June 9, 2017, Joyce E. Welkis and Irwin Welkis each filed an Affidavit of Surety(ies) for the property located at 412 Garfield Drive, Petaluma, CA for the $100,000 Appearance Bond. Docket Nos. 63, 64, and 65.

6. On July 11, 2017, defendant self-surrendered to the Bureau of Prisons to begin serving his sentence of imprisonment. Docket No. 69 (Verification of Surrender).

Therefore, defendant's bond that was posted in the amount of $25,000 (Docket Nos. 49, 50, 51) and $100,000 (Docket Nos. 63, 64, and 65) is EXONERATED FORTHWITH and the clerk's office is instructed to take all necessary steps forthwith to comply with this Order.

IT IS SO ORDERED.

DATED: _____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE