UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 17-22-DMG |
|---|---|
| Plaintiff, | |
| v. | ORDER RE: EXONERATION OF BOND [73] |
| JONATHAN TODD SCHWARTZ, | |
| Defendant. | |

For good cause show, IT IS HEREBY ORDERED THAT:

1. On May 3, 2017, the Court sentenced defendant to 72 months in the custody of the Bureau of Prisons and exonerated Defendant's bond upon surrender on or before July 11, 2017. [Doc. ## 38 and 39.]

2. On May 11, 2017, the Court increased Defendant's bond, pending his self-surrender, to $25,000 secured by an affidavit of surety from a third party with full deeding of property. [Doc. # 42.]

3. On May 22, 2017, sureties Joyce E. Welkis and Irwin Welkis posted their residence located at 412 Garfield Drive, Petaluma, CA for the $25,000 bond and established there was sufficient equity in the property by filing an Affidavit of Surety(ies). [Doc. ## 49, 50, and 51.]

4. On June 2, 2017, the Magistrate Judge ordered that Defendant's bond be increased to $100,000 secured by an affidavit of surety from a third party with full deeding of property. [Doc. # 71.]

5. On June 9, 2017, Joyce E. Welkis and Irwin Welkis each filed an Affidavit of Surety(ies) for the property located at 412 Garfield Drive, Petaluma, CA for the $100,000 Appearance Bond. [Doc. ## 63, 64, and 65.]

6. On July 11, 2017, Defendant self-surrendered to the Bureau of Prisons to begin serving his sentence of imprisonment. [Doc. # 69 (Verification of Surrender).]

Therefore, Defendant's bond that was posted in the amount of $25,000 [Doc. ## 49, 50, 51] and $100,000 [Doc. ## 63, 64, and 65] is EXONERATED FORTHWITH.

IT IS SO ORDERED.

DATED: September 1, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE