

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

September 25, 2017

Irwin Welkis and Joyce E. Welkis
412 Garfield Dr.
Petaluma, CA 94954

      RE:  **CR17-22-DMG**
                **Jonathan Todd Schwartz**

Dear Property Owner(s):

    Enclosed is the Short Form Deed of Trust, **Instrument Number: 2017038770,** posted as collateral on a bond for the above-named defendant.

    The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

    Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee, **First Corporate Solutions, Inc.** When the reconveyance deed is obtained from the trustee, **First Corporate Solutions, Inc,** the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. **Please do this immediately**.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Ben C. Phan,
Director of Financial Services

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Irwin + Joyce E. Welkis
Street, Apt. No.; or PO Box No.: 412 Garfield Dr.
City, State, ZIP+4: Petaluma, CA 94954

PS Form 3800, June 2002    See Reverse for Instructions

---

Los Angeles, CA 90012-4701

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

EASTERN DIVISION
3470 Twelfth Street, Suite 134
Riverside, CA 92501-3801



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

September 19, 2017

RE:  **CR17-22-DMG**
     **Jonathan Todd Schwartz**

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument Number: 2017038770,** previously deeded over to the Clerk, U.S. District Court, Central District of California from **Irwin Welkis and Joyce E. Welkis, Husband and Wife as Joint Tenants,** called trustor(s).

There is <u>no note involved</u> in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors named above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Ben G. Phan,
Director of Financial Services

BP:vr

WESTERN DIVISION
312 North Spring Street
Los Angeles, CA 90012-4701

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516

EASTERN DIVISION
3470 Twelfth Street, Suite 134
Riverside, CA 92501-3801

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### ALL-PURPOSE ACKNOWLEDGMENT

> *A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.*

This document has been signed in my presence by <u>Ben Phan, Director of Financial Services</u> proved to me to be the person whose name is subscribed to the attached instrument and who executed the same in the capacity of Deputy Clerk, United States District Court, Central District of California. Further, this instrument bears the seal /stamp of the United States District Court, Central District of California and thus requires no other seal of attestation as to the authenticity of the within signatures or the entity upon behalf of which the person executed the instrument.

Executed before me at Los Angeles, California, on September 25, 2017
by <u>Divina P. Baysa</u>, No. 1241

_____
Signature of Deputy Clerk

Pursuant to Rule 902, Rules of Evidence for United States Courts, extrinsic evidence of authentication is not required with respect to a document bearing the seal of the United States or an agency or officer thereof and a signature of attestation or execution.

1241

---

### Description of Attached Document

Title or Type of Document: <u>Short Form Deed of Trust and Assignment of Rents</u>

Document Date: <u>MAY 17, 2017</u>          Number of Pages <u>2</u>

Case No. <u>CR17-22-DMG</u>

Recorder Instrument No. <u>2017038770</u>

Other:

CR-103 (05/16)                    ALL-PURPOSE ACKNOWLEDGMENT

RECORDING REQUESTED BY

Irwin Welkis
Joyce E. Welkis
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA 90012


FILED
CLERK, U.S. DISTRICT COURT
JUL -3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY



2017038770

Official Records Of Sonoma County
William F. Rousseau
05/18/2017 08:06 AM
GENERAL PUBLIC
TRD 2 Pgs
Fee: $31.00                              2

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

THIS DEED OF TRUST, Made this — 5/17/17 between Irwin Welkis And Joyce E. Welkis, Husband And Wife as Joint Tenants                herein called TRUSTOR, whose address is
412 GARFIELD DR. PETALUMA, CA 94954                and First Corporate Solutions, Inc.
herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California,
herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST
WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of          Sonoma

LOT 14 AS NUMBERED AND DESIGNATED UPON THE MAP ENTITLED PETALUMA GARDENS UNIT NO. 2, FILED
IN THE OFFICE OF THE COUNTY RECORDER OF SONOMA COUNTY ON NOVEMBER 2, 1966 IN BOOK 113
OF MAPS, AT PAGE(S) 17, 18, AND 19, SONOMA COUNTY RECORDS.

Common Address:   412 GARFIELD DR. PETALUMA, CA 94954              APN# 149-100-014
TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon
Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the
Purpose of Securing:  1.  Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf
of defendant(s)   **Jonathan Todd Schwartz**   in Case No **CR 17-22-DMG**
which includes an obligation by said Trustor(s) surety(ies) in the amount of        $ 25,000.00

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and
all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in
subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth
in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county
recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series | 5 Book | 1964, | Page 149774 | | |

CR-5 (04/04)                SHORT FORM DEED OF TRUST

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x _____  
Irwin Welkis

x _____  
Joyce E. Welkis

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California  
County of Sonoma

On 5/17/17 before me _Erik Salvador Alcazar Becerra, Notary Public_, a notary public, personally appeared Irwin Welkis and Joyce E. Welkis who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public _____

(Notary Seal)

ERIK SALVADOR ALCAZAR-BECERRA  
Notary Public - California  
Sonoma County  
Commission # 2159956  
My Comm. Expires Jul 15, 2020

---

REQUEST FOR FULL CONVEYANCE  
To be used only when note has been paid.

To _____, Trustee   Dated _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

Irwin Elkis and Joyce E. Welkis  
412 Garfield Dr.  
Petaluma, CA 94954

CLERK U.S. DISTRICT COURT  
CENTRAL DISTRICT OF CA

BEN PHAN, DIRECTOR of FINANCIAL SERVICES

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.  
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

SEE ATTACHED ACKNOWLEDGMENT

CR-5 (04/04)                         SHORT FORM DEED OF TRUST