**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>JONATHAN TODD SCHWARTZ,<br>Defendant(s) | CASE NUMBER<br>2:17-cr-00022-DMG-1<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Jonathan Todd Schwartz   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute   Jan Lawrence Handzlik   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

515 South Flower Street, 18th Floor
*Street Address*

Los Angeles, CA 90071                              jan@handzliklaw.com
*City, State, Zip*                                  *E-Mail Address*

213.236.3519           213.236.3501                 047959
*Telephone Number*      *Fax Number*               *State Bar Number*

as attorney of record instead of   Nathan J. Hochman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   February      , 2024

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**