JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendant Jonathan Todd Schwartz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JONATHAN TODD SCHWARTZ,<br><br>     Defendant. | 2:17-cr-00022-DMG-1<br><br>APPENDICES IN SUPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE<br><br>Hearing Requested: March 13, 2024, 2:30 PM |

　　　Defendant Jonathan Todd Schwartz hereby respectfully submits appendices in support of his Motion for Termination of Supervised Release, filed concurrently with this pleading.

DATED: February 9, 2024

Respectfully submitted,
JAN LAWRENCE HANDZLIK, APC

By: _____/s/_____

JAN L. HANDZLIK
Attorney for Defendant

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE DEFENDANT'S NAME - 1

# TABLE OF APPENDICES

## [Appendices filed separately]

| Contents | Slip Sheet Page Numbers |
|---|---|
| A. Letter to the Court, Defendant Jonathan T. Schwartz, February 6, 2024 | 3 |
| B. Letter, Rabbi Zvi Boyarsky, The Aleph Institute, January 22, 2024 | 4 |
| C. Letter, Donna Miller, Director, Chabad Treatment Center, January 10, 2024 | 5 |
| D. Letter, Genel Ilyasova, Altus Rehab Center, January 12, 2024 | 6 |
| E. Letter, Rabbi Shlomo Bistritzky, Chabad House of North Ranch, January 11, 2024 | 7 |
| F. Letter, Irit Almog, Psy.D., Empowering Minds Together Psychological Services, January 9, 2024 | 8 |
| G. Confirmation of becoming a Registered Drug and Alcohol Technician, 2021, awarded following a seven-month online course at Sober College School of Addiction Studies | 9 |
| H. Certificate, Master of Marriage and Family Therapy, Campbellsville University, Phillips Los Angeles Education Center, August 19, 2023 | 10 |
| I. Bureau of Prisons Individualized Reentry Plan - Program Review - Listing 35+ Programs Completed, February 6, 2020 | 11 |
| J. Certificate of Achievement for RDAP Program, May 2, 2019; RDAP Drug Treatment Specialist Memorandum, May 31, 2019; and related Award Certificates, 2018-2020 | 12 |
| K. Nine Certificates of Achievement and Completion of Programs and Courses, 2018-2020 | 13 |

1. Adult Continuing Education Class on Entrepreneurship. 10 hours0 (taught, 2018)
2. Microsoft Office, 300 Hours (completed, 2018)
3. Program: Sketch Up Basics, 100 Hours (completed, 2018)
4. The Dad Difference Workshop, Three Days (completed, 2018)
5. Anger Management-Cage Your Rage, 12 Weeks (completed, 2019)
6. House of Healing, Substance Abuse Program,12 Weeks (completed, 2019)
7. Yoga/Meditation Class, 33 Hours (completed, 2019)
8. Financial Workshop XX, 20 hours (taught, 2020)
9. Those Outspoken Youth Outreach Program, contributed 225 Hours (2020)

| L. 15 Certificates of Commendation for Participation in Classes and Discussions Attended, including Toastmaster Programs, 2019-2020 [Not Attached due to size, but available to the Court upon request] | 14 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27     A. **Letter to the Court, Defendant Jonathan T. Schwartz, February 6, 2024**

28

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE DEFENDANT'S NAME - 3

Jonathan T. Schwartz
February 6, 2024

Honorable Dolly M. Gee
United States District Judge
Central District of California
350 West First Street, Courtroom 8C
Los Angeles, CA 90012

Dear Judge Gee,

The person writing to you today is not the same one who appeared in your courtroom almost seven years ago. So much has happened since then. At the time, I did not realize or fully appreciate that I was at a crossroads in my life and about to embark on a long and difficult journey. And while my journey is far from over, I am a much better person today than I ever was then.

I might easily have gone in a different direction. I could have continued denying the reality of what I had done and the harm I had caused. My egotism and self-absorption, as well as my lack of empathy and compassion for others, could have driven me to even greater depths. Frankly, without being sentenced to prison and serving time, I could easily have ended up in a much different place.

At the beginning of my road back, I was forced to confront the person I had become. My sorrow and sense of shame were almost overwhelming. The intense guilt I felt for the pain and suffering I had inflicted on those I loved the most - my three beautiful sons, my then-wife, my brother, my mother, and my stepfather - was devastating. The sorrow I felt for my dishonesty and betrayal of those who trusted me and who I took advantage of - Ms. Morissette, my partners, and so many others - was crushing. I had truly hit bottom.

Instead of giving in to despair, I resolved to pull myself out of the hole I had dug and try to become a better person. I took the opportunity to reflect on my past misconduct and the awful choices I had made. I realized that I was searching for the "why." To this end, I decided to put my time behind bars to the best use possible. I devoted myself to becoming a better and more responsible person. By working hard and striving for improvement, I found new meaning and purpose in my life. And by looking outward instead of inward, something remarkable (at least it was remarkable to me) happened. I began to look at others, my fellow inmates primarily, in a new way. Instead of focusing on myself, I began genuinely caring for them, for their feelings and the problems they were going through.

At some point during this journey, I found a purpose in life in being of service to others – my community, my faith, my family and the world at large. With this objective in mind, I sought to educate myself as a counselor and ultimately a therapist by enrolling in numerous programs, participating in many events, and attending every presentation I could. Instead of dwelling on shame and despair, I resolved to put my time in custody to good use and I am a much better person for it.

After my release from custody in April 2020, I went to home confinement for about 16 months. During this period, I was employed at a Dunkin Donuts in Woodland Hills and as an auto salesperson at Lexus of Thousand Oaks. I continued to regularly attend Alcohol Anonymous meetings, something I started to do while in custody, and Gambler's Anonymous meetings, which I had started in 2016. During home confinement, I also completed a seven-month, online course of study at Sober College School of Addiction Studies. There I earned a Certification as an Alcohol and Substance Use Addictions Counselor. After going on supervised release, I worked as a marketing consultant at Everhome Realty in Westlake Village.

Once my home confinement ended in August 2021, I sought to put my education and training while in custody and on home confinement to good use. I continued to attend AA and GA meetings and now "sponsor" five individuals. In 2021, I served as secretary for meetings of the Los Angeles Intergroup for Gambler's Anonymous (LAIG). In 2022, I served as Co-Chairman of LAIG. From September 2022 through August 2023, I worked as a shift supervisor at Didi Hirsch Mental Health Services in Culver City, providing crisis and suicide prevention counseling.

From May of 2022 to the present, I have also worked at the Chabad Treatment Center in Los Angeles. I started at Chabad as a therapist intern and group facilitator. I received a master's degree in Marriage and Family Therapy in August 2023. Since then, I have been an associate therapist and group facilitator at Chabad. I am also a case manager and group facilitator at Altus Rehab in Encino. I started there in April 2023, continued after graduation, and am still employed there. I am currently waiting to receive my Associate Registration Number from the Board of Behavioral Sciences, part of the California Department of Consumer Affairs.

I made a point to find the strength within myself to become my authentic self. I am no longer consumed with how I present myself to others but seek validation from within. I regularly ask myself: How can I be proud of myself? How can I make my children proud of me? How can I be of service to others? How can I convey to others the power of asking for help? The power to be vulnerable? The power to hold oneself accountable?

2

I plan to spend my time helping others and sharing my story with people like me who have lived with addiction and trauma. I want them to understand they are not alone. I hope that my experience and what I have learned can help others break through their times of darkness and find the light that will bring them to sobriety and life. I am humbled by every day that I have on this earth.

I also want to regain the admiration and trust of my sons and my mother. Today, the only way I can earn back their admiration and trust is through my actions. This is one of the reasons I am respectfully asking for early termination. My youngest son attends college in Boulder, Colorado and my middle son lives in Dallas, Texas. I would like to be able to travel to see them whenever they ask me to come. My mother lives in Petaluma, CA and I want to be able to travel to visit her when she needs my support as she continues her battle against Stage 4 lung cancer. I want her to know that I can come to see her on a moment's notice.

The other reason I am asking for early termination is to help those struggling with addiction. Addiction flourishes in isolation. Thus, helping those in need means being available to them at critical times in their recovery. This may include traveling to the area where the affected person lives. Making the effort to travel to connect with people who are battling addiction shows that you are committed to meeting them, both figuratively and literally, where they are, building trust, and increasing the chances of a successful intervention and long-term recovery. Therefore, the ability to travel freely is crucial in addressing the multifaceted challenges posed by addiction and supporting individuals on their path to recovery.

I have an unblemished record during my custody and on supervised release. I have also been making regular restitution payments at the times and in the amounts required by the Probation Office. I have complied with all of the conditions placed on me. For all of these reasons, I respectfully request that the Court grant me an early termination of my supervised release.

Respectfully,

Jonathan T. Schwartz

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   B.  **Letter, Rabbi Zvi Boyarsky, The Aleph Institute, January 22, 2024**

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE DEFENDANT'S NAME - 4



THE ALEPH INSTITUTE

WEST COAST DIVISION
[PII Redacted] Los Angeles, CA 90010
[PII Redacted]  www.alephinstitute.org

**Rabbi Zvi Boyarsky**
[PII Redacted]

**Chairman / Founder**
Rabbi Sholom D. Lipskar

**President**
Lloyd S. Rubin

**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
David Schottenstein
Ryan Shapiro
Eric Stein
Sylvia Urlich

**Executive Director**
Rabbi Aaron Lipskar

**Director of Operations**
Moshe N. Barouk

**Director of Outreach Programs**
Rabbi Sanford L. Dresin

**Director of Military Programs**
Rabbi Sanford L. Dresin

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Outreach Programs**
Rabbi Shua Brook

**Chief Financial Officer**
Yosie Lipskar

✡    ✡    ✡

**Programs Coordinator**
Moshe Blizinsky

**Prisoner Services Coordinators**
Jose Crespin

**Family Services Coordinators**
Pamela Elfenbein
Valerie Mafdali

✡    ✡    ✡

**Spark of Light Prison Program**

**Operation: Enduring Traditions**

**Alex F.E.E.L.S Family Program**

**Golden Age Seniors Program**

**Lawyer's Network for Alternative
Sentencing & Transitions**

**Center for Religious Freedom
& Family Advocacy**

**Center for Halacha
& American Law**

February 8, 2024

Hon. Dolly M. Gee
United States District Judge
United States Courthouse
350 West 1st Street, Courtroom 8C
Los Angeles, CA 90012

      Re:     ***United States v. Jonathan Schwartz***,
                Case No. 2:17CR00022-1, BOP No. 74492-112

Judge Gee:

     I hope this finds you exceptionally well!

     I am reaching out to you on behalf of the Aleph Institute in support of the early termination of supervised release request of Mr. Jonthan Schwartz.

     Your Honor may recall from our submission for Mr. Schwartz's 2017 sentencing, the Aleph Institute (Aleph-Institute.org) is a nonprofit, national educational, humanitarian, and advocacy organization founded in 1981. Aleph is a division of an international Jewish Organization – Chabad Lubavitch which has 5,000 centers worldwide (Chabad.org). Aleph's primary goal is to enhance the dignity and humanity of individuals involved with our criminal justice system by promoting rehabilitation programs and alternatives to incarceration, and by preventing recidivism. Aleph's programs counsel and assist offenders and their families to reduce or ameliorate necessary periods of incarceration and provide moral and ethical education. Aleph works closely with many courts nationwide, as well as federal and state lawmakers and prison officials, to assist in the rehabilitation process of inmates. We are recognized by, and work closely with, the Department of Justice, the Federal Bureau of Prisons, the Department of Defense, and many other executive agencies throughout the nation and around the world.

     As Your Honor likely recalls, Mr. Schwartz was a CPA with cocaine and gambling addictions who embezzled over $7 million from clients to feed his habits. He was sentenced before this Honorable Court on May 3, 2017, to 72 months imprisonment and three years of supervised release following his guilty plea, Wire Fraud and Subscribing a False Tax Return. He surrendered to BOP custody on July 11, 2017. He was a model inmate with absolutely clear institutional conduct and

THE ALEPH INSTITUTE



excellent participation, including the completion of RDAP. He was transferred to Supervised Release on August 17, 2021.

Since then, Mr. Schwartz has primarily spent his time working and volunteering for Altus Rehab as a staff member and Chabad Treatment Center as an intern. Chabad Treatment Center Director Dr. Donna Miller wrote of Mr. Schwartz "witnessed first-hand his professionalism, level of caring, conceptualization and implementation of cases, treatment planning, documentation, and overall involvement in our team approach to treatment. Jonathan has proven himself to be an excellent and well-respected therapist and staff member in our facility. He has made himself available and tried his best to accommodate the needs of the facility whenever possible. He has demonstrated a genuine caring for our clients, great cooperation with other team members, and gained competency in his therapeutic skills and documentation… Due to his own personal challenges and experiences with addiction and the legal system, Jonathan has a wisdom base and a true calling to help others recover from the ravages of addiction that cannot be learned in school.  It has been a gift to have Jonathan as a member of our team." Genel Ilyasova of Altus writes, "From the outset, Jonathan demonstrated a remarkable commitment to his role, bringing not only skill and diligence but also a deep sense of empathy and understanding that only comes from personal experience. His interactions with our clients, many of whom are navigating their own challenging paths, reflect a rare combination of authenticity and compassion. Jonathan has a unique ability to connect with people, to make them feel heard and supported. This has made him an invaluable member of our team, impacting our clients lives in ways that go beyond the conventional metrics of success."

Mr. Schwartz has also volunteered with the Aleph Institute doing everything asked of him with impressive compassion, knowledge, a sense of responsibility, and reliability.

Mr. Schwartz's psychotherapist, Irit Imog, Psy.D, writes, "Jonathan has taken responsibility for what he did. He has an immeasurable amount of remorse, guilt, and embarrassment for this severe mistake. He has spent a great deal of time trying to atone for his actions not only through the mandatory requirements laid out by the law, but also through acts of service and goodwill in his daily life. He has completed rehabilitation therapy and continues to attend his psychotherapy sessions once a week and as needed."

Importantly, Mr. Schwartz tells me that both his PO, Daniel Jackson and Parole Supervisor, Yvette Tripicchio support his request for early termination.

THE ALEPH INSTITUTE

By way of background, Mr. Schwartz has been sober since May 9, 2016, more than seven months before he was charged. Mr. Schwartz is the father of three adult sons who he has struggled to reconnect with and make amends. One he speaks with daily, another a few times a year and the third he continues his efforts with notwithstanding continued hurt feelings and embarrassment.

Given Mr. Schwartz's genuine and exemplary rehabilitation, the Aleph Institute fully supports Mr. Schartz's request for early termination of supervised release.

Thank you and may G-d bless you greatly for your wisdom and compassion in considering this important matter.

Respectfully submitted,

Rabbi Zvi Boyarsky

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C.  **Letter, Donna Miller, Director, Chabad Treatment Center, January 10, 2024**
APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED
RELEASE DEFENDANT'S NAME - 5

**CHABAD
TREATMENT
CENTER**

January 10, 2024

Honorable Dolly M. Gee

United States District Judge

Central District of California

350 West First Street, Courtroom 8C

Los Angeles, CA 90012

Re: Jonathan Schwartz

Dear Judge Gee,

I am writing to you as the Director of The Chabad Treatment Center and direct supervisor of
Jonathan Schwartz, who has been interning with us since April 2022. As Jonathan's supervisor I
have witnessed first-hand his professionalism, level of caring, conceptualization and
implementation of cases, treatment planning, documentation, and overall involvement in our
team approach to treatment.

Jonathan has proven himself to be an excellent and well-respected therapist and staff member
in our facility. He has made himself available and tried his best to accommodate the needs of
the facility whenever possible. He has demonstrated a genuine caring for our clients, great
cooperation with other team members, and gained competency in his therapeutic skills and
documentation. At times, I had to work with Jonathan to not "over care" and wanting to give too
much, and he has always accepted my feedback and corrections openly and responsively.

When Jonathan first contacted me to intern at Chabad, my administrator had doubts - after all
we are a Medi-Cal and Joint Commission certified and a highly scrutinized/audited and respected
program. I could sense from the beginning Jonathan's potential, and it has proven to be a

CHABAD
TREATMENT
CENTER

pleasure to work with him as an intern. Due to his own personal challenges and experiences
with addiction and the legal system, Jonathan has a wisdom base and a true calling to help
others recover from the ravages of addiction that cannot be learned in school.

It has been a gift to have Jonathan as a member of our team. I believe in him and his ability to
continue to grow from strength to strength and to make a significant contribution to society. I
hope that Jonathan can continue to expand in this path and appreciate the court's consideration
of this significant turnaround.

Please feel free to call me for further information.

Respectfully,

Dr. Donna Miller

Director – Chabad Treatment Center

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

D. **Letter, Genel Ilyasova, Altus Rehab Center, January 12, 2024**

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED
RELEASE DEFENDANT'S NAME - 6



**ALTUS REHAB**

Memorandum re Jonathan Schwartz

Genel Ilyasova

Encino, CA

01.12. 2024

Honorable Dolly M. Gee

United States District Judge

Central District of California

350 West First Street, Courtroom 8C

Los Angeles, CA 90012

　　Re: Jonathan Schwartz

Dear Judge Gee,

　　I am writing in support of Jonathan Schwartz and would like to provide a character reference for Jonathan. As a CEO of Altus Rehab, I have had the opportunity to work with a diverse range of individuals, each with their own unique journey. Today, I write to you about Jonathan Schwartz, an employee whose personal growth and dedication within our center have been nothing short of exemplary.

Jonathan joined our team in March,2023, and I have had the privilege of overseeing his professional development. From the outset, Jonathan demonstrated a remarkable commitment to his role, bringing not only skill and diligence but also a deep sense of empathy and understanding that only comes from personal experience. His interactions with our clients, many of whom are navigating their own challenging paths, reflect a rare combination of authenticity and compassion. Jonathan has a unique ability to connect with people, to make them feel heard and supported. This has made him an invaluable member of our team, impacting our clients lives in ways that go beyond the conventional metrics of success.



**ALTUS REHAB**

Despite the challenges he has faced, Jonathan has consistently upheld the highest standards of conduct and professionalism. His journey is a powerful reminder that our past does not have to define our future. In fact, it can be a wellspring of strength and resilience, qualities that Jonathan embodies daily. As you consider Jonathan's case, I urge you to recognize the positive transformation he has undergone. He is a living testament to the idea that people can change and grow, even under the most difficult of circumstances. Jonathan not just a valuable employee, but a source of hope and inspiration for others who are striving to turn their lives around.

Therefore, I respectfully request that any decision regarding Jonathan's future be made with consideration of his contributions to our community and the potential he has to continue making a positive impact. Discipline tempered with mercy can be a powerful catalyst for growth, and in Jonathan's case, I believe it is not only justified but essential.

Thank you for considering this perspective. It is my sincere hope that Jonathan will be given the opportunity to continue his journey of positive change and service to others, a journey that he has embarked upon with remarkable determination and integrity. Please take Jonathan's entire life of honorable behavior and good works into account, not just the circumstances and charges that have brought him to your courtroom.

Respectfully,

Genel Ilyasova

E.  **Letter, Rabbi Shlomo Bistritzky, Chabad House of North Ranch, Jan. 11, 2024**

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE DEFENDANT'S NAME - 7

*The*
# CHABAD HOUSE

NORTH RANCH

Rabbi Shlomo Bistritzky
Westlake Village, CA

January 11, 2024

Honorable Dolly M. Gee
United States District Judge
Central District of California
350 West First Street, Courtroom 8C
Los Angeles, CA 90012

Dear Judge Gee:

I am writing in support of Jonathan Schwartz. As you make this important decision for his early termination of supervised release, I hope you will take Jonathan's entire life of goodness and kindness into account, and not just the circumstances and charges that had been brought in front of you.

I have personally known Jonathan for approximately 12 years. I met him while he was supporting a family whose young daughter of 3-years old was fighting a life-threatening case of an aggressive cancer. Eventually, Jonathan and his family became actively involved in our synagogue, *Chabad of North Ranch*. They attended services, and he was on my speed-dial whenever someone was in need, and it required a sensitive touch. Overtime he became a close personal friend to me and my family.

I know Jonathan to be a loving, caring and giving person with a big heart who made some terrible mistakes. However, I have seen the work he has put in to turning his life around for himself and his family, especially for his sons. I have every confidence that he will succeed, given his desire to realize his potential as a man, a father, and as someone who is determined to make a positive difference in this world by being of service to others. Not only has he been of service to many in our community... prior to and since his incarceration... but his desire to go above & beyond is evident in every effort. We hope your decision will grant him the opportunity to begin anew. He is so deserving of the consideration.

As a Rabbi, I have met many types of people, all motivated by a variety of things. I can tell you that, despite all the mistakes that Jonathan has made, which were terrible, his empathy, sensitivity and drive to help others was there from the first time I met him, and has only been strengthen through his rehabilitation, and the support of his friends, family and the community he has remained dedicated to.

I am not a psychologist that can speak to his upbringing or the addictions they may have caused. However, being a Rabbi for almost 30-years has taught me a lot about people. I am proud to call Jonathan a friend, and I am happy to offer this letter, confirming my belief that Jonathan has a tremendous amount to share with this world in order to make it a better place. I've experienced it, first-hand.

Should you need additional information, please contact me directly at [PII Redacted]

Rabbi Shlomo Bistritzky, Director

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     F.   **Letter, Irit Almog, Psy.D., Empowering Minds Together Psychological Services,**

27

         **January 9, 2024**

28

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED
RELEASE DEFENDANT'S NAME - 8



*Psychological Services*

**Memorandum re: Jonathan Schwartz**

January 9, 2024
To: Honorable Dolly M. Gee
United States District Judge
Central District of California
350 West First Street, Courtroom 8C
Los Angeles, CA 90012

Dear Judge Gee,

I am writing in support of Jonathan Schwartz; I know he will be sentenced by you sometime soon. As you make this important decision, please take Jonathan's current progress and positive self-growth.

I have been Jonathan's psychotherapist for the last three years. This has given me a good opportunity to observe him and come to know the sort of person he is today. Jonathan has taken responsibility for what he did. He has an immeasurable amount of remorse, guilt, and embarrassment for this severe mistake. He has spent a great deal of time trying to atone for his actions not only through the mandatory requirements laid out by the law, but also through acts of service and goodwill in his daily life. He has completed rehabilitation therapy and continues to attend his psychotherapy sessions once a week and as needed.

Jonathan maintained excellent behavior with supervision, and earned a master's degree in psychology. In addition, he has developed an extensive, positive work history with zero behavioral incidents at any of his current or previous places of employment, education, or volunteering.

I seek your compassion and understanding for Jonathan. Please consider his good qualities and the many good things he has done for others. Jonathan lost friendships, his marriage, and a relationship with his kids for years. He has worked on himself and has improved drastically. He's now more responsible, and he proved through actions, not just words that he can be reliable and trustworthy. He still has a lot to contribute to others and the community through his counseling, teaching, and the generosity of his spirit.


Thank you for your time. I hope you consider this request for early discharge of probation.


Sincerely,

*Arit Almog PsyD*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26        G.  **Confirmation of becoming a Registered Drug and Alcohol Technician, 2021,**
             **awarded following a seven-month online course at Sober College School of**
27           **Addiction Studies**

28    APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED
      RELEASE DEFENDANT'S NAME - 9



**Credentialing**

2400 Marconi Ave.          T (916) 338-9460          ccapp.us
Sacramento, CA 95821       F (916) 338-9468

## KEEP THIS LETTER FOR YOUR RECORDS

## IT IS PROOF OF REGISTRATION FOR YOUR EMPLOYER

Dear     JONATHAN
         SCHWARTZ

This letter confirms that you are now registered with CCAPP. State of California Department of Health Care Services Counselor Certification Regulations require that you complete the certification process within FIVE years from the date of your <u>first</u> registration.  Your registration information is as follows:

PII Redacted                          01/26/2023

Registration Number          Original Issue Date

01/26/2024                   01/26/2025

Valid From                   Valid To

Your registration will need to be renewed annually until you become certified. Every year you are required to have three hours total of ethics and confidentiality training and show progress toward certification by documenting that you have taken 45 hours of coursework required for certification (core education). If you would like to enroll in a course to complete this requirement, please visit ccapp.us and click on the education tab.

Good luck with your certification process, and please contact us with any further questions or concerns.

Sincerely,

*Pete Nielsen*

Pete Nielsen
Chief Executive Officer                    **ww.ccapp.us**

Inspiring Excellence, Promoting Change

# Sober College School of Addiction Studies

## Unofficial Transcript

### Office of Admissions and Records

15300 Ventura Blvd, Suite 226 Sherman Oaks, CA 91403 • P 818.274.9623

**Student Name** Jonathan Schwartz PII Redacted

**Address** _____ PII Redacted _____

Woodland Hills, CA 91367

**DOB** 12/12/1969

**Date Issued** December 15, 2022

**Total Hours Earned** 315

**Cumulative GPA** 3.73

**Graduation Date** N/A

| Course Code | Course Title | Grade | Hours Earned | GPA |
|---|---|---|---|---|
| SCSAS 101 | Intro and Overview of Alcohol and Drugs | B- | 45 | 2.7 |
| SCSAS 102 | Physiology and Pharmacology | A- | 45 | 3.7 |
| SCSAS 103 | Law and Ethics | A- | 45 | 3.7 |
| SCSAS 104 | Case Management | A | 45 | 4.0 |
| SCSAS 105 | Counseling Theories and Techniques | A | 45 | 4.0 |
| SCSAS 106 | Personal and Professional Growth | A | 45 | 4.0 |
| SCSAS 107 | Supervised Practicum | A | 45 | 4.0 |
| SCSAS 108 | Clinically Supervised Externship | In Progress | 255 | — |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      H.  **Certificate, Master of Marriage and Family Therapy, Campbellsville University,**
        **Phillips Los Angeles Education Center, August 19, 2023**

28   APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED
     RELEASE DEFENDANT'S NAME - 10

# Campbellsville University

## Campbellsville, Kentucky

By authority of the Board of Trustees

and upon recommendation of the Faculty hereby confers upon

## Jonathan T. Schwartz

The degree of

## Master of Marriage and Family Therapy
### Phillips Los Angeles Education Center

with all the honors, rights, and privileges.

Given under the seal of the University at Campbellsville, Kentucky, on

this nineteenth day of August, two thousand and twenty three.

Chairman, Board of Trustees

Secretary, Board of Trustees

President

Provost/Academic Vice President

I.   **Bureau of Prisons Individualized Reentry Plan - Program Review - Listing 30+**
     **Programs Completed, February 6, 2020.**

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED
RELEASE DEFENDANT'S NAME - 11



| Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 02059167 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-06-2020 |

Plan is for inmate: SCHWARTZ, JONATHAN TODD  74492-112

| | | | | |
|---|---|---|---|---|
| Facility: | TAF TAFT CI | Proj. Rel. Date: | 08-17-2021 | |
| Name: | SCHWARTZ, JONATHAN TODD | Proj. Rel. Mthd: | 3621E COND | |
| Register No.: | 74492-112 | DNA Status: | PREBOP TST / 05-16-2017 | |
| Age: | P Redacted | | | |
| Date of Birth: | P Redacted | | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAF | C AD A S/S | CAMP ADMIN. 0730-1530 SAT/SUN | 02-05-2020 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAF | ESL HAS | ENGLISH PROFICIENT | 07-13-2017 |
| TAF | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-13-2017 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TAF | | CREDIT REPAIR MON 1215-1515 | 10-28-2019 | CURRENT |
| TAF | | REFLECTIONS - CAMP | 12-20-2019 | CURRENT |
| TAF | | COMMUNITY OUTREACH CAMP | 01-08-2020 | CURRENT |
| TAF | | YOGA & MED. M/W/F 0730-0900 | 12-17-2019 | CURRENT |
| TAF SCP | C | TOASTMASTERS R103 W 1215-1515 | 01-01-2020 | 01-14-2020 |
| TAF SCP | C | YOGA & MED. M/W/F 0730-0900 | 08-29-2019 | 12-06-2019 |
| TAF SCP | C | MAN IN THE MIRROR - CAMP | 08-08-2019 | 11-27-2019 |
| TAF SCP | C | HEALING T/TH 1230-1530 CC415 | 08-12-2019 | 10-31-2019 |
| TAF SCP | C | CREDIT REPAIR MON 1215-1515 | 09-23-2019 | 10-28-2019 |
| TAF SCP | C | REFLECTIONS - CAMP | 09-04-2019 | 10-25-2019 |
| TAF SCP | C | SUB ABUSE: ANGER MANAGEMENT | 07-29-2019 | 10-17-2019 |
| SHE | C | PERSONAL FITNESS TRAINER/NFPT | 01-19-2019 | 06-29-2019 |
| SHE | C | ROSSETA STONE SPANISH LVL 3 | 06-03-2019 | 06-26-2019 |
| SHE | C | AUTO CAD BASICS 2 | 02-04-2019 | 06-06-2019 |
| SHE | C | ROSSETA STONE SPANISH LVL 2 | 05-01-2019 | 06-03-2019 |
| SHE | C | ROSSETA STONE SPANISH LVL 1 | 04-09-2019 | 05-01-2019 |
| SHE | C | EMPLOYMENT (E3) | 04-02-2019 | 04-02-2019 |
| SHE | C | LIFE PLAN STRATEGIES | 01-13-2019 | 03-21-2019 |
| SHE | C | AUTO CAD BASICS 1 | 08-06-2018 | 02-04-2019 |
| SHE | C | RELEASE PROCEDURES (E5) | 01-08-2019 | 01-08-2019 |
| SHE | C | INFO/COMM. RESOURCES (E4) | 12-04-2018 | 12-04-2018 |
| SHE | C | MANDARIN CHINESE | 07-02-2018 | 09-13-2018 |
| SHE | C | INVESTMENT STRATEGIES 2 | 07-02-2018 | 09-13-2018 |
| SHE | C | GOOGLESKETCH-UP 12PM | 05-10-2018 | 08-06-2018 |
| SHE SCP | C | VICTIM IMPACT,COUNSELOR GROUP | 03-26-2018 | 05-21-2018 |
| SHE SCP | C | BIGGEST LOSER 1 | 01-13-2018 | 06-25-2018 |
| SHE SCP | C | INVESTMENT STRATEGIES 1 | 04-08-2018 | 06-14-2018 |
| SHE SCP | C | HISTORY OF WWII | 04-08-2018 | 06-14-2018 |
| SHE SCP | W | A.ROBBINS GET EDG. COUN. GRP | 04-08-2018 | 06-14-2018 |
| SHE SCP | C | BUSINESS PLANS | 04-08-2018 | 06-14-2018 |
| SHE SCP | C | MICROSOFT PP/PUB PM 1 | 11-01-2017 | 05-09-2018 |
| SHE SCP | C | MICROSOFT OFFICE COMPLETE | 07-17-2017 | 05-10-2018 |
| SHE SCP | C | HISTORY OF AMERICA | 01-07-2017 | 03-15-2018 |
| SHE SCP | C | A.ROBBINS PER.POWER, COUN. GRP | 01-07-2018 | 03-15-2018 |
| SHE SCP | C | PERSONAL GROWTH AND DEV (E6) | 02-06-2018 | 02-06-2018 |
| SHE SCP | C | VICTIM IMPACT,COUNSELOR GROUP | 11-06-2017 | 01-08-2018 |
| SHE | C | QUICKBOOKS ACCOUNTING | 01-03-2018 | 01-03-2018 |



| | **Individualized Reentry Plan - Program Review  (Inmate Copy)** | | **SEQUENCE: 02059167** |
|---|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | | **Team Date: 02-06-2020** |
| | Plan is for inmate: SCHWARTZ, JONATHAN TODD  74492-112 | | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| SHE SCP | C | PHILOSOPHY DISCUSSIONS | 10-03-2017 | 12-14-2017 |
| SHE SCP | C | MEDIA STRATEGIES 1 | 10-03-2017 | 12-14-2017 |
| SHE SCP | C | ACCOUNTING 1 | 10-03-2017 | 12-14-2017 |
| SHE SCP | C | PARENTING SEMINAR CAMP | 11-08-2017 | 11-08-2017 |
| SHE SCP | C | PERS. FIN. AND CONS. SK (E3) | 11-07-2017 | 11-07-2017 |
| SHE SCP | C | MICROSOFT EXCEL PM 1 | 09-11-2017 | 11-01-2017 |
| SHE SCP | C | VICTIM IMPACT,COUNSELOR GROUP | 09-11-2017 | 10-16-2017 |
| SHE SCP | C | ENTREPRENEURSHIP | 07-09-2017 | 09-18-2017 |
| SHE SCP | C | HEALTH SERVICES (E1) | 09-12-2017 | 09-12-2017 |
| SHE SCP | C | MICROSOFT WORD PM 1 | 09-08-2017 | 09-11-2017 |
| SHE SCP | W | MICROSOFT WORD AM 1 | 07-17-2017 | 09-08-2017 |
| SHE SCP | C | MAVIS TYPING 10:30 - 11:15AM | 07-14-2017 | 07-17-2017 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 07-20-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-18-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 07-26-2019 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 08-06-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-06-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP COMP | RES DRUG TRMT COMP/TRANS REQD | 05-07-2019 |
| ED EXEM | DRUG EDUCATION EXEMPT | 08-08-2017 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 08-15-2017 |
| FOL PART | FOLLOWUP SERVICES PARTICIPANT | 05-08-2019 |

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | **PART** | | **FINANC RESP-PARTICIPATES** | | Start: 08-22-2019 | |
|---|---|---|---|---|---|---|
| Inmate Decision: | **AGREED** | **$75.00** | | Frequency: **QUARTERLY** | | |
| Payments past 6 months: | | **$100.00** | | Obligation Balance: **$8,656,868.00** | | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ | | |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | | |
| 2 | REST NV | $8,657,268.00 | $8,656,868.00 | IMMEDIATE | AGREED | | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 12-11-2019 | TAF | PAYMENT | OUTSIDE | $50.00 |
| | | | 09-10-2019 | TAF | PAYMENT | OUTSIDE | $50.00 |

### Payment Details

Trust Fund Deposits - Past 6 months:   $1,762.35          Payments commensurate ?   N

New Payment Plan:          INCREASED TO 75.00 QRTLY TO BEGIN 03-09-2020

### Progress since last review

Mr. Schwartz has maintained clear since his arrival. He completed the following classes: Man in the Mirror, Toastmasters: Research Your Topic, Program Manager, Vocal Variety, Your Body Speaks, How to Say It, Get to the Point and Ice Breaker, Reflections, Anger Management, 12 weeks of House of Healing, Consumer Credit, and 33 hours of Yoga/Mediation. He participated in FRP obligation.

### Next Program Review Goals

 **Individualized Reentry Plan - Program Review  (Inmate Copy)**       SEQUENCE: 02059167

Dept. of Justice / Federal Bureau of Prisons       Team Date: 02-06-2020

Plan is for inmate: SCHWARTZ, JONATHAN TODD   74492-112

Make your new scheduled FRP payments beginning on March 2020. Continue with your classes. Get at least good work reports. He joined the Community Outreach Program and enrolled in Reflections, credit repair, yoga classes. Enroll in the NRDAP program to complete RES DRUG TRMT COMP/TRANS REQD (See Ms. Lopez, Substance Abuse) and Resume class.

### Long Term Goals

Make your scheduled FRP payments beginning on March 2020. Continued your classes until completed. Get at least good work reports through 11/2020. Enroll in the NRDAP program to complete RES DRUG TRMT COMP/TRANS REQD prior to you release to RRC, (See Ms. Lopez, Substance Abuse).

### RRC/HC Placement

Recommended Placement in a range between 181-270 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

He has a RRC placement at CLB 9F0 on November 23, 2020.

### Comments

PREA reviewed with inmate. Currently at 0 points, next custody review due 7/2020. FSA reviewed and updated, he is eligible and at minimum risk.

## Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SCHWARTZ, JONATHAN TODD  74492-112

SEQUENCE: 02059167
Team Date: 02-06-2020

Name: SCHWARTZ, JONATHAN TODD
Register No.: 74492-112
Age: 50
Date of Birth: 12-12-1969

DNA Status: PREBOP TST / 05-16-2017

Inmate  (SCHWARTZ, JONATHAN TODD. Register No.: 74492-112)

Date

Unit Manager / Chairperson

Case Manager

Date

Date  3-30-2020

Archived as of 02-06-2020

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

    J.   **Certificate of Achievement re RDAP Program, May 2, 2019; RDAP Drug Treatment Specialist Memorandum, May 31, 2019; and related Award Certificates, 2018-2020**

27

28

APPENDICES IN SUPPPORT OF DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE DEFENDANT'S NAME - 12

# Certificate of Achievement

Presented to

## Jonathan Schwartz

For successfully completing
the residential portion of the

## Residential Drug Abuse Treatment Program at
## FPC Sheridan

*This milestone, while significant, is not the completion of the treatment requirements for the RDAP program. He is hereby eligible to move forward to the follow-up and/or community treatment components of RDAP.*

Dr. Daugherty, DAP-C

05-02-2019
Date

P. Antonson, DTS; T. Blunck, DTS; D. Kocik, DTS; C. Yancey, DTS



U.S. Department of Justice

Federal Bureau of Prisons

May 31, 2019

To Whom It May Concern:

I am writing on behalf of Mr. Jonathan Schwartz an RDAP participant in the Residential Drug Abuse Program at SCP Sheridan since August 7, 2019. I am currently Mr. Schwartz primary Drug Treatment Specialist; Mr. Schwartz group attendance was excellent along with active group participation. He completed all assignments within required due dates, along with maintaining his current employment as a SCP Education GED-Tutor position with outstanding performance evaluations on a regular basis. His plans include applying marketable skills acquired from SCP Sheridan to explore employment upon release. Mr. Schwartz is working diligently towards planning for his future in his efforts to succeed in the community. Such as, by continuing to be more involved in the community with volunteering his time, strengthening his relationship with his family, and reinforcing his spiritual connection as mentor to his synagogue. Mr. Schwartz authentically presents himself in-group, and does not attempt to present himself in a more positive light than is realistic. Mr. Schwartz has gained insight into his fragility with the assistance of him meeting with his DTS, and self-disclosures in process group. As he progressed through treatment, he was able to display a willingness and open receptivity to feedback from his peers, and treatment staff. While in treatment, he continued to work on improving pro-social decisions as treatment goals within his treatment plan. Mr. Schwartz is practicing appropriate self-disclosure skills, providing feedback to fellow community members as a Unit Mentor, and taking initiative in volunteering for treatment and unit tasks. Mr. Schwartz recognized on May 2, 2019, by his clinical team to receive Participant of the Month for April 2019. Overall, Mr. Schwartz been a great example of the amount of effort, which is required for the successfully completion of the 500-hour Residential Drug Abuse Treatment Program.

Sincerely,

C. Yancey
Drug Treatment Specialist
FCI Sheridan
PII Redacted
Sheridan, Or.
97378 PII Redacted

# Participant of the Month

This award is presented to

## Jonathan Schwartz

You are being recognized for outstanding program participation during the
month of April, 2019, and are awarded this certificate by the RDAP staff

### FPC Sheridan Drug Abuse Program

On May 3, 2019

D. Dougherty, Psy. D
Drug Abuse Program Coordinator

Management and Training Corporation

T.C.I. - Substance Abuse Services

Does hereby recognize

Jonathan Schwartz

For successfully completing RDAP follow-up

In the Substance Abuse Department

On the 8th day of April 2020

Taft, CA. USA

S. Lopez CATC, B.S. MFTI

Substance Abuse Counselor

K. **Nine Certificates of Achievement and Completion of Programs and Courses 2018-2020**
- Adult Continuing Education Class on Entrepreneurship (taught, 2018)
- Microsoft Office, 300 Hours (completed, 2018)
- Program: SketchUpBasics, 100 Hours (completed, 2018)
- The Dad Difference Workshop, Three Days (completed, 2018)
- Anger Management-Cage Your Rage, 12 Weeks (completed, 2019)
- House of Healing, 12 Weeks (completed, 2019)
- Yoga/Meditation Class, 33 Hours (completed, 2019)
- Financial Workshop XX,    (completed, 2020)
- Those Outspoken Youth Outreach Program, contributed 225 Hours (completed 2020) **[Not Attached, per Handzlik Declaration, p. 2]**

L.  **List of 15 Certificates of Participation in Classes and Discussions Attended, including Toastmaster Programs 2019-2020 [Not Attached, per Handzlik Declaration, p. 2]**

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR TERMINATION OF SUPERVISED RELEASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JAN LAWRENCE HANDZLIK; APPENDICES A THROUGH L; [PROPOSED] ORDER THEREON - 21