JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendant Jonathan Todd Schwartz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JONATHAN TODD SCHWARTZ,<br><br>            Defendant. | 2:17-cr-00022-DMG-1<br><br>[PROPOSED] ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

     Defendant Jonathan Todd Schwartz has moved for an Order terminating the period of supervised release imposed on him in this case ("Motion"). Plaintiff, United States, takes no position regarding the relief sought by the Motion. The Court has considered the Motion and finds that it demonstrates good cause for the relief sought. Accordingly,

     IT IS HEREBY ORDERED that the Motion is granted. The period of supervised release imposed on Defendant is terminated forthwith.

Dated: _____ __, 2024          _____

                          HONORABLE DOLLY M. GEE
                           United States District Judge