# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>JONATHAN TODD SCHWARTZ<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17-cr-00022-DMG<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: ___2/9/2024___

Document No.: ___78___

Title of Document: ___Defendant's Notice of Motion and Motion for Termination of Supervised Release___

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Order. The filer used an event specifically created for Form CR-88

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 9, 2024        By: _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS