# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:17-cr-00022-DMG-1 |
| v. | |
| JONATHAN TODD SCHWARTZ, | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [77] |
| Defendant(s) | |

The Court hereby orders that the request of:

Jonathan Todd Schwartz     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute    Jan Lawrence Handzlik    who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

515 South Flower Street, 18th Floor
*Street Address*

Los Angeles, CA 90071                    jan@handzliklaw.com
*City, State, Zip*                       *E-Mail Address*

213.236.3519         213.236.3501         047959
*Telephone Number*   *Fax Number*         *State Bar Number*

as attorney of record instead of   Nathan J. Hochman
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  February 22, 2024

*United States District Judge*
DOLLY M. GEE