E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432
    Facsimile: (213) 894-6269
    E-mail:   ranee.katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-22-DMG |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| v. | |
| JONATHAN TODD SCHWARTZ, | Hearing Date: March 13, 2024<br>Hearing Time: 2:30 p.m.<br>Location:   Courtroom of the<br>                Hon. Dolly M. Gee |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ranee A. Katzenstein, hereby notifies the Court that it takes no position with respect to defendant JONATHAN TODD SCHWARTZ's motion for early termination of his period supervised release (Dkt. No. 78), which is currently due to end on August 17, 2024.  The government notes the following information for the Court's consideration when evaluating defendant's motion:  On May 3, 2017, as part of the sentence, the Court ordered

defendant to pay $8,657,268 in restitution. (Dkt. Nos. 38, 39). The United States Attorney's Office financial recovery records show that, as of February 16, 2024, defendant had paid $14,475.75 of this amount and has an outstanding restitution balance of, i.e., defendant still owes, $8,642,992.25.

Dated: March 1, 2024          Respectfully submitted,

E. MARTIN ESTRADA
Acting United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


          /s/ *Ranee A. Katzenstein*
RANEE A. KATZENSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA