JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com
Attorney for Defendant Jonathan Todd Schwartz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | 2:17-cr-00022-DMG-1 |
|---|---|
| Plaintiff, | |
| vs. | REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE; DECLARATION OF JAN L. HANDZLIK |
| JONATHAN TODD SCHWARTZ, | |
| Defendant. | |
| | HEARING DATE: March 13, 2024<br>HEARING TIME: 2:30 p.m.<br>LOCATION: Courtroom of the Honorable Dolly. M. Gee |

Defendant Jonathan Todd Schwartz hereby respectfully replies to the Government's response (Dkt. No. 82, the "Response") to his motion for termination of supervised release (Dkt. No. 78, the "Motion"). The Response discusses Defendant's obligation to make restitution.

On May 3, 2017, the Court ordered Defendant to pay $8,657,268 in restitution (Dkt. No. 39). Through March 2024, consistent with the judgment and commitment order, Defendant has made approximately $14,976.25 in restitution payments (Appendix A, hereto, Copy of Cashier's

REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE; DECLARATION OF JAN L. HANDZLIK - 1

Check, dated March 6, 2024).[1] The remaining balance due is approximately $8,642,292.25 (Appendix B, hereto, Debtor Statement, February 15, 2024, with handwritten notations; Handzlik Declaration, *infra*, ¶¶ 4,5, p. 1).

All of Defendant's restitution payments have been timely and complete (*See*, footnote 1, *supra*; *see also* Dkt. No. 78, Handzlik Declaration, February 9, 2024, ¶ 8, p. 7). Defendant's restitution payments began when he was in custody.[2] During approximately 31 months of supervised release, Defendant has made all of his restitution payments, as required and without exception (Appendix B).[3] This includes payments made after the monthly amount was increased by the U.S. Attorney's Office from $250 or 10% of Defendant's gross income to $700 on October 1, 2023 (Appendix C, hereto).

Defendant has complied with all the terms and conditions of the judgment and commitment order, including the requirement that he make restitution payments at such times and in such amounts as directed by the U.S. Probation Office and the U.S. Attorney's Office. Defendant has faithfully adhered to the directions of the U.S. Probation Office, which does not oppose the relief sought by this Motion (Dkt. No. 78, p. 2; and Handzlik Declaration, Feb. 9, 2024, ¶¶ 4,5, p. 7).

Defendant's obligation to pay restitution will continue long after his supervised release ends, serving as a constant reminder of his misdeeds. Although a substantial portion of the

---

[1] Defense counsel has photocopies of the checks used by Defendant to pay toward restitution from August 2021 through March 2024. (Handzlik Declaration, *infra*, ¶ 6, at p. 4)

[2] Defendant does not have records reflecting the restitution payments made while in custody. Those payments were from $25 to $80 monthly (Handzlik Declaration, *infra*, ¶ 7, p. 4).

[3] Prior to being placed on supervised release, Defendant served approximately 16 months of home confinement, from April 2020 to August 2021. During this period, he was unable to make restitution payments and was not required to do so (Handzlik Declaration, *infra*, ¶ 8, p. 4).

REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE; DECLARATION OF JAN L. HANDZLIK - 2

1  restitution remains outstanding, we respectfully request that Defendant's supervised release be
2  terminated.

3  DATED: March 7, 2024

Respectfully submitted,

JAN LAWRENCE HANDZLIK, APC

By:   /s/ Jan L. Handzlik
      JAN L. HANDZLIK
      Attorney for Defendant

REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE; DECLARATION OF JAN L. HANDZLIK - 3

## DECLARATION OF JAN L. HANDZLIK

I, Jan L. Handzlik, hereby state and declare:

1. I am an attorney licensed to practice in the State of California and a member in good standing of the California State Bar and the Bar of this Honorable Court.
2. The following statements of fact are based on my personal knowledge. I could and would testify to them competently. As to any statements in this Declaration made on the basis of information and belief, I believe them to be true.
3. I am informed and believe that Appendix A to this Reply Brief is a copy of the March 6, 2024 cashier's check used by Defendant to make the March 2024 restitution payment.
4. I am informed and believe that Appendix B to this Reply Brief is a copy of a Debtor's Statement dated February 15, 2024, received by Defendant from the U.S. Attorney's Office, reflecting the remaining balance of restitution due as of that date
5. I am informed and believe that the handwritten notations on Appendix B reflecting the March 2024 payment were made by Defendant.
6. Defendant has provided me with photocopies of the checks he used to make restitution payments from August 2021, when he went on supervised release, through March 2024.
7. I am informed and believe that Defendant's restitution payments of between $25 and $80 a month began while he was in custody.
8. I am informed and believe that, prior to being placed on supervised release, Defendant served approximately 16 months of home confinement, from April 2020 to August 2021. During this period, he was unable to make restitution payments and was not required to do so.
9. I am informed and believe that Appendix C to this Reply Brief is a copy of U.S. Department of Justice Amended Restitution Agreement, dated August 2023, effective October 1, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles County, California on March 7, 2024.

/s/ Jan L. Handzlik
JAN L. HANDZLIK

APPENDIX A: CASHIER'S CHECK DATED MARCH 6, 2024 [PII REDACTED]

**KINECTA**
FEDERAL CREDIT UNION
1440 ROSECRANS AVE.
MANHATTAN BEACH, CA 90266
800 854 9846

CU SERVICE CENTERS
**CASHIER'S CHECK**

90-7807/3222
DATE
03/06/24
THIS CHECK VOID 60 DAYS AFTER ISSUE

01 0000489190

$700.00

** Seven Hundred and 00/100 DOLLARS **

PAY TO THE ORDER OF
CLERK, US DISTRICT COURT
RE CASE #2:17-CR-00022-DMG-1
PII REDACTED

KINECTA FEDERAL CREDIT UNION

Two Signatures Required for Checks Over $10,000.00

APPENDIX B: U.S. DEPARTMENT OF JUSTICE DEBTOR STATEMENT, FEBRUARY 13, 2024 [PII REDACTED]

REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE; DECLARATION OF JAN L. HANDZLIK - 6

U.S. DEPARTMENT OF JUSTICE
California-Central
300 N. Los Angeles St.
Room # 7516AA
Los Angeles, CA 90012

Debtor Statement

For inquiries regarding debt call: 213-894-2470

| DATE OF STATEMENT | 02/15/2024 |
|---|---|
| ACCOUNT NUMBER | PII REDACTED |

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

Jonathan Todd Schwartz
PII REDACTED

| | Payment Application | | | Current Balance Information | |
|---|---|---|---|---|---|
| | Payment Amount | $700.00 | Payment Date | 02/12/2024 | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$700.00 | $0.00 | 0% | | |
| Federal Restitution | $0.00 | $0.00 | 0% | $8,642,992.25 | $0.00 |
| Fine | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Special Assessment | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| AVAA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| JVTA Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Total Balance: | | | | | $8,642,992.25 |

Current Activity

| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
|---|---|---|---|
| $0.00 | $700.00 | $700.00 | 03/01/2024 |

*Handwritten:* 3/6/24 PAID (700) $8,642,292.25

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.
MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH.

APPENDIX C: USDOJ AMENDED RESTITUTION AGREEMENT, EFFECTIVE OCTOBER 1, 2023



U. S. Department of Justice
*United States Attorney*
*Central District of California*

*Asset Forfeiture and Recovery Section*
*Federal Building, Suite 7516 | 300 North Los Angeles Street, Los Angeles, CA 90012*
*Phone: 213-894-3837 | Fax: 213-894-5900*

Re: **U.S. v. JONATHAN TODD SCHWARTZ, CR 17-22** The United States of America and Defendant  JONATHAN TODD SCHWARTZ / XXX-XX-XXXX

                                                      Name                          SSN

hereby agree as follows:

(1) Defendant owes a criminal debt arising from the judgment entered in the above-referenced case ("criminal judgment debt").

(2) Beginning on or before <u>October 1, 2023,</u> Defendant will make payments toward the criminal judgment debt in MONTHLY installments paid on or before the first day of every month in the amount of <u>$700.00.</u>

(3) The monthly installment payments must be made by cashier's check or money order (NO PERSONAL CHECKS) <u>made payable to U.S. District Court Clerk,</u> with Defendant's name and Criminal Case No. identified on the memo line, and mailed to: *U.S. District Court, Attn: Fiscal Clerk, 255 East Temple St., Suite 1178, Los Angeles, CA 90012.*

(4) A payment will be considered delinquent if it is more than (15) fifteen days late.

(5) Other than placing the judgment debt on the Treasury Offset Program, the United States agrees to take no further action to enforce payment of the criminal judgment debt for one year following the first payment, provided that Defendant remains current on the monthly payments and is not delinquent on (1) one or more monthly payments.

(6) The United States will send Defendant a Financial Disclosure Statement approximately one year from the date of this letter. Defendant must complete and return the Financial Disclosure Statement within two (2) weeks of Defendant's receipt of it. After reviewing the Financial Disclosure Statement, the United States will contact Defendant regarding the payments to be made in the following year. Defendant agrees to make the monthly installment payments set forth above until notified otherwise by the United States.

(7) Should Defendant fail to make any payment or submit any Financial Disclosure Statement when due, the United States will proceed with action to enforce the criminal judgment debt.

DATED: August 24 2023

                                                   JONATHAN TODD SCHWARTZ
                                                   Defendant

DATED: <u>August 18, 2023</u>                    E. Martin Estrada
                                          United States Attorney

                                          /s/ Lynn Duong
                                          LYNN DUONG